David R. Boyajian, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT,
P.C. 1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD. ) ) Plaintiff, ) ) v. ) ) Amis Integrity S.A. *in personam* and M/V AMIS INTEGRITY (IMO 9732412) ) her engines freights, apparel ) appurtenances, tackle, etc., *in rem*, ) ) Defendant. ) | Case No.: 3:19-cv-1671 IN ADMIRALTY |

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746 I, Stavros Tsolakis, hereby declare under penalty of perjury:

1. I am a representative of Plaintiff DRY BULK SINGAPORE PTE. LTD., and authorized to act on the company's behalf;

2. I have read the foregoing Verified Complaint and exhibits thereto and know the contents thereof; and

Page 1 - PLAINTIFF'S VERIFICATION

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

3. I believe the matters to be true based on documents and information obtained from employees and representatives of the Plaintiff through its agents, underwriters and attorneys.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 7, 2019  
Singapore

By:_____  
Stavros Tsolakis  
Head of Chartering and  
Authorized Representative for  
Dry Bulk Singapore PTE. Ltd.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900