-------- Αρχικό μήνυμα --------

        **Θέμα:** MV Amis Integrity/DBS clean fixture recap
**Ημερομηνία:** 2019-01-10 12:08
**Αποστολέας:** Thomas Rolin <Thomas.Rolin@brsbrokers.com>
**Παραλήπτης:** "operations@drybulksingapore.com" <operations@drybulksingapore.com>
**Κοινοποίηση:** Rabaa Naouali Private <Rabaa.Naouali.P@brsbrokers.com>

Stavros/Thomas

++CLEAN FIXTURE RECAP++

CP DATED 10TH JAN 2019

MV AMIS INTEGRITY

BUILT/YEAR: 2017

VESSEL TYPE: BULK CARRIER

BUILDER: IMABARI SHIPBUILDING CO

FLAG: PANAMA

CLASS: TBN

DWT: 63,469 M/T

DRAFT (SUMMER): 13.418 M

LENGTH (L.O.A.) / (L.B.P.): 199.98 M / 195.00 M BREADTH : 32.24 M GROSS / NET TONNAGE: 35,825 / 21,075 CAPACITY(GRAIN/ BALE) : 80,497.70 M3 / 76,176.27 M3 HOLD / HATCH: 5/5 HATCH COVER : FOLDING TYPE (HYDRAULIC DRIVEN) HATCH OPEN

1.: L. 18.40M X B. 18.72M

2.~5.: L. 23.20M X B. 18.72M

VESSEL IS CO2 FITTED.

VESSEL IS FITTED WITH A60 BULKHEAD

CARGO GEAR :

CRANE 4 SETS X 30 MT

CRANE UNABLE TANDEM AT SAME TIME

GRAB X4 (12M3)

SPEED & CONSUMPTION (DAILY):

BALLAST: ABOUT 14.0 KTS ON ABOUT 23.2 MT IFO + ABOUT 0.1 MT MDO LADEN : ABOUT 13.3 KTS ON ABOUT 24 MT IFO + ABOUT 0.1 MT MDO

IN PORT (DAILY):

WORKING: ABOUT 4.7 MT IFO + ABOUT 0.2 MT MDO

IDLE     : ABOUT 2.3 MT IFO + ABOUT 0.2 MT MDO

(D.O.TO BE USED IN CASE OF LOW LOAD RUNNING (BELOW 30%) OF G/E)

ECO SPEED / CONSUMPTION BASIC BELOW: (REF ONLY/WOG)

BALLAST ABOUT 12.0 KTS ON ABOUT 15.4 MT IFO + ABOUT 0.1 MT MDO LADEN  ABOUT 11.5 KTS ON ABOUT 16.7 MT IFO + ABOUT 0.1 MT MDO

BALLAST  ABOUT 12.5 KTS ON ABOUT 17.3 MT IFO + ABOUT 0.1 MT MDO

LADEN   ABOUT 12.0 KTS ON ABOUT 18.5 MT IFO + ABOUT 0.1 MT MDO

+++

- ECO/SPEED CONSUMPTION CLAUSE:

OWNERS CONFIRM THAT VESSEL IS CAPABLE OF BEING CONTINUOUSLY OPERATED ON MINIMUM MAIN ENGINE LOAD SAFELY CLOSE TO THE CUT-IN POINT OF THE VESSEL'S ENGINE AUXILIARY BLOWERS. OWNERS CONFIRM THEY WILL ALLOW THE VESSEL TO SAIL AT 50% OF THE MAIN ENGINE LOAD (BUT WITH MAIN ENGINE ALWAYS OPERATING ABOVE THE CUT-IN POINT OF THE VESSEL'S ENGINE AUXILIARY BLOWERS).

ALL LOW LOAD OPERATIONS WILL BE PERFORMED UNDER OWNERS/OWNERS TECHNICAL MANAGERS' SUPERVISION AND ALWAYS IN STRICT CONFORMITY WITH THE RECOMMENDATIONS FROM VESSEL'S MAIN ENGINE MANUFACTURERS.

