**Dated 08th of February, 2019**

**24Vision Chartering Solutions DMCC**

**-and-**

**Dry Bulk Singapore Pte Ltd**

---

**Addendum No. 1**

**to**

**Charter party dated 10th January, 2019**

---

This Addendum No.1 is entered into on this 08th day of February 2019

Between:

   **Dry Bulk Singapore Pte Ltd**

(hereafter **The Charterer**)

**1 Robinson Road**
**#17-00 AIA Tower**
**Singapore**

and

**24Vision Chartering Solutions DMCC**
(hereafter **The Owner**)
**2801, Platinum tower**
**Cluster I, Jumeirah Lakes Towers**
**Dubai**
**United Arab Emirates**

NOW IT IS AGREED by both parties to make the following amendments to existing charter

Party dated 10th January 2019:

1. Delivery time: 24.01.2019 07:42 GMT (24.01.2019 04:42 LT)
2. Delivery AFSPS Recalada
3. Time Charter period: Minimum 9 October 2019/ maximum 29 January 2020
4. Hire daily inclot US$ 15,000 until 9 October 2019, thereafter daily hire US$ 14,500 for balance of period.
   Plus US$ 50,000 GBB.
5. All other terms and conditions as per Amis Integrity / Dry Bulk Singapore charter party dated 10 January 2019

**Dry Bulk Singapore Pte Ltd**

-------------------------------------------------
**Name:**

**Title:**

**24Vision Chartering Solutions DMCC**

-------------------------------------------------
**Name:**

**Title:**