**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| DRY BULK SINGAPORE PTE. LTD. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 3:19-cv-1671 |
| v. | ) | |
| | ) | IN ADMIRALTY |
| Amis Integrity S.A., *in personam* and | ) | |
| M/V AMIS INTEGRITY (IMO | ) | |
| 9732412) her engines, freights, apparel, | ) | |
| appurtenances, tackle, etc., *in rem,* | ) | |
| | ) | |
| Defendant. | | |

**TO:   THE UNITED STATES MARSHAL FOR THE UNITED STATES DISTRICT COURT**

The Verified Complaint in the above-styled proceeding was filed in this Court on

October 17, 2019.

In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of

the  Federal Rules of Civil Procedure, you are directed to arrest Defendant vessel, M/V AMIS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

INTEGRITY, IMO No. 9732412, her engines, freights, apparel, appurtenances, tackle, etc., and to detain the same in your custody pending further order of the Court.

Normal loading and/or discharge cargo operations, normal repairs, and/or movement of the vessel to a safe anchorage within the District if necessary, will be permitted. You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

ORDERED at Portland, Oregon this＿＿＿＿＿＿day of October, 2019.

CLERK, UNITED STATES DISTRICT COURT

By:＿

Deputy Clerk

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900