**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 3:19-cv-1671<br>) |
| Amis Integrity S.A. *in personam* and<br>M/V AMIS INTEGRITY (IMO 9732412)<br>her engines, freights, apparel,<br>appurtenances, tackle, etc., *in rem,* | ) IN ADMIRALTY<br>)<br>)<br>)<br>)<br>) |
| Defendant. | |

### PLAINTIFF DRY BULK SINGAPORE PTE. LTD.'S *EX PARTE* MOTION TO ALLOW CARGO HANDLING, REPAIRS, AND MOVEMENT OF THE VESSEL

COME NOW Plaintiff DRY BULK SINGAPORE PTE. LTD. (hereinafter "DRY BULK" or "Plaintiff"), by and through its attorney, pursuant to Supplemental Rule C(3) of the federal Supplemental Rules for Certain Admiralty and Maritime Claims, hereby moves the Court for an order permitting the M/V AMIS INTEGRITY (the "Vessel"), while under arrest and/or

Page 1 - PLAINTIFF'S MOTION TO ALLOW CARGO HANDLING, REPAIRS, AND MOVEMENT OF THE VESSEL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

attachment, to conduct normal operations, including fueling, loading, discharging and other cargo handling at the port and, if necessary, safe movement within the waters of the Columbia River in this District.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 - PLAINTIFF'S MOTION TO ALLOW CARGO HANDLING, REPAIRS, AND MOVEMENT OF THE VESSEL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

This motion is made under Local Admiralty Rule 1035-2. The grounds for this motion are that permitting normal operations will minimize the disruption to the Vessel and the Marine Terminal arising from the arrest while maintaining the Court's jurisdiction over the Vessel *in rem*. A form of proposed Order is submitted with this Motion.

Dated: October 17, 2019

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: *s/David R. Boyajian*
David R. Boyajian, OSB #112582
dboyajian@schwabe.com
Kent Roberts, OSB #801010
ckroberts@schwabe.com
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

*Of Counsel*
CHALOS & CO, P.C.
Michael G. Chalos,
*Pro Hac Vice Application Forthcoming*
Briton Sparkman,
*Pro Hac Vice Application Forthcoming*
*Attorneys for Plaintiff*
55 Hamilton Ave.
Oyster Bay, NY 11771
Telephone: (516) 714-4300
Email: michael.chalos@chaloslaw.com
bsparkman@chaloslaw.com

Page 3 -   PLAINTIFF'S MOTION TO ALLOW CARGO HANDLING, REPAIRS, AND MOVEMENT OF THE VESSEL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900