**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>Amis Integrity S.A. *in personam,* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc., *in rem,*<br><br>    Defendant. | Case No.: 3:19-cv-1671<br><br>IN ADMIRALTY |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal,

/ / /

/ / /

/ / /

Page 1 -    RULE 7.1 CORPORATE DISCLOSURE STATEMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

the undersigned counsel of record for Plaintiff, certifies that Plaintiff Dry Bulk Singapore Pte. Ltd. is a privately held company with no publicly traded parents or subsidiaries.

Dated: October 17, 2019

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By:   *s/David R. Boyajian*
David R. Boyajian, OSB #112582
dboyajian@schwabe.com
Kent Roberts, OSB #801010
ckroberts@schwabe.com
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

*Of Counsel*
CHALOS & CO, P.C.
Michael G. Chalos,
*Pro Hac Vice Application Forthcoming*
Briton Sparkman,
*Pro Hac Vice Application Forthcoming*
*Attorneys for Plaintiff*
55 Hamilton Ave.
Oyster Bay, NY 11771
Telephone: (516) 714-4300
Email: michael.chalos@chaloslaw.com
      bsparkman@chaloslaw.com

Page 2 -    RULE 7.1 CORPORATE DISCLOSURE STATEMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900