**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD. )<br>)<br>  Plaintiff,                                )<br>)<br>v.                                                )<br>)<br>Amis Integrity S.A. *in personam* and )<br>M/V AMIS INTEGRITY (IMO 9732412) )<br>her engines, freights, apparel,        )<br>appurtenances, tackle, etc., *in rem,* )<br>)<br>  Defendant.                              ) | Case No.: 3:19-cv-1671<br><br>IN ADMIRALTY |

**MOTION FOR AN ORDER DEPUTIZING CALEY KARRICK TO ACT IN LIEU OF U.S. MARSHAL IN SERVING WARRANT OF ARREST OF M/V AMIS INTEGRITY**

Plaintiff, DRY BULK SINGAPORE PTE. LTD. (hereinafter "DRY BULK" or "Plaintiff"), by and through undersigned counsel, hereby moves for emergency Order Deputizing Caley Karrick to act in lieu of the US Marshal in Portland for the sole purpose of serving an arrest and related papers, as necessary, upon the M/V AMIS INTEGRITY (hereinafter the "Vessel") currently in the

Page 1 -   MOTION FOR AN ORDER DEPUTIZING CALEY KARRICK TO ACT IN LIEU OF U.S. MARSHAL IN SERVING WARRANT OF ARREST OF M/V AMIS INTEGRITY

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

Columbia River at Vancouver, WA, consistent with Orders signed by this judge today authorizing such arrest. This Motion is based on the information received yesterday and this morning, as recited in the attached Declaration of C. Kent Roberts, undersigned local counsel for plaintiff in this action, that the US Marshal in Portland has received the required papers, but has advised he was unable to serve papers today due to other responsibilities and a short staff.

As indicated in the attached Declaration, the proposed deputy is an experienced maritime ship agent, a person of high character, with more than 25 years in the business of ship agency, husbanding and vessel services locally and a holder of a TWIC card.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 -   MOTION FOR AN ORDER DEPUTIZING CALEY KARRICK TO ACT IN LIEU OF U.S. MARSHAL IN SERVING WARRANT OF ARREST OF M/V AMIS INTEGRITY

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

The need for action today is that on information and belief the M/V AMIS INTEGRITY is scheduled to depart the district tonight at 9PM local time

Dated: October 17, 2019

                                              Respectfully submitted,

                                              SCHWABE, WILLIAMSON & WYATT, P.C.

                                              By:    *s/C. Kent Roberts*
                                                        David R. Boyajian, OSB #112582
                                                        dboyajian@schwabe.com
                                                        Kent Roberts, OSB #801010
                                                        ckroberts@schwabe.com
                                                        Telephone: 503.222.9981
                                                        Facsimile: 503.796.2900

                                              *Attorneys for Plaintiff*

*Of Counsel*
CHALOS & CO, P.C.
Michael G. Chalos
*Pro Hac Vice Application Forthcoming*
Briton Sparkman,
*Pro Hac Vice Application Forthcoming*
*Attorneys for Plaintiff*
55 Hamilton Ave.
Oyster Bay, NY 11771
Telephone: (516) 714-4300
Email: michael.chalos@chaloslaw.com
          bsparkman@chaloslaw.com

Page 3 -   MOTION FOR AN ORDER DEPUTIZING CALEY KARRICK TO ACT IN LIEU OF U.S. MARSHAL IN SERVING WARRANT OF ARREST OF M/V AMIS INTEGRITY

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900