**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD.<br><br>Plaintiff,<br><br>v.<br><br>Amis Integrity S.A. *in personam* and<br>M/V AMIS INTEGRITY (IMO 9732412)<br>her engines, freights, apparel,<br>appurtenances, tackle, etc., *in rem*,<br><br>Defendant. | Case No.: 3:19-cv-1671<br><br>IN ADMIRALTY |

## ORDER APPOINTING TRANSMARINE NAVIGATION CORPORATION AS SUBSTITUTE CUSTODIAN

Upon the Motion of Plaintiff, DRY BULK SINGAPORE PTE. LTD., for the appointment of a Substitute Custodian for the M/V AMIS INTEGRITY in lieu of the United States Marshal in this case, and good cause appearing therefore, it is hereby:

Page 1 -   ORDER APPOINTING TRANSMARINE NAVIGATION
           CORPORATION AS SUBSTITUTE CUSTODIAN

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

ORDERED that the Plaintiff's Motion is granted, and the United States Marshal shall transfer custody of the M/V AMIS INTEGRITY (IMO 9732412), immediately following her arrest to the custody of the substitute custodian, Transmarine Navigation Corporation (hereinafter "Transmarine"); and it is further

ORDERED that upon transfer of the M/V AMIS INTEGRITY to the substitute custodian, the aforesaid substitute custodian shall be appointed to act as substitute custodian of the M/V AMIS INTEGRITY during custodia legis on behalf of this Court, in place and instead of the United States Marshal, until written notice of release has been given by the Plaintiff to the United States Marshal or has been ordered by this Court; and it is further

ORDERED that upon transfer of the M/V AMIS INTEGRITY to the substitute custodian by the United States Marshal, the United States Marshal shall not be liable for any loss occurring while she remains in the custody of the substitute custodian; and it is further

ORDERED that after the M/V AMIS INTEGRITY is arrested and attached, the substitute custodian shall cause and be responsible to have the M/V AMIS INTEGRITY remain at an appropriate berth and/or anchorage within the District of Oregon; and it is further

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Page 2 -   ORDER APPOINTING TRANSMARINE NAVIGATION
           CORPORATION AS SUBSTITUTE CUSTODIAN

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

ORDERED that during custodia legis, the substitute custodian will permit the Vessel to undergo normal cargo operations, both loading and discharge, shift berths within the District of Oregon, and/or undergo repairs, but always at the risk and expense of the Vessel's interests, and always remaining within the District.

SIGNED at Portland, Oregon this 17th day of October, 2019.

UNITED STATES DISTRICT COURT JUDGE

**Presented by:**

David R. Boyajian, OSB #112582
Email: dboyajian@schwabe.com
Kent Roberts, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

Page 3 -   ORDER APPOINTING TRANSMARINE NAVIGATION
           CORPORATION AS SUBSTITUTE CUSTODIAN

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900