**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD.<br><br>Plaintiff,<br><br>v.<br><br>Amis Integrity S.A. *in personam* and<br>M/V AMIS INTEGRITY (IMO 9732412)<br>her engines, freights, apparel,<br>appurtenances, tackle, etc., *in rem*,<br><br>Defendant. | Case No.: 3:19-cv-1671<br><br>IN ADMIRALTY |

## ORDER FOR WARRANT OF ARREST

WHEREAS, upon review of Plaintiff's Verified Complaint (Docket #1), requesting issuance of a Warrant of Arrest, *in rem*, and the Court finding that the conditions set forth in Supplemental Admiralty Rule C for issuance of a warrant for arrest against the M/V AMIS INTEGRITY, IMO No. 9732412 appear to exist, now therefore it is hereby:

Page 1 -   ORDER FOR WARRANT OF ARREST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

ORDERED, that the Clerk of this Court shall issue a Warrant of Maritime Arrest for the M/V AMIS INTEGRITY, IMO No. 9732412, her engines, freights, boilers, machinery, tackle, apparel, furniture, equipment, rigging, and all other necessary appurtenances thereto, etc. (the "Vessel"), as prayed for in the Verified Complaint; and it is

ORDERED, that the United States Marshal is to take custody of the Vessel within the District of Oregon; and it is further

ORDERED, that the United States Marshal shall serve a copy of this Order, with the *In Rem* Warrant of Arrest, and a copy of the Verified Complaint upon Defendant Vessel; and it is further

ORDERED, that any person claiming a right of possession or any ownership interest in the Vessel arrested pursuant to this Order, shall, in accordance with Supplemental Admiralty Rule C(6) of the Federal Rules of Civil Procedure, file a verified statement of right or interest with the Clerk of the Court and an answer, and shall upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the arrest should not be vacated or other relief granted; and it is further

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

ORDERED, that pursuant to Supplemental Rule E(5)(a), the Court fixes the principal amount of the bond (or cash security) sufficient to obtain the release of the M/V AMIS INTEGRITY, in the amount of **USD 5,494,500.00**, same sufficient to cover the amount of Plaintiff's claim fairly stated as permitted by Supplemental Rule E(5).

Dated this 17th day of October, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

**Presented by:**

David R. Boyajian, OSB #112582
Email: dboyajian@schwabe.com
Kent Roberts, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

Page 3 -   ORDER FOR WARRANT OF ARREST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900