**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| DRY BULK SINGAPORE PTE. LTD. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 3:19-cv-1671 |
| v. | ) | |
| | ) | IN ADMIRALTY |
| Amis Integrity S.A. *in personam* and | ) | |
| M/V AMIS INTEGRITY (IMO 9732412) | ) | |
| her engines, freights, apparel, | ) | |
| appurtenances, tackle, etc., *in rem,* | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ALLOWING CARGO HANDLING, REPAIRS, AND MOVEMENT OF THE VESSEL

WHEREAS, on review of Plaintiff's Motion Allowing Cargo Handling, Repairs, and Movement of the Vessel requesting issuance of an Order, and the Court finding that the conditions set forth Local Rule 1035-2 and good cause exists, now, therefore, it is hereby:

ORDERED that the Plaintiff's Motion is granted, that the said Vessel shall be permitted to conduct normal operations while under arrest, including cargo handling, repairs, and movement to

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave, Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

safe anchorage within the waters of the Columbia River, but at the risk and expense of the Vessel's interests; and it is further

ORDERED that the substitute custodian Cascade Marine Agencies Ltd. shall ensure that the operations of the Vessel conducted are normal port operations, *i.e.* normal cargo operations, both discharging and loading, repair works, and movement, and that the vessel always remains within the waters of the Columbia River and within this judicial district, unless and until otherwise ordered by this Court; and it is further

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave, Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

ORDERED that, should Plaintiff be for some reason called to pay the costs of said normal operations of the Vessel in the first instance while the Vessel is under arrest, those costs shall constitute expenses that are *custodia legis* and administrative expenses herein.

Dated this 17th day of October, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

**Presented by:**

David R. Boyajian, OSB #112582
Email: dboyajian@schwabe.com
Kent Roberts, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900