**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| DRY BULK SINGAPORE PTE. LTD. | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Case No.: 3:19-cv-1671 |
| v. | ) | |
| | ) | IN ADMIRALTY |
| Amis Integrity S.A. *in personam* and | ) | |
| M/V AMIS INTEGRITY (IMO 9732412) | ) | |
| her engines, freights, apparel, | ) | |
| appurtenances, tackle, etc., *in rem,* | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER DEPUTIZING CALEY KARRICK TO SERVE WAR OF ARREST ON BEHALF OF THE US MARSHALL

Upon the Motion of Plaintiff, DRY BULK SINGAPORE PTE. LTD., for to deputize Caley

Karrick to serve the Warrant of Arrest issued by this Court on the vessel AMOS INTEGRITY, on

behalf of the United States Marshal, and good cause appearing therefore, it is hereby:

Page 1 -    ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

ORDERED that Plaintiff's Motion is granted, and Caley Karrick is hereby deputized to serve the Warrant of Arrest issued by this Court on the M/V AMIS INTEGRITY (IMO 9732412), on behalf of the US Marshall for the District of Oregon, and it is further

ORDERED that Caley Karrick shall report the results of the arrest to the US Marshall for the District of Oregon and file a return of service with this Court following service of the Warrant of Arrest.

SIGNED at Portland, Oregon this 17th day of October, 2019.

UNITED STATES DISTRICT COURT JUDGE

**Presented by:**

David R. Boyajian, OSB #112582
Email: dboyajian@schwabe.com
Kent Roberts, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

Page 3 -    ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900