**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD. )<br><br>Plaintiff, )<br><br>v. )<br><br>Amis Integrity S.A. *in personam* and )<br>M/V AMIS INTEGRITY (IMO )<br>9732412) her engines, freights, apparel, )<br>appurtenances, tackle, etc., *in rem,* )<br><br>Defendant. | Case No.: 3:19-cv-01671<br><br>IN ADMIRALTY |

## DECLARATION OF CALEY CARRICK CONFIRMING SERVICE OF ARREST PAPERS

I, Caley Carrick, declare as follows:

1.    I am over the age of 21 years, am competent to make this Declaration and be a

witness in this case, and do so based on personal knowledge and belief.

2.    On October 17, 2019, the Court Ordered me to be deputized to serve the

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

Warrant of Arrest issued by Judge Simon on the M/V AMIS INTEGRITY (IMO 9732412) on behalf of the US Marshal for the District of Oregon.

3.      I hereby certify and return that I have personally served the Master onboard the M/V AMIS INTEGRITY at United Grain Corporation, 1927 Elevator Way, Vancouver, WA 98660 with all required pleadings.

I declare under penalty of perjury under the laws of the state of Oregon in the United States that the foregoing is true and correct to the best of my knowledge and belief

Dated at Portland, Oregon this 17th day of October, 2019

_____
Caley Karrick
**Transmarine Navigation Corporation**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900