Markus B.G. Oberg, OSB #112187
Daniel J. Park, OSB #132493
LE GROS BUCHANAN & PAUL
4025 Delridge Way SW, Suite 500
Seattle, Washington  98106-1271
Phone:      206-623-4990
Facsimile: 206-467-4828
Email:  moberg@legros.com
Email:  dpark@legros.com
Attorneys for Movant Amis Integrity S.A.
by restricted appearance

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD, <br><br> Plaintiff, <br><br> v. <br><br> Amis Integrity S.A., *in personam* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, <br><br> Defendants. | Case No. 3:19-cv-1671 <br><br> IN ADMIRALTY |

## NOTICE OF RESTRICTED APPEARANCE

TO:      THE CLERK OF THE COURT;

AND:  Plaintiff, DRY BULK SINGAPORE PTE. LTD and DAVID BOYAJIAN, KENT

ROBERTS, and SCHWABE, WILLIAMSON & WYATT, P.S., its attorneys.

NOTICE OF RESTRICTED APPEARANCE - Page 1
[Case No. 3:19-cv-1671]

{29293-00550247;1}

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Movant Amis Integrity S.A. enters restricted appearance to defend against DRY BULK SINGAPORE PTE. LTD's admiralty claim set forth in its complaint. This restricted appearance is made under Fed. R. Civ. P. Supp. R. Admiralty E (8), without precluding the right to challenge lack of jurisdiction, insufficiency of process, and insufficiency of service of process.

You are hereby requested to serve all further papers and proceedings in said cause, except original process, upon the undersigned attorneys at the address indicated below.

DATED this 18th day of October, 2019.

LE GROS, BUCHANAN & PAUL

By: *s/ Markus B.G. Oberg*
MARKUS B.G. OBERG, OSB #112187

By: *s/ Daniel J. Park*
DANIEL J. PARK, OSB #132493
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Phone: 206-623-4990
Facsimile: 206-467-4828
Email: moberg@legros.com
Email: dpark@legros.com
Attorneys for Movant Amis Integrity, S.A., by restricted appearance

{29293-00550247;1}

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all associated counsel.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 18th day of October, 2019.

_s/ Shelley Courter_
Shelley Courter, Legal Assistant
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Telephone: 206-623-4990
Facsimile: 206-467-4828
E-mail: scourter@legros.com

{29293-00550247;1}