UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD, <br><br> Plaintiff, <br><br> v. <br><br> Amis Integrity S.A., *in personam* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, <br><br> Defendants. | Case No. 3:19-cv-1671 <br><br> IN ADMIRALTY <br><br> DECLARATION OF HUAN RONG JANG IN SUPPORT OF MOTION TO VACATE ORDER OF ARREST AND FOR ATTORNEYS' FEES AND COSTS FOR WRONGFUL ARREST |

I, HUAN RONG JANG, being first duly sworn on oath, depose and say:

1. I am over the age of majority and, except as otherwise indicated, make this declaration on personal knowledge, and am competent to testify regarding the facts contained herein.

2. I am employed by Wisdom Marine Lines Co., Ltd., as Section Chief of the Business and Operations Dept.. I have been employed by Wisdom Marine Lines Co.,

Ltd.since February 2013..

3. As Section Chief of Wisdom Marine Lines Co., Ltd., I have knowledge regarding the charter of the M/V AMIS INTEGRITY, including the charter to 24VisionCharteringSolutions, DMCC ("24Vision").

4. Attached hereto as **Exhibit 1** is a true and correct copy of the time charter party between Amis Integrity, S.A., and 24Vision dated June 30, 2017.

5. The time charter was extended with effect June 25, 2018.

6. Attached hereto as **Exhibit 2** is a true and correct copy of the July 8, 2019 email 3-day notice to 24Vision of Amis Integrity, S.A.'s intent to withdraw the vessel from the charter for failure to timely pay hire pursuant to clause 11(b) of the charter party.

7. Attached hereto as **Exhibit 3** is a true and correct copy of the July 12, 2019 email notice terminating the charter and withdrawing the vessel from the charter for 24Vision's failure to timely pay hire.

8. 24Vision has not disputed termination of the charter or the validity of the vessel's withdrawal from the time charter.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF OREGON AND THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED this _18_ day of _October_, 2019 at Taipei, Taiwan.

_____
HUAN RONG JANG

DECLARATION IN SUPPORT MOTION TO VACATE ARREST- Page 2
[Case No. 3:19-cv-1671]

{29293-00550343;2}