Markus B.G. Oberg, OSB #112187
Daniel J. Park, OSB #132493
LE GROS BUCHANAN & PAUL
4025 Delridge Way SW, Suite 500
Seattle, Washington  98106-1271
Phone:	206-623-4990
Facsimile: 206-467-4828
Email:  moberg@legros.com
Email:  dpark@legros.com
Attorneys for Movant by restricted appearance

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD, <br><br> Plaintiff, <br><br> v. <br><br> Amis Integrity S.A., *in personam* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, <br><br> Defendants. | Case No. 3:19-cv-1671 <br><br> IN ADMIRALTY |

### **DECLARATION OF MARKUS OBERG IN SUPPORT OF EMERGENCY MOTION TO VACATE ARREST**

I, Markus Oberg, being first duly sworn on oath, depose and say:

1.     I am over the age of majority and, except as otherwise indicated, make this declaration on personal knowledge, and am competent to testify regarding the facts contained herein.

DECLARATION OF MARKUS OBERG - Page 1
[Case No. 3:19-cv-1671]

{29293-00550387;1}

2. I am one of the attorneys representing Movant Amis Integrity, S.A. by restricted appearance in the above-captioned matter.

3. Attached hereto as Exhibit 1 is a true and correct copy of *Cardinal Shipping Corp. v. M/S SEISHO MARU*, 2641, 744 F.2d 461, 467-70 (5th Cir. 1984).

4. Attached hereto as Exhibit 2 is a true and correct copy of *MMI International, Inc. v. M/V SKYROS*, 1991 AMC 1264, 1267-68, 1274 (N.D. Cal. 1991).

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF OREGON AND THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED this 18th day of October, 2017 at Seattle, Washington.

                                        *s/ Markus B.G. Oberg*
                                        Markus B. G. Oberg

**CERTIFICATE OF SERVICE**

   I hereby certify that on October 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all associated counsel.

   I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

   Signed at Seattle, Washington this 18th day of October, 2019.

         *s/ Shelley Courter*
         Shelley Courter, Legal Assistant
         LeGros Buchanan & Paul
         4025 Delridge Way SW, Suite 500
         Seattle, Washington 98106-1271
         Telephone: 206-623-4990
         Facsimile: 206-467-4828
         E-mail: scourter@legros.com