UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DRY BULK SINGAPORE PTE. LTD.

Plaintiff(s),

v.

AMIS INTEGRIY S.A. et. al.

Defendant(s).

Case No.: 3:19-cv-01671-BR

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

### Application for *Pro Hac Vice* Admission and CM/ECF Registration

Attorney Michael Chalos requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party(s): DRY BULK SINGAPORE PTE. LTD.

In support of this application, I certify that: 1) I am an active member in good standing with the NEW YORK State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

(1) **PERSONAL DATA:**

Name: CHALOS    MICHAEL    g
(Last Name)  (First Name)  (MI)  (Suffix)

Agency/firm affiliation: CHALOS & CO, P.C.
Mailing address: 55 HAMILTON AVENUE
City: OYSTER BAY    State: NY    Zip: 11771
Phone number: (516) 714-4300    Fax number: (516) 750-9051
Business e-mail address: MICHAEL.CHALOS@CHALOSLAW.COM

(2) **BAR ADMISSION INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar number(s):
NEW YORK, 1976, BAR NUMBER 1071083

(b) Other federal court admission(s) and date(s) of admission:
SEE ATTACHED SHEET

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

[✓] I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association.

[ ] I am now or have been subject to disciplinary action by a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **CM/ECF REGISTRATION:**

I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I will receive electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: October 21, 2019

_(Signature)_

# MICHAEL CHALOS - BAR ADMISSIONS

| COURT | DATE ADMITTED | BAR NO. |
|---|---|---|
| Supreme Court of the United States | October 15, 1984 | 160779 |
| U.S. Court of Appeals for the First Circuit | August 6, 1984 | 54311 |
| U.S. Court of Appeals for the Second Circuit | December 29, 1978 | None |
| U.S. Court of Appeals for the Third Circuit | July 22, 1994 | None |
| U.S. Court of Appeals for the Fifth Circuit | January 12, 2001 | None |
| U.S. Court of Appeals for the Sixth Circuit | December 1, 2004 | None |
| U.S. Court of Appeals for the Ninth Circuit | December 21, 1994 | None |
| U.S. District Court for the Southern District of New York | November 30, 1976 | MC3939 |
| U.S. District Court for the Eastern District of New York | December 14, 1976 | None |
| U.S. District Court for the District of Connecticut | December 7, 2007 | ct27501 |
| U.S. District Court for the Southern District of Texas | July 1, 2008 | 230488 |
| New York State Court of Appeals (Highest court of the State of New York) | February 25, 1976 | None |
| District of Columbia Court of Appeals | Not Admitted | N/A |

146135739 v1

## REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, complete the following section and obtain the signature of local counsel.

Name: BOYAJIAN          DAVID          R
      (Last Name)       (First Name)   (MI)    (Suffix)

OSB number: 112582

Agency/firm affiliation: SCHWABE, WILLIAMSON & WYATT, P.C.

Mailing address: 1211 SW 5TH AVENUE, SUITE 1900

City: PORTLAND          State: OREGON    Zip: 97204

Phone number: (503) 222-9981          Fax number: (503) 796-2900

Business e-mail address: DBOYAJIAN@SCHWABE.COM

## CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 3:19-CV-01671-BR.

DATED: 10/21/2019

_____
(Signature of Local Counsel)

## COURT ACTION

Application for *pro hac vice* admission by  Michael Chalos  in case number: 3:19-cv-01671-BR  is hereby:

☐ Approved subject to payment of fees.
☐ Denied.

DATED: _____.

_____
Judge