IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| DRY BULK SINGAPORE PTE. LTD. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 3:19-cv-1671 |
| v. | ) | |
| | ) | IN ADMIRALTY |
| Amis Integrity S.A. *in personam* and | ) | |
| M/V AMIS INTEGRITY (IMO 9732412) | ) | DECLARATION OF DOMINIC JOHN |
| her engines, freights, apparel, | ) | WARD, UNITED KINGDOM |
| appurtenances, tackle, etc., *in rem,* | ) | SOLICITOR |
| | ) | |
| Defendant. | | |

I, DOMINIC JOHN WARD, being first duly sworn on oath, depose and say:

1. I am over the age of majority and, except as otherwise indicated, make this Declaration on personal knowledge, and am competent to testify regarding the facts herein.

2. I am a practicing United Kingdom Solicitor, employed by the solicitor firm of Andrew Jackson. Attached hereto as Exhibit A are my Professional Particulars.

3. I have been asked by Plaintiff, Dry Bulk Singapore PTE, LTD, a company that I and my firm represents in English law related matters to provide an opinion as to certain issues regarding the charter party clauses of the relevant charter parties in this matter and how such issues would be treated under English law. Attached hereto as Exhibit B is my opinion in this regard.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF OREGON AND THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE ANDCORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED THIS 21ST DAY OF OCTOBER, 2019.

DOMINIC JOHN WARD, SOLICITOR