# EXHIBIT A

# Andrew Jackson
Solicitors LLP

## DOMINIC JOHN WARD - PROFESSIONAL DETAILS

I have BA (Hons.) Law. I passed my Law Society examination (professional exams) in 1985 and was articled at Andrew Jackson Solicitors LLP (then known as Andrew M. Jackson & Co) between 1985 and 1987. On qualification I was engaged as a solicitor in the shipping department of Andrew Jackson Solicitors LLP. I have practised as a solicitor in the shipping and international trade department of the said firm continuously since 1987.

During this period I have represented clients in the shipping and trade sector including ship owners, charterers, cargo owners, bankers and insurers.

I have advised clients and represented them in all of the courts in England and Wales (High Court, Court of Appeal and Supreme Court) and also in arbitrations including arbitrations pursuant to the terms of the London Maritime Arbitrators Association, London Court of International Arbitration, International Chamber of Commerce Arbitration Rules, and Hong Kong Arbitration Rules.

I have provided written evidence on English law to courts in Hamburg and Rotterdam.

Professional Organisations

I am a member of the Law Society of England and Wales.

I am a supporting member of the London Maritime Arbitrators Association.

I am a liveryman of the Worshipful Company of Shipwrights.

I am my firm's representative on the London Admiralty Solicitors Group.

1