# EXHIBIT 1A





Transmission Date:
11/07/2019

Instance Type & Transmission

Notification (Transmission) of Original sent to SWIFT (ACK)

**Network Delivery Status**        Network Ack

**Priority / Delivery**            Normal

MESSAGE INPUT REFERENCE

HEADER

SWIFT INPUT

SENDER :    PIRBGRAAXXX
            PIRAEUS BANK SA
            ATHENS GR

RECEIVER :  BKTRUS33XXX
            DEUTSCHE BANK TRUST COMPANY AMERICAS
            US
            NEW YORK,NY

TEXT

**20: Sender's Reference**
F928TO93006868

**GPI Reference**
2655801a-3065-41d8-b942-00b1d8299300

**23B: Bank Operation Code**
CRED

**32A: Val Dte / Curr / Interbnk Settld Amt**
Date    :11 July 2019
Currency :USD
Amount   :49892.15

**33B: Currency/Instructed Amount**
Amount   :50000.00
Currency :USD

**50K: Ordering Customer-Name & Address**

DST ENERGY TRANSPORTATION S.A.
THESSALONIKI
KOUDOURIOTOU

## 57A: Account With Institution

ABNANL2AXXX
ABN AMRO BANK N.V.
NL
AMSTERDAM

## 59: Beneficiary Customer-Name & Address

/NL90ABNA0248777750 24VISION CHARTERING SOLUTIONS DMCC

## 70: Payment Details

AMIS INTEGRITY DRYBULK HS11 AND 12
APPROVED TRANSACTION (GREEK
GOVERNMENT GAZETTE A/84/18.07.2015)

## 71A: Sender Charges

107,85
USD

## 71A: Details of Charges

BEN

Date Of Update: **11/07/2019 15:58:33**

For any assistance or inquiries please call 18 28 38 (from inside Greece) or +30 210 32 88000 (from abroad) 24x7