# EXHIBIT 1F




Transmission Date:
11/07/2019

Instance Type & Transmission

Notification (Transmission) of Original sent to SWIFT (ACK)

**Network Delivery Status**   Network Ack

**Priority / Delivery**   Normal

**MESSAGE INPUT REFERENCE**

HEADER

**SWIFT INPUT**

SENDER :   PIRBGRAAXXX
           PIRAEUS BANK SA
           ATHENS GR

RECEIVER :   BKTRUS33XXX
             DEUTSCHE BANK TRUST COMPANY AMERICAS
             US
             NEW YORK,NY

TEXT

**20: Sender's Reference**

F928TO93007436

**GPI Reference**

2655801a-3065-42ff-bce3-00b2ffed3300

**23B: Bank Operation Code**

CRED

**32A: Val Dte / Curr / Interbnk Settld Amt**

Date     :11 July 2019
Currency :USD
Amount   :35844.05

**33B: Currency/Instructed Amount**

Amount   :35923.75
Currency :USD

**50K: Ordering Customer-Name & Address**

DST ENERGY TRANSPORTATION S.A.
THESSALONIKI
KOUDOURIOTOU

### 57A: Account With Institution

ABNANL2AXXX
ABN AMRO BANK N.V.
NL
AMSTERDAM

### 59: Beneficiary Customer-Name & Address

/NL90ABNA0248777750 24VISION CHARTERING SOLUTIONS DMCC

### 70: Payment Details

AMIS INTEGRITY DRYBULK HS11 AND 12
APPROVED TRANSACTION (GREEK
GOVERNMENT GAZETTE A/84/18.07.2015)

### 71A: Sender Charges

79,70
USD

### 71A: Details of Charges

BEN

Date Of Update: **11/07/2019 16:02:13**

For any assistance or inquiries please call 18 28 38 (from inside Greece) or +30 210 32 88000 (from abroad) 24x7