# EXHIBIT 1G

 

Transmission Date:
11/07/2019

Instance Type & Transmission

Notification (Transmission) of Original sent to SWIFT (ACK)

**Network Delivery Status**     Network Ack

**Priority / Delivery**     Normal

**MESSAGE INPUT REFERENCE**

HEADER

**SWIFT INPUT**

**SENDER :**     PIRBGRAAXXX
PIRAEUS BANK SA
ATHENS GR

**RECEIVER :**     BKTRUS33XXX
DEUTSCHE BANK TRUST COMPANY AMERICAS
US
NEW YORK,NY

TEXT

**20: Sender's Reference**

F928TO93006792

**GPI Reference**

2655801a-3065-4e5e-b808-000e5ef85a00

**23B: Bank Operation Code**

CRED

**32A: Val Dte / Curr / Interbnk SettId Amt**

Date    :11 July 2019
Currency :USD
Amount   :49892,15

**33B: Currency/Instructed Amount**

Amount   :50000,00
Currency :USD

**50K: Ordering Customer-Name & Address**

DST ENERGY TRANSPORTATION S.A.
THESSALONIKI
KOUDOURIOTOU

### 57A: Account With Institution

ABNANL2AXXX
ABN AMRO BANK N.V.
NL
AMSTERDAM

### 59: Beneficiary Customer-Name & Address

/NL90ABNA0248777750 24VISION CHARTERING SOLUTIONS DMCC

### 70: Payment Details

AMIS INEGRITY DRYBULK HS11 AND 12
APPROVED TRANSACTION (GREEK
GOVERNMENT GAZETTE A/84/18.07.2015)

### 71A: Sender Charges

107,85
USD

### 71A: Details of Charges

BEN

Ημερομηνία Ενημέρωσης: **11/07/2019 15:54:49**

Τηλέφωνα επικοινωνίας 18 28 38 (Χρέωση ως κλήση προς σταθερό ή αναλόγως της τιμολογιακής πολιτικής του τηλεπικοινωνιακού παρόχου που χρησιμοποιείτε) ή +30 210 32 88000 (από το εξωτερικό) 24x7