# EXHIBIT 2A

(2) WhatsApp
web.whatsapp.com
Αναζήτηση ή έναρξη νέας συνομιλίας
Στέφανος Σύρμος
Ok
Μάριος Κυριακόπουλος
Κλαίω
Thomas Rolin
Φωτογραφία
Amy
Thanks bro highly appreciated
ExCo Propeller SKG
Κατάλαβα πάλι στην απέξω σε έχει
Ιπτάμενο κλαρίνο...!
Με απλά ελληνικά, βαρέθηκα να ψωλαρμενίζω σ...
Klarissa Blatnik
In terms of a contract. Pressing for a October cargo
Ed Everington
Thomas Rolin
συνδέθηκε σήμερα στις 14:53
dont know who - they say 3 hires behind
They are bullshiting
This one is handled by lawyers
10/7/2019
morning
Hi we have some good news. We managed to find a way to pay Amis as per the official email sent just now. Please ask 24vision to confirm
Ok
You see we try our best and hopefully we will be back to normal shortly
Ok What is happening to olympic ship?
She is going to trincomalee and we will provide her with fuel there next Thursday or Friday
Ok
11/7/2019
Πληκτρολογήστε ένα μήνυμα
EN
3:18 PM
10/21/2019

