# EXHIBIT 2B

| | |
|---|---|
| Subject | **Re: Amis Integrity - Drybulk - Notice** |
| From | <operations@drybulksingapore.com> |
| To | Operations 24Vision <Operations@24vision.solutions> |
| Copy | Claims <Claims@24vision.solutions>, Martin Lanting <MartinLanting@24vision.solutions>, Thomas Rolin Private <Thomas.Rolin.p@brsbrokers.com> |
| Date | 2019-07-11 16:56 |

- Swift AMIS INTEGRITY 24VISION 11-07-2019 (4).pdf (~45 KB)
- Swift AMIS INTEGRITY 24VISION 11-07-2019 (5).pdf (~45 KB)
- Swift AMIS INTEGRITY 24VISION 11-07-2019 (6).pdf (~45 KB)
- Swift AMIS INTEGRITY 24VISION 11-07-2019 (7).pdf (~45 KB)
- Swift AMIS INTEGRITY 24VISION 11-07-2019 (8).pdf (~45 KB)
- Swift AMIS INTEGRITY 24VISION 11-07-2019 (9).pdf (~45 KB)
- Swift AMIS INTEGRITY 24VISION 11-07-2019 (1).pdf (~48 KB)
- Swift AMIS INTEGRITY 24VISION 11-07-2019 (2).pdf (~45 KB)
- Swift AMIS INTEGRITY 24VISION 11-07-2019 (3).pdf (~45 KB)

Dear Sirs,

Further to our below message, kindly find attached the swifts for both hires.

Best Regards

Dry Bulk Singapore

On 2019-07-11 15:04, operations@drybulksingapore.com wrote:

> Dear Sirs,
>
> Please note that after a lot of effort, both hires were paid today. Waiting for the swift confirmations shortly to be forwarded to you.
>
> Best Regards,
>
> Dry Bulk Singapore
>
> On 2019-07-10 20:15, Operations 24Vision wrote: