# EXHIBIT 3

| | |
|---|---|
| Subject | **Amis Integrity / Dry Bulk singapore pte - withdrawal of services** |
| From | Operations 24Vision <Operations@24Vision.Solutions> |
| To | Stavros Tsolakis <operations@drybulksingapore.com>, thomas.rolin.p@brsbrokers.com <thomas.rolin.p@brsbrokers.com>, bulkopsmiddleeast@brsbrokers.com <bulkopsmiddleeast@brsbrokers.com> |
| Copy | Operations 24Vision <Operations@24Vision.Solutions>, Claims <Claims@24Vision.Solutions>, Amis Integrity Master <master.amisintegrity@wisdom.amosconnect.com> |
| Date | 2019-07-11 19:34 |

To DryBulk Singapore Pte Ltd
Cc : Capt Mv amis integrity
Cc : BRS (brokers)

Dear sirs,

We refer to the below messages and our notice of default of the charter party dated the 8th of July 2019. Despite our repeated reminders the funds have not been received on our account and have therefore not been placed at the immediate disposal of the Owners while 3 clear banking days as per pro forma clause 11(b) have elapsed. Absent of timely payment, we herewith notify the Charterers of the immediate withdrawal of the mv "Amis Integrity" from the charter party dated 10 of January 2019 as amended on the 8th of February 2019, as per clause 11(a) and 11(b) of the pro forma charter.

This notice of withdrawal is without prejudice to Owner's right to claim hire for the full duration of the charter party and any damages, costs and/or losses whatsoever as a consequence of Charterer's default of the charter party terms including but not limited to the costs of bringing the vessel to the agreed redelivery location.

The master and Owners shall be informed that Dry-Bulk Singapore herewith has lost any entitlement to give voyage instructions in relation to the vessel, which shall be considered null and void going forward. We trust to have informed you sufficiently and we shall submit our claim for Charterer's repudiatory breach of the charter party in due course.

Varun Ganesan
24Vision Chartering Solutions DMCC
+971529463711

Sent from my iPhone

