# EXHIBIT 4

16:18

< 3  **Thomas Rolin**
συνδέθηκε στις 15:21

ok  15:03

Swifts are being sent now  16:40

For both hires on Amis  16:40

We need q88 for amis today pls  17:53

Pushing  18:05

📎 Baltic questionnaire
24 KB  18:18

[pdf preview: BALTIC EXCHANGE DRY CARGO QUESTIONNAIRE (Balt 99) Version 2.2 — Date updated: 04-Jul-17, Vessel's name: Amis Integrity, IMO number: 9732412]

pdf  amis integrity Baltic questionnaire(1)
8 σελίδες · 160 KB · pdf  18:18

This is old one  18:19

Thanks  18:21

I got a call saying that wisdom is marketing the amis Integrity in the market. Is this true?  19:41

Don't know I am out watching the cricket  19:49

Call me urgently  19:49