# EXHIBIT 5A

18:18

< 2   **Thomas Rolin**
συνδέθηκε στις 15:21

Just spoke to Wisdom   05:33

They have told me to stay out of this - will only deal via legal channels and that DBS should discuss with 24 vision as wisdom has not contract with DBS   05:34

Have they withdrawn the vessel from 24 vision?   05:34

And furthermore - wisdom has just fixed the vessel elsewhere   05:35

I assume so   05:35

Pls tell them not to do this because the vessel is already committed   05:35

Again I have been asked to stay out of this and leave to the legal   05:35

And fixed   05:35

He said already done   05:35

How is it possible since the vessel was withdrawn only last night ?   05:36