# EXHIBIT 5B

18:18

< 2  **Thomas Rolin**
συνδέθηκε στις 15:21

> We need to keep the amis Integrity mate otherwise I am afraid things cannot work here
> 05:38

Again I have been told to not get involved by both wisdom and 24 vision so you won't get anything useful from me
05:39

He tells me she is already fixed elsewhere
05:39

> You can tell them that bunkers are coming due
> 05:39

And all communication cut off with DBS
05:39

I will  05:40

> So 24 vision has the ship or not?
> 05:40

Don't think so - but again I have been cut off completely so not sure
05:41

He tells me ship is gone  05:41

> Well Thomas we have paid in time and the vessel is already fixed.
> 05:43