# EXHIBIT 5C

**Thomas Rolin**
συνδέθηκε στις 15:21

> Ok pls ask wisdom again to get us in contact
> 05:46

He made clear to me - no contact
05:46

> This is not the right way mate. I will be in Singapore this Sunday for a week we can ask them to meet there
> 05:47

I'll ask again   05:53

> Please because you saw we put tremendous effort in paying within the deadline and 24 vision is playing a very dirty game on us now and you know it
> 05:54

I am being told that Lien notice has been send to all parties involved for eternity aw
06:50

Again I have not been send anything
06:50

And asked by Shih wei and 24 vision to let legal handle
06:51

Spoke with wisdom again - they told me off big time - he does not want to enter any dialogue with DBS directly - everything to go via the lawyers
06:52

**Thomas Rolin**
And asked by Shih wei and 24 vision to let legal