# EXHIBIT 7A

Subject   **Re: Amis Integrity // Noon Report**

From      <operations@drybulksingapore.com>

To        Master, Amis Integrity
          <master.amisintegrity@wisdom.amosconnect.com>

Copy      Operations 24Vision <Operations@24vision.solutions>, Wisdom
          OP4(Curly Tsao) <op04@wisdomlines.com.tw>

Date      2019-06-18 18:04

roundcube

---

Pls advise eta Recalada since you will most probably load from there

On 2019-06-18 17:25, Master, Amis Integrity wrote:

> Dear Varun,
>
>   we will meet the launch at the psn fm 4 mils east of breakwater of durban port according to the
> arrangement of agent,so report ETA to there.
>
> B/RGDS
> Master LI
> MV Amis Integrity
> TEL: +870 773804096
> Mobile: +886 966650286
> E-MAIL: master.amisintegrity@wisdom.amosconnect.com
>
> -----
> From: Operations 24Vision
> Date: Tue, 18 Jun 2019 16:02 +0300 Msg: AMOS-1393817994
> Subject: Re: Amis Integrity  // Noon Report
> To: Master, Amis Integrity
> Cc: operations@drybulksingapore.com
> Cc: Wisdom OP4(Curly Tsao)
>
> Yes capt
>
> I am only asking how is the ch off now
> And what is eta durban
>
> Varun Ganesan
> 24Vision Chartering Solutions DMCC
> +971529463711
>
> Sent from my iPhone
>
> > On Jun 18, 2019, at 4:48 PM, Master, Amis Integrity <master.amisintegrity@wisdom.amosconnect.com>
> > wrote:
>
> > Dear Varun,
>
> >  my c/o was injured yesterday and need a immediate medical treatment.our op said that she had
> > informed you.
>
> > B/RGDS
> > Master LI
> > MV Amis Integrity
> > TEL: +870 773804096
> > Mobile: +886 966650286
> > E-MAIL: master.amisintegrity@wisdom.amosconnect.com
>
> > -----
> > From: Operations 24Vision
> > Date: Tue, 18 Jun 2019 13:39 +0300 Msg: AMOS-1393778065
> > Subject: Re: Amis Integrity  // Noon Report
> > To: Master, Amis Integrity
> > To: operations@drybulksingapore.com
> > Cc: Wisdom OP4(Curly Tsao)
>
> > Dear capt
>
> > What is the eta Durban. how is the CH OFF now?

Varun Ganesan
+971529463711
Operations@24Vision.Solutions
24Vision Chartering Solutions DMCC, Dubai


On 6/18/19, 2:38 PM, "Master, Amis Integrity" <master.amisintegrity@wisdom.amosconnect.com> wrote:


=====noon report======

1. date / time (lt and utc): 18TH/ 1200lt (1000utc)

2. time, elapsed since last report:25

3. position lat & lon / course:30-01.7S 033-18.3E / 275

4. speed / rpm / slip:12.64/90/4.2%

5. wind direction/force:nw/5

6. swell direction/force/height:SW/5/2.5

7. distance covered since last report:316

8. average speed since last report: 12.64

9. daily consumption: hsifo/lsifo/mdo/fw:24.16/0.0/0.05/-5

10.qtty remaining on board: hsifo/lsifo/mdo/fw:261.16/0.0/11.46/188

11.distance from s'pore/to go:4881/4413

12.eta 4 miles east of breakwater of durban port:2200TH/July

   eta santos:05TH/July


13.n/a

B/RGDS
MV Amis Integrity