# EXHIBIT 7B

| Subject | **Re: Amis Integrity // Noon Report** |
| --- | --- |
| From | <operations@drybulksingapore.com> |
| To | Master, Amis Integrity <master.amisintegrity@wisdom.amosconnect.com> |
| Copy | CHRTS-Operations <Operations@24vision.solutions>, Wisdom OP4(Curly Tsao) <op04@wisdomlines.com.tw> |
| Date | 2019-07-10 12:04 |

Dear Master,

Thanks yours below.

Can you kindly advise on the following:

20k 10% SBM (soy bean meals) sf 54
15K 10% SBM sf 54 but diff grade)
6.6K 10% SFMP sf 63 (sunflower meal pellets)

Basis 10.51 fw and 10.55 fw.

It shall be basis 2/2/1 cargo holds.

Kindly advise maximum intake

Best Regards,

Dry Bulk Singapore

On 2019-07-09 19:14, Master, Amis Integrity wrote:

```
FM: M.V AMIS INTEGRITY
DD: 09TH-JUL-2019
REF NO.:

DEAR SIRS,

GOOD DAY,

WELL RCVD YR E-MAIL TKS!

BASIS 1600LT(UTC+1) SHIP'S POSN: 29-28.7S 02-48.5E

DISTANCE SAL VADOR 2515NM , BSS SPEED 11.5KT ETA 1800UTC/18TH/JUL/19
                            BSS SPEED 11KTS  ETA 0400UTC/19TH/JUL/19
                            BSS SPEED 10KTS  ETA 0300UTC/20TH/JUL/19
DISTANCE PONTA DA MADEIRA 3246NM BSS SPEED 11.5KTS ETA 0900UTC/21ST/JUL/19
                                 SPEED 11KTS ETA 2200UTC/21ST/JUL/19


B/RGDS
Master of M.V "AMIS INTEGRITY" YANG XIAOJUN
TEL: +870 773804096
Mobile: +886 966650286
E-MAIL: master.amisintegrity@wisdom.amosconnect.com
```

-----
From: operations@drybulksingapore.com
Date: Tue, 9 Jul 2019 17:04 +0200 Msg: AMOS-1401393634
Subject: Re: Amis Integrity  // Noon Report
To: Master, Amis Integrity
Cc: CHRTS-Operations
Cc: Wisdom OP4(Curly Tsao)

Captain,

Kindly advise distance to Salvador do Bahia, Brazil and/or Ponta Da
Madeira Brazil and respected ETA.

It is an option and shall be closer than Recalada.

Please advise.

Best regards,

Dry Bulk Singapore

On 2019-07-09 14:31, Master, Amis Integrity wrote:

FM: M.V AMIS INTEGRITY
DD: 09TH-JUL-2019
REF NO.: 2019-07-09-005
======noon report======

1. date / time (lt and utc): 09th/ 1200lt (1100utc)

2. time, elapsed since last report:24

3. position lat & lon / course:29-39.9S 003-38.5E /288

4. speed / rpm / slip:11.0/77/2.5%

5. wind direction/force:WNW/4

6. swell direction/force/height:NW/4/2

7. distance covered since last report:264

8. average speed since last report: 11.0

9. daily consumption: hsifo/lsifo/mdo/fw:15.3/0/0.1/19

10.qtty remaining on board: hsifo/lsifo/mdo/fw:216.48/  /9.49/91

11.distance to go:3103.1NM

12.eta RECALADA P/S:1000UTC/23RD/JUL/2018

13.n/a

REMARK:  THE SHIP'S BROB STILL  NOT SUFFICENT TO SAFETY ARRIVAL RECALADA. PLS PAY MORE ATTENTION,
TKS!

B/RGDS
Master of M.V "AMIS INTEGRITY" YANG XIAOJUN
TEL: +870 773804096
Mobile: +886 966650286
E-MAIL: master.amisintegrity@wisdom.amosconnect.com