# EXHIBIT 7C

| | |
|---|---|
| Subject | **Re: Amis Integrity // urgently inform next voyage instruction** |
| From | <operations@drybulksingapore.com> |
| To | Master, Amis Integrity <master.amisintegrity@wisdom.amosconnect.com> |
| Copy | CHRTS-Operations <Operations@24vision.solutions>, Wisdom OP4(Curly Tsao) <op04@wisdomlines.com.tw>, WISDOM (SHIP 04) <ship04@wisdomlines.com.tw> |
| Date | 2019-05-31 18:39 |

eco speed please

On 2019-05-31 18:10, Master, Amis Integrity wrote:

> full speed or eco.speed?
>
> B/RGDS
> Master LI
> MV Amis Integrity
> TEL: +870 773804096
> Mobile: +886 966650286
> E-MAIL: master.amisintegrity@wisdom.amosconnect.com
>
> -----
> From: operations@drybulksingapore.com
> Date: Fri, 31 May 2019 21:21 +0700 Msg: AMOS-1387763362
> Subject: Re: Amis Integrity  // urgently inform next voyage instruction
> To: Master, Amis Integrity
> Cc: CHRTS-Operations
> Cc: Wisdom OP4(Curly Tsao)
> Cc: WISDOM (SHIP 04)
>
> Dear Master,
>
> Please proceed towards Santos and we will update you once more specific
> info in hand.
>
> Best Regards,
>
> Dry Bulk Singapore
>
> On 2019-05-31 17:16, Master, Amis Integrity wrote:
>
>> =======urgent=======
>>
>> Est'd POB / ETD Spore 0500LT 1ST/June,pls urgently inform us of the next voyage instruction ,at least
>> inform me where my vsl will proceed to after completing bunkering?
>>
>> B/RGDS
>> Master LI
>> MV Amis Integrity
>> TEL: +870 773804096
>> Mobile: +886 966650286
>> E-MAIL: master.amisintegrity@wisdom.amosconnect.com