# EXHIBIT 1

This website uses cookies and local storage. By using our services, you agree to our use of cookies and local storage.

I agree

## AMIS INTEGRITY - BULK CARRIER
IMO: 9732412, MMSI: 353424000

SHIP RATING

5 out of 5 stars / 2 votes

VesselFinder »Vessels » Cargo vessels »AMIS INTEGRITY

16 used BMW i8
**$65,495**
Learn More

13 Maserati GranTurismo
**$34,490**
Learn More

AMIS INTEGRITY current position is 45.64291 N / 122.72358 W on Oct 20, 2019 15:13 UTC. Vessel AMIS INTEGRITY (IMO: 9732412, MMSI: 353424000) is a Bulk Carrier built in 2017 and currently sailing under the flag of Panama. Current destination of AMIS INTEGRITY is MANILA and the estimated time of arrival (ETA) is Nov 7, 17:00.



### PORT CALLS

| | |
|---|---|
| Current AIS Destination | Estimated Time of Arrival |
| Manila | 2019-11-07 17:00 |
| Recent Port Calls | Actual Time of Arrival (UTC) |
| Vancouver | 2019-10-16 01:07 |
| Astoria | 2019-10-10 19:34 |
| Rizhao | 2019-09-19 08:59 |
| Singapore | 2019-09-08 21:04 |
| Paranagua | 2019-08-03 21:58 |

Historical AIS Data

Track on Map    Add photo    Fleet

### AIS DATA

| | |
|---|---|
| AIS Type | Cargo ship |
| Flag | Panama |
| Destination | MANILA |
| ETA | Nov 7, 17:00 |
| IMO / MMSI | 9732412 / 353424000 |
| Callsign | H9XQ |
| Length / Beam | 199 / 32 m |
| Current draught | 13.0 m |
| Course / Speed | 151.6° / 0.0 kn |
| Coordinates | 45.64291 N/122.72358 W |
| Last report | Oct 20, 2019 15:13 UTC |

### MAP POSITION

