Markus B.G. Oberg, OSB #112187
Daniel J. Park, OSB #132493
LE GROS BUCHANAN & PAUL
4025 Delridge Way SW, Suite 500
Seattle, Washington  98106-1271
Phone:     206-623-4990
Facsimile: 206-467-4828
Email:  moberg@legros.com
Email:  dpark@legros.com
Attorneys for Defendant Amis Integrity S.A.
by restricted appearance

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD,<br><br>      Plaintiff,<br><br>               v.<br><br>Amis Integrity S.A., *in personam* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc., *in rem*,<br><br>      Defendants. | Case No. 3:19-cv-01671-BR<br><br>IN ADMIRALTY<br><br>**RELEASE BOND** |

**KNOW ALL PERSONS BY THESE PRESENTS** that AMIS INTEGRITY S.A.,

as Principal, and ASPEN AMERICAN INSURANCE COMPANY, as Surety, and any of

their respective successors, assigns, and/or interests, are hereby held and firmly bound unto

the CLERK OF THE COURT for the District of Oregon, for the benefit of DRY BULK

RELEASE BOND - Page 1
[Case No. 3:19-cv-01671-BR]

{29293-00552440;1}

SINGAPORE PTE. LTD, in the sum of TWO MILLION FIVE-HUNDRED THOUSAND DOLLARS AND 00/100 CENTS (USD $2,500,000.00), inclusive of interest and costs and fees, if allowed, for the payment of which said Principal and Surety hereby bind themselves, their successor and assigns, jointly and severally, by this Bond;

**WHEREAS** a Verified Complaint in the United States District Court for the District of Oregon, by DRY BULK SINGAPORE PTE. LTD as Plaintiff against the M/V AMIS INTEGRITY (the "Vessel"), *in rem*, and Amis Integrity, S.A., *in personam*, Case No. 3:19-cv-1671-BR, in which DRY BULK SINGAPORE PTE. LTD seeks damages for tortious interference with contract, conversion, and unjust enrichment, and demanded that the Court issue process of arrest against the M/V AMIS INTEGRITY, which was arrested accordingly on October 17, 2019, pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims, and to obtain the Vessel's release, AMIS INTEGRITY S.A., as Principal, and ASPEN AMERICAN INSURANCE COMPANY, as Surety, give this Bond pursuant to Rule E (5)(a) of the Supplemental Rules for Admiralty or Maritime Claims in exchange for the release of the Vessel from said arrest thereof by reason of the signing, sealing, and delivery of these presents and by deposit into the registry of the Court this Release Bond;

**NOW**, the condition of this Bond is such that, if AMIS INTEGRITY S.A. and ASPEN AMERICAN INSURANCE COMPANY abide by all orders of this Court, and remit to the Plaintiff the amount of any final judgment (after appeal, if any), specifically including any judgment that may be rendered against the M/V AMIS INTEGRITY *in rem*, or agreed upon settlement sum, inclusive of any interest and/or costs and/or fees, rendered, or agreed upon by the parties, in this matter, then this Bond is immediately rendered null and void, but shall, at all times otherwise remain in full force and effect.  However, in no event shall the

aggregate liability of the principal and surety exceed the sum of TWO MILLION FIVE-HUNDRED THOUSAND DOLLARS AND 00/100 CENTS (USD $2,500,000.00).

It is understood and agreed that the signing of this pleading by LeGros Buchanan & Paul is in a representative capacity only and shall not be binding upon them, but is binding upon AMIS INTEGRITY, S.A., as Principal, and ASPEN AMERICAN INSURANCE COMPANY, as Surety.

| | |
|---|---|
| DATED this _____ day of October, 2019 at New Orleans, Louisiana | DATED this _____ day of October, 2019 at Seattle, Washington. |
| **ASPEN AMERICAN INSURANCE COMPANY** | **AMIS INTEGRITY, S.A**. |
| | LE GROS, BUCHANAN & PAUL |
| By: _____<br>Conway C. Marshall<br>Attorney-in-Fact | By: *s/ Markus B.G. Oberg*<br>MARKUS B.G. OBERG, OSB #112187<br><br>By: *s/ Daniel J. Park*<br>DANIEL J. PARK, OSB #132493<br><br>4025 Delridge Way SW, Suite 500<br>Seattle, Washington  98106-1271<br>Phone: 206-623-4990<br>Facsimile: 206-467-4828<br>Email:  moberg@legros.com<br>Email:  dpark@legros.com<br>Attorneys for Amis Integrity, S.A., by restricted appearance |

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Anna J. Brown and serve it on all associated counsel.

  I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

  Signed at Seattle, Washington this 25th day of October, 2019.

        *s/ Shelley Courter*
        Shelley Courter, Legal Assistant
        LeGros Buchanan & Paul
        4025 Delridge Way SW, Suite 500
        Seattle, Washington 98106-1271
        Telephone: 206-623-4990
        Facsimile: 206-467-4828
        E-mail:  scourter@legros.com