Markus B.G. Oberg, OSB #112187
Daniel J. Park, OSB #132493
LE GROS BUCHANAN & PAUL
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Phone:      206-623-4990
Facsimile: 206-467-4828
Email:  moberg@legros.com
Email:  dpark@legros.com
Attorneys for Defendant Amis Integrity S.A.
by restricted appearance

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD, <br><br> Plaintiff, <br><br> v. <br><br> Amis Integrity S.A., *in personam* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, <br><br> Defendants. | Case No. 3:19-cv-1671-BR <br><br> IN ADMIRALTY <br><br> STIPULATED MOTION AND [PROPOSED] ORDER FOR RELEASE OF VESSEL <br><br> **UNOPPOSED** |

### STIPULATED MOTION FOR RELEASE OF VESSEL

**WHEREAS**, the Plaintiff DRY BULK SINGAPORE PTD. LTD ("Plaintiff") has

caused the Defendant M/V AMIS INTEGRITY (IMO. No. 9732412) ("Vessel") to be

arrested in this jurisdiction pursuant to Rule C of the Supplemental Rules for Certain

Admiralty and Maritime Claims; and

**WHEREAS**, Defendant AMIS INTEGRITY, S.A., by restricted appearance, filed an Emergency Motion to Vacate Arrest and for Attorneys' Fees, Costs, and Expenses for Wrongful Arrest; and Request for Expedited Hearing Pursuant to Rule E(4)(f) and Local Rules 1017-1 ("Motion to Vacate") (Dkt. #18);

**WHEREAS**, the Court conducted a hearing on October 23, 2019, at which the parties agreed that the Vessel would be released upon posting of a bond in the amount of TWO MILLION FIVE-HUNDRED THOUSAND DOLLARS AND 00/100 CENTS (USD $2,500,000.00), and AMIS INTEGRITY, S.A.'s Motion to Vacate was withdrawn without prejudice;

**WHEREAS**, AMIS INTEGRITY, S.A., as principal, and ASPEN AMERICAN INSURANCE COMPANY, as surety, have posted a Bond in the amount of TWO MILLION FIVE-HUNDRED THOUSAND DOLLARS AND 00/100 CENTS (USD $2,500,000.00), conditioned to answer any final judgment (after appeal, if any) that may be rendered against the M/V AMIS INTEGRITY *in rem*, or agreed upon settlement sum, inclusive of any interest and/or costs and/or fees, rendered, or agreed upon by the parties, in this matter;

Plaintiff DRY BULK SINGAPORE PTD. LTD and Defendant AMIS INTEGRITY, S.A., as owner of M/V AMIS INTEGRITY, hereby STIPULATE and AGREE that the Vessel should be released from arrest and allowed to depart this jurisdiction because security in sufficient form and amount has been posted by Defendant AMIS INTEGRITY, S.A. as owner of M/V AMIS INTEGRITY.

//

//

//

Submitted By:

LE GROS, BUCHANAN & PAUL

DATED October 25, 2019      By: *s/ Markus B.G. Oberg*
                                            *s/ Daniel J. Park*
                                            MARKUS B.G. OBERG, OSB #112187
DANIEL J. PARK, OSB #132493
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Phone: 206-623-4990
Facsimile: 206-467-4828
Email: moberg@legros.com
Email: dpark@legros.com
Attorneys for Defendant Amis Integrity, S.A.,
by restricted appearance

SCHWABE, WILLIAMSON & WYATT, P.C.

DATED October 25, 2019      By: *s/ David R. Boyajian*
                                            David R. Boyajian, OSB #112582
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900
Email: dboyajian@schwabe.com
Attorneys for Plaintiff Dry Bulk Singapore Ptd.
Ltd.

**[PROPOSED] ORDER FOR RELEASE OF VESSEL**

Pursuant to the foregoing Stipulated Motion, it is so ORDERED that the vessel M/V AMIS INTEGRITY (IMO. No. 9732412) shall be released from arrest and allowed to depart this jurisdiction because security in sufficient form and amount has been posted by Defendant AMIS INTEGRITY, S.A. as owner of M/V AMIS INTEGRITY, and the United States Marshal and Substitute Custodian Transmarine Navigation Corporation are hereby directed to release the M/V AMIS INTEGRITY from the Court's arrest.

DONE IN OPEN COURT this _____ day of October 2019.


_____
HONORABLE ANNA J. BROWN
UNITED STATES DISTRICT COURT JUDGE

*Presented by*:

LE GROS BUCHANAN & PAUL

*s/ Markus B.G. Oberg*
*s/ Daniel J. Park*
MARKUS B.G. OBERG, OSB #112187
DANIEL J. PARK, OSB #132493
4025 Delridge Way SW, Suite 500
Seattle, Washington  98106-1271
Phone: 206-623-4990
Facsimile: 206-467-4828
Email:  moberg@legros.com
Email:  dpark@legros.com
Attorneys for Defendant Amis Integrity, S.A.,
by restricted appearance

{29293-00552503;4}

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Anna J. Brown and serve it on all associated counsel.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 25th day of October, 2019.

*s/ Shelley Courter*
Shelley Courter, Legal Assistant
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Telephone:        206-623-4990
Facsimile:        206-467-4828
E-mail:            scourter@legros.com