Markus B.G. Oberg, OSB #112187
Daniel J. Park, OSB #132493
LE GROS BUCHANAN & PAUL
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Phone: 206-623-4990
Facsimile: 206-467-4828
Email: moberg@legros.com
Email: dpark@legros.com
Attorneys for Movant Amis Integrity S.A.
by restricted appearance

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD, <br><br> Plaintiff, <br><br> v. <br><br> Amis Integrity S.A., *in personam* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, <br><br> Defendants. | Case No. 3:19-cv-1671-BR <br><br> IN ADMIRALTY <br><br> PRAECIPE <br><br> **CLERK'S ACTION REQUIRED** |

TO: THE CLERK OF THE COURT:

Please replace the recently filed Dkt. 38 Release Bond with the attached *signed* Release Bond. The wrong file was inadvertently uploaded unfortunately.

DATED this 25th day of October, 2019.

                                LE GROS, BUCHANAN & PAUL

                                By: *s/ Markus B.G. Oberg*
                                    MARKUS B.G. OBERG, OSB #112187

                                By: *s/ Daniel J. Park*
                                    DANIEL J. PARK, OSB #132493

                                4025 Delridge Way SW, Suite 500
                                Seattle, Washington 98106-1271
                                Phone: 206-623-4990
                                Facsimile: 206-467-4828
                                Email: moberg@legros.com
                                Email: dpark@legros.com
                                Attorneys for Movant Amis Integrity, S.A., by restricted appearance

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Anna J. Brown and serve it on all associated counsel.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 25th day of October, 2019.

*s/ Shelley Courter*
Shelley Courter, Legal Assistant
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Telephone: 206-623-4990
Facsimile: 206-467-4828
E-mail: scourter@legros.com