Markus B.G. Oberg, OSB #112187
Daniel J. Park, OSB #132493
LE GROS BUCHANAN & PAUL
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Phone:     206-623-4990
Facsimile: 206-467-4828
Email:  moberg@legros.com
Email:  dpark@legros.com
Attorneys for Defendant Amis Integrity S.A.
by restricted appearance

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD, <br><br> Plaintiff, <br><br> v. <br><br> Amis Integrity S.A., *in personam* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, <br><br> Defendants. | Case No. 3:19-cv-01671-BR <br><br> IN ADMIRALTY <br><br> **RELEASE BOND** |

**KNOW ALL PERSONS BY THESE PRESENTS** that the M/V AMIS INTEGRITY, AMIS INTEGRITY S.A., as Principals, and ASPEN AMERICAN INSURANCE COMPANY, as Surety, and any of their respective successors, assigns, and/or interests, are hereby held and firmly bound unto the CLERK OF THE COURT for the

RELEASE BOND - Page 1
[Case No. 3:19-cv-01671-BR]

{29293-00552698;2}

District of Oregon, for the benefit of DRY BULK SINGAPORE PTE. LTD, in the sum of TWO MILLION FIVE-HUNDRED THOUSAND DOLLARS AND 00/100 CENTS (USD $2,500,000.00), inclusive of interest and costs and fees, if allowed, for the payment of which said Principal and Surety hereby bind themselves, their successor and assigns, jointly and severally, by this Bond;

**WHEREAS** a Verified Complaint in the United States District Court for the District of Oregon, by DRY BULK SINGAPORE PTE. LTD as Plaintiff against the M/V AMIS INTEGRITY (the "Vessel"), *in rem*, and Amis Integrity, S.A., *in personam*, Case No. 3:19-cv-1671-BR, in which DRY BULK SINGAPORE PTE. LTD seeks damages for tortious interference with contract, conversion, and unjust enrichment, and demanded that the Court issue process of arrest against the M/V AMIS INTEGRITY, which was arrested accordingly on October 17, 2019, pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims, and to obtain the Vessel's release, AMIS INTEGRITY S.A., as Principal, and ASPEN AMERICAN INSURANCE COMPANY, as Surety, give this Bond to stand in place as substitute *res* for the M/V AMIS INTEGRITY, pursuant to Rule E (5)(a) of the Supplemental Rules for Admiralty or Maritime Claims, in exchange for the release of the Vessel from said arrest thereof by reason of the signing, sealing, and delivery of these presents and by deposit into the registry of the Court this Release Bond;

**NOW**, the condition of this Bond is such that, if the M/V AMIS INTERGRITY, AMIS INTEGRITY S.A. and ASPEN AMERICAN INSURANCE COMPANY abide by all orders of this Court, and remit to the Plaintiff the amount of any final judgment (after appeal, if any), specifically including any judgment that may be rendered against the M/V AMIS INTEGRITY *in rem*, or agreed upon settlement sum, inclusive of any interest and/or costs

and/or fees, rendered, or agreed upon by the parties, in this matter, then this Bond is immediately rendered null and void, but shall, at all times otherwise remain in full force and effect. However, in no event shall the aggregate liability of the principal and surety exceed the sum of TWO MILLION FIVE-HUNDRED THOUSAND DOLLARS AND 00/100 CENTS (USD $2,500,000.00).

It is understood and agreed that the signing of this pleading by LeGros Buchanan & Paul is in a representative capacity only and shall not be binding upon them, but is binding upon AMIS INTEGRITY, S.A., as Principal, and ASPEN AMERICAN INSURANCE COMPANY, as Surety.

DATED this 24th day of October, 2019 at New Orleans, Louisiana

DATED this 24th day of October, 2019 at Seattle, Washington.

**ASPEN AMERICAN INSURANCE COMPANY**

By: *[signature]*
Conway C. Marshall
Attorney-in-Fact

Bond # SU62184

**AMIS INTEGRITY, S.A.**

LE GROS, BUCHANAN & PAUL

By: *s/ Markus B.G. Oberg*
MARKUS B.G. OBERG, OSB #112187
By authority given

By: *s/ Daniel J. Park*
DANIEL J. PARK, OSB #132493
By authority given

4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Phone: 206-623-4990
Facsimile: 206-467-4828
Email: moberg@legros.com
Email: dpark@legros.com
Attorneys for Amis Integrity, S.A., by restricted appearance

RELEASE BOND - Page 3
[Case No. 3:19-cv-01671-BR]

{29293-00552698;2}

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Anna J. Brown and serve it on all associated counsel.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 25th day of October, 2019.

