UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD, <br><br> Plaintiff, <br><br> v. <br><br> Amis Integrity S.A., *in personam* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, <br><br> Defendants. | Case No. 3:19-cv-1671-BR <br><br> IN ADMIRALTY <br><br> ORDER FOR RELEASE OF VESSEL |

Pursuant to the Stipulated Motion (#39) for Release of Vessel, it is hereby ORDERED that the vessel M/V AMIS INTEGRITY (IMO. No. 9732412) shall be released from arrest and allowed to depart this jurisdiction because security in sufficient form and amount has been posted by Defendant AMIS INTEGRITY, S.A. as owner of M/V AMIS INTEGRITY, and the United States Marshal and Substitute Custodian Transmarine Navigation Corporation are hereby directed to release the M/V AMIS INTEGRITY from the Court's arrest.

Defendant's Motion (#18) to Vacate Arrest is DENIED as moot based on Defendant's withdrawal of the Motion without prejudice.

DATED this 25th day of October 2019.

*Anna J. Brown*
ANNA J. BROWN
UNITED STATES SENIOR DISTRICT COURT JUDGE

ORDER FOR RELEASE OF VESSEL - Page 1
[Case No. 3:19-cv-1671-BR]

{29293-00552503;4}