David R. Boyajian, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **DRY BULK SINGAPORE PTE. LTD.** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Amis Integrity S.A**. *in personam* and )<br>**M/V AMIS INTEGRITY** (IMO )<br>9732412**)** her engines, freights, apparel, )<br>appurtenances, tackle, etc., *in rem,* )<br>)<br>Defendant. | Case No.: 3:19-cv-1671-BR<br><br>IN ADMIRALTY<br><br>**JOINT STATUS REPORT AND CASE SCHEDULE** |

Pursuant to the Court's March 23, 2019 Order (Doc. 37), the parties hereby submit the following Joint Status Report and Case Schedule.

1. At the present, the parties are conferring regarding a motion on the issue of counter security;

2. The parties will exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on the date set forth below; AMIS INTEGRITY (hereinafter "AI") will respond to the Interrogatories

Page 1 -    JOINT STATUS REPORT AND CASE SCHEDULE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

{29293-00554259;1}

previously served on AI on Monday, October 21st, and produce the documents requested therein, including a copy of the charter party/Fixture Note for the chartering of the Vessel after it was withdrawn by AI from 24 Vision's service by November 15, 2019;

3. Either party can request additional discovery at any time, irrespective of the time for serving initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). Such additional discovery to be produced within 30 days after receipt of a discovery demand from the party requesting the additional discovery and otherwise comply with the Federal Rules of Civil Procedure;

4. Either party can ask for the deposition of any witness(es) identified in the discovery materials who are either the other party's employees or under its control and who were involved in the transactions at issue or who possess relevant and material knowledge of the facts of the dispute. The number of witnesses to be deposed will initially be limited to three (3) per each side, unless more witnesses are ordered by the Court upon a showing of good cause for such additional witness(es);

5. The dates and venue of the depositions to be mutually agreed by the parties in accordance with LR 30-2. Such depositions shall ordinarily be taken and completed within 45 days of any Notice of Deposition that is served upon counsel for the respective parties, unless such time is extended by a Stipulation of the parties or so Ordered by the Court. If the parties cannot agree, the parties agree to submit the matter to the Court on an expedited basis in accordance with LCR 7-1(g), with a response due within 3 days after service of the motion, and a reply due within 2 days after service of the response;

6. The parties will submit a joint status report to the Court every 30 days of the progress of the above discovery;

Page 2 -       JOINT STATUS REPORT AND CASE SCHEDULE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

{29293-00554259;1}

| Activity | Proposed Date |
|---|---|
| Initial Disclosures | November 13, 2019 |
| Close of discovery | April 30, 2020 ("Trigger Date") |
| Opening expert reports[1] | 2 months after Trigger Date |
| Responsive expert reports | 3 months after Trigger Date |
| Close of expert discovery | 5 months after Trigger Date |
| Deadline to file dispositive motions | 6 months after Trigger Date |
| Proposed pretrial order | 7 months after Trigger Date |

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

DATED October 30, 2019

By: */s David R. Boyajian*
David R. Boyajian, OSB #112582
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900
Email: dboyajian@schwabe.com
Attorneys for Plaintiff Dry Bulk Singapore Ptd. Ltd.

---

[1] In the event that the parties agree and stipulate that no expert discovery is needed in this case, they may submit a proposed order requesting a change to shorten the case schedule without the good cause showing required under LR 16-3

Page 3 -    JOINT STATUS REPORT AND CASE SCHEDULE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

{29293-00554259;1}

LE GROS, BUCHANAN & PAUL

DATED October 30, 2019  By: */s Markus B.G. Oberg*

MARKUS B.G. OBERG, OSB #112187
DANIEL J. PARK, OSB #132493
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Phone: 206-623-4990
Facsimile: 206-467-4828
Email: moberg@legros.com
Email: dpark@legros.com
Attorneys for Defendant Amis Integrity, S.A., by restricted appearance

*Of Counsel*
CHALOS & CO, P.C.
Michael G. Chalos
*Appearing Pro Hac Vice*
Briton Sparkman,
*Pro Hac Vice Application Forthcoming*
*Attorneys for Plaintiff*
55 Hamilton Ave.
Oyster Bay, NY 11771
Telephone: (516) 714-4300
Email: michael.chalos@chaloslaw.com
      bsparkman@chaloslaw.com

Page 4 -   JOINT STATUS REPORT AND CASE SCHEDULE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

{29293-00554259;1}