Markus B.G. Oberg, OSB #112187
Daniel J. Park, OSB #132493
LE GROS BUCHANAN & PAUL
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Phone:     206-623-4990
Facsimile: 206-467-4828
Email: moberg@legros.com
Email: dpark@legros.com
Attorneys for Defendant Amis Integrity S.A.
by restricted appearance

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD, <br><br> Plaintiff, <br><br> v. <br><br> Amis Integrity S.A., *in personam* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, <br><br> Defendants. | Case No. 3:19-cv-1671-BR <br><br> IN ADMIRALTY <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Amis Integrity S.A. makes the following disclosure:

Amis Integrity S.A. is a privately held company and wholly owned subsidiary of Wisdom Marine Lines S.A.  Wisdom Marine Lines S.A. is a subsidiary of Wisdom Marine Lines Co., Ltd., which is a publicly listed company.

CORPORATE DISCLOSURE STATEMENT- Page 1
[Case No. 3:19-cv-1671-BR]

DATED this 31st day of October, 2019.

           LE GROS, BUCHANAN & PAUL

           By: *s/ Markus B.G. Oberg*
           By: *s/ Daniel J. Park*
            MARKUS B.G. OBERG, OSB #112187
            DANIEL J. PARK, OSB #132493
            4025 Delridge Way SW, Suite 500
            Seattle, Washington 98106-1271
            Phone: 206-623-4990
            Facsimile: 206-467-4828
            Email: moberg@legros.com
            Email: dpark@legros.com

           Attorneys for Defendant Amis Integrity S.A.
           by restricted appearance

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Anna J. Brown and serve it on all associated counsel.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 31st day of October, 2019.

*s/ Shelley Courter*
Shelley Courter, Legal Assistant
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Telephone: 206-623-4990
Facsimile: 206-467-4828
E-mail: scourter@legros.com