Markus B.G. Oberg, OSB #112187
Daniel J. Park, OSB #132493
LE GROS BUCHANAN & PAUL
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Phone:     206-623-4990
Facsimile: 206-467-4828
Email: moberg@legros.com
Email: dpark@legros.com
Attorneys for Defendant Amis Integrity S.A.
by restricted appearance

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD, <br><br> Plaintiff, <br><br> v. <br><br> Amis Integrity S.A., *in personam* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, <br><br> Defendants. | Case No. 3:19-cv-1671-BR <br><br> IN ADMIRALTY <br><br> **DEFENDANT'S VERIFIED STATEMENT OF RIGHT OR INTEREST** |

Comes now Defendant Amis Integrity, S.A., by restricted appearance, in accordance with Rule C(6) of the Supplemental Rules for Admiralty or Maritime Claims, submits this claim for the M/V AMIS INTEGRITY, official number 9732412, her engines, tackle, apparel, furniture, equipment and appurtenances. Amis Integrity, S.A. is the registered owner of the M/V AMIS INTEGRITY.

This Statement of Right or Interest is made under Rule C(6) of the Supplemental Rules for Admiralty or Maritime Claims, without precluding the right to challenge lack of jurisdiction, insufficiency of process, and insufficiency of service of process.

DATED this 31st day of October, 2019.

                LE GROS, BUCHANAN & PAUL

By: *s/ Markus B.G. Oberg*
By: *s/ Daniel J. Park*
    MARKUS B.G. OBERG, OSB #112187
    DANIEL J. PARK, OSB #132493
    4025 Delridge Way SW, Suite 500
    Seattle, Washington 98106-1271
    Phone: 206-623-4990
    Facsimile: 206-467-4828
    Email: moberg@legros.com
    Email: dpark@legros.com

    Attorneys for Defendant Amis Integrity, S.A.,
    by restricted appearance

## VERIFICATION

I, Hsueh, Bruce Yichun, verify in accordance with Rule C(6) of the Supplemental Rules for Admiralty or Maritime Claims as follows:

I am an officer of Amis Integrity, S.A. and am authorized to make this Statement of Right or Interest. I have read the above Statement of Right or Interest and know the contents thereof. I verify, under perjury of the Laws of the United States of America, that the foregoing is true and correct.

Dated this 30th day of October, 2019.

Place: Taipei, Taiwan

Hsueh, Bruce Yichun
Its: Director / Secretary

DEFENDANT'S VERIFIED STATEMENT OF RIGHT
OR INTEREST - Page 3
[Case No. 3:19-cv-1671-BR]

{29293-00552384;1}

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Anna J. Brown and serve it on all associated counsel.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 31st day of October, 2019.

*s/ Shelley Courter*
Shelley Courter, Legal Assistant
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Telephone: 206-623-4990
Facsimile: 206-467-4828
E-mail: scourter@legros.com
