# EXHIBIT 2

 

THE CHINA NAVIGATION CO. PTE LTD.
300 BEACH ROAD #27-01
THE CONCOURSE
SINGAPORE 199555
SINGAPORE

# Hire Invoice

| | | | |
|---|---|---|---|
| To: | Wisdom Marine Lines S.A. | Invoice Date: | 30/10/2019 |
| | RM711, 7F, No. 237, Sec 2 Fu-Hsing S. Rd | Invoice Number: | AMII HS04 |
| | TAIWAN | Due Date: | 06/11/2019 |
| | | Reference: | |

## Transit Details

| | |
|---|---|
| Vessel/Voyage: | AMIS INTEGRITY/1901 |
| C/P Date: | 19/09/2019 |

## Invoice Details

| Line Item | Amount (USD) |
|---|---:|
| Hire 25.0000000 days (07/11/19 06:48 GMT - 02/12/19 06:48 GMT) @ USD 14,000.00/day | 350,000.00 |
| 100.00 % Off Hire Time Deduction 8.1583333 Days (18/10/19 01:42 GMT - 26/10/19 05:30 GMT) | -114,216.67 |
| Hire Address Commission (3.75%) | -13,125.00 |
| Off Hire Address Commission (3.75%) | 4,283.13 |
| Victualling For Period | 1,375.00 |
| Victualling For Off Hire | -448.71 |
| IFO Cost On Redelivery 100.000 MT @ 475.00 USD/MT | -47,500.00 |
| LSG Cost On Redelivery 90.000 MT @ 670.00 USD/MT | -60,300.00 |
| 100.0% Off Hire LSG 24.830 MT @ 670.00 | -16,636.10 |
| Rebill, BUNKER PORT COST & DEVIATION | -8,200.00 |
| Total Due: | 95,231.65 |

## Terms and Instructions

| | |
|---|---|
| Payment Terms: | PAY IMMEDIATELY DUE NET |
| Due To: | Wisdom Marine Lines S.A. |
| Beneficiary Bank: | BANK OF TAIWAN |
| Branch: | OFFSHORE BANKING BRANCH |
| Address: | |
| Swift Code: | BKTWTWTP048 |
| Account Number: | 069007777987 |
| IBAN: | |
| ABA: | |
| Comment: | |
| Payment Reference: | IMPORTANT* PLS QUOTE "AMII - 1901 / Wisdom Marin / AMII HS04" ON REMITTANCE ADVICE |
| Cyber Security Note: | Please be vigilant against cyber fraud. Should you receive any message purporting to be from us that informs you of changes to payment instructions and/or bank account, please contact your CNCo/Swire Bulk representative on their regular phone number. |
| | Please note that it is your sole responsibility to ensure that payment is made to our account and that your obligations are only fulfilled upon our receipt of such payment. |

AMIS0102