# EXHIBIT 3

 

THE CHINA NAVIGATION CO. PTE LTD.
300 BEACH ROAD #27-01
THE CONCOURSE
SINGAPORE 199555
SINGAPORE

# Hire Invoice

| | | | |
|---|---|---|---|
| To: | Wisdom Marine Lines S.A. | Invoice Date: | 21/11/2019 |
| | RM711, 7F, No. 237, Sec 2 Fu-Hsing S. Rd | Invoice Number: | AMII HS05 |
| | TAIWAN | Due Date: | 29/11/2019 |
| | | Reference: | |

## Transit Details

| | |
|---|---|
| Vessel/Voyage: | AMIS INTEGRITY/1901 |
| C/P Date: | 19/09/2019 |

## Invoice Details

| Line Item | Amount (USD) |
|---|---:|
| Hire 5.0000000 days (02/12/19 06:48 GMT - 07/12/19 06:48 GMT) @ USD 14,000.00/day | 70,000.00 |
| 100.00 % Off Hire Time Deduction (Deviation for bunker call at Busan) 1.2916667 Days (12/11/19 04:30 GMT - 13/11/19 11:30 GMT) | -18,083.33 |
| 100.00 % Off Hire Time Deduction (M/E repair) 0.6458333 Days (14/11/19 16:30 GMT - 15/11/19 08:00 GMT) | -9,041.67 |
| Hire Address Commission (3.75%) | -2,625.00 |
| Off Hire Address Commission (3.75%) | 678.12 |
| Off Hire Address Commission (3.75%) | 339.06 |
| Victualling For Period | 275.00 |
| Victualling For Off Hire | -71.04 |
| Victualling For Off Hire | -35.52 |
| IFO Cost On Redelivery 128.000 MT @ 475.00 USD/MT | -60,800.00 |
| LSG Cost On Redelivery 98.000 MT @ 670.00 USD/MT | -65,660.00 |
| Rebill, Port exp: VANCOUVER (USA), Agent: INTERPORT, Inv. No: CNA-192427-1FDA | -3,876.89 |
| Rebill, Port exp: VANCOUVER (USA), Agent: INTERPORT, Inv. No: CNA-192427-2SDA | -1,100.00 |
| 100.0% Off Hire IFO 8.560 MT @ 475.00 | -4,066.00 |
| 100.0% Off Hire IFO 2.430 MT @ 475.00 | -1,154.25 |
| 100.0% Off Hire LSG 0.110 MT @ 670.00 | -73.70 |
| 100.0% Off Hire LSG 0.070 MT @ 670.00 | -46.90 |
| Refund BUNKER PORT COST & DEVIATION | 8,200.00 |
| Reversed IFO On Redelivery (Qty=100.000) | 47,500.00 |
| Reversed LSG On Redelivery (Qty=90.000) | 60,300.00 |
| Total Due: | 20,657.88 |

## Terms and Instructions

| | |
|---|---|
| Payment Terms: | PAY IMMEDIATELY DUE NET |
| Due To: | Wisdom Marine Lines S.A. |
| Beneficiary Bank: | BANK OF TAIWAN |

AMIS0107

| | |
|---|---|
| Branch: | OFFSHORE BANKING BRANCH |
| Address: | |
| Swift Code: | BKTWTWTP048 |
| Account Number: | 069007777987 |
| IBAN: | |
| ABA: | |
| Comment: | |
| Payment Reference: | IMPORTANT* PLS QUOTE "AMII - 1901 / Wisdom Marin / AMII HS05" ON REMITTANCE ADVICE |
| Cyber Security Note: | Please be vigilant against cyber fraud. Should you receive any message purporting to be from us that informs you of changes to payment instructions and/or bank account, please contact your CNCo/Swire Bulk representative on their regular phone number. |
| | Please note that it is your sole responsibility to ensure that payment is made to our account and that your obligations are only fulfilled upon our receipt of such payment. |