# EXHIBIT 4

# INTERPORT PNW LLC

10000 NE 7TH AVE, STE 320, VANCOUVER, WA USA 98685
PH: (360) 448 8326 FAX: (360) 836 5335

October 28th 2019

Wisdom Marine Group
attn: Operations Department
2nd FL., No. 237, Fu-Hsing S. Rd. Sec. 2,
Taipei Taiwan 10667

Dear Curly & Bryan,

RE: M/V Amis Integrity – Owners Protective Agent (OPA)
Arrived: 17th October 2019   Departed: 25th October 2019
Lay berth port: Vancouver, Wa

Enclosed herewith please find the Port Disbursement account for the above named vessel at Vancouver, Wa as follows:

| | |
|---|---|
| Port Disbursement account Vancouver, Wa | $ 94,665.25 |
| Less advance recvd 10/23/2019 | $ (72,050.00) |
| Total owing to Interport PNW | $ 22,615.25 |

We trust you will find the enclosed correct and in good order. Kindly arrange to remit this sum in settlement at your earliest convenience.

Sincerely
Interport PNW LLC
As agents

Barry Phelps
President


# INTERPORT PNW LLC

10000 NE 7TH AVE, STE 320, VANCOUVER, WA 98685
Phone: (360)448-8326   Fax: (360)836-5335

## PORT DISBURSEMENT ACCOUNT

[X] ORIGINAL    [ ] SUPPLEMENTARY

| VESSEL: | AMIS INTEGRITY | PORT: | VANCOUVER, WA |
|---|---|---|---|
| ARRIVED: | October 17, 2019 | SAILED: | October 25, 2019 |

| | VOUCHER | DEBIT/(CREDIT) U.S. $ |
|---|---|---|
| **PORT EXPENSES:** | | |
| Pilotage | 1 | $ 2,817.85 |
| Towage | 2 | 59,450.40 |
| Dockage/Terminal overtime | 3 | 16,182.00 |
| Line Handling | 4 | 5,080.00 |
| Customs - Entrance & Clearance | 5 | 925.00 |
| USDA, GIPSA | | - |
| Hold Inspection | | |
| Port Dues | | |
| Voyage Assessment/Vtis | | |
| Launch Hire | | |
| Gangway/Security Fees | | |
| M.F.S.A. | | |
| **TOTAL PORT EXPENSES:** | | $ 84,455.25 |
| **CARGO EXPENSES:** | | |
| Stevedoring | | |
| Stevedoring Overtime | | - |
| Terminal Security Charges | 3 | 5,800.00 |
| Cargo Survey | | |
| Travel Charges | | |
| Other Cargo Expenses | | |
| Delay of Berth Charge | | |
| **TOTAL CARGO EXPENSES:** | | $ 5,800.00 |
| **VESSEL EXPENSES:** | | |
| Cash Advance to Master | | |
| Transportation | | |
| Medical Expenses | | |
| Provisions/Stores | | |
| Repairs | | |
| Postage | | |
| Watchmen | | |
| Launch Hire | | |
| Fresh Water | | |
| Spares - Forwarding Expenses | | |
| On Hire Bunker Survey | | |
| **TOTAL VESSEL EXPENSES:** | | $ - |
| **AGENCY FEES & EXPENSES:** | | |
| Agency Fee/Commission/Overtime | 6 | 3,120.00 |
| Postage & Petties | | |
| Communications | 6 | 570.00 |
| Courier Services | | |
| Other Agency Expenses | 6 | 720.00 |
| **TOTAL AGENCY EXPENSES:** | | $ 4,410.00 |
| **TOTAL DISBURSEMENTS:** | | $ 94,665.25 |
| LESS ADVANCE: | | (72,050.00) |
| **BALANCE DUE (YOU)** | | $ 22,615.25 |

