# EXHIBIT 5

# INTERPORT PNW LLC

10000 NE 7TH AVE, STE 320, VANCOUVER, WA USA 98685
PH: (360) 448 8326 FAX: (360) 836 5335

4th November 2019

Swirebulk
Vancouver BC
Canada

Attn: Clara Liu

Dear Clara,

RE: M/V Amis Integrity
Arrived: 10th October 2019    Departed: 25th October 2019
Load port: Vancouver, Wa

Enclosed herewith please find the Supplementary Port Disbursement account for
the above named vessel at Vancouver, Wa as follows:
Port Disbursement account Vancouver Wa    $    1100.00
Supplementary

==========
$    ( 1100.00)

We trust you will find the enclosed correct and in good order. We will arrange to
remit to you this sum in settlement at our earliest convenience.

Sincerely
Interport PNW LLC
As agents

Barry Phelps
President



Voucher **1**
VERIFIED BY
**DA-Desk**
Page **3 of 3**

# INTERPORT PNW LLC
10000 NE 7TH AVE, STE 320, VANCOUVER, WA 98685
Phone: (360)448-8326   Fax: (360)836-5335

## PORT DISBURSEMENT ACCOUNT

☐ ORIGINAL          ☒ SUPPLEMENTARY

| VESSEL: AMIS INTEGRITY | | PORT: | VANCOUVER, WA |
|---|---|---|---|
| ARRIVED: October 10, 2019 | | SAILED: | October 25, 2019 |
| | | VOUCHER | DEBIT/(CREDIT) |
| PORT EXPENSES: | | | U.S. $ |
| Pilotage | | | |
| Towage | | | |
| Dockage/Terminal overtime | | | |
| Line Handling | | | |
| Customs - Entrance & Clearance | | | |
| USDA, GIPSA | | | |
| Hold Inspection | | | |
| Port Dues | | | |
| Voyage Assessment/Vtis | | | |
| Launch Hire | | 1 | 1,100.00 |
| Gangway/Security Fees | | | |
| M.F.S.A. | | | |
| | | | |
| TOTAL PORT EXPENSES: | | $ | 1,100.00 |
| | | | |
| CARGO EXPENSES: | | | |
| Stevedoring | | | |
| Stevedoring Overtime | | | - |
| Terminal Security Charges | | | |
| Cargo Survey | | | |
| Travel Charges | | | |
| Other Cargo Expenses | | | |
| Delay of Berth Charge | | | |
| | | | |
| TOTAL CARGO EXPENSES: | | $ | - |
| | | | |
| OWNERS EXPENSES: | | | |
| Cash Advance to Master | | | |
| Transportation | | | |
| Medical Expenses | | | |
| Provisions/Stores | | | |
| Repairs | | | |
| Postage | | | |
| Watchmen | | | |
| Launch Hire | | | |
| Fresh Water | | | |
| Spares - Forwarding Expenses | | | |
| On Hire Bunker Survey | | | |
| Philippine Visaed Crew listcompletion and filing | | | |
| | | | |
| TOTAL VESSEL EXPENSES: | | $ | - |
| | | | |
| AGENCY FEES & EXPENSES: | | | |
| Agency Fee/Commission/Overtime | | | |
| Postage & Petties | | | |
| Communications | | | |
| Courier Services | | | |
| Other Agency Expenses | | | |
| | | | |
| TOTAL AGENCY EXPENSES: | | $ | - |
| | | | |
| TOTAL DISBURSEMENTS: | | $ | 1,100.00 |
| | | | |
| LESS ADVANCE: | | | |
| | | | |
| | | | |
| BALANCE DUE (YOU) | | $ | 1,100.00 |

DA Amis Integrity.xls  Voucher 1

VERIFIED BY
**DA-Desk**
Page **2 of 3**

AMIS0104

# Invoice



8410 NE 349 Street
La Center, WA 98629
Brett@crlsllc.net
360-703-7721

| Date | Invoice # |
|------|-----------|
| 11/1/2019 | 1968 |

**Bill To**

Interport PNW
10000 NE 7th Ave, Ste 320
Vancouver, Wa 98685

### Vessel

AMIS INTEGRITY

| Description | Amount |
|-------------|--------|
| 10/25/19// 1815-2045: STBY at berth 1, pilot onboard, away, alongside vessel, pilot exchange, away, drop off pilot at berth 1, secure. | 1,000.00 |
| Fuel surcharge | 100.00 |

Thank you for your business.

**Total**      $1,100.00



Voucher **1**

VERIFIED BY

**DA-Desk**

Page **1 of 3**

AMIS0105

# The China Navigation Co Pte. Ltd.



## Owners Expense

**Invoice Date :** 13/11/2019

| | | |
|---|---|---|
| **Agent** | : | Interport PNW LLC |
| **Vessel** | : | Amis Integrity |
| **Voyage No.** | : | 1901 |
| **Port** | : | Vancouver WA (USA) |
| **ROE (1 USD)** | : | 1.0 |
| **Date** | : | From : 10/10/2019        To :   25/10/2019 |

**DA-Desk Ref. No.** : CNA-192427-2

| Voucher No. | Category / Type | Amount USD | Amount USD |
|---|---|---|---|
| 1 | Launch Service | 1,100.00 | 1,100.00 |
| | **TOTAL Owners Expense** | **1,100.00** | **1,100.00** |

AMIS0106