**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Michael G. Chalos**, Admitted PHV
Email: Michael.chalos@chaloslaw.com
CHALOS & CO, P.C.
55 Hamilton Avenue
Oyster Bay, NY 11771

*Attorneys for Plaintiff,*
*Dry Bulk Singapore Pte. Ltd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AMIS INTEGRITY S.A. *in personam* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc.*, in rem.*, <br><br> Defendants. | No. 3:19-CV-01671-BR <br><br> **Admiralty** <br><br> **STIPULATED [PROPOSED] BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR COUNTER SECURITY** |

David Boyajian, Counsel for Plaintiff DRY BULK SINGAPORE PTE. LTD.

("Plaintiff") conferred with Markus Oberg, Counsel for AMIS INTEGRITY S.A., ("Defendant")

by restricted appearance, on the briefing schedule for Defendant's Motion for Counter Security

Page 1 - **STIPULATED BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR COUNTER SECURITY**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

following the Rule 16 Conference held on December 17, 2019.

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for the parties hereto, that Plaintiff's time to respond to Defendant's Motion for Counter Security [Dkt 48], presently set for December 26, 2019 is hereby extended up to and including December 31, 2019. Plaintiff's counsel has requested an extension of time to December 31, 2019 to file Plaintiff's response to the motion for counter security, as the current deadline conflicts with counsel's previously planned holiday and business travel schedule, including international travel. Defendant's counsel has agreed to so extend the deadline.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 - **STIPULATED BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR COUNTER SECURITY**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

**IT IS FURTHER STIPULATED AND AGREED** that Defendant's reply brief shall be due no later than January 14, 2020.

**STIPULATED AND AGREED.**

Dated this 19th day of December, 2019

        SCHWABE, WILLIAMSON & WYATT, P.C

BY: *s/ David R. Boyajian*
     David R. Boyajian, OSB #112582
     Email: dboyajian@schwabe.com
     Telephone: 503.222.9981
     Facsimile: 503.796.2900

     CHALOS & CO, P.C.

BY: *s/ Michael G. Chalos*
     Michael G. Chalos (PHV)
     Email: Michael.chalos@chaloslaw.com
     Telephone: 516.714.4300
     Facsimile: 516.750.9051

     *Attorneys for Plaintiff Dry Bulk Singapore Pte. Ltd*

     LE GROS BUCHANAN & PAUL

BY: s*/ Markus B.G. Oberg*
     Markus B.G. Oberg, OSB #112187
     4025 Delridge Way SW, Suite 500
     Seattle, Washington 98106
     Tel: 206.623.4990
     Fax: 206.467.4828
     E-mail: moberg@legros.com
     *Attorneys for Defendant Amis Integrity S.A. by Restricted Appearance*

Page 3 - **STIPULATED BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR COUNTER SECURITY**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900