# EXHIBIT 2

## Huan Jang, Wisdom Marine Group

| | |
|---|---|
| 寄件者: | Y G Lin [wisdomsh@ms38.hinet.net] |
| 寄件日期: | Monday, July 08, 2019 17:57 |
| 收件者: | WISDOM 2F OP |
| 主旨: | Fw: Amis Integrity |
| 附件: | image001.jpg |

----- Original Message -----
From: Y G Lin <mailto:wisdomsh@ms38.hinet.net>
To: WISDOM MIKE P <mailto:mchao@wisdomlines.com.tw>
Sent: Monday, July 08, 2019 5:56 PM
Subject: Fw: Amis Integrity

MIKE/YG

G DAY

USD300,000 IS DELIVERY GBB ........BSS CAPETOWN T4 ABT USD15000 FOR 4-6M ...

----- Original Message -----
From: Thomas Rolin Private <mailto:Thomas.Rolin.p@brsbrokers.com>
To: Yg Lin (wisdomsh@ms38.hinet.net) <mailto:wisdomsh@ms38.hinet.net>
Sent: Monday, July 08, 2019 5:35 PM
Subject: Amis Integrity

YG/Thomas

Norden can indic as follows for amis integrity

Del dlosp cape town

Laycan 10 – 15 july

Tcp abt 4/abt 6 mos

Redl wwide tba

1

AMIS0034

Hire usd 13,000 + 300k gbb

Comm 3.75 add + 1.00 BRS

End

Best regards

cid:3524731381_643137

Thomas Rolin
Dry Cargo Chartering
T +971 4 4408 451    - M +971 55 911 9358

  <mailto:Thomas.rolin@brsbrokers.com> Thomas.rolin@brsbrokers.com

Skype:    <mailto:t_rolin@hotmail.com> t_rolin@hotmail.com

BARRY ROGLIANO SALLES
2303, Reef Tower, Cluster O JLT, Dubai

―――――

The information contained in this email message may be privileged and confidential. If the reader is not the intended recipient, or the agent of the intended recipient, any unauthorised use, disclosure, copying, distribution or dissemination is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephoning +33141921234 or it@brsbrokers.com and return this message to the above address. BRS works in accordance with terms and conditions set out in our web site

AMIS0035

www.brsbrokers.com. BRS or one of their group companies may or may not record conversations.

AMIS0036