# EXHIBIT 3

<u>Huan Jang, Wisdom Marine Group</u>

| | |
|---|---|
| 寄件者: | YG Lin [wisdomsh@ms38.hinet.net] |
| 寄件日期: | Thursday, July 11, 2019 08:29 |
| 收件者: | WISDOM MIKE 趙子隆; A Karin Hsieh |
| 主旨: | Fwd: amis integrity |
| 附件: | image001.jpg |

MIKE

G MRNG

THIS IS ONE TCT RIO GRANDE/BRAZIL TO CHINA GRAIN WITH DURATION 60-70DAYS WOG...

WILL BE MORE WITH MONEY


開始轉寄郵件：

寄件人: Thomas Rolin Private <Thomas.Rolin.p@brsbrokers.com>
日期: 2019 年 7 月 10 日 GMT+8 20:24:57
收件人: "Yg Lin (wisdomsh@ms38.hinet.net)" <wisdomsh@ms38.hinet.net>
標題: amis integrity


YG/Thomas


For amis integrity


From United Bulk Carriers


Del aps rio grande / santos rge


Tct grains to feast intn china


Redel spore/japan rge

1

Hire usd 15,000 + 500gbb

Comm 3.75 add + BRS

End

Best regards

cid:3524731381_643137

Thomas Rolin
Dry Cargo Chartering
T +971 4 4408 451    - M +971 55 911 9358

<mailto:Thomas.rolin@brsbrokers.com> Thomas.rolin@brsbrokers.com

Skype:    <mailto:t_rolin@hotmail.com> t_rolin@hotmail.com

BARRY ROGLIANO SALLES
2303, Reef Tower, Cluster O JLT, Dubai

The information contained in this email message may be privileged and confidential. If the reader is not the intended recipient, or the agent of the intended recipient, any unauthorised use, disclosure, copying, distribution or dissemination is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephoning +33141921234 or it@brsbrokers.com and return this message to the above address. BRS works in accordance with terms and conditions set out in our web site www.brsbrokers.com. BRS or one of their group companies may or may not record conversations.

AMIS0038