# EXHIBIT 3

Huan Jang, Wisdom Marine Group

| | |
|---|---|
| 寄件者: | Wisdom Taipei / Eddie Lin [ops@wisdomsh.com.tw] |
| 寄件日期: | Friday, July 12, 2019 14:36 |
| 收件者: | 'Curly Tsao, Wisdom Marine' |
| 副本: | ops@wisdomsh.com.tw |
| 主旨: | RE: Amis Integrity Withdrawl Notice |
| 附件: | Fwd: MV Amis Integrity / 24 Vision // Withdrawl Notice (4.40 KB); MV Amis Integrity / 24 Vision // Withdrawl Notice (3.07 KB) |

Dear Curly

Pls refer to attached mails, thank you!

THANKS&BRGDS
Eddie Lin
Wisdom Marine Agency Co., Ltd ( Taipei )
Tel: 886-2-2707-3229
Fax: 886-2-2707-3039
Mob: 886-912-712-538
E-mail: wisdomsh@ms38.hinet.net   (For sale & purchase/chartering)
E-mail: ops@wisdomsh.com.tw     (For postfixture/operations)

**From:** Curly Tsao, Wisdom Marine [mailto:op04@wisdomlines.com.tw]
**Sent:** Friday, July 12, 2019 2:00 PM
**To:** 'Wisdom Taipei / Eddie Lin'
**Cc:** 'Curly Tsao, Wisdom Marine'
**Subject:** FW: Amis Integrity Withdrawl Notice

Dear Eddie

Pls kindly assist to pass the below to chrtrs via broker channel and ask BRS to send us a copy after they forward this msg to chrtrs, thank you.

//
**To: 24 Vision Chartering Solutions DMCC, Charterers of the MV "AMIS INTEGRITY"**
**IMMEDIATE ATTENTION**
**MV "AMIS INTEGRITY" – CHARTERPARTY DATED 25 JUNE 2018**
As Charterers are aware, under the Charterparty, hire is payable in advance. However, Owners did not receive in their account any payment in respect of their Debit Note for the 18th hire under the Charterparty on the due date.
On 8 July 2019, Owners served on Charterers a notice in accordance with clause 11(b) of the Charterparty requiring Charterers to pay the overdue hire within 3 (three) clear banking days. Owners stated that if Charterers failed to do so, Owners would withdraw the vessel.
Three clear banking days have now elapsed from the date of the aforesaid notice but Charterers still have not paid the overdue hire.
Further, Charterers have failed, in breach of the Charterparty, to pay the hire due under Owners' Debit Note for the 17th hire and so there is now a total of US$417,300.00 outstanding.
In light of Charterers' late and/or non-payment of previous hire instalments, recent statements and/or conduct by Charterers, it is clear that Charterers are unwilling or unable to perform the Charterparty and/or no longer intend to be bound by its terms. Further or alternatively Charterers are in repudiatory breach of the Charterparty.
Owners hereby accept such breaches and/or Charterers' renunciation as bringing the Charterparty to an end, and discharging Owners from any further obligations under it.

Further or alternatively, Owners hereby exercise their right under clause 11(a) of the Charterparty to withdraw the vessel from Charterers' service.

Owners expressly reserve all of their rights and remedies, including but not limited to claim damages from Charterers in respect of any loss, damage, cost and/or expense which may be incurred by Owners.
//

Curly Tsao
Operation Department
Wisdom Marine Group
T: +886-2-2755-2637 ext. 754
E: op04@wisdomlines.com.tw

AMIS0029

Huan Jang, Wisdom Marine Group

| | |
|---|---|
| 寄件者: | Wisdom Taipei / Eddie Lin [ops@wisdomsh.com.tw] |
| 寄件日期: | Friday, July 12, 2019 14:05 |
| 收件者: | 'Operations 24Vision'; 'Finance'; 'Martin Lanting' |
| 副本: | ops@wisdomsh.com.tw |
| 主旨: | MV Amis Integrity / 24 Vision // Withdrawl Notice |

Dear Sirs

Good day

Foll from Owners

//

To: 24 Vision Chartering Solutions DMCC, Charterers of the MV "AMIS INTEGRITY"

IMMEDIATE ATTENTION

MV "AMIS INTEGRITY" - CHARTERPARTY DATED 25 JUNE 2018

As Charterers are aware, under the Charterparty, hire is payable in advance.
However, Owners did not receive in their account any payment in respect of their Debit Note for the 18th hire under the Charterparty on the due date.

