# EXHIBIT 4

Huan Jang, Wisdom Marine Group

| | |
|---|---|
| 寄件者: | YG Lin [wisdomsh@ms38.hinet.net] |
| 寄件日期: | Friday, July 12, 2019 22:10 |
| 收件者: | WISDOM MIKE 趙子隆; A 鄭俊聲; Wisdom Claims; WISDOM OP4; A Karin Hsieh |
| 主旨: | RE MV AMIS INTEGRITY/UBCI - FIXTURE RECAP |
| 附件: | Wisdom Imabari 63k NB (Amis Hero) - rider.pdf; 未命名的附件 06547.htm; Wisdom Imabari 63k NB (Amis Hero)- main.pdf; 未命名的附件 06550.htm |

MIKE-TINA-CURLY-HUAN/YG

G EVENING

PLS NOTE FIRST HIRE WITH 40DAYS + GBB

PLS STUDY BUNKERG UPON ARVL

LPORT AS PARANAGUA

mv amis integrity / ubci - FIXTURE RECAP

**WE ARE PLEASED TO SEND THE FIXTURE RECAP AS BELOW WITH CP DATED 12 JULY 2019.**

MV Amis Integrity

Built/Year: 2017

Vessel Type: Bulk Carrier

Builder: Imabari Shipbuilding Co

Flag: Panama

Class: ABS

DWT: 63,483 M/T

Draft (summer): 13.418 m

1

Length (L.O.A.) / (L.B.P.): 199.98 m / 195.00 m

Breadth : 32.24 m

GROSS / NET tonnage: 35,825 / 21,075

Capacity(grain/ bale) : 80,497.70 m3 / 76,176.27 m3

Hold / Hatch: 5/5

Hatch Cover : FOLDING Type (Hydraulic driven) Hatch Open

1.: L. 18.40m x B. 18.72m

2.~5.: L. 23.20m x B. 18.72m

Vessel is CO2 fitted.

Vessel is fitted with A60 bulkhead

Cargo Gear :

Crane 4 sets x 30 mt

Crane unable tandem at same time

GRAB x4 (12M3)

Speed & Consumption (daily):

Ballast: about 14.0 kts on about 23.2 MT IFO + about 0.1 MT MDO

Laden : about 13.3 kts on about 24 MT IFO + about 0.1 MT MDO

AMIS0048

In port (daily):

Working: about 4.7 MT IFO + about 0.2 MT MDO

Idle         : about 2.3 MT IFO + about 0.2 MT MDO

(D.O.to be used in case of low load running (below 30%) of G/E)

ECO Speed / Consumption basic below: (Ref only/Wog)

Ballast about 12.0 kts on about 15.4 MT IFO + about 0.1 MT MDO

Laden   about 11.5 kts on about 16.7 MT IFO + about 0.1 MT MDO

Ballast   about 12.5 kts on about 17.3 MT IFO + about 0.1 MT MDO

Laden    about 12.0 kts on about 18.5 MT IFO + about 0.1 MT MDO

+++

- Eco/Speed Consumption clause:

Owners confirm that vessel is capable of being continuously operated on minimum main engine load safely close to the cut-in point of the vessel's engine auxiliary blowers. Owners confirm they will allow the vessel to sail at 50% of the main engine load (but with main engine always operating above the cut-in point of the vessel's engine auxiliary blowers).

All low load operations will be performed under owners/owners technical managers' supervision and always in strict conformity with the recommendations from vessel's main engine manufacturers.

Owners/owners' technical managers will provide proper guidance and instructions to the Master/ship staff and ensure strict compliance with applicable low load operating procedures as deemed necessary by owners/engine manufacturers.

Owners/Master to provide Charterers with all ME parameters and logs upon Charterers' request.

+++

Speed and consumption basis good weather conditions, no adverse current, no negative influence of swell and not exceeding beufort scale force 4 and douglas sea state scale 3.

Vessel may consume mdo for main engine when steaming in shallow, confined waters, manoeuvering in/out port(s), transiting canals and also has liberty to consume for auxiliary engine when starting, stopping and working with low load.

Charterers have full use of vessel's bunker tank capacity up to 80pct

No commingling of IFO is allowed for the duration of this c/p

+++ ALL DETAILS ABOUT +++

- ITINERARY:   ETA Paranagua: o/a 18-19 / July   IAGW

- LAST 5 CARGOES/CALLS:

Last 5 cargoes

Wheat-Bagged Cement-Coal-Coal-Coal

Last 5 ports

Cape Town-Durban-Singapore-Belawan-Gresik

- PNI CLUB:

Britannia

- CP CHAIN:

No CP Chain

FOR

1. OWRS: AMIS INTEGRITY S.A.

MMG TOWER 23 FLOOR, PASEO DEL MAR AND PACIFIC AVENUE COSTA DEL ESTE PANAMA

MANAGERS / MANAGERS FULLSTYLE

WISDOM MARINE LINES S.A. (AS MANAGERS)

TEL: +886-2-2755-2637

FAX: +886-2-2755-6865

ADDRESS: 2ND FL.,NO. 237 FUHSING S.RD.,SEC.2, TAIPEI 106, TAIWAN , R.O.C.

