# EXHIBIT 5

## INTERROGATORIES AND REQUESTS FOR PRODUCTION

**INTERROGATORY NO. 1**: Identify all persons involved on behalf of Dry Bulk Singapore Pte Ltd. (hereafter "Dry Bulk" or Plaintiff) with the charter of the M/V AMIS INTEGRITY from 24Vision Chartering Solutions (hereafter "24Vision"), their employer, title, and their role(s) relating to such charter.

**ANSWER**:

Stavros Tsolakis, Head of Chartering and Authorized Representative of Plaintiff c/o Chalos & Co., PC.

Gian Luca Garufi
Lightship Chartering Geneva Sàrl
42, Rue du Rhône
CH – 1204 Geneva
Switzerland
Phone: +41 22 700 0011
Fax: +41 22 700 0022

Thomas Rolin
BRS Dubai
P.O.Box 30648 - Office 2303
Reef Tower, Jumeirah Lake Towers
Dubai
Telephone: +971 (0)4 440 8400
Fax: +971 (0)4 454 8905

**REQUEST FOR PRODUCTION NO. 1**: Produce all documents that form the charter party between Dry Bulk and 24Vision allegedly in effect at relevant times.

**RESPONSE**: Plaintiff objects to the term "allegedly" in reference to the 24 Vision/Dry Bulk charter party in effect at relevant times. Subject to and without waiving the objection, please see documents previously filed with the Court and referred to herein.

**REQUEST FOR PRODUCTION NO. 2**: Produce the charter party referenced in paragraphs 11 and 13 of the Complaint (Dkt. #1).

**RESPONSE**: See Exhibits 1 and 2 to the Dry Bulk Complaint (Dkt. #1).

/ / /