**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Michael G. Chalos, *admitted PHV*
Email: michael.chalos@chaloslaw.com
CHALOS & CO, P.C.

    *Attorneys for Plaintiff,*
    *Dry Bulk Singapore Pte. Ltd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AMIS INTEGRITY S.A. *in personam* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc.*, in rem.*, <br><br> Defendants. | No. 3:19-CV-01671-BR <br><br> **Admiralty** <br><br> **DECLARATION OF DAVID R. BOYAJIAN IN SUPPORT OF PLAINTIFF DRY BULK SINGAPORE PTE. LTD.'S MOTION FOR LEAVE TO AMEND THE VERIFIED COMPLAINT** |

I, David R. Boyajian, declare as follows:

1.     I am counsel for Dry Bulk Singapore PTE. LTD.

Page 1 -  DECLARATION OF DAVID R. BOYAJIAN IN SUPPORT OF PLAINTIFF DRY BULK SINGAPORE PTE. LTD.'S MOTION FOR LEAVE TO AMEND THE VERIFIED COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

2. Attached hereto as Exhibit A is a true and correct copy of the Proposed Amended Verified Complaint.

Dated at Portland, Oregon this 3rd day of March, 2020.

BY: *s/ David R. Boyajian*
David R. Boyajian, OSB #112582
dboyajian@schwabe.com

Page 2 - DECLARATION OF DAVID R. BOYAJIAN IN SUPPORT OF PLAINTIFF DRY BULK SINGAPORE PTE. LTD.'S MOTION FOR LEAVE TO AMEND THE VERIFIED COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all associated counsel.

BY: *s/ David R. Boyajian*
David R. Boyajian, OSB #112582

Page 3 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900