**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Michael G. Chalos, *admitted PHV*
Email: michael.chalos@chaloslaw.com
CHALOS & CO, P.C.

    *Attorneys for Plaintiff,*
    *Dry Bulk Singapore Pte. Ltd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Amis Integrity S.A. *in personam,* and )<br>M/V AMIS INTEGRITY (IMO 9732412) )<br>her engines, freights, apparel, )<br>appurtenances, tackle, etc., *in rem,* )<br>)<br>    Defendants. | Case No. 3:19-cv-01671-BR<br><br>IN ADMIRALTY |

**PARTIES' JOINT REQUEST TO AMEND COURT'S SCHEDULING ORDER**

    For the reasons more fully set forth herein, the Parties respectfully submit this Joint Request to Amend the Court's Scheduling Order (Dkt.50).

    1. This maritime related case involves parties and witnesses who are located in Singapore, Taiwan, and the United Arab Emirates (UAE).

2. The parties have identified at least three critical witnesses in this matter who are currently located in Taiwan; at least one witness in Singapore and at least one witness in the UAE.

3. The parties were in the process of scheduling these depositions to take place in March, 2020 to comply with the Court's Fact Discovery deadline of April 30, 2020 (Dkt. 50) when the Coronavirus epidemic arose and travel restrictions/quarantines were implemented.

4. Counsel waited for several weeks in the hopes that the situation would improve, but, in fact, it appears to have worsened as far as travel restrictions are concerned.

5. Taiwan and Singapore have imposed travel restrictions to and from those countries, as well as restrictions to travel from and to other countries in the region in which airline connections may need to be made in order to reach the final destination (i.e. Hong Kong, China, Japan and South Korea).

6. Such restrictions include mandatory fourteen-day (14) quarantines for individuals travelling to or from Taiwan and/or Singapore or to or from airline connecting restricted countries. Such quarantine restrictions could apply to counsel travelling to Taiwan and Singapore and/or to witnesses travelling from such countries to the United States to testify, if the depositions were held in the US instead of Taiwan and/or Singapore.

7. Under the circumstances, counsel in this matter respectfully request the court to amend and modify the current scheduling Order to extend the fact discovery for another sixty (60) days and for all the remaining dates in the Order to be similarly extended.

DATED: March, 10, 2020

        Respectfully Submitted,

        SCHWABE, WILLIAMSON & WYATT, P.C.

By: */s/ David R. Boyajian*
    David R. Boyajian, OSB #112582
    1211 SW 5th Ave., Suite 1900
    Portland, OR 97204
    Telephone: 503.222.9981
    Facsimile: 503.796.2900
    Email: dboyajian@schwabe.com

By: */s/ Michael G. Chalos*
    Michale G. Chalos, *admitted PHV*
    CHALOS & CO, P.C.
    55 Hamilton Avenue
    Oyster Bay, NY 11771
    Telephone: (516) 714-4300
    Email: michael.chalos@chaloslaw.com
    Attorneys for Plaintiff Dry Bulk Singapore Ptd. Ltd.


        LE GROS, BUCHANAN & PAUL

By: */s/ Markus B.G. Oberg*
    MARKUS B.G. OBERG, OSB #112187
    DANIEL J. PARK, OSB #132493
    4025 Delridge Way SW, Suite 500
    Seattle, Washington 98106-1271
    Phone: 206-623-4990
    Facsimile: 206-467-4828
    Email: moberg@legros.com
    Email: dpark@legros.com
    Attorneys for Defendant Amis Integrity, S.A., by restricted appearance


SO ORDERED_____    March____, 2020
        U.S.D.C.