**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Michael G. Chalos, *admitted PHV*
Email: michael.chalos@chaloslaw.com
CHALOS & CO, P.C.

    *Attorneys for Plaintiff,*
    *Dry Bulk Singapore Pte. Ltd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AMIS INTEGRITY S.A. *in personam* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc.*, in rem.*, <br><br> Defendants. | No. 3:19-CV-01671-BR <br><br> **Admiralty** <br><br> **PARTIES' JOINT MOTION TO AMEND COURT'S SCHEDULING ORDER** |

    For the reasons more fully set forth herein, the Parties respectfully submit this Joint Request to Amend the Court's Scheduling Order (Dkt.50).

    1. This maritime related case involves parties and witnesses who are located in Singapore, Taiwan, and the United Arab Emirates (UAE).

Page 1 - PARTIES' JOINT MOTION TO AMEND COURT'S SCHEDULING ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\135224\250826\DBO\27501138.1

2.  The parties have identified at least three critical witnesses in this matter who are currently located in Taiwan; at least one witness in Singapore and at least one witness in the UAE.

3.  The parties were in the process of scheduling these depositions to take place in March, 2020 to comply with the Court's Fact Discovery deadline of April 30, 2020 (Dkt. 50) when the Coronavirus epidemic arose and travel restrictions/quarantines were implemented.

4.  Counsel waited for several weeks in the hopes that the situation would improve, but, in fact, it appears to have worsened as far as travel restrictions are concerned.

5.  Taiwan and Singapore have imposed travel restrictions to and from those countries, as well as restrictions to travel from and to other countries in the region in which airline connections may need to be made in order to reach the final destination (i.e. Hong Kong, China, Japan and South Korea).

6.  Such restrictions include mandatory fourteen-day (14) quarantines for individuals travelling to or from Taiwan and/or Singapore or to or from airline connecting restricted countries. Such quarantine restrictions could apply to counsel travelling to Taiwan and Singapore and/or to witnesses travelling from such countries to the United States to testify, if the depositions were held in the US instead of Taiwan and/or Singapore.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 -   PARTIES' JOINT MOTION TO AMEND COURT'S SCHEDULING ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

7. Under the circumstances, counsel in this matter respectfully request the court to amend and modify the current scheduling Order to extend the fact discovery for another sixty (60) days and for all the remaining dates in the Order to be similarly extended.

Dated this 10th day of March, 2020.

Respectfully submitted:

SCHWABE, WILLIAMSON & WYATT, P.C.

By: */s/ David R. Boyajian*
David R. Boyajian, OSB #112582
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900
Email: dboyajian@schwabe.com

CHALOS & CO, P.C.
Michael G. Chalos
*Appearing Pro Hac Vice*
Telephone: (516) 714-4300
Email: michael.chalos@chaloslaw.com
Attorneys for Plaintiff Dry Bulk Singapore Ptd. Ltd.


LE GROS, BUCHANAN & PAUL

By: */s/ Markus B.G. Oberg*
MARKUS B.G. OBERG, OSB #112187
DANIEL J. PARK, OSB #132493
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Phone: 206-623-4990
Facsimile: 206-467-4828
Email: moberg@legros.com
Email: dpark@legros.com
Attorneys for Defendant Amis Integrity, S.A., by restricted appearance

Page 3 - PARTIES' JOINT MOTION TO AMEND COURT'S SCHEDULING ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all associated counsel.

BY: *s/ David R. Boyajian*
David R. Boyajian, OSB #112582

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\135224\250826\DBO\27501138.1