**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Michael G. Chalos, *admitted PHV*
Email: michael.chalos@chaloslaw.com
CHALOS & CO, P.C.

    *Attorneys for Plaintiff,*
    *Dry Bulk Singapore Pte. Ltd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD.,<br><br>    Plaintiff,<br><br>    vs.<br><br>AMIS INTEGRITY S.A. *in personam* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc.*, in rem.*,<br><br>    Defendants. | No.  3:19-CV-01671-BR<br><br>**Admiralty**<br><br>**PROOF OF SERVICE ON DEFENDANT AMIS INTEGRITY, S.A.** |

Page 1 -   PROOF OF SERVICE ON DEFENDANT AMIS INTEGRITY, S.A.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\135224\250826\DBO\27517564.1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-01671-BR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AMIS INTEGRITY, S.A.
was received by me on *(date)* March 4, 2020.

☒ I personally served the summons on the individual at *(place)* AMIS INTEGRITY, S.A. MMG Tower, 23rd Floor, Ave. Paseo del Mar, Costa del Este, Panama City, Panama on *(date)* March 5, 2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Morgan & Morgan Law Firm, who is designated by law to accept service of process on behalf of *(name of organization)* as Resident Agents of AMIS INTEGRITY, S.A. on *(date)* March 5, 2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ - - - - - for travel and $ - - - - - for services, for a total of $ - - -0.00 .

I declare under penalty of perjury that this information is true.

Date: March 9, 2020

*Server's signature*

Felix Valencia M.
*Printed name and title*

Calle 55, El Cangrejo, Edif. CARPIT No.225
Panama, Rep. de Panama
*Server's address*

Additional information regarding attempted service, etc: