Markus B.G. Oberg, OSB #112187
Daniel J. Park, OSB #132493
LE GROS BUCHANAN & PAUL
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Phone:     206-623-4990
Facsimile: 206-467-4828
Email: moberg@legros.com
Email: dpark@legros.com
Attorneys for Movant by restricted appearance

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| DRY BULK SINGAPORE PTE. LTD, | Case No. 3:19-cv-01671-BR |
|---|---|
| Plaintiff, | IN ADMIRALTY |
| v. | DECLARATION OF MARKUS OBERG IN SUPPORT OF RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT |
| Amis Integrity S.A., *in personam* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, | |
| Defendants. | |

I, MARKUS OBERG, declare as follows:

1.  I am over the age of majority and, except as otherwise indicated, make this declaration on personal knowledge, and am competent to testify regarding the facts contained herein.

2.  I am one of the attorneys representing Amis Integrity, S.A., by restricted appearance in the above-captioned matter.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from Amis Integrity S.A.'s responses and objections to Plaintiff's first interrogatories and requests for production along with the verification page.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF OREGON AND THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED this 13th day of March, 2020 signed at Seattle, Washington.

*s/ Markus B.G. Oberg*
Markus B. G. Oberg

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all associated counsel.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 13th day of March, 2020.

                              *s/ Shelley Courter*
                              Shelley Courter, Legal Assistant
                              LeGros Buchanan & Paul
                              4025 Delridge Way SW, Suite 500
                              Seattle, Washington 98106-1271
                              Telephone:      206-623-4990
                              Facsimile:       206-467-4828
                              E-mail:           scourter@legros.com

DECLARATION OF OBERG IN SUPPORT OF RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT -
Page 3
[Case No. 3:19-cv-01671-BR]

{29293-00591949;1}