# EXHIBIT 4

| | |
|---|---|
| From: | Henry Chou |
| To: | "Mike Chao, Wisdom Marine Group"; Wisdom Marine Group (Tina Chang); "Jenna Meng, Wisdom Marine" |
| Cc: | ops@wisdomsh.com.tw |
| Subject: | MV AMIS INTEGRITY - CNCO FULL CLEAN RECAP DATED 19/09/19 |
| Date: | Thursday, September 19, 2019 6:29:28 PM |
| Attachments: | Wisdom Supramax cargo trading Exclusion.pdf |
| | BIMCO 2020 Fuel Transition Clause for Time Charter Parties.docx |
| | BIMCO 2020 Marine Fuel Sulphur Content Clause forTime C....docx |
| | bunun brave - china navigation 28 sept 18 mb wcp.pdf |
| | bunun brave - china navigation 28 sept 18 riders wcp.pdf |

DEAR MIKE, TINA, CURLY,

PLEASED TO SEND YOU PRIMARY CLEAN RECAP AS BELOW:

M/V AMIS INTEGRITY / CNCO

+++ FULL AND COMPLETE CLEAN RECAP +++

CHARTER PARTY DATED 19/09/19
====================================

CNCO STANDARD TERMS - ALL NEGOTIATIONS AND EVENTUAL FIXTURE TO BE KEPT PRIVATE AND CONFIDENTIAL

1. **A/C THE CHINA NAVIGATION CO. PTE. LTD, 300 BEACH ROAD, THE CONCOURSE, SINGAPORE.**

2. **VENDOR FORM – AS ATTACHED**

3. **VESSEL INFORMATION – KINDLY ADVISE**

   - **MV AMIS INTEGRITY**
     PLEASE ADVISE FULL T/C DESCRIPTION
     MV AMIS INTEGRITY
     BUILT/YEAR: 2017
     VESSEL TYPE: BULK CARRIER
     BUILDER: IMABARI SHIPBUILDING CO
     FLAG: PANAMA
     CLASS: ABS
     DWT: 63,483 M/T
     DRAFT (SUMMER): 13.42 M
     LENGTH (L.O.A.) / (L.B.P.): 199.98 M / 195.00 M
     BREADTH : 32.24 M
     GROSS / NET TONNAGE: 35,825 / 21,075
     CAPACITY(GRAIN/ BALE) : 80,498 M3 / 76,176 M3

HOLD / HATCH: 5/5
HATCH COVER : FOLDING TYPE (HYDRAULIC DRIVEN) HATCH OPEN
1.: L. 18.40M X B. 18.72M
2.~5.: L. 23.20M X B. 18.72M

CARGO GEAR :
CRANE 4 SETS X 30 MT

CRANE UNABLE TANDEM AT SAME TIME

GRAB X4 (12M3)

SPEED & CONSUMPTION (DAILY):

BALLAST: ABOUT 14.0 KTS ON ABOUT 23.9 MT IFO + ABOUT 0.1 MT MDO
LADEN : ABOUT 13.3 KTS ON ABOUT 25.2 MT IFO + ABOUT 0.1 MT MDO

IN PORT (DAILY):
WORKING: ABOUT 4.7 MT IFO + ABOUT 0.2 MT MDO
IDLE    : ABOUT 2.3 MT IFO + ABOUT 0.2 MT MDO
(D.O.TO BE USED IN CASE OF LOW LOAD RUNNING (BELOW 30%) OF G/E)

ECO SPEED / CONSUMPTION BASIC BELOW: (REF ONLY/WOG)

BALLAST ABOUT 12.0 KTS ON ABOUT 15.8 MT IFO + ABOUT 0.2 MT MDO
LADEN  ABOUT 11.5 KTS ON ABOUT 16.5 MT IFO + ABOUT 0.2 MT MDO


SPEED AND CONSUMPTION BASIS GOOD WEATHER CONDITIONS, NO ADVERSE CURRENT, NO NEGATIVE INFLUENCE OF SWELL AND NOT EXCEEDING BEUFORT SCALE FORCE 4 AND DOUGLAS SEA STATE SCALE 3.

