# EXHIBIT 6

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

DRY BULK SINGAPORE PTE. LTD.

*Plaintiff(s)*

v.

AMIS INTEGRITY S.A. in personam, WISDOM MARINE LINES S.A. in personam, and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc., in rem.,

*Defendant(s)*

Civil Action No. 3:19-cv-01671-BR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amis Integrity, S.A.
MMG Tower, 23rd Floor, Ave.
Paseo Del Mar, Costa Del Este,
Panama City, Panama

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David Boyajian and Kent Roberts
Schwabe Williamson & Wyatt
1211 SW 5th Ave., Suite 1900, Portland, OR 97204
Telephone: 503.222.9981
dboyajian@schwabe.com/ckroberts@schwabe.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

MARY L. MORAN, Clerk of Court

By /s/ Elizabeth Potter, Deputy Clerk

Date: 03/03/2020

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-01671-BR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AMIS INTEGRITY, S.A.

was received by me on *(date)* March 4, 2020.

☒ I personally served the summons on the individual at *(place)* AMIS INTEGRITY, S.A. MMG Tower, 23rd Floor, Ave. Paseo del Mar, Costa del Este, Panama City, Panama on *(date)* March 5, 2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Morgan & Morgan Law Firm, who is designated by law to accept service of process on behalf of *(name of organization)* as Resident Agents of AMIS INTEGRITY, S.A. on *(date)* March 5, 2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ - - - - - for travel and $ - - - - - - for services, for a total of $ - - -0.00.

I declare under penalty of perjury that this information is true.

Date: March 9, 2020

*Server's signature*

Felix Valencia M.
*Printed name and title*

Calle 55, El Cangrejo, Edif. CARPIT No.225
Panama, Rep. de Panama
*Server's address*

Additional information regarding attempted service, etc: