# EXHIBIT 6A

## AMIS INTEGRITY S.A.

C/O RM. 711, 7th FL., No. 237 Fu-Hsing S.Rd., Sec.2, Taipei 106, Taiwan
Tel: +886-2-27556911  Fax: +886-2-27556865

Messrs:  24 Vision Chartering Solutions DMCC                     3-Jul-2019

### Debit Note

Vessel:  Amis Integrity                    Hire statement:  18

From  2019/7/6 00:00
To    2019/7/21 00:00

| No. | Items | | Debit (USD) | Credit (USD) |
|---|---|---|---|---|
| 1 | Hire | USD 14,400.00/Day x 15.00000 Days | 216,000.00 | |
| 2 | C/V/E | USD 1,500.00  per 30 days | 750.00 | |
| 3 | Commission | 3.75% add Commission | | 8,100.00 |
| | | Total | 216,750.00 | 8,100.00 |
| | | Balance due to Owners | US$208,650.00 | |
| | | G. Total | 425,400.00 | 8,100.00 |

Beneficiary: WISDOM MARINE LINES S.A.
Beneficiary Bank: BANK OF TAIWAN, OFFSHORE BANKING BRANCH
Swift Code: BKTWTWTP048
Account No.: 069-007-77798-7

We much appreciate to have your confirmation when remittance effected, we remain,
Yours faithfully,
Amis Integrity S.A., Panama

Bryan Chang
On behalf of Owner

AMIS0318