# EXHIBIT 7



Amis Integrity S.A.
Wisdom Marine Lines .S.A
Rm. 711
237 Fu-Hsing S. Rd, Sec.2
Taipei
Taiwan

| | |
|---|---|
| Ref. No: | 1280917 |
| Doc Date: | 07.Jan.2019 |
| Vendor no: | HO00001 |
| Contact Person: | Varun Ganesan |

# P A Y M E N T   A D V I C E

### Amis Integrity / IMO NO: 9732412 / CP DATED: 25.06.2018

| Item | Debit USD | Credit USD |
|---|---|---|
| **Charter Hire (07.01.2019 00:00 GMT - 22.01.2019 00:00 GMT)** | | |
| 15.00000 days X USD14,400.00 | 216,000.00 | |
| Less 3.75% address commission | | 8,100.00 |
| **Meals & Cables** | | |
| Meals & Cables 15.00000/30 days X USD1,500.00 | 750.00 | |
| **Offhire: Speed / Performance Claim - 9732412011 / DURBAN (18.12.2018 07:00 - 19.12.2018 00:12 : 0.71667 days )** | | 10,320.05 |
| Add 3.75% address commission | 387.00 | |
| Meals & Cables -0.71667/30 days X USD1,500.00 | | 35.83 |
| | | |
| **Total:** | 217,137.00 | 18,455.88 |
| **Balance due to Owners:** | | **198,681.12** |
| | 217,137.00 | 217,137.00 |

| | |
|---|---|
| Beneficiary Bank: | Bank of Taiwan |
| | Offshore Banking Branch |
| Swift: | BKTWTWTP048 |
| IBAN: | 069-007-77798-7 |
| Beneficiary Name: | Wisdom Marine Lines S.A. |

**Reference: Amis Integrity - HS006**

(ERRORS AND OMISSIONS EXCEPTED)

*Address:*
24Vision Chartering Solutions DMCC
2801, Platinum Tower
Cluster I, Jumeirah Lakes Towers
Dubai
United Arab Emirates

*Telephone:*
+971529349491

Page: 1 of 1

AMIS0103

# AMIS INTEGRITY S.A.

C/O RM. 711, 7th FL., No. 237 Fu-Hsing S.Rd., Sec.2, Taipei 106, Taiwan
Tel: +886-2-27556911 Fax: +886-2-27556865

Messrs:  24 Vision Chartering Solutions DMCC  4-Jan-2019

## Debit Note

Vessel:  Amis Integrity  Hire statement:  6

From  2019/1/7 00:00
To  2019/1/22 00:00

| No. | Items | | Amounts in US Dollar | |
|---|---|---|---|---|
| | | | Debit | Credit |
| 1 | Hire | USD 14,400.00/Day x 15.00000 Days | 216,000.00 | |
| 2 | C/V/E | USD 1,500.00    per 30 days | 750.00 | |
| 3 | Commission | 3.75% add Commission | | 8,100.00 |
| | | Total | 216,750.00 | 8,100.00 |
| | | Balance due to Owners | US$208,650.00 | |
| | | G. Total | 425,400.00 | 8,100.00 |

Beneficiary: WISDOM MARINE LINES S.A.
Beneficiary Bank:  BANK OF TAIWAN, OFFSHORE BANKING BRANCH
Swift Code: BKTWTWTP048
Account No.:  069-007-77798-7

We much appreciate to have your confirmation when remittance effected, we remain,
Yours faithfully,
Amis Integrity S.A., Panama

*Tina Lai*

Tina Lai
On behalf of Owner

AMIS0104



Amis Integrity S.A.
Wisdom Marine Lines .S.A
Rm. 711
237 Fu-Hsing S. Rd, Sec.2
Taipei
Taiwan

| | |
|---|---|
| Ref. No: | IP01190028 |
| Doc Date: | 22.Jan.2019 |
| Vendor no: | HO00001 |
| Contact Person: | Varun Ganesan |

