# EXHIBIT 8

⌂ › Search › Company info

**Go to My Equasis →**

## Company info                                          ☆ ⤓ 🖶

### WISDOM MARINE LINES SA  -  IMO n° **1836229** ❓

| | |
|---|---|
| **Address** | 2nd Floor, 237, Fuxing S Road, Section 2, Da-an District, Taipei City, 10667, China, Republic of (Taiwan) 🇹🇼 |
| **Status** | Active |

**Last update 09/03/2020**

| | |
|---|---|
| Company info | Fleet info |

**Overview**                                              ⌄

---

**Percentage of ships having at least one class certificate issued by an IACS member**

| Value | 99.22 % |
|---|---|

❓ **Synthesis of inspections**                           ⌄

**WSD On Line**                                           ⌄

**Equasis's contributors**

 (http://www.mar.mil.br/)

 (http://www.tc.gc.ca/eng/marinesafety/oep-inspection-menu-770.htm)

 (http://www.emsa.europa.eu/)

 (http://www.developpement-durable.gouv.fr/)

 (http://www.mofa.go.jp/)

 (http://www.korea.net/)

 (http://www.norway.no/)

(https://www.fomento.gob.es/MFOM/LANG_CASTELLANO/DIRECCIONES_GENERALES

 (http://www.dft.gov.uk/)

**Detentions in last 3 years for**

this company                                          0

all companies                                         0

**128** results found. Displaying results 101 to **128**.

«    <    1    2

❓    **Class key**                                                    ⌄

**Equasis's contributors**


(http://www.mar.mil.br/)


(http://www.tc.gc.ca/eng/marine-safety-
inspection-menu-
770.htm)


(http://www.emsa.europa.eu/)


(http://www.developpement-
durable.gouv.fr/)


(http://www.mofa.go.jp/)


(http://www.korea.net/)


(http://www.norway.no/)

(https://www.fomento.gob.es/MFOM/LANG_CASTELLANO/DGLANG_CASTELLANO/home)



✉    **Contact us (Moa?**

**fs=FleetInfo&P_MOA=contact)**

**Join us on**    **f**

**(http://www.facebook.com/equasis.news)**    🐦

ℹ    **Help (Moa?fs=FleetInfo&P_MOA=help)**    **(http://twitter.com/equasis_news)**

❓    **FAQ (Moa?fs=FleetInfo&P_MOA=faq)**

**Site map**

Home (../public/HomePage?fs=FleetInfo)

About Equasis (../public/About?fs=FleetInfo)

Search

Data providers (../public/About?
fs=FleetInfo&P_ABOUT=Providers.html)

Statistics (../restricted/PublicStatistic?fs=FleetInfo)

News (../public/HomePage?fs=FleetInfo)

My Equasis (../restricted/ShipSubcription?fs=FleetInfo)

Equasis policy (../public/About?
fs=FleetInfo&P_ABOUT=EquasisPolicy.html)

© Copyright 2000-2016; Version : Prod v3.1.1; Developed and hosted by French Ministry for Transport -DAM/SI-Saint-Malo

⌂  Search  Company info  Fleet info

**Go to My Equasis →**

**Fleet info**                                    ☆ 📥 🖨

### WISDOM MARINE LINES SA  -  IMO n° **1836229** ❓

| | |
|---|---|
| **Address** | 2nd Floor, 237, Fuxing S Road, Section 2, Da-an District, Taipei City, 10667, China, Republic of (Taiwan) 🇹🇼 |
| **Status** | Active |

**Last update 09/03/2020**

| Company info | Fleet info |
|---|---|

❓  **Fleet**                                          ⌄

---

#### ( 9732412 ) AMIS INTEGRITY →

| | |
|---|---|
| Gross tonnage | 35825 |
| Ship's type | Bulk Carrier |
| Year of build" | 2017 |
| Current flag | Panama |
| Current Class(es) | ABS |
| Acting as (Since) | Ship manager/Commercial manager (since 14/07/2017) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

#### ( 9732424 ) AMIS JUSTICE →

| | |
|---|---|
| Gross tonnage | 35825 |
| Ship's type | Bulk Carrier |
| Year of build" | 2017 |
| Current flag | Panama |
| Current Class(es) | ABS |

| | |
|---|---|
| Acting as (Since) | Ship manager/Commercial manager (since 25/10/2017) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9732436 ) BUNUN INFINITY ➜

| | |
|---|---|
| Gross tonnage | 23239 |
| Ship's type | Bulk Carrier |
| Year of build" | 2016 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 20/09/2016) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9732448 ) BUNUN JUSTICE ➜

| | |
|---|---|
| Gross tonnage | 23239 |
| Ship's type | Bulk Carrier |
| Year of build" | 2017 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 14/04/2017) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9738894 ) BUNUN HERO ➜

| | |
|---|---|
| Gross tonnage | 23260 |
| Ship's type | Bulk Carrier |
| Year of build" | 2015 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 13/07/2015) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9747144 ) BUNUN BENEFIT ➜

| | |
|---|---|
| Gross tonnage | 23771 |
| Ship's type | Bulk Carrier |

| | |
|---|---|
| Year of build" | 2019 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 02/08/2019) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9749893 ) SAKIZAYA JUSTICE ➔

