# EXHIBIT 8A



慧洋海運集團
Wisdom Marine Group

TWSE 2637 / LSE WML

| Home | About Wisdom | Fleet | Investor Relation | News & Events | Contact Us |

New Pay Shipping Information

| 2020/01/06 | Amis Treasure | |
|---|---|---|
| Built | Shipyard | |
| Jan / 2020 | Kawasaki | |
| Dwt | Class | Type |
| 61,125 | ABS | Supramax |

| 2019/11/25 | Amis Star | |
|---|---|---|
| Built | Shipyard | |
| Nov / 2019 | Kawasaki | |
| Dwt | Class | Type |
| 61,123 | ABS | Supramax |

| 2019/08/02 | Bunun Benefit | |
|---|---|---|
| Built | Shipyard | |
| Aug / 2019 | Onomichi | |
| Dwt | Class | Type |
| 37,372 | NK | Handy |

Monthly Revenue & Income (USD)                                             Notes on Compilation

| | Revenue | Operating Income | Net Income (Loss) before Tax | Exchange Rate (TWD/USD) |
|---|---|---|---|---|
| February | 28,014,749 | 959,325 | (2,132,388) | 30.146 |
| Accumulated | 61,559,393 | 5,426,316 | (1,009,720) | 30.080 |

*News

| | Date | Category | Title |
|---|---|---|---|
| * | 2020.03.04 | FIN | February 2020 Monthly Earnings Release |
| * | 2020.02.07 | FIN | January 2020 Monthly Earnings Release |
| * | 2020.01.06 | FIN | December 2019 Monthly Earnings Release |
| * | 2019.12.04 | FIN | November 2019 Monthly Earnings Release |
| * | 2019.11.05 | FIN | October 2019 Monthly Earnings Release |



Wisdom Marine Group Copyright 2015 Taiwan All Rights Reserved.
2nd FL., No. 237, Fu-Hsing S. Rd. Sec. 2, Taipei Taiwan 10667  TEL:+886-2-27552637  FAX:+886-2-81926089
E-mail:adm@wisdomlines.com.tw





慈洋海運集團
Wisdom Marine Group

TWSE 2637 / LSE WML

| Home | About Wisdom | Fleet | Investor Relation | News & Events | Contact Us |

About Wisdom

Wisdom Business

Wisdom People

Business Partner

Corporate Social Responsibility



Wisdom Marine Group is the largest dry bulk shipowner in Taiwan by number of vessels. We have a fleet of 143 vessels, 14 of which are newbuildings as at June 30th, 2018. We were founded by our Founder and Chairman James Lan in March 1999. We have been listed on the Taiwan Stock Exchange since 2010 and trade under the stock code "2637." Our primary business is acquisition, management and operation of dry bulk vessels, with a focus on the handysize sector. We employ more than 2400 seafarers and more than 140 shore staff to handle all aspects of commercial and technical management for our fleet.

Through our modern and high quality Japanese-built vessels, our operational expertise, and high standards of corporate governance, we have built our reputation that enables us to secure stable business with major Japanese and European shipping companies and global commodity traders. Our prudent and flexible business model has contributed to our strong financial performance despite the downturn in the dry bulk shipping industry since 2008. With our competitive strengths, we achieve and maintain consistent growth in our fleet, revenue and the stability in operating profit. Our strive for excellence has been the foundation of our sustainable development.



Wisdom Marine Group Copyright 2015 Taiwan All Rights Reserved.
2nd FL., No. 237, Fu-Hsing S. Rd. Sec. 2, Taipei Taiwan 10667  TEL:+886-2-27552637  FAX:+886-2-81926089
E-mail:adm@wisdomlines.com.tw





慈洋海運集團
**Wisdom Marine Group**

TWSE 2637 / LSE WML

Home | About Wisdom | Fleet | Investor Relation | News & Events | Contact Us

About Wisdom

Wisdom Business

Wisdom People

Business Partner

Corporate Social Responsibility



### High degree of time charter coverage

- We have adopted a prudent chartering strategy with majority of our fleet on long-term time charters of between one to 18 years with primarily highly creditworthy counterparties, while maintaining some degree of exposure to the spot charter market. Most of our capesize and panamax vessels are on time charters of between three to 15 years.

- This approach has enabled us to achieve stable and predictable operating cash flows, superior financial performance during the current downcycle, and together with our strong reputation and banking relationships, access to ship financing on highly attractive terms.