OWNERS/OWNERS' TECHNICAL MANAGERS WILL PROVIDE PROPER GUIDANCE AND INSTRUCTIONS TO THE MASTER/SHIP STAFF AND ENSURE STRICT COMPLIANCE WITH APPLICABLE LOW LOAD OPERATING PROCEDURES AS DEEMED NECESSARY BY OWNERS/ENGINE MANUFACTURERS.

OWNERS/MASTER TO PROVIDE CHARTERERS WITH ALL ME PARAMETERS AND LOGS UPON CHARTERERS' REQUEST.

+++

SPEED AND CONSUMPTION BASIS GOOD WEATHER CONDITIONS, NO ADVERSE CURRENT, NO NEGATIVE INFLUENCE OF SWELL AND NOT EXCEEDING BEUFORT SCALE FORCE 4 AND DOUGLAS SEA STATE SCALE 3.

VESSEL MAY CONSUME MDO FOR MAIN ENGINE WHEN STEAMING IN SHALLOW, CONFINED WATERS, MANOEUVERING IN/OUT PORT(S), TRANSITING CANALS AND ALSO HAS LIBERTY TO CONSUME FOR AUXILIARY ENGINE WHEN STARTING, STOPPING AND WORKING WITH LOW LOAD.

CHARTERERS HAVE FULL USE OF VESSEL'S BUNKER TANK CAPACITY UP TO 80PCT NO COMMINGLING OF IFO IS ALLOWED FOR THE DURATION OF THIS C/P

ALL DETAILS ABOUT AND SOME DATA LIKE DWAT/DRAFT/GRAIN CAPACITY ETC ETC WILL BE RECFMD AFTER DELIVERY.

+++ ALL DETAILS ABOUT +++

TPC ABOUT 61.4

- PLSE PROVIDE FULL VESSEL DESCRIPTION AS PER BALTIC EXCHANGE FORMAT ONLY ON 'ABOUT' BASIS, IE NO REFERENCE TO 'WITHOUT GUARANTEE'.

- PLEASE PROVIDE VSL'S POCKET PLAN

- OWNERS CONFIRM VSL'S GEAR IS IN FULL WORKING CONDITION AND TO BE SO MAINTAINED AT CHTRS DISPOSAL FOR THE ENTIRE DURATION OF C/P,

- OWNERS CONFIRM VESSEL HAS VALID GEAR CERTIFICATE ON BOARD COVERING THE DURATION OF THE C/P AND OWNERS TO GUARANTEE THAT VESSEL'S GEAR CAN LIFT ..MTS SWL AT EACH HATCH SIMULTANEOUSLY.

As per attached description

- OWNERS CONFIRM THAT VSL IS AND WILL REMAIN FOR THE WHOLE DURATION OF THIS C/P CLASSED HIGHEST LLOYDS OR EQUIVALENT.

- OWNERS CONFIRM THAT VSL IS AND WILL REMAIN FOR THE WHOLE DURATION OF THIS CP FULLY P+I COVERED WITH SUCH CLUB BEING A MEMBER OF THE INTERNATIONAL GROUP OF P+I CLUBS, PLSE ADVISE DETS.

Attached certificate

- OWNERS CONFIRM THAT VSL IS AND WILL REMAIN FOR THE WHOLE DURATION OF THIS C/P FULLY H+M INSURED, PLSE ADVISE DETS.

Attached certificate

- OWNERS CONFIRM VSL IS ITF FITTED AND COMPLIANT.

- OWNERS CONFIRM VSLS MASTER AND OFFICERS ARE ALL CAPABLE OF COMMUNICATING FLUENTLY IN ENGLISH BOTH ORALLY AND WRITTEN FORM.

- OWNERS CONFIRM VSL FULLY ISM COMPLIANT.

- OWNERS CONFIRM THAT VSL HAS ON BOARD ALL RELEVANT CERTIFICATES FOR TRADING ANY PORTS, PLACES, AREAS ALLOWED UNDER THIS C/P. COPIES OF SUCH CERTIFICATES TO BE FURNISHED BY OWRS IMMEDIATELY UPON REQUEST OF THE CHTRS.