*s/ Shelley Courter*
Shelley Courter, Legal Assistant
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Telephone:   206-623-4990
Facsimile:   206-467-4828
E-mail:   scourter@legros.com



**Aspen American Insurance Company**
175 Capital Boulevard, Rocky Hill, CT 06067

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, THAT **Aspen American Insurance Company**, a corporation duly organized under the laws of the State of Texas, and having its principal offices in Rocky Hill, Connecticut, (hereinafter the "Company") does hereby make, constitute and appoint: **Clark Fitz-Hugh; Darlene A. Bornt; Conway C. Marshall; Elizabeth W. Kearney; Sara S. DeJarnette; Linda C. Sheffield; Catherine C. Kehoe; Stephen Beahm; Kristine Donovan; Jessica Palmeri; Elizabeth Schott and David C. Joseph; Roxanne Craven; Andrea Becker; Kelli Cross and Amanda Riedl** of **International Sureties, Ltd.** its true and lawful Attorney(s)-in-Fact, with full power and authority hereby conferred to sign, execute and acknowledge on behalf of the Company, at any place within the United States, the following instrument(s) by his/her sole signature and act: any and all bonds, recognizances, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking and any and all consents incident thereto, and to bind the Company thereby as fully and to the same extent as if the same were signed by the duly authorized officers of the Company. All acts of said Attorney(s)-in-Fact done pursuant to the authority herein given are hereby ratified and confirmed.

This appointment is made under and by authority of the following Resolutions of the Board of Directors of said Company effective on April 7, 2011, which Resolutions are now in full force and effect;

**VOTED**: All Executive Officers of the Company (including the President, any Executive, Senior or Assistant Vice President, any Vice President, any Treasurer, Assistant Treasurer, or Secretary or Assistant Secretary) may appoint Attorneys-in-Fact to act for and on behalf of the Company to sign with the Company's name and seal with the Company's seal, bonds, recognizances, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said Executive Officers at any time may remove any such appointee and revoke the power given him or her.

**VOTED**: The foregoing authority for certain classes of officers of the Company to appoint Attorneys-in-Fact by virtue of a Power of Attorney to sign and seal bonds, recognizances, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, as well as to revoke any such Power of Attorney, is hereby granted specifically to the following individual officers of Aspen Specialty Insurance Management, Inc.:

**Michael Toppi**, Executive Vice President, **Scott Sadowsky**, Senior Vice President, **Kevin W. Gillen**, Senior Vice President, **Mathew Raino**, Senior Vice President, and **Ryan Field**, Senior Vice President.

**This Power of Attorney may be signed and sealed by facsimile (mechanical or printed) under and by authority of the following Resolution voted by the Boards of Directors of Aspen American Insurance Company, which Resolution is now in full force and effect:**

**VOTED**: That the signature of any of the Officers identified by title or specifically named above may be affixed by facsimile to any Power of Attorney for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any and all consents incident thereto, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company. Any such power so executed and certified by such facsimile signature and/or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking so executed.

IN WITNESS WHEREOF, Aspen American Insurance Company has caused this instrument to be signed and its corporate seal to be hereto affixed this 11th day of June, 2019.

Aspen American Insurance Company

STATE OF CONNECTICUT
                           SS. ROCKY HILL
COUNTY OF HARTFORD

Mathew Raino, Senior Vice President

On this 11th day of June, 2019 before me personally came Mathew Raino to me known, who being by me duly sworn, did depose and say; that he/she is Senior Vice President, of Aspen American Insurance Company, the Company described in and which executed the above instrument; that he/she knows the seal of said corporation; that the seal affixed to the said instrument is such corporate seal; and that he/she executed the said instrument on behalf of the Company by authority of his/her office under the above Resolutions thereof.

*Patricia C. Taber*
Notary Public
My commission expires: 5/31/2021

**Patricia C. Taber**
**Notary Public**
**State of Connecticut**
**My Commission Expires May 31, 2021**

### CERTIFICATE

I, the undersigned, Mathew Raino, of Aspen American Insurance Company, a stock corporation of the State of Texas, do hereby certify that the foregoing Power of Attorney remains in full force and has not been revoked; and furthermore, that the Resolutions of the Boards of Directors, as set forth above, are now and remain in full force and effect.

Given under my hand and seal of said Company, in Rocky Hill, Connecticut, this 24 day of October, 2019.

By: _____ Name: Mathew Raino, Senior Vice President

* For verification of the authenticity of the Power of Attorney you may call (860) 760-7728 or email:Patricia.Taber@aspen-insurance.com