DA KM Vancouver.xls

AMIS0094



# COLUMBIA RIVER PILOTS

|  |  |
|---|---|
| Invoice | 0251866 |
| Date | 10/21/2019 |

13225 N. Lombard Portland, OR 97203
503-289-8734 . accounting@colrip.com

## Invoice

**Bill To:**

OWNERS, C/O INTERPORT PNW LLC
AS AGENTS ONLY
10000 NE 7TH AVE, STE 320
VANCOUVER, WA 98685

| | |
|---|---|
| Vessel: | AMIS INTEGRITY |
| Vessel Id: | 13007 |
| Call-Sign: | |
| Direction: | HARBOR SHIFT |
| Agent Id: | 642 |
| PO No: | |

Job Date: 10/17/19   Job Time: 17:45   From: UNITED GRAIN ELEVATOR   To: VANCOUVER BERTH 13

| Date | Tariff Description | Amount |
|---|---|---|
| 10/17/2019 | Draft Ft:   42.67 | 1,528.43 |
|  | Docking / Undocking |  |
| 10/17/2019 | Shifting: | 1,114.63 |
| 10/17/2019 | Pension Charge | 103.58 |
| 10/17/2019 | CPD Charge: | 71.21 |
|  | **Total:** | **2,817.85** |

Please Remit Payment To:
Columbia River Pilots
PO Box 912528
Denver, CO 80291-2528

Bills are due and payable when presented. Subject to Legal interest past 30 days. There is a 3% charge on credit card payments.

AMIS0095



# INVOICE

Page 1 of 2

REMIT TO: P.O. BOX 10324 • PORTLAND, OR 97296-0324
BUSINESS OFFICE (503) 228-8850
TOLL FREE (888) 228-8850
DISPATCH (503) 228-TUGS
FAX (503) 274-7098

COMPLETE TOWING SERVICE • 24 HOUR DISPATCH
SHIP ASSISTING/INLAND AND OCEAN TOWING
FLAT DECK AND DRY CARGO BARGES

**SHAVER** TRANSPORTATION COMPANY

M/V AMIS INTEGRITY AND OWNERS
C/O INTERPORT PNW LLC
10000 NE 7TH AVE STE 320
VANCOUVER, WA 98685-4547

CUSTOMER NO.: 0000028
INVOICE NO.: 0241830-IN
DATE: 10/28/2019

PO/VOYAGE #:                                TERMS: NET 30 DAYS

10/17/19  1730
ASSIST THE VESSEL M/V AMIS INTEGRITY INTO VANCOUVER BERTH #13,
VANCOUVER, WASHINGTON AND RUN LINES VIA LINES BOAT.

| | | |
|---|---|---:|
| TUG SOMMER S - | TRACTOR TUG - ASSIST IN | 6,250.00 |
| LESS 20% | | 1,250.00- |
| TUG WASHINGTON - | TRACTOR TUG - ASSIST IN | 6,250.00 |
| LESS 20% | | 1,250.00- |
| LAUNCH BOAT - | RUN LINES VIA LINES BOAT - 3 HRS @ $980/HR | 2,940.00 |
| LESS 20% | | 588.00- |

10/25/19  1400
LET GO LINES AND ASSIST THE VESSEL M/V AMIS INTEGRITY TO DEPART FROM
VANCOUVER BERTH #13, VANCOUVER, WASHINGTON.

| | | |
|---|---|---:|
| TUG PORTLAND - | LET GO LINES | 1,325.00 |
| LESS 20% | | 265.00- |
| TUG PORTLAND - | TRACTOR TUG - ASSIST OUT | 6,250.00 |
| LESS 20% | | 1,250.00- |
| TUG WASHINGTON - | TRACTOR TUG - ASSIST OUT | 6,250.00 |
| LESS 20% | | 1,250.00- |

10/25/19  1930
ASSIST THE VESSEL M/V AMIS INTEGRITY INTO PORT WESTWARD ANCHORAGE,
PORT WESTWARD, OREGON..

| | | |
|---|---|---:|
| TUG SAMANTHA S - | TRACTOR TUG - ASSIST IN | 6,750.00 |
| LESS 20% | | 1,350.00- |
| TUG WILLAMETTE - | TRACTOR TUG - ASSIST IN | 6,750.00 |

Continued



SERVICE PERFORMED SUBJECT TO RULES AND REGULATIONS OF CURRENT RATE
SCHEDULE PUBLISHED BY SHAVER TRANSPORTATION COMPANY IN EFFECT ON THE
DATE OF THIS INVOICE.