On 8 July 2019, Owners served on Charterers a notice in accordance with clause 11(b) of the Charterparty requiring Charterers to pay the overdue hire within 3 (three) clear banking days. Owners stated that if Charterers failed to do so, Owners would withdraw the vessel.

Three clear banking days have now elapsed from the date of the aforesaid notice but Charterers still have not paid the overdue hire.

Further, Charterers have failed, in breach of the Charterparty, to pay the hire due under Owners' Debit Note for the 17th hire and so there is now a total of US$417,300.00 outstanding.

In light of Charterers' late and/or non-payment of previous hire instalments, recent statements and/or conduct by Charterers, it is clear that Charterers are unwilling or unable to perform the Charterparty and/or no longer intend to be bound by its terms. Further or alternatively Charterers are in repudiatory breach of the Charterparty.

Owners hereby accept such breaches and/or Charterers' renunciation as bringing the Charterparty to an end, and discharging Owners from any further obligations under it.

Further or alternatively, Owners hereby exercise their right under clause 11(a) of the Charterparty to withdraw the vessel from Charterers' service.

Owners expressly reserve all of their rights and remedies, including but not limited to claim damages from Charterers in respect of any loss, damage, cost and/or expense which may be incurred by Owners.

//


Best Regards

Huan Jang, Wisdom Marine Group

| | |
|---|---|
| 寄件者: | Thomas Rolin Private [Thomas.Rolin.p@brsbrokers.com] |
| 寄件日期: | Friday, July 12, 2019 14:26 |
| 收件者: | Martin Lanting; Varun Ganesan |
| 主旨: | Fwd: MV Amis Integrity / 24 Vision // Withdrawl Notice |

Martin-Varun/Thomas

Get Outlook for iOS <https://aka.ms/o0ukef>

From: Wisdom Taipei / Eddie Lin <ops@wisdomsh.com.tw>
Sent: Friday, July 12, 2019 10:08 am
To: Thomas Rolin Private; BRS Bulkops Middleeast
Cc: ops@wisdomsh.com.tw
Subject: MV Amis Integrity / 24 Vision // Withdrawl Notice

Thomas , Rabaa

Foll from Owners , as per solicitor's advice , you / BRS pls pass on this notice to Chrtrs / 24 Vision accordingly , and forward this mail sent by you to us , thank you!

//

To: 24 Vision Chartering Solutions DMCC, Charterers of the MV "AMIS INTEGRITY"

IMMEDIATE ATTENTION

MV "AMIS INTEGRITY" – CHARTERPARTY DATED 25 JUNE 2018

As Charterers are aware, under the Charterparty, hire is payable in advance. However, Owners did not receive in their account any payment in respect of their Debit Note for the 18th hire under the Charterparty on the due date.

On 8 July 2019, Owners served on Charterers a notice in accordance with clause 11(b) of the Charterparty requiring Charterers to pay the overdue hire within 3 (three) clear banking days. Owners stated that if Charterers failed to do so, Owners would withdraw the vessel.

Three clear banking days have now elapsed from the date of the aforesaid notice but Charterers still have not paid the overdue hire.

Further, Charterers have failed, in breach of the Charterparty, to pay the hire due under Owners' Debit Note for the 17th hire and so there is now a total of US$417,300.00 outstanding.

1

In light of Charterers' late and/or non-payment of previous hire instalments, recent statements and/or conduct by Charterers, it is clear that Charterers are unwilling or unable to perform the Charterparty and/or no longer intend to be bound by its terms. Further or alternatively Charterers are in repudiatory breach of the Charterparty.

Owners hereby accept such breaches and/or Charterers' renunciation as bringing the Charterparty to an end, and discharging Owners from any further obligations under it.

Further or alternatively, Owners hereby exercise their right under clause 11(a) of the Charterparty to withdraw the vessel from Charterers' service.

Owners expressly reserve all of their rights and remedies, including but not limited to claim damages from Charterers in respect of any loss, damage, cost and/or expense which may be incurred by Owners.

//

Best Regards

———

The information contained in this email message may be privileged and confidential. If the reader is not the intended recipient, or the agent of the intended recipient, any unauthorised use, disclosure, copying, distribution or dissemination is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephoning +33141921234 or it@brsbrokers.com and return this message to the above address. BRS works in accordance with terms and conditions set out in our web site www.brsbrokers.com. BRS or one of their group companies may or may not record conversations.