2. ACCT: UNITED BULK CARRIERS INTERNATIONAL S.A. 17 RUE BEAUMONT, L-1219, LUXEMBOURG

3. PERIOD : FOR A TC TRIP LOADING LAWFUL/HARMLESS GRAINS(INT. SOYBEANS) EX BRAZIL FOR DISCH AT 1SP SPORE-JAPAN ( INT. CHINA AND VIETNAM IS EXCLUSION ). TRADING ALWAYS VIA SPS SBS SAS ALWAYS AFLOAT ALWAYS WI INL DUR ABT 50-55 DAYS WOG.

4. LAYCAN: 00:01 22-27 JULY 2019 (LT) ( vsl ETA on 20 th July and charters will endeavor to have earlier laycan commencement    ): in case actual loading commences earlier than layday.

5. DELIVERY : AFSPS 1 SP BRAZIL, RIO GRANDE/SANTOS RANGE ( INT. PARANAGUA   )ATDNSHINC

CHTRS WILL DECLARE DELIVERY PLACE UPON LIFTING CHTRS' SUB

6. REDELY : ON DLOSP 1 SP SPORE-JAPAN PICO,   ATDNSHINC PICO. INT. 1SP CHINA

7. HIRE: USD 16,000 DIOT + 600,000 GBB

FIRST 40 DAYS OF HIRE WITH GBB , CVE WITHOUT BUNKER VALUE TO BE PAID W/I 3 BANKING DAYS AFTER VESSEL'S DELIVERY, THEREAFTER HIRE TO BE PAID TILL ESITMATED RDLY.

8. HOLDS ON DELIVERY

Vessel's holds on arrival at first load port to be clean, dried, free of rust scale and previous cargo residues, and in every respect fit and ready to receive charterers' intended cargo to local independent shipper surveyors satisfaction. Should the vessel fail hold inspection, the vessel to be off-hire from time of rejection until she fully passes; and any proven expenses directly incurred for hold cleaning whilst vessel off hire to be for owners' account. in case the vessel partially passes hold inspection and loading operation commences, charterers to pay hire pro-rata till all holds pass the re-inspection.

9. ILOHC: USD 6,000 LUMPSUM ILOHC

10. CVE : US$ 1,600 PM( 30 days )PR

11. CONTRACT LAW AND ARBITRATION FORUM

THE CONTRACT TO BE CONSTRUED IN ACCORDANCE WITH ENGLISH LAW.

ARBITRATION TO BE IN LONDON

AMIS0052

12. BOD

ABT  40– ABT 80        MT HSFO , ABT 5 – ABT 10       MT LSMGO -

OWNERS TO HAVE OPTION TO SUPPLYING BUNKERS UPON ARRIVAL ABT 200- ABT 300MT HSIFO ,   ABT 30 –    ABT 50MT LSMGO

BOR

ABT   200        MT HSFO , ABT 30 - ABT 50        MT LSMGO

  PRICES BENDS: USD    480        PMT HSFO, USD     760      PMT LSMGO/MDO

OWNS CFM    BOD HSFO TO BE min    30MT & LSMGO MIN. 5MT

OWNERS TO HAVE THE OPTION OF BUNKERING THE VESSEL FOR THEIR OWN ACCOUNT INCLUDING COST AND TIME ( PRO RATA ) AT SINGAPORE PROVIDED SAME DOES NOT INTERFERE WITH CHARTERERS' OPERATIONS / CARGO INTAKE

13. L.O.I. CLAUSE

If the original Bills of Lading can not be presented at discharging port, Owners/Master agree to discharge/release the entire cargo without presentation of the original Bills of Lading only against Charterers' Letter of Indemnity in Owners' standard P and I Club form and without bank guarantee or bank endorsement. Charterers' Letter of Indemnity to be faxed or e-mailed to Owners via broker channel before commencement of discharge in order to grant Owners reasonable time to check/approve same and instruct the Master accordingly, otherwise owners will not be held liable for any delay of discharging operation.

14. ADD COMM: 3.75% TO CHTRS PLUS 1.00 PCT TO BRS , PLUS1.0 PCT TO BENEFIT TRANSPORT S.A.

15. OTHERWISE AS PER OWNERS NYPE CP    (ATTACHED) TO BE

LOGICALLY AMENDED AS PER MAIN TERMS AGREED ABOVE AND FOLL AGREED ALTERATIONS:

AMIS0053

cl.2 line 37 ,   The Owners shall give the Charterers approximate 7,   5, 3, 2 and 1 day(s) notice of expected date of delivery.

cl.10

delete "30" and replace with "20".

R/C

cl. 30

(d): delete

cl.60 option to sell

:delete

cl.61 bottom fouling

:25 i/o 20

cl.65 adding off hire period

: delete

cl.67 drydocking

All replaced by   " Vessel not to be drydocked unless in cases of emergency "

cl.87 weather routing

AMIS0054

" the report of one independent weather company mutually agreed by owners and charterers , and cost shared equally " instead of " the average of the two " shall be taken as ruling

END

MANY THNKS FOR YOUR KIND EFFORTS/SUPPORT LEADING TO THIS FIXTURE!

TKS

YG