VESSEL MAY CONSUME MDO FOR MAIN ENGINE WHEN STEAMING IN SHALLOW, CONFINED WATERS, MANOEUVERING IN/OUT PORT(S), TRANSITING CANALS AND ALSO HAS LIBERTY TO CONSUME FOR AUXILIARY ENGINE WHEN STARTING, STOPPING AND WORKING WITH LOW LOAD.

CHARTERERS HAVE FULL USE OF VESSEL'S BUNKER TANK CAPACITY UP TO 80PCT

NO COMMINGLING OF IFO IS ALLOWED FOR THE DURATION OF THIS C/P


+++ ALL DETAILS ABOUT +++

PLEASE ADV VESSEL FULL ITINERARY / LAST 5 CARGOES / DATES OF LAST DD + SS

LAST 5 CARGOES
SOYBEAN ( THIS CURRENT ONBOARD CARGO )
WHEAT
BAGGED CEMENT
COAL
COAL

- PLEASE ADVISE CONSTANTS INCLUDING UNPUMPABLE BALLAST AND FRESH WATER FIGURES – NORMALLY CONSTANTS 300MT/ UNPUMPABLE BALLAST 200MT / FRSH WATER 400MT (INCLUDES 100MT DRINKING WATER)

4. **DELIVERY**

   DLOSP RIZHAO ATDNSHINC

5. **LAY / CAN**

   0001 21 SEPTEMBER – 2359 27 SEPTEMBER 2019

6. **CHARTER DESCRIPTION**

   FOR ABOUT 3 TO ABOUT 5 MONTHS TIMECHARTER (ABOUT MEANING +/- 15 DAYS) IN CHRTS OPTION, TRADING WORLDWIDE VIA SP(S), SB(S), SA(S) AA ALWAYS AFLOAT ALWAYS W/I IWL/INL

7. **REDELIVERY**

   DLOSP 1 SP, PICO TRADING LIMITS ATDNSHINC IN WEST COAST INDIA / JAPAN RANGE.

8. **HIRE**

   US$ 14,000 DAILY INCLOT PAYABLE EVERY 15 DAYS IN ADVANCE

9. **BUNKER CLAUSE**

BOD ABT 470-480MT IFO 380 CST + ABT 80-90 MT LSMGO

BOR:

AMIS0133

FOR REDEL AT DEC 2019 THEN IFO :

CHARTERERS SHOULD LEAVE THE REASONABLE QTY OF NON-COMPLIANT FUEL ON BOARD FOR OWNERS ARE ABLE TO CONSUME OUT BEFORE 1ST JAN 2020 WHEN NEW REGULATION COMES INTO EFFECT.
IF REDELY BY 20TH DEC , BOR ABT 100MT OR THE SUITABLE QTY TO REACH MAJOR BUNKERG PORT , OWNERS AND CHARTERERS SHOULD DISCUSS IN ADVANCE IN NOV AND MUTUALLY AGREED ON BOR QTY ONCE CHARTERS WORKING THEIR BIZ PLAN

IF AFTER 1ST JAN 2020 THE BOR TO BE ABT 300MT COMPLIANT FUEL

ON DELY CHARTERS SHALL TAKE OVER AND PAY FOR BOD , CHARTERS MAY DEDUCT EST VALUE OF BOR FM LAST SUFFICIENT HIRE PAYMENTS
PRICES ON DELIVERY AT USD475/MT FOR IFO AND USD670/MT FOR LSMGO AS AGREED

PRICES OF 300 MT 2020 COMPLIANT FUEL ON REDELIVERY TO BE AS PER PLATTS PRICES FROM NEAREST MAIN BUNKERING PORT ON THE DAY OF REDELIVERY. PLATTS TO BE BASED ON THE ACTUAL COMPLIANT FUEL GRADE SUPPLIED BY CHRTRS. IF REDELIVERY FALLS ON A HOLIDAY OR WEEKEND THEN THE PLATTS PRICES FROM THE PRECEDING WORKING DAY TO APPLY. PRICE OF LSMGO ON REDELIVERY BE SAME AS DELIVERY I.E. USD 670 PER MT.