# P A Y M E N T   A D V I C E

### Amis Integrity / IMO NO: 9732412 / CP DATED: 25.06.2018

| Item | Debit USD | Credit USD |
|---|---|---|
| **Charter Hire (22.01.2019 00:00 GMT - 06.02.2019 00:00 GMT)** | | |
| 15.00000 days X USD14,400.00 | 216,000.00 | |
| Less 3.75% address commission | | 8,100.00 |
| **Meals & Cables** | | |
| Meals & Cables 15.00000/30 days X USD1,500.00 | 750.00 | |
| **Various Items** | | |
| Intermediary Hold Cleaning voy 12 - bagged cement | 2,500.00 | |

| | | | |
|---|---|---|---|
| | Total: | 219,250.00 | 8,100.00 |
| | Balance due to Owners: | | 211,150.00 |
| | | 219,250.00 | 219,250.00 |

| | |
|---|---|
| Beneficiary Bank: | Bank of Taiwan |
| | Offshore Banking Branch |
| Swift: | BKTWTWTP048 |
| IBAN: | 069-007-77798-7 |
| Beneficiary Name: | Wisdom Marine Lines S.A. |

**Reference: Amis Integrity - HS007**

(ERRORS AND OMISSIONS EXCEPTED)

*Address:*
24Vision Chartering Solutions DMCC
2801, Platinum Tower
Cluster I, Jumeirah Lakes Towers
Dubai
United Arab Emirates

*Telephone:*
+971529349491

Page: 1 of 1

AMIS0105



Amis Integrity S.A.
Wisdom Marine Lines .S.A
Rm. 711
237 Fu-Hsing S. Rd, Sec.2
Taipei
Taiwan

| | |
|---|---|
| Ref. No: | IP01190045 |
| Doc Date: | 06.Feb.2019 |
| Vendor no: | HO00001 |
| Contact Person: | Varun Ganesan |

# P A Y M E N T   A D V I C E

### Amis Integrity / IMO NO: 9732412 / CP DATED: 25.06.2018

| Item | Debit USD | Credit USD |
|---|---|---|
| **Charter Hire (06.02.2019 00:00 GMT - 21.02.2019 00:00 GMT)** | | |
| 15.00000 days X USD14,400.00 | 216,000.00 | |
| Less 3.75% address commission | | 8,100.00 |
| **Meals & Cables** | | |
| Meals & Cables 15.00000 days/30 days X USD1,500.00 | 750.00 | |
| | | |
| Total: | 216,750.00 | 8,100.00 |
| Balance due to Owners: | | 208,650.00 |
| | 216,750.00 | 216,750.00 |

| | |
|---|---|
| Beneficiary Bank: | Bank of Taiwan |
| | Offshore Banking Branch |
| Swift: | BKTWTWTP048 |
| IBAN: | 069-007-77798-7 |
| Beneficiary Name: | Wisdom Marine Lines S.A. |

**Reference: Amis Integrity HS008**

(ERRORS AND OMISSIONS EXCEPTED)

*Address:*
24Vision Chartering Solutions DMCC
2801, Platinum Tower
Cluster I, Jumeirah Lakes Towers
Dubai
United Arab Emirates

*Telephone:*
+971529349491

Page: 1 of 1
AMIS0106



Amis Integrity S.A.
Wisdom Marine Lines .S.A
Rm. 711
237 Fu-Hsing S. Rd, Sec.2
Taipei
Taiwan

| Ref. No: | IP01190051 |
|---|---|
| Doc Date: | 21.Feb.2019 |
| Vendor no: | HO00001 |
| Contact Person: | Varun Ganesan |

# PAYMENT ADVICE

**Amis Integrity / IMO NO: 9732412 / CP DATED: 25.06.2018**

| Item | Debit USD | Credit USD |
|---|---|---|
| **Charter Hire (21.02.2019 00:00 GMT - 08.03.2019 00:00 GMT)** | | |
| 15.00000 days X USD14,400.00 | 216,000.00 | |
| Less 3.75% address commission | | 8,100.00 |
| **Meals & Cables** | | |
| Meals & Cables 15.00000/30 days X USD1,500.00 | 750.00 | |
| Total: | 216,750.00 | 8,100.00 |
| Balance due to Owners: | | 208,650.00 |
| | 216,750.00 | 216,750.00 |

| Beneficiary Bank: | Bank of Taiwan |
|---|---|
| | Offshore Banking Branch |
| Swift: | BKTWTWTP048 |
| IBAN: | 069-007-77798-7 |
| Beneficiary Name: | Wisdom Marine Lines S.A. |