| | |
|---|---|
| Gross tonnage | 44425 |
| Ship's type | Bulk Carrier |
| Year of build" | 2017 |
| Current flag | Panama |
| Current Class(es) | ABS |
| | LRS |
| Acting as (Since) | Ship manager/Commercial manager (since 07/03/2017) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9749908 ) SAKIZAYA KALON ➔

| | |
|---|---|
| Gross tonnage | 44425 |
| Ship's type | Bulk Carrier |
| Year of build" | 2017 |
| Current flag | Panama |
| Current Class(es) | ABS |
| | LRS |
| Acting as (Since) | Ship manager/Commercial manager (since 14/06/2017) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9758739 ) SAKIZAYA LEADER ➔

| | |
|---|---|
| Gross tonnage | 44425 |
| Ship's type | Bulk Carrier |
| Year of build" | 2017 |
| Current flag | Panama |
| Current Class(es) | LRS |
| Acting as (Since) | Ship manager/Commercial manager (since 06/07/2017) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9768019 ) SAKIZAYA MIRACLE ➜

| | |
|---|---|
| Gross tonnage | 43446 |
| Ship's type | Bulk Carrier |
| Year of build" | 2017 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 07/04/2017) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9768033 ) BUNUN KALON ➜

| | |
|---|---|
| Gross tonnage | 23239 |
| Ship's type | Bulk Carrier |
| Year of build" | 2018 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 15/01/2018) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9780134 ) SAKIZAYA HERO ➜

| | |
|---|---|
| Gross tonnage | 43291 |
| Ship's type | Bulk Carrier |
| Year of build" | 2016 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 10/08/2016) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9780146 ) SAKIZAYA INTEGRITY ➜

| | |
|---|---|
| Gross tonnage | 43291 |
| Ship's type | Bulk Carrier |
| Year of build" | 2016 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 21/10/2016) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 1 |

## ( 9780990 ) AMIS POWER ➜

| | |
|---|---|
| Gross tonnage | 35607 |
| Ship's type | Bulk Carrier |
| Year of build" | 2018 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 12/09/2018) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9783136 ) SAKIZAYA POWER ➜

| | |
|---|---|
| Gross tonnage | 43018 |
| Ship's type | Bulk Carrier |
| Year of build" | 2017 |
| Current flag | Panama |
| Current Class(es) | ABS<br>NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 25/09/2017) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9783148 ) SAKIZAYA QUEEN ➜

| | |
|---|---|
| Gross tonnage | 43018 |
| Ship's type | Bulk Carrier |
| Year of build" | 2018 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 30/01/2018) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9783150 ) SAKIZAYA RESPECT ➜

| | |
|---|---|
| Gross tonnage | 43018 |
| Ship's type | Bulk Carrier |
| Year of build" | 2018 |

| | |
|---|---|
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 16/04/2018) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9787974 ) AMIS NATURE ➜

| | |
|---|---|
| Gross tonnage | 31555 |
| Ship's type | Bulk Carrier |
| Year of build" | 2018 |
| Current flag | Liberia |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 08/08/2018) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9796535 ) DAIWAN LEADER ➜

| | |
|---|---|
| Gross tonnage | 21574 |
| Ship's type | Bulk Carrier |
| Year of build" | 2018 |
| Current flag | Liberia |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 22/11/2018) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9796547 ) DAIWAN MIRACLE ➜

| | |
|---|---|
| Gross tonnage | 21574 |
| Ship's type | Bulk Carrier |
| Year of build" | 2019 |
| Current flag | Liberia |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 02/04/2019) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9796561 ) SAKIZAYA NOBLE ➜

| | |
|---|---|
| Gross tonnage | 43231 |
| Ship's type | Bulk Carrier |
| Year of build" | 2017 |
| Current flag | Panama |
| Current Class(es) | VL |
| Acting as (Since) | Ship manager/Commercial manager (since 03/10/2017) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9796573 ) MEGA BENEFIT ➜

| | |
|---|---|
| Gross tonnage | 43231 |
| Ship's type | Bulk Carrier |
| Year of build" | 2018 |
| Current flag | Panama |
| Current Class(es) | VL |
| Acting as (Since) | Ship manager/Commercial manager (since 17/01/2018) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9806732 ) JOSEPH WISDOM ➜

| | |
|---|---|
| Gross tonnage | 5848 |
| Ship's type | LPG Tanker |
| Year of build" | 2018 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 29/06/2018) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9811036 ) SAKIZAYA ORCHID ➜

| | |
|---|---|
| Gross tonnage | 43446 |
| Ship's type | Bulk Carrier |
| Year of build" | 2017 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 24/10/2017) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |

| all companies | 0 |
|---|---|

### ( 9843015 ) SAYSIAT BENEFIT →

| Gross tonnage | 9992 |
|---|---|
| Ship's type | General Cargo Ship |
| Year of build" | 2018 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 20/09/2018) |