### High quality counterparties with whom we have long-term relationships

- We believe maintaining a diverse base of charterers with high credit quality lowers credit risk and contributes to stable cash flows and profitability. Our charterers are primarily blue chip Japanese shipping companies such as NYK, MOL, European shipping companies and global commodity traders such as Glencore, Cargill, and Louis Dreyfus Group. (see Business Partner)

### Access to multiple sources of financing on favorable terms

- We have strong relationships with multiple Taiwanese and other global banks.

- We have consistently been able to access financing throughout the shipping cycle to grow our fleet, due to our trusted reputation, prudent business model and high quality charterers. We have been successful in obtaining financing even during industry wide contraction in global ship finance in recent years.

- We also have access to capital markets, and have successfully raised capital from issuing equity and convertible bonds in the past.

Wisdom Marine Group Copyright 2015 Taiwan All Rights Reserved.
2nd FL., No. 237, Fu-Hsing S. Rd. Sec. 2, Taipei Taiwan 10667  TEL:+886-2-27552637  FAX:+886-2-81926089
E-mail:adm@wisdomlines.com.tw



慧洋海運集團
**Wisdom Marine Group**

TWSE 2637 / LSE WML

Home | About Wisdom | Fleet | Investor Relation | News & Events | Contact Us

About Wisdom

Wisdom Business

Wisdom People

Business Partner

Corporate Social Responsibility



## Experienced management team with strong reputation and proven track record

- We were founded in 1999 by our Founder and Chairman James Lan. Mr. Lan has more than 30 years of experience in the shipping industry as both a shipowner and operator. Mr. Lan co-founded Shih Wei Navigation Co., Ltd. over 30 years ago and had served as President of Shih Wei Navigation. Prior to founding our Group, Mr. Lan was the President of First Steamship Co., Ltd., another Taiwan-listed company. Mr. Lan is the Chairman for Taiwan Committee of the ship classification society Germanischer Lloyd.

- Our executive directors and senior management team have on average over 15 years of experience in the shipping industry, with experience in all aspects of shipowning and operation, including shipbuilding and maintenance, chartering, sale and purchase, technical management and crewing, finance and insurance. We handle all aspects of commercial management and technical management for our fleet in-house.

- Our executive directors and senior management team have developed a wide network of longstanding relationships with high quality charterers and shipyards, banks, shipbrokers and insurance companies in Asia and across the world.

## High standards of corporate governance

- We believe we have adopted high standards of corporate governance. Our Board of Directors is comprised of a majority of independent directors.

- Our independent directors are distinguished individuals who provide robust oversight of the Group's governance and strategic direction.

### Board of Directors

| Position | Name | Education | Career |
|---|---|---|---|
| Chairman | Lan Chun-Sheng | BA in Business Administration, Tamkang University(Taiwan)(1973) | President, First Steamship Group (1993-1999)<br>President, Shih Wei Navigation Co., Ltd (1985-1993) |
| Director | Fukui Masayuki | BA in Business Administration, Chapman College(U.S.A.)(1974) | Founder and President, Yoko Co., Ltd. (1988-Present)<br>Partner, Yoko Senpaku Co. (1983-1988)<br>Tokyo Freighting, Ltd shipbroker (1975-1982) |
| Director | Mike Tzu-Lung Chao | BA in Economics & BS in Biology, University of Maryland(U.S.A.)(1996) | VP of Business and Operation Department, Wisdom Marine Lines (2006-present)<br>CPA, William Tan & Associates (2001-2005) |
| Director | Chen Ming-Shang (Representative of Jinzhou Investment Co., Ltd.) | Chinese Culture University: Eastern linguistics (1977) | President, Prime Maritime Agency Co., Ltd Shipping Agency & Broke (1991-Present)<br>Sales Manager, Jardine Matheson Ltd. (1971-1980) |
| Independent Director | Tu Neng-Mo | J.S.D./LL. M, University of California, Berkeley, School of Law (U.S.A.)(2007)<br>LL. B. National Taiwan University (Taiwan)(1997) | International Partner, King&Wood Mallesons (2014-Present))<br>Co-Founder and Managing Partner, Elements Attorneys (2011-2014)<br>Corporate Counsel, Media Tek Inc.(2007-2011)<br>Corporate Counsel, Foxconn Group (2001-2004) |
| Independent Director | Chen Po-Chih | Ph.D. in Economics, National Taiwan University | Honorary Chairman, Taiwan Thinktank (2011-Present)<br>National Policy Advisor to the President (2004-2006)<br>Economic Advisor to the President (2003-2004)<br>Chairperson, Council for Economic Planning and Development, Executive Yuan (2000-2002)<br>Director, Central Bank of the Republic of China (1998-2000))<br>Chairman, Economics Department of National Taiwan University (1988-1990)) |
| Independent Director | Lin,Tse-Chun | Ph.D in Finance,Finance Group, University of Amsterdam<br>M.Phil in Economics,Tinbergen Institute | Professor of Finance,Faculty of Business and Economics,University of Hong Kong(2018-Present) |