- OWNERS CONFIRM VESSEL TO BE FREE OF ASIAN GYPSY MOTH AND THAT VESSEL HAS NOT CALLED CIS PACIFIC PORTS IN THE LAST 2 YEARS.
CIS Calling : Vessel Called Nakhodka + Vostochny between 21/2/18 to 07/03/18 but not in AGM Season

- OWNERS CONFIRM VESSEL'S HOLDS/HATCHES ARE FREE OF ANY OBSTRUCTIONS/BULKHEADS/CENTRE LINE BEAMS OR BULKHEADS ETC.

- OWNERS CONFIRM VESSEL SHALL NOT CHANGE OWNERSHIP DURING THIS C/P WITHOUT CHARTERERS' WRITTEN CONSENT.

- CARGO TO BE LOADED IN UNOBSTRUCTED MAIN HOLDS SPACES ONLY AND OWNERS/VESSEL GUARANTEE THAT CHARTERERS HAVE AS PER VSLS DESCRIPTION CB FT GRN/BLE AVAILABLE IN UNOBSTRUCTED MAIN HOLDS AND HATCHCOAMINGS ONLY.

- PLEASE ADVISE LAST 3 CARGOES, CHARTERERS AND PORTS FOR LAST

  THREE LEGS

Latest

Bagged Cement from Hongai,Vietnam to Durban + Port Elizabeth + Cape Town,South Africa

Coal from Indonesia (Muara Berau) to Taichung, Taiwan

Coal from Taboneo to Xinsha

- DID VESSEL ENCOUNTER ANY COLLISION/GENERAL AVERAGE/MAJOR ENGINE

  DAMAGE DURING PAST 12 MOS?

Collision in Mongla in August 2018 – she was in drydock for repairs in septmeber / October and has been in service ever since with no issues.

- PLEASE ADVISE LAST SS/DD?

New Built in 2017 – last Drydock for repairs in September / October 2018

- PLEASE ADVISE MASTER'S NAME/NATIONALITY: Capt Li Maofeng – Chinese

  NATIONALITY OF CREW: 17 Chinese and 3 Mayanmar (Excluding Capt)

- PLEASE ADVISE OWNERS' AND MANAGERS FULL STYLE/ADDRESS/CONTACT

  DATA INCL AOH:

HEAD OWNERS:

AMIS INTEGRITY SA.

MMG TOWER, 23RD FL., AVE. PASEO DEL MAR, COSTA DEL ESTE, PANAMA CITY, PANAMA

MANAGER:

WISDOM MARINE LINES S.A. (AS MANAGERS)

2F., NO.237, SEC.2, FU-HSING S. RD., TAIPEI 106, TAIWAN R.O.C.

TEL: +886-2-2755-6911

6

7

FAX: +886-2-2755-6865

- IN CASE VESSEL ON TIME OR BARE BOAT CHARTER PLSE ADV FULL
  STYLE/ADDRESS OF PRESENT OPERATORS TOGETHER WITH NAMES OF OTHER
  VESSELS UNDER THEIR CONTROL:

Time Charter Owners:

24VISION CHARTERING SOLUTIONS DMCC

2801, PLATINUM TOWER, CLUSTER I

JUMEIRAH LAKE TOWERS

DUBAI UNITED ARAB EMIRATES

- IN CASE VSL IS DISPONENTLY OWNED PLSE ADVISE FULL LIST OF ALL
  DISPONENT OWS INVOLVED, IF ANY, INCL THEIR FULL NAME AND CONTACT
  DETS:

- PLEASE ADVISE VSL'S CONTACT DETAILS:

Master LI

MV Amis Integrity

TEL: +870 773804096

FAX: +870 783404550

TELEX:  435342410

Mobile: +886 966650286

E-MAIL: master.amisintegrity@wisdom.amosconnect.com

500 kb limit on incoming emails

- BIMCO ISM/ISPS/MTSA CLAUSE FOR TIME CHARTER PARTIES TO BE
  INCORPORATED IN THE C/P.

- Owners confirm the vessel is at least 3 star Rightship rated.

Owners are not members of Rightship but charterers are free to check same directly.