*Thank You* – We appreciate your business

AMIS0096



# INVOICE

Page 2 of 2

REMIT TO: P.O. BOX 10324 • PORTLAND, OR 97296-0324
BUSINESS OFFICE (503) 228-8850
TOLL FREE (888) 228-8850
DISPATCH (503) 228-TUGS
FAX (503) 274-7098

COMPLETE TOWING SERVICE • 24 HOUR DISPATCH
SHIP ASSISTING/INLAND AND OCEAN TOWING
FLAT DECK AND DRY CARGO BARGES

M/V AMIS INTEGRITY AND OWNERS
C/O INTERPORT PNW LLC
10000 NE 7TH AVE STE 320
VANCOUVER, WA 98685-4547

CUSTOMER NO.: 0000028
INVOICE NO.: 0241830-IN
DATE: 10/28/2019

| | | |
|---|---|---|
| LESS 20% | | 1,350.00- |
| 10/25/19 2000-2130 STANDBY THE VESSEL M/V AMIS INTEGRITY AT PORT WESTWARD ANCHORAGE, PORT WESTWARD, OREGON. | | |
| TUG SAMANTHA S - | TRACTOR TUG - STANDBY - 1-1/2 HRS @ $1575/HR | 2,362.50 |
| LESS 20% | | 472.50- |
| TUG WILLAMETTE - | TRACTOR TUG - STANDBY - 1-1/2 HRS @ $1575/HR | 2,362.50 |
| LESS 20% | | 472.50- |
| 10/25/19 2200 ASSIST THE VESSEL M/V AMIS INTEGRITY TO DEPART FROM PORT WESTWARD ANCHORAGE, PORT WESTWARD, OREGON | | |
| TUG SAMANTHA S - | TRACTOR TUG - ASSIST OUT | 6,750.00 |
| LESS 20% | | 1,350.00- |
| TUG WILLAMETTE - | TRACTOR TUG - ASSIST OUT | 6,750.00 |
| LESS 20% | | 1,350.00- |
| FUEL SURCHARGE - | 20% | 9,758.40 |
| SECURITY & COMPLIANCE | 9 TUGS @ $100/TUG | 900.00 |

BANK REMIT TO INFO: WASHINGTON TRUST BANK, SPOKANE, WA
ACCT# 1000824449   ABA# 125-100-089
ACCT NAME: SHAVER TRANSPORTATION COMPANY
SWIFT CODE: WTBAUS66

**INVOICE TOTAL USD $: 59,450.40**

SERVICE PERFORMED SUBJECT TO RULES AND REGULATIONS OF CURRENT RATE SCHEDULE PUBLISHED BY SHAVER TRANSPORTATION COMPANY IN EFFECT ON THE DATE OF THIS INVOICE.

ORIGINAL

*Thank You* — We appreciate your business

AMIS0097

3103 NW Lower River Road  Vancouver, WA  98660   (360)693-3611  Fax (360) 735-1535  www.portvanusa.com

 Port of Vancouver USA

# Invoice

Attn: Barry Phelps
INTERPORT PNW, LLC
10000 NE 7th Ave, Suite 320
Vancouver,, WA 98685

| Invoice Number | 068402 |
| Contract | |
| Lse/Proj | VS-7529- |
| Customer ID | INT12 |
| Draft Number | 0000134930 |

"Invoices remaining unpaid 30 days from invoice date are subject to finance charges of 1% per month"

BI011.RPT

| Invoice Date | Owner / Operator | Arrival Date/Time: | Departure Date/Time: | Page |
|---|---|---|---|---|
| October 25, 2019 | INTERPORT PNW LLC | 10/17/2019 1851 | 10/25/2019 1416 | 1 of 1 |
| Vessel Name | Tracking Codes | Berth | Terminal | LOA | Terms |
| MV AMIS INTEGRITY | V1901- layberth | B13 | 04 | 199.98 | Due Upon Receipt |

re:  Wisdom Marine Int'l

| Layberth | | | | |
| Granted to Berth 13/14 | Layberth (no commodity) | 8.00 PERIOD at 2022.7500 | | 16,182.00 |
| Security - Vessel | | | | |
| Granted to Berth 13/14 | Layberth (no commodity) | 8.00 PERIOD at 725.0000 | | 5,800.00 |
| **Invoice Total** | | | | 21,982.00 USD |