- BIMCO 2020 CLAUSE AS ATTACHED

## 10. HOLD CONDITION CLAUSE

HOLD CLEANLINESS CLAUSE VESSEL'S HOLDS ON ARRIVAL OF FIRST LOADING PORT TO BE CLEAN SWEPT, WASHED, DRIED, FREE OF LOOSE RUST SCALE AND PREVIOUS CARGO RESIDUE AND READY IN ALL RESPECTS TO RECEIVE CHARTERERS ANY PERMISSIBLE CARGO TO LOCAL SHIPPERS SURVEYORS SATISFACTION, FAILING WHICH VESSEL TO BE OFF-HIRED FROM TIME OF FAILING INSPECTION AND DIRECTLY RELATED EXTRA EXPENSES INCURRED THEREBY UNTIL VESSEL PASSES RE-INSPECTION TO BE FOR OWNERS ACCOUNT. IN CASE HOLDS PARTIALLY PASS THE HOLD INSPECTION AND LOADING DOES COMMENCE, CHARTERERS TO PAY HIRE PRO-RATA UNTIL ALL HOLDS PASS THE RE-INSPECTION.

## 11. ILOHC

US$ 5500.- LUMPSUM EXCLUDING DUNNAGE/LASHING/CARGO DEBRIS REMOVAL ON REDELY.

## 12. CEV

USD 1650 PER 30 DAYS OR PR

AMIS0134

13. **CARGO EXCLUSIONS – AS PER ATTACHED CARGO EXCLUSIONS CLAUSE AND BELOW FURTHER AMENDMENTS.**

14. **TRADING EXCLUSIONS-AS PER ATTACHED TRADING EXCLUSIONS CLAUSE AND BELOW FURTHER AMENDMENTS.**

15. **3.75PCT ADCOM TO CHARTERERS PLUS 1PCT ARROW AND 1PCT BENEFIT**

16. **APART FROM LOGICAL AMENDMENTS BASED ON ABOVE MAIN TERMS, OTHER TERMS AND CONDITIONS BASED ON ATTACHED** BUNUN BRAVE/CHINA NAVIGATION CP DATE 28 SEPT 2018 (EXCEPT FOR CARGO/TRADING EXCLUSIONS CLS WHICH AS PER ATTACHED) AND BELOW FURTHER AMENDMENTS/ADDITIONS/EXCEPTIONS:

MAIN:
CL13- DELETE (A)... ,DECKS... & (B)
CL30- DELETE (C)

RIDERS:

CL52- DELETE
CL87- ADD: "NO ADVERSE CURRENT, NO NEGATIVE INFLUENCE OF SWELL" BEFORE "AND HEADWIND SPEEDS NOT EXCEEDING BEAUFORT SCALE FORCE 4 AND DOUGLAS SEA STATE SCALE 3."
CLS 67 – DRYDOCKING ONLY IN CASE OF EMERGENCY.

CARGO EXCLUSIONS:

CLASUE49 3RD PARAGRAPH TO READ: "ALL CARGOES FALLING UNDER APPENDIX B OF THE B.C. CODE AND ANY SUBSEQUENT AMENDMENT ( EXCEPT FOR COAL AND PETCOKE) ARE ALWAYS TO BE EXCLUDED."