**Reference: Amis Integrity - HS009**

(ERRORS AND OMISSIONS EXCEPTED)

Address:
24Vision Chartering Solutions DMCC
2801, Platinum Tower
Cluster I, Jumeirah Lakes Towers
Dubai
United Arab Emirates

Telephone:
+971529349491

Page: 1 of 1
AMIS0107



Amis Integrity S.A.
Wisdom Marine Lines .S.A
Rm. 711
237 Fu-Hsing S. Rd, Sec.2
Taipei
Taiwan

| Ref. No: | IP01190079 |
|---|---|
| Doc Date: | 08.Mar.2019 |
| Vendor no: | HO00001 |
| Contact Person: | Varun Ganesan |

# PAYMENT ADVICE

## Amis Integrity / IMO NO: 9732412 / CP DATED: 25.06.2018

| Item | Debit USD | Credit USD |
|---|---|---|
| **Charter Hire (08.03.2019 00:00 GMT - 23.03.2019 00:00 GMT)** | | |
| 15.00000 days X USD14,400.00 | 216,000.00 | |
| Less 3.75% address commission | | 8,100.00 |
| **Meals & Cables** | | |
| Meals & Cables 15.00000/30 days X USD1,500.00 | 750.00 | |
| | | |
| Total: | 216,750.00 | 8,100.00 |
| Balance due to Owners: | | 208,650.00 |
| | 216,750.00 | 216,750.00 |

| | |
|---|---|
| Beneficiary Bank: | Bank of Taiwan |
| | Offshore Banking Branch |
| Swift: | BKTWTWTP048 |
| IBAN: | 069-007-77798-7 |
| Beneficiary Name: | Wisdom Marine Lines S.A. |

**Reference: Amis Integrity HS010**

(ERRORS AND OMISSIONS EXCEPTED)

*Address:*
24Vision Chartering Solutions DMCC
2801, Platinum Tower
Cluster I, Jumeirah Lakes Towers
Dubai
United Arab Emirates

*Telephone:*
+971529349491

Page: 1 of 1
AMIS0108



Amis Integrity S.A.
Wisdom Marine Lines .S.A
Rm. 711
237 Fu-Hsing S. Rd, Sec.2
Taipei
Taiwan

| | |
|---|---|
| Ref. No: | 1335919 |
| Doc Date: | 23.Mar.2019 |
| Vendor no: | HO00001 |
| Contact Person: | Varun Ganesan |

# P A Y M E N T   A D V I C E

## Amis Integrity / IMO NO: 9732412 / CP DATED: 25.06.2018

| Item | Debit USD | Credit USD |
|---|---|---|
| **Charter Hire (23.03.2019 00:00 GMT - 07.04.2019 00:00 GMT)** | | |
| 15.00000 days X USD14,400.00 | 216,000.00 | |
| Less 3.75% address commission | | 8,100.00 |
| **Meals & Cables** | | |
| Meals & Cables 15.00000/30 days X USD1,500.00 | 750.00 | |
| | | |
| Total: | 216,750.00 | 8,100.00 |
| Balance due to Owners: | | 208,650.00 |
| | 216,750.00 | 216,750.00 |

| | |
|---|---|
| Beneficiary Bank: | Bank of Taiwan |
| | Offshore Banking Branch |
| Swift: | BKTWTWTP048 |
| IBAN: | 069-007-77798-7 |
| Beneficiary Name: | Wisdom Marine Lines S.A. |

**Reference: Amis Integrity HS011**

(ERRORS AND OMISSIONS EXCEPTED)

*Address:*                          *Telephone:*
24Vision Chartering Solutions DMCC   +971529349491
2801, Platinum Tower
Cluster I, Jumeirah Lakes Towers
Dubai
United Arab Emirates