**Detentions in last 3 years for**

| this company | 0 |
|---|---|
| all companies | 0 |

### ( 9855692 ) RUKAI BENEFIT →

| Gross tonnage | 9992 |
|---|---|
| Ship's type | General Cargo Ship |
| Year of build" | 2019 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 16/04/2019) |

**Detentions in last 3 years for**

| this company | 0 |
|---|---|
| all companies | 0 |

### ( 9865350 ) AMIS STAR →

| Gross tonnage | 34657 |
|---|---|
| Ship's type | Bulk Carrier |
| Year of build" | 2019 |
| Current flag | Liberia |
| Current Class(es) | ABS |
| Acting as (Since) | Ship manager/Commercial manager (since 25/11/2019) |

**Detentions in last 3 years for**

| this company | 0 |
|---|---|
| all companies | 0 |

### ( 9865362 ) AMIS TREASURE →

| Gross tonnage | 34657 |
|---|---|
| Ship's type | Bulk Carrier |
| Year of build" | 2020 |
| Current flag | Liberia |
| Current Class(es) | ABS |
| Acting as (Since) | Ship manager/Commercial manager (since 06/01/2020) |

🏠 ▸ Search ▸ Company info ▸ Fleet info

**Go to My Equasis ➜**

**Fleet info**                                                                          ☆ 🔻 🖨

## WISDOM MARINE LINES SA  -  IMO n° **1836229** ❓

| | |
|---|---|
| **Address** | 2nd Floor, 237, Fuxing S Road, Section 2, Da-an District, Taipei City, 10667, China, Republic of (Taiwan) 🏴 |
| **Status** | Active |

**Last update 09/03/2020**

| Company info | Fleet info |
|---|---|

❓    **Fleet**                                                                          ⌄

### ( 9180047 ) WISDOM GRACE ➜

| | |
|---|---|
| Gross tonnage | 13199 |
| Ship's type | Container Ship |
| Year of build" | 1998 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 15/06/2006) |
| **Detentions in last 3 years for** | |
| this company | 0 |
| all companies | 1 |

### ( 9250581 ) HIBISCUS ➜

| | |
|---|---|
| Gross tonnage | 27658 |
| Ship's type | Bulk Carrier |
| Year of build" | 2002 |
| Current flag | Panama |
| Current Class(es) | NKK |

| | |
|---|---|
| Acting as (Since) | Ship manager/Commercial manager (before 10/2011) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9260653 ) EXCELLENT PESCADORES ➜

| | |
|---|---|
| Gross tonnage | 11228 |
| Ship's type | Bulk Carrier |
| Year of build" | 2002 |
| Current flag | Panama |
| Current Class(es) | BV |
| Acting as (Since) | Ship manager/Commercial manager (since 18/01/2017) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9315953 ) ITAL MASSIMA ➜

| | |
|---|---|
| Gross tonnage | 42020 |
| Ship's type | Container Ship |
| Year of build" | 2007 |
| Current flag | Panama |
| Current Class(es) | VL |
| Acting as (Since) | Ship manager/Commercial manager (since 30/10/2008) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9315965 ) ITAL MELODIA ➜

| | |
|---|---|
| Gross tonnage | 42020 |
| Ship's type | Container Ship |
| Year of build" | 2007 |
| Current flag | Panama |
| Current Class(es) | VL |
| Acting as (Since) | Ship manager/Commercial manager (since 16/01/2009) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9320269 ) MAGNATE ➜

| | |
|---|---|
| Gross tonnage | 11751 |
| Ship's type | Bulk Carrier |

| | |
|---|---|
| Year of build" | 2004 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (during 11/2004) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 1 |

## ( 9333709 ) TIMU ➜

| | |
|---|---|
| Gross tonnage | 12630 |
| Ship's type | General Cargo Ship |
| Year of build" | 2005 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (before 04/2010) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 2 |

## ( 9338577 ) TAOKAS WISDOM ➜

| | |
|---|---|
| Gross tonnage | 19822 |
| Ship's type | Bulk Carrier |
| Year of build" | 2008 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 30/04/2008) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9341005 ) LEADER SW ➜

| | |
|---|---|
| Gross tonnage | 8479 |
| Ship's type | General Cargo Ship |
| Year of build" | 2006 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (during 12/2016) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9344162 ) GENIUS STAR III ➜

| | |
|---|---|
| Gross tonnage | 9090 |
| Ship's type | General Cargo Ship |
| Year of build" | 2006 |
| Current flag | Panama |
| Current Class(es) | BV |
| Acting as (Since) | Ship manager/Commercial manager (since 16/03/2010) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9354583 ) BEAGLE II ➜

| | |
|---|---|
| Gross tonnage | 12630 |
| Ship's type | General Cargo Ship |
| Year of build" | 2007 |
| Current flag | Panama |
| Current Class(es) | VL |
| Acting as (Since) | Ship manager/Commercial manager (since 01/02/2007) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9379856 ) GENIUS STAR VII ➜

| | |
|---|---|
| Gross tonnage | 9589 |
| Ship's type | General Cargo Ship |
| Year of build" | 2007 |
| Current flag | Panama |
| Current Class(es) | VL |
| Acting as (Since) | Ship manager/Commercial manager (since 24/01/2007) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9379868 ) GENIUS STAR VIII ➜

| | |
|---|---|
| Gross tonnage | 9589 |
| Ship's type | General Cargo Ship |
| Year of build" | 2007 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 25/10/2007) |