| | | | |
|---|---|---|---|
| | | MBA in International Business, National Chengchi University BA in Economics,National Taiwan University | Associate Professor of Finance,Faculty of Business and Economics,University of Hong Kong(2015-2018) Assistant Professor of Finance,Faculty of Business and Economics,University of Hong Kong(2009-2015) |
| Independent Director | Chiu,Yung-Ho | Ph.D in Economics from University of Mississippi USA Master in Economics from Soochow University Bachelor in Economics from FengChia University | Professor of Department of Economics, Soochow University(2002-Present) Vice Chairperson & Spokesman, Fair Trade Commission,ROC(2015-2017) Dean of Office of Academic Affairs, Soochow University(2014-2015) Director,First Commercial Bank(2012-2015) Member of Remuneration Committee, Teco Electric and Machinery Co.,Ltd(2011-2015) Director,Chenfull International Co.,Ltd(2009-2011) |
| Independent Director | Liu,Tsai-Ching | -Ph.D of Department of Economics, University of North Calorina at Chapel Hill, USA -BA Department of Economics, National Chung Hsing University | Professor of National Taipei University Director, Taiwan Stock Exchange • Fulbright Scholar,USA • Harvard University Visiting Professor |

### Executive Officers

| Executive Officers | Name | Education | Career |
|---|---|---|---|
| President | CS Cheng | National Keelung Maritime Vocational HighSchool(1970) | Captain(1988) Manager, Honor Faith Industrial Limited(1988-1998) |
| Chief Operating Officer | Mike Chao | University of Maryland: Economics & Biology(1996) | CPA, William Tan & Associates(2001-2005) |
| Assistant VP Business and Operation Dept | SC Fang | National Keelung Maritime Vocational High School | Captain |
| Chief Technical officer | Shuang-Chau Tsaur | National Keelung Maritime Vocational High School | TMT CO., LTD. |
| Assistant VP Technical Department | Max Chen | National Taiwan University: Master in Mechanical Engineering National Yunlin University of Science and Technology: Bachelor in Mechanical Engineering | 4M Technologies SA Taiwan Branch(2004-2008) |
| Assistant VP Supply Department | Joe Hsu | Kaohsiung Marine Institute of Technology: Marine Engineering | Taipei Port Container Terminal Corp. |
| Assistant VP ISM Department | Scott Chang | Yuan Ze University:Master in Business Management National Chung Hsing University: Bachelor in Applied Mathematics | - |
| Chief Financial Officer | Bruce Hsueh | National Taiwan University: Bachelor in Economics(1996-2000) University of California, Berkeley: Masters(2004-2007) | Project Leader, Taiwan Economic Data Center(2002-2004) |
| Assistant VP Finance Dept | Lina Hung | Soochow University: Economics(1993) | Accountant, National Shipping Agency Corp.(1993-1999) |

Wisdom Marine Group Copyright 2015 Taiwan All Rights Reserved.
2nd FL., No. 237, Fu-Hsing S. Rd. Sec. 2, Taipei Taiwan 10667  TEL:+886-2-27552637  FAX:+886-2-81926089
E-mail:adm@wisdomlines.com.tw