- OWNER CONFIRM THAT THE VSL IS NEITHER IRANIAN OWNED NOR THAT THERE ARE ANY IRANIAN SHAREHOLDERS/INTEREST IN THE VESSEL

- OWNERS CONFIRM VSL HAS NOT TRADED TO IRAN IN LAST 6 MONTHS

UPON FXG M'TERMS AND PRIOR LIFTING SUBS OWS TO PROVIDE CHRTRS WITH FLWG CERTIFICATES:

1 CLASSIFICATION CERTIFICATE

2 INTL LOAD LINE CERTIFICATE

3 INTL REGISTER OF SHIPPING

4 INTL TONNAGE CERTIFICATE

5 IOPP CERTIFICATE (INTL OIL POLLUTION PREVENTION)

6 GEAR CERTIFICATE

7 ISPS CERTIFICATE (INTL SHIP SECURITY)

8 P AND I CERTIFICATE

9 RADIO CERTIFICATE

10 REGISTRATION CERTIFICATE

11 SAFE MANNING CERTIFICATE

12 SAFETY CONSTRUCTION CERTIFICATE

13 SAFETY EQUIPMENT CERTIFICATE

14 SAFETY MANAGEMENT CERTIFICATE

15 GEAR CERTIFICATE

for

- accnt Dry Bulk Singapore

Address:

DRY BULK SINGAPORE PTE LTD

1 Robinson Road, #17-00 AIA Tower

Singapore 048542

email: operations@drybulksingapore.com

PIC: Dr. Stavros Tsolakis +306945414924

Key personnel

Thenappan Vellachami +6596812815

Yiowmin Chay     +6598625292

- Delivery AFSP Up River - Maceio range ATDNSHINC

- One time charter trip via ECSA to PG-Japan range, always trading via safe port(s), safe berth(s) and safe anchorage(s), always within International Navigation Limits in/out geographical rotation, always afloat, not always afloat but safely aground allowed referred to NAABSA clause.

- rdly dlosp 1 sp PG/Sin range in chopt Sin/Japan rge atnshinc

- hire :

Redelivery PG-Sin range USD 13,750 plus USD 375,000 ballast bonus payable three banking days after delivery In chopt redelivery sin-jpn range usd 13,900 per day prorata plus usd 390,000 ballast bonus

1st hire to consist of 15 days hire, ballast bonus and bunkers on delivery and to be payable within 3 banking days of vessel's delivery.

Charterers to declare redel range latest upon vessel arriving load port

- Laycan January 20-30 2019

If upon sailing or latest by January 12 1700 hrs dubai time a port is not declared then the vessel to sail towards Santos-Upriver range.

- ilohc usd 4000, incl removal etc

- c/v/e usd 1500 pmpr

- Bunker clause

BOD about 300-350 Metric Tons IFO and about 25 Metric Tons LSMGO BOR about same as on delivery Prices both ends US$ 400 Per Metric Ton IFO and US$ 625 Per Metric Ton LSMGO About means 5% tolerance on actual quantity on delivery.

Owner's option to stem 500 Metric Tons prior to redelivery, concurrently with Charterers.

Charterers to keep Owners closely informed on bunker schedule.

- Bunker specs:

Charterers to bunker the vessel with fuel ISO 8217:2010 standards only.

Charterer's option to supply RMF 25 in South Africa where RME not available.

But Charterers are allowed to stem ISO 8217: 2005 standards where ISO 8217: 2010 standards is not available

- Bimco Piracy Clause as per Charter Party

- Owners confirm vessel has not called Iran in the last 6 months

- Underwater cleaning: Owners confirm vessel's hull is clean, however if Charterers find out she is underperforming then they will deduct vessels underperformance from hire payment(s) => deductions allowed against supporting evidence and mutual agreement.

- Kindly adv owner's TRADE/CARGO EXCL: as per BTB cp

- 3,75add to chrts + 1.25 pct to BRS

- Otherwise as per Owner Pro Forma Charter Party as attached with logical alterations as per mainterms agreed

And with following amendment:

Clause 91 add ultrasonic test in addition to hose test.

end

Please confirm above is according to your notes and understanding

Thanks for the good support in concluding this fixture