(Per Tariff Item 104)   All charges are due and payable as they accrue. Please notify POV in writing of disputed charges within 15 days.
With questions regarding this Invoice, please contact :
Julie Payne  Accounts Receivable  at Ph# 360-823-5302  or via email  AR@portvanusa.com

Remittance address:     Port of Vancouver USA     P.O. Box 24191   Seattle, WA 98124-0191

AMIS0098

# Portland Lines Bureau, Inc.

P.O. Box 6615
Portland, OR 97228
(503) 612-0895

| Invoice # |
|---|
| 190638 |
| **Date** |
| 10/28/2019 |

**Bill To**

Interport PNW LLC
As agents only
10000 NE 7th Ave, Ste 320
Vancouver, WA 98685

**Mooring Service Rendered**
AMIS INTEGRITY

| Date | Service | Dock | Amount |
|---|---|---|---|
| 10/17/2019 | TIE UP | VANCOUVER #4 B-13 | 3,048.00 |
| 10/25/2019 | LET GO | VANCOUVER #4 B-13 | 2,032.00 |

④

| | Total | $5,080.00 |
|---|---|---|

AMIS0099

Case 3:19-cv-01671-BR   Document 49-4   Filed 12/11/19   Page 9 of 10



# OCEAN MARINE SERVICES
1333 Washington Street
Vancouver, Wa 98660

Account of: Wisdom Marine Group
attn: Operations Department
2nd FL., No. 237, Fu-Hsing S. Rd. Sec. 2,
Taipei Taiwan 10667

Invoice Date: 10/28/2019
Invoice No.: **VW2019046**

Vessel/voy: AMIS INTEGRITY
Berth: Vancouver, Wa

Port of Entry: Vancouver, Wa
Dates: 10/25/2019

| Description | Amount |
|---|---:|
| CUSTOMS USER FEE | - |
| CUSTOMS TONNAGE TAX | - |
| U.S.D.A. FEES (APHIS) | - |
| ENTER VESSEL WITH CUSTOMS | - |
| SUPPLEMENTAL MANIFEST, FILING OUTAWRD MANIFEST | - |
| FILING PRE-ENTRY 3171 | - |
| OVERTIME SERVICES @ 40.00 | - |
| PROCESS USER FEE & TONNAGE TAX | - |
| TRIPS TO VESSEL FOR DOCUMENTS | - |
| STREAM BOARDING | - |
| TRANSPORT | 100.00 |
| PHILIPPINE CREW LIST | - |
| FILE DEPARTURE CREWLIST AND IMMIGRATION REPORT | 100.00 |
| NOTE OF SEA PROTEST/NOTARY | - |
| USE OF CUSTOMS BOND | 350.00 |
| ARRANGE/PREPARE U.S. VISA WAIVER | - |
| CLEAR VESSEL | 225.00 |
| USCG PORT STATE CONTROL SECURITY CLEARANCE | 150.00 |
| **Total** | **$ 925.00** |



AMIS0100

# INTERPORT PNW LLC

PLEASE REMIT PAYMENT TO: 10000 NE 7th Ave, Ste 320
Vancouver, Wa 98685

To: Wisdom Marine Group
attn: Operations Department
2nd FL., No. 237, Fu-Hsing S. Rd. Sec. 2,
Taipei Taiwan 10667

Invoice: 2019071

Date: 10/28/19

Ref.: AMIS INTEGRITY

| Description | Amount |
|---|---:|
| Vessel call Vancouver, Wa 17th - 25th October 2019 - Owners Agency Fee | 2,850.00 |
| Additional days | 270.00 |
| Communications | 350.00 |
| Automobile expenses | 250.00 |
| Bank fees | 200.00 |
| Cell phone onboard for security | 220.00 |
| Overtime | 270.00 |



TOTAL -   $ 4,410.00