DELETE NICKEL ORE FROM EXCLUDED. ADD 'NEW CALEDONIA NICKEL ORE ALWAYS ALLOWED DURING THIS CHARTER PARTY'
PROTECTIVE CLAUSE FOR CONCENTRATES TO READ:
NEW CALEDONIA NICKEL ORE AND ALL CONCENTRATES LISTED AS PER VESSEL'S IMSBC CERTIFICATE TO BE ALLOWED DURING THE CURRENCY OF THIS CHARTER PARTY PROVIDED ALWAYS LOADED IN LINE WITH IMO/LOCAL REGULATIONS. FOR LOADING NEW CALEDONIA NICKEL ORE/CONCENTRATES, THE STOWAGE TO BE WITHIN VESSEL'S STRENGTH, ALL NECESSARY SEPARATION IF REQUIRED TO BE PROPERLY ERECTED UP TO SURVEYOR'S AND MASTER'S SATISFACTION AT CHARTERERS' EXPENSE AND TIME AND CARGO TO BE LOADED, STOWED, SEPARATED, TRIMMED AND DISCHARGED ETC. ACCORDING TO LATEST IMO AND OTHER AUTHORITIES' REGULATIONS AT MASTER'S REQUEST CHARTERERS TO ALLOW OWNERS TO APPOINT P&I SURVEYOR OR INDEPENDENT SURVEYOR TO SUPERVISE LOADING, STOWING, EXECUTION OF SEPARATION ETC., TO SURVEYOR'S AGREEMENT AND MASTER'S SATISFACTION AT CHARTERERS' TIME AND EXPENSES. CHARTERERS/SHIPPERS PRIOR TO LOADING, OR UPON REQUEST FROM OWNERS/MASTER, TO PROVIDE CERTIFICATES STATING

MOISTURE CONTENT BE LESS THAN THE TRANSPORTABLE MOISTURE LIMIT ( TML ) WITH SAMPLING DATE WITHIN 7 DAYS PRIOR TO LOADING COMMENCEMENT OF THE CARGO.

SALT ALLOWED AS LAST CARGO AGAINST ILOHC $25000
TRADING LIMITS / EXCLUSIONS: TO AMEND AS BELOW:
TO ADD: "CHARTERERS' OPTION BREACH OF I.W.L. SUBJECT TO OWNERS' UNDERWRITERS APPROVAL AND INVOICE,"

END
//


Best regards
Henry Chou
Wisdom Marine Agency
Tel: 886-2-27073229
Mobile: 886-920079700

MOISTURE CONTENT BE LESS THAN THE TRANSPORTABLE MOISTURE LIMIT ( TML ) WITH SAMPLING DATE WITHIN 7 DAYS PRIOR TO LOADING COMMENCEMENT OF THE CARGO.

SALT ALLOWED AS LAST CARGO AGAINST ILOHC $25000
TRADING LIMITS / EXCLUSIONS: TO AMEND AS BELOW:
TO ADD: "CHARTERERS' OPTION BREACH OF I.W.L. SUBJECT TO OWNERS' UNDERWRITERS APPROVAL AND INVOICE,"

END
//

Best regards
Henry Chou
Wisdom Marine Agency
Tel: 886-2-27073229
Mobile: 886-920079700

AMIS0136

### Clause 49 - Cargo Exclusions

It is understood that the vessel is not to be employed in the carriage of:

Ammonium nitrate ( But some types of Ammonium nitrate can be allowed subject to vessel's IMSBC certificate), asbestos, ashes, asphalt, bones, borates, borax, calcium carbide, cement, cement clinker, copra and it's products, direct reduced iron (DRI), ferro-silicon, fishmeal, hide, hot briquetted iron (HBI), injurious, inflammable or dangerous goods (such as acids, explosives, aims, ammunition or warlike materials, nuclear material or radioactive products or wastes or chemical products), livestock, motor blocks and turnings, motor spirit, naphtha, nickel ore, oilcakes and meals, petroleum or it's products (But petroleum coke allowed, see below), pig iron, pitch in bulk, pond coal, potash, pyrites, raw cotton, round logs, resin, scrap, silica sand, soda ash, sulphur ( But some types of sulphur can be allowed subject to vessel's IMSBC certificate with protective clause , see below ), tobacco, tar or any of their products, raw cotton , all cargoes listed in the IMDG Code should be subject to Vessels' certificate(s) and Owners' prior approval so permit(s) and to be loaded strictly in accordance with IMO and local rules and relevant regulations. All cargoes to be loaded/stowed/carried within IMO and local rules and relevant regulations and always in accordance with what is allowed by the authorities issuing vessel's certificates.