Page: 1 of 1
AMIS0109



Amis Integrity S.A.
Wisdom Marine Lines .S.A
Rm. 711
237 Fu-Hsing S. Rd, Sec.2
Taipei
Taiwan

| Ref. No: | 1341954 |
|---|---|
| Doc Date: | 07.Apr.2019 |
| Vendor no: | HO00001 |
| Contact Person: | Varun Ganesan |

# P A Y M E N T   A D V I C E

## Amis Integrity / IMO NO: 9732412 / CP DATED: 25.06.2018

| Item | Debit USD | Credit USD |
|---|---|---|
| **Charter Hire (07.04.2019 00:00 GMT - 22.04.2019 00:00 GMT)** | | |
| 15.00000 days X USD14,400.00 | 216,000.00 | |
| Less 3.75% address commission | | 8,100.00 |
| **Meals & Cables** | | |
| Meals & Cables 15.00000/30 days X USD1,500.00 | 750.00 | |

| | Debit | Credit |
|---|---|---|
| Total: | 216,750.00 | 8,100.00 |
| **Balance due to Owners:** | | **208,650.00** |
| | 216,750.00 | 216,750.00 |

| Beneficiary Bank: | Bank of Taiwan |
|---|---|
| | Offshore Banking Branch |
| Swift: | BKTWTWTP048 |
| IBAN: | 069-007-77798-7 |
| Beneficiary Name: | Wisdom Marine Lines S.A. |

**Reference: Amis Integrity HS012**

(ERRORS AND OMISSIONS EXCEPTED)

Address:
24Vision Chartering Solutions DMCC
2801, Platinum Tower
Cluster I, Jumeirah Lakes Towers
Dubai
United Arab Emirates

Telephone:
+971529349491

Page: 1 of 1

AMIS0110



Amis Integrity S.A.
Wisdom Marine Lines .S.A
Rm. 711
237 Fu-Hsing S. Rd, Sec.2
Taipei
Taiwan

| | |
|---|---|
| Ref. No: | 1350561 |
| Doc Date: | 22.Apr.2019 |
| Vendor no: | HO00001 |
| Contact Person: | Varun Ganesan |

# P A Y M E N T   A D V I C E

---

**Amis Integrity / IMO NO: 9732412 / CP DATED: 25.06.2018**

---

| Item | Debit USD | Credit USD |
|---|---|---|
| **Charter Hire (22.04.2019 00:00 GMT - 07.05.2019 00:00 GMT)** | | |
| 15.00000 days X USD14,400.00 | 216,000.00 | |
| Less 3.75% address commission | | 8,100.00 |
| **Meals & Cables** | | |
| Meals & Cables 15.00000/30 days X USD1,500.00 | 750.00 | |

| | | |
|---|---|---|
| Total: | 216,750.00 | 8,100.00 |
| Balance due to Owners: | | 208,650.00 |
| | 216,750.00 | 216,750.00 |

| | |
|---|---|
| Beneficiary Bank: | Bank of Taiwan |
| | Offshore Banking Branch |
| Swift: | BKTWTWTP048 |
| IBAN: | 069-007-77798-7 |
| Beneficiary Name: | Wisdom Marine Lines S.A. |

**Reference: Amis Integrity HS013**

---

(ERRORS AND OMISSIONS EXCEPTED)

---

Address:
24Vision Chartering Solutions DMCC
2801, Platinum Tower
Cluster I, Jumeirah Lakes Towers
Dubai
United Arab Emirates

Telephone:
+971529349491

AMIS0111



**Amis Integrity S.A.**
**Wisdom Marine Lines .S.A**
**Rm. 711**
**237 Fu-Hsing S. Rd, Sec.2**
**Taipei**
**Taiwan**

| | |
|---|---|
| Ref. No: | IP01190145 |
| Doc Date: | 07.May.2019 |
| Vendor no: | HO00001 |
| Contact Person: | Varun Ganesan |