**Detentions in last 3 years for**

this company                                                          0

all companies                                                        0

## ( 9385805 ) ARIKUN ➔

| | |
|---|---|
| Gross tonnage | 5691 |
| Ship's type | General Cargo Ship |
| Year of build" | 2007 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 29/06/2007) |

**Detentions in last 3 years for**

this company                                                          0

all companies                                                        0

## ( 9385817 ) UNICORN BRAVO ➔

| | |
|---|---|
| Gross tonnage | 5691 |
| Ship's type | General Cargo Ship |
| Year of build" | 2007 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 17/10/2007) |

**Detentions in last 3 years for**

this company                                                          0

all companies                                                        0

## ( 9403841 ) SIRAYA WISDOM ➔

| | |
|---|---|
| Gross tonnage | 12655 |
| Ship's type | Bulk Carrier |
| Year of build" | 2007 |
| Current flag | Panama |
| Current Class(es) | BV |
| Acting as (Since) | Ship manager/Commercial manager (since 16/03/2010) |

**Detentions in last 3 years for**

this company                                                          0

all companies                                                        1

## ( 9414967 ) IZUMO ➔

| | |
|---|---|
| Gross tonnage | 14162 |
| Ship's type | General Cargo Ship |
| Year of build" | 2007 |

| | |
|---|---|
| Current flag | Panama |
| Current Class(es) | VL |
| Acting as (Since) | Ship manager/Commercial manager (since 18/12/2007) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9426764 ) AMIS WISDOM I →

| | |
|---|---|
| Gross tonnage | 33854 |
| Ship's type | Bulk Carrier |
| Year of build" | 2010 |
| Current flag | Panama |
| Current Class(es) | BV |
| Acting as (Since) | Ship manager/Commercial manager (since 06/08/2010) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9426776 ) AMIS WISDOM II →

| | |
|---|---|
| Gross tonnage | 33854 |
| Ship's type | Bulk Carrier |
| Year of build" | 2010 |
| Current flag | Panama |
| Current Class(es) | BV |
| Acting as (Since) | Ship manager/Commercial manager (since 22/09/2010) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 2 |

### ( 9427122 ) PAIWAN WISDOM →

| | |
|---|---|
| Gross tonnage | 19825 |
| Ship's type | Bulk Carrier |
| Year of build" | 2010 |
| Current flag | Panama |
| Current Class(es) | VL |
| Acting as (Since) | Ship manager/Commercial manager (since 22/04/2010) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9427134 ) DAIWAN WISDOM →

| | |
|---|---|
| Gross tonnage | 19825 |
| Ship's type | Bulk Carrier |
| Year of build" | 2010 |
| Current flag | Panama |
| Current Class(es) | VL |
| Acting as (Since) | Ship manager/Commercial manager (since 08/06/2010) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9431109 ) BEAGLE VII →

| | |
|---|---|
| Gross tonnage | 9989 |
| Ship's type | Bulk Carrier |
| Year of build" | 2007 |
| Current flag | Panama |
| Current Class(es) | NKK<br>VL |
| Acting as (Since) | Ship manager/Commercial manager (since 19/07/2007) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9433896 ) HOANYA WISDOM →

| | |
|---|---|
| Gross tonnage | 12655 |
| Ship's type | Bulk Carrier |
| Year of build" | 2008 |
| Current flag | Panama |
| Current Class(es) | BV |
| Acting as (Since) | Ship manager/Commercial manager (since 16/03/2010) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9438810 ) UNICORN LOGGER →

| | |
|---|---|
| Gross tonnage | 5691 |
| Ship's type | General Cargo Ship |
| Year of build" | 2008 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 31/08/2008) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9440564 ) BIZEN ➜

| | |
|---|---|
| Gross tonnage | 5691 |
| Ship's type | General Cargo Ship |
| Year of build" | 2008 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 16/05/2008) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9460590 ) SAKIZAYA WISDOM ➜

| | |
|---|---|
| Gross tonnage | 40034 |
| Ship's type | Bulk Carrier |
| Year of build" | 2011 |
| Current flag | Panama |
| Current Class(es) | BV |
| Acting as (Since) | Ship manager/Commercial manager (since 27/09/2011) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9487562 ) TAO STAR ➜

| | |
|---|---|
| Gross tonnage | 15243 |
| Ship's type | Bulk Carrier |
| Year of build" | 2010 |
| Current flag | Panama |
| Current Class(es) | VL |
| Acting as (Since) | Ship manager/Commercial manager (since 04/08/2010) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9487574 ) TAO MARINER ➜

| | |
|---|---|
| Gross tonnage | 15243 |
| Ship's type | Bulk Carrier |
| Year of build" | 2010 |
| Current flag | Panama |
| Current Class(es) | VL |

| | |
|---|---|
| Acting as (Since) | Ship manager/Commercial manager (since 25/10/2010) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9487586 ) TAO BRAVE ➔