慧洋海運集團
Wisdom Marine Group

TWSE 2637 / LSE WML

Home | About Wisdom | Fleet | Investor Relation | News & Events | Contact Us

Wisdom Fleet

Current Fleet

New Building Vessels



WISDOM
SAFETY+FIRST

| No. | Vessel Name | Year Built | Shipyard | DWT | Class | Type | Note |
|---|---|---|---|---|---|---|---|
| 1 | Amis Ace | Aug / 2013 | Oshima | 60,830 | DNVGL | Supramax | |
| 2 | Amis Brave | Nov / 2013 | Imabari | 61,467 | NK | Supramax | |
| 3 | Amis Champion | Aug / 2014 | Oshima | 60,830 | DNVGL | Supramax | |
| 4 | Amis Dolphin | Jan / 2015 | Oshima | 60,830 | DNVGL | Supramax | |
| 5 | Amis Elegance | Jan / 2015 | Kawasaki | 55,404 | NK | Supramax | |
| 6 | Amis Fortune | Jun / 2015 | Kawasaki | 55,468 | NK | Supramax | |
| 7 | Amis Glory | Mar / 2016 | Kawasaki | 55,474 | NK | Supramax | |
| 8 | Amis Hero | May / 2017 | Imabari | 63,469 | ABS | Supramax | |
| 9 | Amis Integrity | Jul / 2017 | Imabari | 62,980 | ABS | Supramax | |
| 10 | Amis Justice | Oct / 2017 | Imabari | 63,531 | ABS | Supramax | |
| 11 | Amis Kalon | Nov / 2010 | Tsuneishi | 58,107 | DNVGL | Supramax | |
| 12 | Amis Leader | Dec / 2010 | Tsuneishi | 58,107 | LR | Supramax | |
| 13 | Amis Miracle | Jan / 2018 | Oshima | 59,982 | DNVGL | Supramax | |
| 14 | Amis Nature | Aug / 2018 | Kawasaki | 55,472 | NK | Supramax | |
| 15 | Amis Orchid | Jul / 2012 | Tsuneishi | 58,120 | NK | Supramax | |
| 16 | Amis Power | Sep / 2018 | Tsuneishi | 64,012 | NK | Supramax | |
| 17 | Amis Queen | Apr / 2019 | Imabari | 63,000 | ABS | Supramax | |
| 18 | Amis Star | Nov / 2019 | Kawasaki | 61,123 | ABS | Supramax | |
| 19 | Amis Treasure | Jan / 2020 | Kawasaki | 61,125 | ABS | Supramax | |
| 20 | Amis Wisdom I | Aug / 2010 | Oshima | 61,611 | BV | Supramax | |
| 21 | Amis Wisdom II | Sep / 2010 | Oshima | 61,611 | BV | Supramax | |
| 22 | Amis Wisdom III | Jan / 2011 | Imabari | 61,527 | BV | Supramax | |
| 23 | Amis Wisdom VI | Sep / 2011 | Imabari | 61,456 | NK | Supramax | |
| 24 | Arikun | Jun / 2007 | Ben Kien | 8,763 | NK | Small Handy | |
| 25 | Atayal Ace | Jan / 2013 | Murakami Hide | 16,805 | NK | Small Handy | |
| 26 | Atayal Brave | Jun / 2012 | Murakami Hide | 16,805 | NK | Small Handy | |
| 27 | Atayal Mariner | Apr / 2012 | Murakami Hide | 16,805 | NK | Small Handy | |
| 28 | Atayal Star | Feb / 2012 | Murakami Hide | 16,805 | NK | Small Handy | |
| 29 | Babuza Wisdom | Jun / 2009 | Kanasashi | 18,969 | DNVGL | Small Handy | |
| 30 | Beagle II | Jan / 2007 | Murakami Hide | 17,224 | DNVGL | Small Handy | |
| 31 | Beagle VII | Jul / 2007 | Kanasashi | 16,822 | DNVGL | Small Handy | |
| 32 | Bizen | Feb / 2009 | Ha Long | 8,721 | NK | Small Handy | |
| 33 | Blue Horizon | Jun / 2012 | Kawasaki | 207,867 | NK | Cape | |
| 34 | Bunun Ace | Nov / 2013 | Imabari | 37,744 | NK | Handy | |
| 35 | Bunun Benefit | Aug / 2019 | Onomichi | 37,372 | NK | Handy | |
| 36 | Bunun Brave | Jul / 2014 | Tsuneishi | 45,556 | NK | Handy | |
| 37 | Bunun Champion | Sep / 2014 | Tsuneishi | 45,556 | LR | Handy | |
| 38 | Bunun Dynasty | Oct / 2014 | Imabari | 37,795 | NK | Handy | |
| 39 | Bunun Elegance | Nov / 2014 | Tsuneishi | 45,556 | LR | Handy | |
| 40 | Bunun Fortune | Jan / 2015 | Imabari | 37,790 | NK | Handy | |
| 41 | Bunun Glory | Apr / 2015 | Onomichi | 37,046 | ABS | Handy | |
| 42 | Bunun Hero | Jul / 2015 | Imabari | 37,811 | NK | Handy | |