All cargoes falling under Appendix B of the B.C. Code and any subsequent amendment ( except for coal ) are always to be excluded.

Charterers is not allowed to load Alumina / Australian grain for the first voyage

In case bagged cargo is carried, owners are not responsible for all bags torn/shortlanded/damaged/ leakage/pilferage or any circumstances arising out of its stowage except for ones wet or other damage caused by vessel's unseaworthiness.

Cargo to be loaded, stowed, trimmed, secured and discharged at Charterers' risk and expenses. Vessel to be always left in a seaworthy trim to the Master's satisfaction during her sailing and/or shifting between all berths and ports. All cargo is to be carried as per the IMO regulation in respect of carriage of cargo.

Deck cargo is NOT allowed

Charterers are disallowed to use California block stowage for stowing steel cargo.

All cargoes belong to Group A cargo must be provided with a certificate that cargo moisture limit is within transportable moisture limit, which should be duly certified by Owners' P and I Club or his appointed surveyor before loading on board, and all related expenses and time for the survey shall be borne by the Charterers. BIMCO Solid Bulk Cargoes that Can Liquefy Clause to apply in full

All concentrates listed as per vessel's IMSBC certificate to be allowed during the currency of this Charter Party provided always loaded in line with IMO/local regulations. For loading concentrates, the stowage to be within vessel's strength, all necessary separation if required to be properly erected up to surveyor's and Master's satisfaction at Charterers' expense and time and cargo to be loaded, stowed, separated, trimmed and discharged etc. according to latest IMO and other authorities' regulations At Master's request Charterers to allow Owners to appoint P&I surveyor or independent surveyor to supervise loading, stowing, execution of separation etc., to surveyor's agreement and Master's satisfaction at Charterers' time and expenses. Charterers/Shippers prior to loading, or upon request from owners/master, to provide certificates stating moisture content be less than the Transportable Moisture Limit ( TML ) with sampling date within 7 days prior to loading commencement of the cargo.

Charterers to have the option to carry two (2) dirty cargoes out of petcoke / salt / sulphur and as per charter party agreed during this charter party but consecutive voyage is not allowed and not last cargo before redelivery.

### Petcoke Protective Clause:
Charterers have the liberty to carry petroleum coke (whether it be full or part cargo), during the entire currency of this charter-party on following conditions:

a) Petcoke mentioned herein is only limited to the type of non-hazardous / non-dangerous type which is not falling within Group B of BC Code.

b) If Charterers exercise such option, Charterers undertake to use holds as little as possible, provided vessel's stability, trim and stress permitting.

c) Such cargo to be loaded / stowed / trimmed / discharged strictly according to latest IMO and/or any other latest regulations / rules applicable to such cargo.

d) Should any additional / special washdown of holds before loading the reasonably recommended / proposed / required by Master, Charterers undertake to arrange the same at their expense / time.

e) After discharge, Charterers to arrange at their expense / time any additional / special washdown of holds carrying such cargo by chemicals, as master reasonably considers necessary.

f) Such cargo not to be the last cargo prior redelivery.

g) Any extra expenses resulting therefrom / incurred thereby Charterers and any detention through any of above causes, to be for Charterers' account.

h) It is understood that, if required by Charterers, cleaning of holds to be done by crew against Charterers paying lumpsum of US$6,000 after carrying petcoke , crew will render utmost assistance provided weather and time between last discharging port and next load port allows , as far as possible , without responsibility of the result , but arrangement / time / expense including cost of extra material are always for Charterers' account

### Salt and/or Sulphur Protective Clause:
When carriage of bulk formed sulphur, Charterers shall confirm, the intended cargo is formed to a specific solid shapes (e.g., prills, granules, pellets, pastilles or flakes)and listed in the IMSBC code Group C . Charterers undertake to provide a cargo survey report prior to loading, stating that the sulphur is formed into shapes of prills, granules, pellets, pastilles or flakes.