# P A Y M E N T   A D V I C E

---

## Amis Integrity / IMO NO: 9732412 / CP DATED: 25.06.2018

---

| Item | Debit USD | Credit USD |
|---|---|---|
| **Charter Hire (07.05.2019 00:00 GMT - 22.05.2019 00:00 GMT)** | | |
| 15.00000 days X USD14,400.00 | 216,000.00 | |
| Less 3.75% address commission | | 8,100.00 |
| **Meals & Cables** | | |
| Meals & Cables 15.00000/30 days X USD1,500.00 | 750.00 | |
| **Offhire: Speed / Performance Claim - 9732412011 / DURBAN (18.12.2018 07:00 - 19.12.2018 00:12 : 0.61457 days )** | 8,849.81 | |
| Add 3.75% address commission | | 331.87 |
| Meals & Cables 0.61440/30 days X USD1,500.00 | 30.72 | |

---

| | Debit USD | Credit USD |
|---|---|---|
| **Total:** | 225,630.53 | 8,431.87 |
| **Balance due to Owners:** | | **217,198.66** |
| | 225,630.53 | 225,630.53 |

| | |
|---|---|
| Beneficiary Bank: | Bank of Taiwan |
| | Offshore Banking Branch |
| Swift: | BKTWTWTP048 |
| IBAN: | 069-007-77798-7 |
| Beneficiary Name: | Wisdom Marine Lines S.A. |

**Reference: Amis Integrity HS 014**

(ERRORS AND OMISSIONS EXCEPTED)

---

*Address:*
24Vision Chartering Solutions DMCC
2801, Platinum Tower
Cluster I, Jumeirah Lakes Towers
Dubai
United Arab Emirates

*Telephone:*
+971529349491

Page: 1 of 1

AMIS0112



Amis Integrity S.A.
Wisdom Marine Lines .S.A
Rm. 711
237 Fu-Hsing S. Rd, Sec.2
Taipei
Taiwan

| Ref. No: | 1362853 |
|---|---|
| Doc Date: | 22.May.2019 |
| Vendor no: | HO00001 |
| Contact Person: | Varun Ganesan |

# P A Y M E N T   A D V I C E

**Amis Integrity / IMO NO: 9732412 / CP DATED: 25.06.2018**

| Item | Debit USD | Credit USD |
|---|---|---|
| **Charter Hire (22.05.2019 00:00 GMT - 06.06.2019 00:00 GMT)** | | |
| 15.00000 days X USD14,400.00 | 216,000.00 | |
| Less 3.75% address commission | | 8,100.00 |
| **Meals & Cables** | | |
| Meals & Cables 15.00000/30 days X USD1,500.00 | 750.00 | |
| | | |
| **Total:** | 216,750.00 | 8,100.00 |
| **Balance due to Owners:** | | 208,650.00 |
| | 216,750.00 | 216,750.00 |

| Beneficiary Bank: | Bank of Taiwan |
|---|---|
| | Offshore Banking Branch |
| Swift: | BKTWTWTP048 |
| IBAN: | 069-007-77798-7 |
| Beneficiary Name: | Wisdom Marine Lines S.A. |

**Reference: Amis Integrity HS 015**

(ERRORS AND OMISSIONS EXCEPTED)

Address:
24Vision Chartering Solutions DMCC
2801, Platinum Tower
Cluster I, Jumeirah Lakes Towers
Dubai
United Arab Emirates

Telephone:
+971529349491

Page: 1 of 1
AMIS0113

# AMIS INTEGRITY S.A.

C/O RM. 711, 7th FL., No. 237 Fu-Hsing S.Rd., Sec.2, Taipei 106, Taiwan
Tel: +886-2-27556911  Fax: +886-2-27556865

Messrs:                    24 Vision Chartering Solutions DMCC                    25-Jun-2019

## Debit Note

Vessel:          Amis Integrity                    Hire statement:          16

From      2019/6/6 00:00
To          2019/6/21 00:00

| No. | Items | | | Amounts in US Dollar | |
|-----|-------|--|--|-----------------------|--|
|     |       |  |  | Debit | Credit |
| 1 | Hire | USD 14,400.00/Day x | 15.00000 Days | 216,000.00 | |
| 2 | C/V/E | USD 1,500.00 | per 30 days | 750.00 | |
| 3 | Commission | 3.75% add Commission | | | 8,100.00 |
| | | | Total | 216,750.00 | 8,100.00 |
| | | | Balance due to Owners | US$208,650.00 | |
| | | | G. Total | 425,400.00 | 8,100.00 |