| | |
|---|---|
| Gross tonnage | 15243 |
| Ship's type | Bulk Carrier |
| Year of build" | 2011 |
| Current flag | Panama |
| Current Class(es) | VL |
| Acting as (Since) | Ship manager/Commercial manager (since 27/01/2011) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9508718 ) PAPORA WISDOM ➔

| | |
|---|---|
| Gross tonnage | 17025 |
| Ship's type | Bulk Carrier |
| Year of build" | 2009 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 13/03/2009) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9511947 ) FRONTIER BONANZA ➔

| | |
|---|---|
| Gross tonnage | 93228 |
| Ship's type | Bulk Carrier |
| Year of build" | 2010 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 22/10/2010) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9515644 ) POAVOSA WISDOM ➔

| | |
|---|---|
| Gross tonnage | 17025 |
| Ship's type | Bulk Carrier |

| | |
|---|---|
| Year of build" | 2009 |
| Current flag | Panama |
| Current Class(es) | BV |
| Acting as (Since) | Ship manager/Commercial manager (since 15/06/2009) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 1 |

### ( 9519195 ) POAVOSA BRAVE ➔

| | |
|---|---|
| Gross tonnage | 17018 |
| Ship's type | Bulk Carrier |
| Year of build" | 2009 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (during 02/2020) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 1 |

### ( 9520649 ) AMIS ORCHID ➔

| | |
|---|---|
| Gross tonnage | 32319 |
| Ship's type | Bulk Carrier |
| Year of build" | 2012 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 07/07/2017) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9520792 ) NALUHU ➔

| | |
|---|---|
| Gross tonnage | 32315 |
| Ship's type | Bulk Carrier |
| Year of build" | 2010 |
| Current flag | Panama |
| Current Class(es) | VL |
| Acting as (Since) | Ship manager/Commercial manager (since 29/09/2010) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9520807 ) AMIS KALON →

| | |
|---|---|
| Gross tonnage | 32315 |
| Ship's type | Bulk Carrier |
| Year of build" | 2010 |
| Current flag | Panama |
| Current Class(es) | VL |
| Acting as (Since) | Ship manager/Commercial manager (since 16/11/2010) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9520819 ) AMIS LEADER →

| | |
|---|---|
| Gross tonnage | 32315 |
| Ship's type | Bulk Carrier |
| Year of build" | 2010 |
| Current flag | Panama |
| Current Class(es) | LRS |
| Acting as (Since) | Ship manager/Commercial manager (since 03/12/2010) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9524803 ) PAZEH WISDOM →

| | |
|---|---|
| Gross tonnage | 11666 |
| Ship's type | Bulk Carrier |
| Year of build" | 2009 |
| Current flag | Panama |
| Current Class(es) | VL |
| Acting as (Since) | Ship manager/Commercial manager (since 05/02/2009) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9524815 ) BABUZA WISDOM →

| | |
|---|---|
| Gross tonnage | 11666 |
| Ship's type | Bulk Carrier |
| Year of build" | 2009 |
| Current flag | Panama |
| Current Class(es) | VL |
| Acting as (Since) | Ship manager/Commercial manager (since 04/06/2009) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 1 |

## ( 9529607 ) LBC ENERGY →

| | |
|---|---|
| Gross tonnage | 42744 |
| Ship's type | Bulk Carrier |
| Year of build" | 2011 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 26/10/2011) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9539535 ) BUNUN GLORY →

| | |
|---|---|
| Gross tonnage | 22852 |
| Ship's type | Bulk Carrier |
| Year of build" | 2015 |
| Current flag | Panama |
| Current Class(es) | ABS |
| Acting as (Since) | Ship manager/Commercial manager (since 03/04/2015) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9542867 ) GENIUS STAR IX →

| | |
|---|---|
| Gross tonnage | 9589 |
| Ship's type | General Cargo Ship |
| Year of build" | 2009 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 25/08/2009) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9542893 ) GENIUS STAR X →

| | |
|---|---|
| Gross tonnage | 9589 |
| Ship's type | General Cargo Ship |
| Year of build" | 2010 |

| | |
|---|---|
| Current flag | Panama |
| Current Class(es) | BV |
| Acting as (Since) | Ship manager/Commercial manager (since 23/07/2010) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9552989 ) AMIS ACE ➜

| | |
|---|---|
| Gross tonnage | 33937 |
| Ship's type | Bulk Carrier |
| Year of build" | 2013 |
| Current flag | Panama |
| Current Class(es) | VL |
| Acting as (Since) | Ship manager/Commercial manager (since 07/08/2013) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9554169 ) GLOBAL FAITH ➜

| | |
|---|---|
| Gross tonnage | 17018 |
| Ship's type | Bulk Carrier |
| Year of build" | 2010 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 23/02/2010) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9561605 ) LIGULAO ➜

| | |
|---|---|
| Gross tonnage | 10469 |
| Ship's type | Vehicles Carrier |
| Year of build" | 2010 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 25/11/2010) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 1 |

## ( 9561629 ) TAIKLI ➜

| | |
|---|---|
| Gross tonnage | 9984 |
| Ship's type | General Cargo Ship |
| Year of build" | 2011 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 15/11/2011) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 1 |