| 43 | Bunun Infinity | Sep / 2016 | Imabari | 37,654 | NK | Handy |
|----|----------------|------------|---------|--------|-----|-------|
| 44 | Bunun Justice | Apr / 2017 | Imabari | 37,748 | NK | Handy |
| 45 | Bunun Kalon | Jan / 2018 | Imabari | 37,653 | NK | Handy |
| 46 | Bunun Leader | Jul / 2019 | Imabari | 37,650 | NK | Handy |
| 47 | Bunun Wisdom | Oct / 2012 | Imabari | 38,168 | NK | Handy |
| 48 | Clear Horizon | Jul / 2012 | Kawasaki | 207,947 | NK | Cape |
| 49 | Daiwan Champion | Feb / 2015 | Namura | 34,393 | NK | Handy |
| 50 | Daiwan Dolphin | Mar / 2015 | Namura | 34,393 | NK | Handy |
| 51 | Daiwan Elegance | Jan / 2015 | Tsuneishi | 35,331 | ABS | Handy |
| 52 | Daiwan Fortune | Apr / 2015 | Tsuneishi | 34,893 | ABS | Handy |
| 53 | Daiwan Glory | Jun / 2015 | Tsuneishi | 35,531 | ABS | Handy |
| 54 | Daiwan Hero | Aug / 2016 | Namura | 34,376 | NK | Handy |
| 55 | Daiwan Infinity | Aug / 2016 | Namura | 34,376 | NK | Handy |
| 56 | Daiwan Justice | Mar / 2016 | Namura | 34,327 | NK | Handy |
| 57 | Daiwan Kalon | Mar / 2016 | Namura | 34,327 | NK | Handy |
| 58 | Daiwan Leader | Nov / 2018 | Namura | 34,442 | NK | Handy |
| 59 | Daiwan Miracle | Apr / 2019 | Namura | 34,447 | NK | Handy |
| 60 | Daiwan Wisdom | Jun / 2010 | Namura | 31,967 | DNVGL | Handy |
| 61 | Frontier Bonanza | Oct / 2010 | Hyundai | 179,435 | NK | Cape |
| 62 | Genius Star III | Feb / 2006 | Murakami Hide | 13,567 | BV | Small Handy |
| 63 | Genius Star IX | Aug / 2009 | Kanasashi | 12,005 | NK | Small Handy |
| 64 | Genius Star VII | Jan / 2007 | Kanasashi | 12,005 | DNVGL | Small Handy |
| 65 | Genius Star VIII | Oct / 2007 | Kanasashi | 12,005 | NK | Small Handy |
| 66 | Genius Star X | Jul / 2010 | Kanasashi | 12,005 | BV | Small Handy |
| 67 | Genius Star XI | Sep / 2012 | Kegoya | 13,663 | NK | Small Handy |
| 68 | Genius Star XII | Mar / 2013 | Kegoya | 13,077 | NK | Small Handy |
| 69 | Global Faith | Feb / 2010 | Imabari | 28,050 | NK | Handy |
| 70 | Hibiscus | Jun / 2002 | Hakodate | 48,610 | NK | Handy |
| 71 | Hoanya Wisdom | Apr / 2008 | Murakami Hide | 21,119 | BV | Handy |
| 72 | Ital Massima | May / 2007 | Hyundai Mipo | 43,585 | DNVGL | Other |
| 73 | Ital Melodia | Nov / 2007 | Hyundai Mipo | 43,585 | DNVGL | Other |
| 74 | Izumo | Dec / 2007 | Shitanoe | 20,150 | DNVGL | Handy |
| 75 | Joseph Wisdom | Jun / 2018 | Murakami Hide | 6,400 | NK | LPG |
| 76 | Katagalan Wisdom | Jan / 2012 | Tsuneishi | 98,697 | LR | Panamax |
| 77 | Katagalan Wisdom III | May / 2012 | Tsuneishi | 98,697 | LR | Panamax |
| 78 | LBC Energy | Oct / 2011 | Oshima | 71,066 | NK | Panamax |
| 79 | Ligulao | Nov / 2010 | Kegoya | 5,296 | NK | Other |
| 80 | Magnate | Nov / 2004 | Yamanishi | 18,828 | NK | Small Handy |
| 81 | Mega Benefit | Jan / 2018 | JMU | 80,733 | DNVGL | Panamax |
| 82 | Naluhu | Sep / 2010 | Tsuneishi | 58,107 | DNVGL | Supramax |
| 83 | Ocean Victory | Jul / 2011 | Imabari | 28,386 | NK | Handy |
| 84 | Paiwan Wisdom | Apr / 2010 | Namura | 31,967 | DNVGL | Handy |
| 85 | Papora Wisdom | Mar / 2009 | Imabari | 28,050 | NK | Handy |
| 86 | Pazeh Wisdom | Feb / 2009 | Kanasashi | 18,969 | DNVGL | Small Handy |
| 87 | Pescadores | Dec / 1999 | Kumamoto | 198 | CR | Other |
| 88 | Poavosa Ace | Sep / 2013 | Imabari | 28,208 | NK | Handy |
| 89 | Poavosa Brave | Jul / 2009 | Imabari | 28,367 | NK | Handy |
| 90 | Poavosa Wisdom | Jun / 2009 | Imabari | 28,050 | BV | Handy |
| 91 | Poavosa Wisdom III | Apr / 2011 | Imabari | 28,232 | NK | Handy |
| 92 | Poavosa Wisdom VI | Oct / 2011 | Imabari | 28,050 | NK | Handy |
| 93 | Poavosa Wisdom VII | Nov / 2012 | Imabari | 28,208 | NK | Handy |