Before loading salt or bulk formed sulphur, vessel's holds are to be coated with holdblock/limewash and holdblock/limewash to be introduced into the bilge openings to master's/shippers' representatives' satisfaction in Charterers' time and for Charterers' account. Charterers may request ship crew to carry out holdblock/limewash coating/decoating in which case ship crew to render utmost assistance as per the recommendations from Charterers, but without Owners' responsibility for then result. Charterers to pay lumpsum US$400.- per hold coating with holdblock/limewash and lumpsum US$500 per hold decoating as well as the cost of holdblock/limewash and extra material required. Alternatively Charterers may arrange shore labour to carry out it under master's supervision.

Hold cleaning bonus after decoating will be for Charterers' account as per intermediate hold cleaning clause.

AMIS0138

Salt or Bulk formed sulphur not to be last cargo before redelivery.

**Steel Cargo Protective Clauses:**

Where the vessel is required to load steel cargo, owners shall be entitled to carry out preloading/ pre-discharge survey/tally using a P. & I. Club approved surveyor, a copy of whose reports are to be given to Charterers, which shall be considered a joint survey, and all preloading/pre-discharge survey/tally fees to be equally shared between/among Owners, Charterers, and Sub-Charterers if any. Bills of lading to be in strict conformity with mate's receipt and include all remarks from preloading survey report. Charterers are disallowed to use California block stowage for stowing steel cargo.

Charterers to load steel coils then Owners confirm that coils may be loaded line for line in as many tiers as is necessary and dependent on the weight and dimensions of same but always within Vessel's permissible tank-top strengths and in compliance with builders / class point stress limitations and according to Vessel's loading manual prescribed for coils and to Master's satisfaction with regard to stress, trim and stability requirements. This stowage of 25 tons / per unit steel coil two tiers is not always allowed

### Clause 50 - Trading limits / exclusions

Vessel always to trade within International Warranty Limits / International Navigating Limits, always afloat at any time of tide, always via safe port(s)/berth(s)/anchorage(s) excluding

Abkhazia , Alaska, Albania, Algeria, Angola (including Luanda, Cabinda), Benin, Cambodia, Cuba, Eritrea, Ethiopia, Georgia, Great Lakes, Haiti, Iran, Iraq, Israel, Kenya, Lebanon, Liberia, Libya, Nigeria, North Korea, Serbia, Somalia, Syria, Tanzania , Togo, Tunisia, Turkish occupied Cyprus, Yemen/People's Republic of Yemen (North and South Yemen), Zaire, and any area and/or country banned or boycotted/blacklisted by UN / US / EU/any international sanctions , countries prohibited from calling by country of registry of the vessel, or vessel's flag state, or are likely to be exposed to piracy threat, any countries subject to UN Embargo, and any other hull war, strikes, terrorism and related perils listed area as defined by Joint War Committee from time to time.

Oman is allowed subject to additional premium applied and coastal sailing as long as the situation is calm as today

- No direct trade between People's Republic of China and Taiwan.

- BIMCO Piracy clause 2013 to apply in full

- BIMCO Infectious or Contagious Diseases Clause for Time Charter Parties to apply in full

- BIMCO Sanctions Clause for Time Charter Parties to apply in full

- BIMCO Ice Clause for Time Charter Parties to apply in full

Transit of Indian Ocean, Gulf of Aden and Red Sea / Piracy Clause:

BIMCO Piracy Clause for Time Charter Parties 2013 and BIMCO War Risks Clause(Conwartime2013) to apply in full. Transit of Indian Ocean, Gulf of Aden and Red Sea to be allowed and comply with JWC's and Owners' trading exclusions map with additional clause to apply as follows:

- Charterers to pay for all additional costs including but not limited to premium covering hull and machinery, extra war risk insurance, kidnap & ransom insurance, loss of hire insurance, crew war risk bonus, armed guards, installation anti-piracy/hardening materials crew bonus ( if any ) and anti-piracy hardening materials required by Master against Owners underwriters' invoices.