Beneficiary: WISDOM MARINE LINES S.A.
Beneficiary Bank:  BANK OF TAIWAN, OFFSHORE BANKING BRANCH
Swift Code: BKTWTWTP048
Account No.:  069-007-77798-7

We much appreciate to have your confirmation when remittance effected, we remain,
Yours faithfully,
Amis Integrity S.A., Panama

Bryan Chang
On behalf of Owner

# AMIS INTEGRITY S.A.

C/O RM. 711, 7lh FL., No. 237 Fu-Hsing S.Rd., Sec.2, Taipei 106, Taiwan
Tel: +886-2-27556911  Fax: +886-2-27556805

Messrs:    24 Vision Chartering Solutions DMCC

## Debit Note

Vessel:    Amis Integrity                                          Hire statement:          Final

From    2019/6/21 00:00
To      2019/7/12 06:00

| No. | Items | | Amounts in US Dollar | |
|-----|-------|--|------|------|
|     |       |  | Debit | Credit |
| 1 | Hire | USD 14,400.00/Day x 21.25000 Days | 306,000.00 | |
| 2 | C/V/E | USD 1,500.00 per 30 days | 1,062.50 | |
| 3 | Commission | 3.75% add Commission | | 11,475.00 |
|   | ILOHC | | 4,500.00 | |
|   | Fresh Water Supply at Belawan V-13 | | 1,178.78 | |
|   |       | Total | 312,741.28 | 11,475.00 |
|   |       | Balance due to Owners | US$301,266.28 | |
|   |       | G. Total | 614,007.56 | 11,475.00 |

Beneficiary: WISDOM MARINE LINES S.A.
Beneficiary Bank: BANK OF TAIWAN, OFFSHORE BANKING BRANCH
Swift Code: BKTWTWTP048
Account No.: 069-007-77798-7

We much appreciate to have your confirmation when remittance effected, we remain,
Yours faithfully,
Amis Integrity S.A., Panama


Bryan Chang
On behalf of Owner

AMIS0115



Amis Integrity S.A.
Wisdom Marine Lines .S.A
Rm. 711
237 Fu-Hsing S. Rd, Sec.2
Taipei
Taiwan

Ref. No:            1280917
Doc Date:           07.Jan.2019
Vendor no:          HO00001
Contact Person:     Varun Ganesan

# P A Y M E N T   A D V I C E

## Amis Integrity / IMO NO: 9732412 / CP DATED: 25.06.2018

| Item | Debit USD | Credit USD |
|---|---|---|
| **Charter Hire (07.01.2019 00:00 GMT - 22.01.2019 00:00 GMT)** | | |
| 15.00000 days X USD14,400.00 | 216,000.00 | |
| Less 3.75% address commission | | 8,100.00 |
| **Meals & Cables** | | |
| Meals & Cables 15.00000/30 days X USD1,500.00 | 750.00 | |
| **Offhire: Speed / Performance Claim - 9732412011 / DURBAN (18.12.2018 07:00 - 19.12.2018 00:12** | | 10,320.05 |
| **: 0.71667 days )** | | |
| Add 3.75% address commission | 387.00 | |
| Meals & Cables -0.71667/30 days X USD1,500.00 | | 35.83 |

|  | Total: | 217,137.00 | 18,455.88 |
|---|---|---|---|
|  | Balance due to Owners: | | **198,681.12** |
|  |  | 217,137.00 | 217,137.00 |

Beneficiary Bank:      Bank of Taiwan
                       Offshore Banking Branch
Swift:                 BKTWTWTP048
IBAN:                  069-007-77798-7

Beneficiary Name:      Wisdom Marine Lines S.A.

**Reference: Amis Integrity - HS006**

(ERRORS AND OMISSIONS EXCEPTED)

Address:                    Telephone:
24Vision Chartering Solutions DMCC    +971529349491
2801, Platinum Tower
Cluster I, Jumeirah Lakes Towers
Dubai
United Arab Emirates

Page: 1 of 1
AMIS0103