## ( 9562831 ) MIMASAKA III →

| | |
|---|---|
| Gross tonnage | 9813 |
| Ship's type | General Cargo Ship |
| Year of build" | 2010 |
| Current flag | Panama |
| Current Class(es) | BV |
| Acting as (Since) | Ship manager/Commercial manager (since 18/01/2010) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9573866 ) AMIS WISDOM III →

| | |
|---|---|
| Gross tonnage | 34795 |
| Ship's type | Bulk Carrier |
| Year of build" | 2011 |
| Current flag | Panama |
| Current Class(es) | BV |
| Acting as (Since) | Ship manager/Commercial manager (since 25/01/2011) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9580314 ) POAVOSA WISDOM III →

| | |
|---|---|
| Gross tonnage | 17027 |
| Ship's type | Bulk Carrier |
| Year of build" | 2011 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 14/04/2011) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |

all companies                                                    3

### ( 9589724 ) POAVOSA WISDOM VI ➔

| | |
|---|---|
| Gross tonnage | 17027 |
| Ship's type | Bulk Carrier |
| Year of build" | 2011 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 19/10/2011) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 1 |

### ( 9589803 ) AMIS WISDOM VI ➔

| | |
|---|---|
| Gross tonnage | 34795 |
| Ship's type | Bulk Carrier |
| Year of build" | 2011 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 07/09/2011) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9591076 ) OCEAN VICTORY ➔

| | |
|---|---|
| Gross tonnage | 17019 |
| Ship's type | Bulk Carrier |
| Year of build" | 2011 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 27/07/2011) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9599121 ) KATAGALAN WISDOM ➔

| | |
|---|---|
| Gross tonnage | 51905 |
| Ship's type | Bulk Carrier |
| Year of build" | 2012 |
| Current flag | Panama |
| Current Class(es) | ABS |
| | LRS |

| Acting as (Since) | Ship manager/Commercial manager (since 10/01/2012) |
|---|---|

**Detentions in last 3 years for**

| this company | 0 |
|---|---|
| all companies | 1 |

## ( 9599145 ) KATAGALAN WISDOM III →

| Gross tonnage | 51905 |
|---|---|
| Ship's type | Bulk Carrier |
| Year of build" | 2012 |
| Current flag | Panama |
| Current Class(es) | ABS |
| | LRS |
| Acting as (Since) | Ship manager/Commercial manager (since 29/05/2012) |

**Detentions in last 3 years for**

| this company | 0 |
|---|---|
| all companies | 1 |

## ( 9603415 ) BLUE HORIZON →

| Gross tonnage | 106251 |
|---|---|
| Ship's type | Bulk Carrier |
| Year of build" | 2012 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 12/06/2012) |

**Detentions in last 3 years for**

| this company | 0 |
|---|---|
| all companies | 0 |

## ( 9603427 ) CLEAR HORIZON →

| Gross tonnage | 106251 |
|---|---|
| Ship's type | Bulk Carrier |
| Year of build" | 2012 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 18/07/2012) |

**Detentions in last 3 years for**

| this company | 0 |
|---|---|
| all companies | 0 |

## ( 9606962 ) ATAYAL STAR →

| Gross tonnage | 9991 |
|---|---|
| Ship's type | Bulk Carrier |

| | |
|---|---|
| Year of build" | 2012 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 02/02/2012) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9606974 ) ATAYAL MARINER ➜

| | |
|---|---|
| Gross tonnage | 9991 |
| Ship's type | Bulk Carrier |
| Year of build" | 2012 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 12/04/2012) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9607590 ) ATAYAL BRAVE ➜

| | |
|---|---|
| Gross tonnage | 9988 |
| Ship's type | Bulk Carrier |
| Year of build" | 2012 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 15/06/2012) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9609433 ) SCARLET FALCON ➜

| | |
|---|---|
| Gross tonnage | 43715 |
| Ship's type | Bulk Carrier |
| Year of build" | 2014 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 15/04/2014) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

**( 9609627 ) SCARLET ROSELLA →**

| | |
|---|---|
| Gross tonnage | 43715 |
| Ship's type | Bulk Carrier |
| Year of build" | 2015 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 02/04/2015) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

**( 9622710 ) GENIUS STAR XI →**

| | |
|---|---|
| Gross tonnage | 9984 |
| Ship's type | General Cargo Ship |
| Year of build" | 2012 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 25/09/2012) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

**( 9628568 ) BUNUN WISDOM →**

| | |
|---|---|
| Gross tonnage | 23264 |
| Ship's type | Bulk Carrier |
| Year of build" | 2012 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 10/10/2012) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