| 94 | Poavosa Wisdom VIII | Jan / 2013 | Imabari | 28,208 | NK | Handy |
|---|---|---|---|---|---|---|
| 95 | Rukai Benefit | Apr / 2019 | Higaki | 14,040 | | Small Handy |
| 96 | Sakizaya Ace | Apr / 2013 | Sasebo | 74,936 | NK | Panamax |
| 97 | Sakizaya Brave | Jun / 2013 | Sasebo | 74,940 | NK | Panamax |
| 98 | Sakizaya Champion | Apr / 2014 | Sasebo | 78,080 | ABS | Panamax |
| 99 | Sakizaya Diamond | Apr / 2015 | Tsuneishi | 81,938 | ABS | Panamax |
| 100 | Sakizaya Elegance | Oct / 2015 | Tsuneishi | 81,938 | ABS | Panamax |
| 101 | Sakizaya Future | Jan / 2016 | Tsuneishi | 81,938 | NK | Panamax |
| 102 | Sakizaya Glory | Mar / 2016 | Imabari | 84,883 | NK | Panamax |
| 103 | Sakizaya Hero | Aug / 2016 | JMU | 81,067 | NK | Panamax |
| 104 | Sakizaya Integrity | Oct / 2016 | JMU | 81,010 | NK | Panamax |
| 105 | Sakizaya Justice | Mar / 2017 | Namura | 81,691 | LR | Panamax |
| 106 | Sakizaya Kalon | Jun / 2017 | Namura | 81,691 | LR | Panamax |
| 107 | Sakizaya Leader | Jul / 2017 | Namura | 81,691 | LR | Panamax |
| 108 | Sakizaya Miracle | Apr / 2017 | Imabari | 81,668 | NK | Panamax |
| 109 | Sakizaya Noble | Oct / 2017 | JMU | 80,982 | DNVGL | Panamax |
| 110 | Sakizaya Orchid | Oct / 2017 | Imabari | 81,588 | NK | Panamax |
| 111 | Sakizaya Power | Sep / 2017 | Tsuneishi | 81,574 | ABS | Panamax |
| 112 | Sakizaya Queen | Jan / 2018 | Tsuneishi | 81,858 | NK | Panamax |
| 113 | Sakizaya Respect | Apr / 2018 | Tsuneishi | 81,858 | NK | Panamax |
| 114 | Sakizaya Wisdom | Sep / 2011 | Oshima | 76,457 | BV | Panamax |
| 115 | Saysiat Benefit | Sep / 2018 | Higaki | 13,900 | NK | Small Handy |
| 116 | Scarlet Eagle | Sep / 2014 | Tsuneishi | 81,842 | NK | Panamax |
| 117 | Scarlet Falcon | Apr / 2014 | Oshima | 82,260 | NK | Panamax |
| 118 | Scarlet Rosella | Apr / 2015 | Oshima | 82,235 | NK | Panamax |
| 119 | Siraya Wisdom | Sep / 2007 | Murakami Hide | 21,119 | BV | Handy |
| 120 | Taikli | Nov / 2011 | Kegoya | 13,139 | NK | Small Handy |
| 121 | Tao Ace | May / 2013 | Murakami Hide | 25,037 | DNVGL | Handy |
| 122 | Tao Brave | Jan / 2011 | Murakami Hide | 25,065 | DNVGL | Handy |
| 123 | Tao Mariner | Oct / 2010 | Murakami Hide | 25,065 | DNVGL | Handy |
| 124 | Tao Star | Jul / 2010 | Murakami Hide | 25,065 | DNVGL | Handy |
| 125 | Tao Treasure | Aug / 2013 | Murakami Hide | 25,036 | NK | Handy |
| 126 | Taokas Wisdom | Apr / 2008 | Hakodate Dock | 31,943 | NK | Handy |
| 127 | Timu | Nov / 2005 | Murakami Hide | 17,224 | NK | Small Handy |
| 128 | Unicorn Bravo | Oct / 2007 | Ben Kien | 8,759 | NK | Small Handy |
| 129 | Unicorn Logger | Aug / 2008 | Ha Long | 8,700 | NK | Small Handy |
| 130 | Wisdom Grace | Jun / 1998 | Imabari | 18,193 | NK | Other |