- When passing high risk area, 4(four) armed guards to be arranged/employed by Owners and embark before vessel entering the risk area. Armed security personnel which is approved by ship's flag state and in compliance with the latest recommendations of owners' P&I Club

- All time and costs for armed guards arrangement to be for Charterers' account against copy of vouchers from Owners and any waiting time for embarkation / disembarkation of the armed guards is to be for Charterers' account

- All anti-piracy/hardening materials required by Master to be supplied/arranged by Charterers before vessel entering the risk area at Charterers' time ( including waiting time if any )and cost.

- Charterers confirm the vessel upon entry into and during the duration of the Charter is BMP5 and any subsequent amendments/version compliant subject to the arrangement of anti-piracy materials by Charterers in advance.

- Crew war risk bonus to be USD 7,000 per trip

Owners agree that transiting between WC India/Arabian gulf does not require armed guards on the basis of the current situation normalizes and the vessel can be kept within 12 nautical miles from shore along the Indian coast line provided safe navigation permits, during the whole navigation time within such area.

Trading to CIS pacific coast ports is allowable except winter / ice season and during the high risk periods for gypsy moth but always excluding the period 01/June through to 01/October each year. After each call to CIS pacific coast ports Charterers to ensure that the vessel is issued with all necessary certificates stating that the vessel is free from infestation of gypsy moth.

### Asian Gypsy Moth Clause:
When Charterers direct the vessel to the area infested by Asian Gypsy Moth during high risk period which designated by USA/Canadian authorities and any competent authorities, Charterers shall at Charterers' time and expense, undertake to arrange a certificate issued by an appropriate authority of such area / port certifying that the vessel is free from infestation by Asian Gypsy Moth or its eggs and thereby Owners shall not be held liable for any consequences at the next destined ports. In case the vessel has traded at high-risk ports during high risk period for Asian Gypsy Moth in far-eastern Russia, Japan, China or S. Korea within six months prior redelivery, Charterers shall arrange the inspection to obtain a quarantine proof certificate at their account.

### United States Security Clause:
If the vessel calls in the United States, including any United States territory, the following provisions shall apply with respect to any applicable security regulations or measures:

Notwithstanding anything else contained in the Charter Party all costs or expenses arising out of or related to security regulations or measures required by any United States authority including, but not limited to, security guards (in spite of crew without United States visas on board), launch services, tug escorts, port security fees or taxes and inspections, shall be for the Charterers' account, unless such costs or expenses

AMIS0140

result solely from the negligence of the Owners, master or crew. All measures required by the Owners to comply with the ship security plan shall be for the Owners' account.

**NAABSA Clause:**
Owners agree to allow the vessel calling at East Coast South America: Brazil, Argentina and Uruguay, at places where it is customary for similar size of vessels to lie aground. In consideration of the above, Charterers hereby indemnify Owners from damages to the vessel in consequence of her lying aground and pay for such damage's cost incurred and vessel shall remain on hire during such time. Owners have the rights to perform a diving inspection at Charterers' time and cost to establish potential damage. The underwater inspection to be carried out at the Charterers' time and cost, as soon as any damage is sighted, the class survey shall be arranged by Owners at the Charterers' time and costs. The findings of the underwater inspection and the class surveyor's notes/recommendations/conditions are to be fully binding to the Charterers. The Charterers shall be obliged to arrange all necessary repairs in accordance with the class surveyor's notes/recommendations/conditions entirely at the Charterers' time and cost, the vessel remaining on hire during the entire duration of the repairs.

**Longview:**
When vessel calls at Longview, Owners should be exempted from any unreasonable request from any third party to vessel's loose gear as long as it is fully Class maintained and certified as required for trading West Coast of Canada and West Coast of U.S.A.

**Pilotage:**
For trading to areas where pilotage is compulsory / customary, the same to be on Charterers' account. For trading to Orinoco River / Amazon River, the pilotage (including transportation cost) between pilot station and fairway although not compulsory, must be employed and paid by Charterers.