**( 9628570 ) BUNUN ACE →**

| | |
|---|---|
| Gross tonnage | 23274 |
| Ship's type | Bulk Carrier |
| Year of build" | 2013 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 30/11/2013) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9633276 ) POAVOSA WISDOM VII ➔

| | |
|---|---|
| Gross tonnage | 17027 |
| Ship's type | Bulk Carrier |
| Year of build" | 2012 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 28/11/2012) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9636369 ) AMIS CHAMPION ➔

| | |
|---|---|
| Gross tonnage | 33937 |
| Ship's type | Bulk Carrier |
| Year of build" | 2014 |
| Current flag | Panama |
| Current Class(es) | VL |
| Acting as (Since) | Ship manager/Commercial manager (since 27/08/2014) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9636371 ) AMIS DOLPHIN ➔

| | |
|---|---|
| Gross tonnage | 33937 |
| Ship's type | Bulk Carrier |
| Year of build" | 2015 |
| Current flag | Panama |
| Current Class(es) | VL |
| Acting as (Since) | Ship manager/Commercial manager (since 15/01/2015) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9639696 ) TAO ACE ➔

| | |
|---|---|
| Gross tonnage | 15289 |
| Ship's type | Bulk Carrier |
| Year of build" | 2013 |

| | |
|---|---|
| Current flag | Panama |
| Current Class(es) | VL |
| Acting as (Since) | Ship manager/Commercial manager (since 08/05/2013) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9639701 ) TAO TREASURE ➔

| | |
|---|---|
| Gross tonnage | 15289 |
| Ship's type | Bulk Carrier |
| Year of build" | 2013 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 08/08/2013) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9641924 ) POAVOSA WISDOM VIII ➔

| | |
|---|---|
| Gross tonnage | 17027 |
| Ship's type | Bulk Carrier |
| Year of build" | 2013 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | ISM Manager (since 05/12/2016) |
| | Ship manager/Commercial manager (since 29/01/2013) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9643611 ) ATAYAL ACE ➔

| | |
|---|---|
| Gross tonnage | 9991 |
| Ship's type | Bulk Carrier |
| Year of build" | 2013 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 30/01/2013) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9644744 ) GENIUS STAR XII ➔

| | |
|---|---|
| Gross tonnage | 9996 |
| Ship's type | General Cargo Ship |
| Year of build" | 2013 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 01/03/2013) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 1 |

## ( 9656400 ) SAKIZAYA ACE ➜

| | |
|---|---|
| Gross tonnage | 40350 |
| Ship's type | Bulk Carrier |
| Year of build" | 2013 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 18/04/2013) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9656412 ) SAKIZAYA BRAVE ➜

| | |
|---|---|
| Gross tonnage | 40350 |
| Ship's type | Bulk Carrier |
| Year of build" | 2013 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 11/06/2013) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9659737 ) BUNUN BRAVE ➜

| | |
|---|---|
| Gross tonnage | 27440 |
| Ship's type | Bulk Carrier |
| Year of build" | 2014 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 08/07/2014) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |

all companies                                          0

### ( 9659749 ) BUNUN CHAMPION ➜

| | |
|---|---|
| Gross tonnage | 27440 |
| Ship's type | Bulk Carrier |
| Year of build" | 2014 |
| Current flag | Panama |
| Current Class(es) | LRS |
| Acting as (Since) | Ship manager/Commercial manager (since 10/09/2014) |

**Detentions in last 3 years for**

this company                                           0
all companies                                          0

### ( 9659751 ) BUNUN ELEGANCE ➜

| | |
|---|---|
| Gross tonnage | 27440 |
| Ship's type | Bulk Carrier |
| Year of build" | 2014 |
| Current flag | Hong Kong, China |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 10/11/2014) |

**Detentions in last 3 years for**

this company                                           0
all companies                                          0

### ( 9667459 ) AMIS BRAVE ➜

| | |
|---|---|
| Gross tonnage | 34805 |
| Ship's type | Bulk Carrier |
| Year of build" | 2013 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 12/11/2013) |

**Detentions in last 3 years for**

this company                                           0
all companies                                          0

### ( 9672222 ) DAIWAN CHAMPION ➜

| | |
|---|---|
| Gross tonnage | 21525 |
| Ship's type | Bulk Carrier |
| Year of build" | 2015 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 09/02/2015) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9672234 ) DAIWAN DOLPHIN →

| | |
|---|---|
| Gross tonnage | 21525 |
| Ship's type | Bulk Carrier |
| Year of build" | 2015 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 04/03/2015) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9680360 ) SAKIZAYA CHAMPION →

| | |
|---|---|
| Gross tonnage | 41766 |
| Ship's type | Bulk Carrier |
| Year of build" | 2014 |
| Current flag | Panama |
| Current Class(es) | ABS |
| Acting as (Since) | Ship manager/Commercial manager (since 02/04/2014) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9687693 ) SCARLET EAGLE →

| | |
|---|---|
| Gross tonnage | 42995 |
| Ship's type | Bulk Carrier |
| Year of build" | 2014 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 29/09/2014) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9697868 ) SAKIZAYA DIAMOND →

| | |
|---|---|
| Gross tonnage | 43007 |
| Ship's type | Bulk Carrier |
| Year of build" | 2015 |

| | |
|---|---|
| Current flag | Panama |
| Current Class(es) | ABS |
| | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 09/04/2015) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 1 |