Wisdom Marine Group Copyright 2015 Taiwan All Rights Reserved.
2nd FL., No. 237, Fu-Hsing S. Rd. Sec. 2, Taipei Taiwan 10667  TEL:+886-2-27552637  FAX:+886-2-81926089
E-mail:adm@wisdomlines.com.tw





慈洋海運集團
**Wisdom Marine Group**

TWSE 2637 / LSE WML

Home | About Wisdom | Fleet | Investor Relation | News & Events | Contact Us

---

Taipei Headquarter

**Wisdom Marine Group**

2nd FL., No. 237, Fu-Hsing S. Rd. Sec. 2, Taipei Taiwan 10667
TEL:+886-2-27552637
FAX:+886-2-81926089
E-mail:adm@wisdomlines.com.tw

| Departments | E-MAIL | TEL | FAX |
|---|---|---|---|
| Chartering matters | chartering@wisdomlines.com.tw | +886-2-27552637 | +886-2-27556865 |
| Technical and Supply related matters | tech.supply@wisdomlines.com.tw | +886-2-27552637 | +886-2-27090945 |
| Crew related matters | sma@wisdomlines.com.tw | +886-2-27552637 | +886-2-27001512 |
| Finance and Accounting related matters | finance@wisdomlines.com.tw | +886-2-27552637 | +886-2-27006759 |
| HRM and Administration related matters | adm@wisdomlines.com.tw | +886-2-27552637 | +886-2-81926089 |
| Equity and Stock related matters | ir@wisdomlines.com.tw | +886-2-27552637 | +886-2-81926089 |

Japan Office

**Wisdom Marine Lines Tokyo**

Shibaura TY Building, 3rd floor, 1-14-5,
Shibaura, Minato-ku, Tokyo, 105-0023, Japan
TEL: +81-3-5765-2365
FAX: +81-3-5765-2860
E-mail:office@wisdom-tky.com

Singapore Office

**Wisdom Lines (Asia) Pte Ltd**

8 Eu Tong Sen Street, #15-98 The Central , Singapore, 059818
TEL:+65-65360377
FAX:+65-65360677
E-mail:operation@wisdomlines-asia.com.sg

Shanghai Office

**Shanghai Genius Star Shipmanagement Co., Ltd**

Rm. 1701, 17th FL, No. 235, Chang Yang Rd., Shanghai China 200082
TEL:+86-21-65417100
FAX:+86-21-65416033
E-mail:shanghai@wisdomlines.com.cn

Wisdom Marine Group Copyright 2015 Taiwan All Rights Reserved.
2nd FL., No. 237, Fu-Hsing S. Rd. Sec. 2, Taipei Taiwan 10667  TEL:+886-2-27552637  FAX:+886-2-81926089
E-mail:adm@wisdomlines.com.tw