## ( 9697894 ) DAIWAN ELEGANCE ➜

| | |
|---|---|
| Gross tonnage | 22314 |
| Ship's type | Bulk Carrier |
| Year of build" | 2015 |
| Current flag | Panama |
| Current Class(es) | ABS |
| Acting as (Since) | Ship manager/Commercial manager (since 30/01/2015) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9705421 ) AMIS ELEGANCE ➜

| | |
|---|---|
| Gross tonnage | 31557 |
| Ship's type | Bulk Carrier |
| Year of build" | 2015 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 27/01/2015) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9707821 ) BUNUN DYNASTY ➜

| | |
|---|---|
| Gross tonnage | 23281 |
| Ship's type | Bulk Carrier |
| Year of build" | 2014 |
| Current flag | Hong Kong, China |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 29/10/2014) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9707833 ) BUNUN FORTUNE ➜

| | |
|---|---|
| Gross tonnage | 23281 |
| Ship's type | Bulk Carrier |
| Year of build" | 2015 |
| Current flag | Hong Kong, China |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 14/01/2015) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9709312 ) DAIWAN JUSTICE ➜

| | |
|---|---|
| Gross tonnage | 21525 |
| Ship's type | Bulk Carrier |
| Year of build" | 2016 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 07/03/2016) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 1 |

### ( 9709324 ) DAIWAN KALON ➜

| | |
|---|---|
| Gross tonnage | 21525 |
| Ship's type | Bulk Carrier |
| Year of build" | 2016 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 14/03/2016) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9709336 ) DAIWAN HERO ➜

| | |
|---|---|
| Gross tonnage | 21525 |
| Ship's type | Bulk Carrier |
| Year of build" | 2016 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 05/08/2016) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |

| | |
|---|---|
| all companies | 0 |

### ( 9709348 ) DAIWAN INFINITY ➜

| | |
|---|---|
| Gross tonnage | 21525 |
| Ship's type | Bulk Carrier |
| Year of build" | 2016 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 23/08/2016) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9713791 ) SAKIZAYA GLORY ➜

| | |
|---|---|
| Gross tonnage | 45223 |
| Ship's type | Bulk Carrier |
| Year of build" | 2016 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 15/03/2016) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9713806 ) SAKIZAYA ELEGANCE ➜

| | |
|---|---|
| Gross tonnage | 43007 |
| Ship's type | Bulk Carrier |
| Year of build" | 2015 |
| Current flag | Panama |
| Current Class(es) | ABS<br>NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 28/10/2015) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9713818 ) SAKIZAYA FUTURE ➜

| | |
|---|---|
| Gross tonnage | 43007 |
| Ship's type | Bulk Carrier |
| Year of build" | 2016 |
| Current flag | Panama |
| Current Class(es) | NKK |

| | |
|---|---|
| Acting as (Since) | Ship manager/Commercial manager (since 28/01/2016) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9713820 ) DAIWAN FORTUNE ➜

| | |
|---|---|
| Gross tonnage | 22314 |
| Ship's type | Bulk Carrier |
| Year of build" | 2015 |
| Current flag | Panama |
| Current Class(es) | ABS<br>NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 07/04/2015) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 1 |

## ( 9713832 ) DAIWAN GLORY ➜

| | |
|---|---|
| Gross tonnage | 22314 |
| Ship's type | Bulk Carrier |
| Year of build" | 2015 |
| Current flag | Hong Kong, China |
| Current Class(es) | ABS<br>NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 18/06/2015) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9724178 ) AMIS FORTUNE ➜

| | |
|---|---|
| Gross tonnage | 31557 |
| Ship's type | Bulk Carrier |
| Year of build" | 2015 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 24/06/2015) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

## ( 9731535 ) AMIS GLORY ➜

| | |
|---|---|
| Gross tonnage | 31557 |

| | |
|---|---|
| Ship's type | Bulk Carrier |
| Year of build" | 2016 |
| Current flag | Panama |
| Current Class(es) | NKK |
| Acting as (Since) | Ship manager/Commercial manager (since 31/03/2016) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 0 |

### ( 9732400 ) AMIS HERO →

| | |
|---|---|
| Gross tonnage | 35825 |
| Ship's type | Bulk Carrier |
| Year of build" | 2017 |
| Current flag | Panama |
| Current Class(es) | ABS |
| Acting as (Since) | Ship manager/Commercial manager (since 09/05/2017) |

**Detentions in last 3 years for**

| | |
|---|---|
| this company | 0 |
| all companies | 1 |

**128** results found. Displaying results 1 to **100**.

1    2    >    »

❓    **Class key**

⌄

**Equasis's contributors**

 (http://www.mar.mil.br/)

 (http://www.tc.gc.ca/eng/marinesafety/oep-inspection-menu-770.htm)

 (http://www.emsa.europa.eu/)

 (http://www.mofa.go.jp/)

 (http://www.developpement-durable.gouv.fr/)

 (http://www.korea.net/)

 (http://www.norway.no/)

 (https://www.fomento.gob.es/MFOM/LANG_CASTELLANO/home)

 (https://www.gov.uk/mca) (https://homeport.uscg.mil/)

✉    **Contact us (Moa?**
**fs=FleetInfo&P_MOA=contact)**

Join us on    

 (http://www.facebook.com/equasis.news)    🐦

ℹ    Help (Moa?fs=FleetInfo&P_MOA=help)    (http://twitter.com/equasis_news)