# EXHIBIT 10

```
MMSI;SHIPNAME;PORT_ID;PORT_NAME;COUNTRY_CODE;TIMESTAMP;MOVE_TYPE
(0=Arrival 1=Departure);DRAUGHT (METERx10)
370714000;POAVOSA WISDOM;194;SEATTLE;US;7/1/2015 22:38;0;96
370714000;POAVOSA WISDOM;219;LONGVIEW;US;9/1/2015 7:17;0;54
370714000;POAVOSA WISDOM;218;PORTLAND OR;US;9/1/2015 10:21;0;54
354820000;ID NORTH SEA;219;LONGVIEW;US;13/1/2015 7:01;0;65
354820000;ID NORTH SEA;218;PORTLAND OR;US;13/1/2015 9:57;0;65
370714000;POAVOSA WISDOM;219;LONGVIEW;US;14/1/2015 1:41;0;100
355586000;DAIWAN WISDOM;2177;CHARLESTON;US;16/1/2015 6:09;0;96
354820000;ID NORTH SEA;218;PORTLAND OR;US;17/1/2015 3:48;1;99
354820000;ID NORTH SEA;219;LONGVIEW;US;17/1/2015 5:47;0;99
565781000;SUNRISE SKY;213;NEW ORLEANS;US;23/1/2015 8:03;0;126
370030000;DUMUN;87;LOS ANGELES;US;28/1/2015 6:52;0;127
370579000;ITAL MASSIMA;2177;CHARLESTON;US;1/2/2015 10:11;0;104
477193300;BUNUN FORTUNE;677;ASTORIA;US;3/2/2015 10:01;0;64
370579000;ITAL MASSIMA;95;BALTIMORE;US;3/2/2015 19:12;0;108
370579000;ITAL MASSIMA;136;NORFOLK;US;5/2/2015 2:48;0;104
370030000;DUMUN;681;TACOMA;US;5/2/2015 23:17;0;68
370579000;ITAL MASSIMA;137;NEW YORK;US;6/2/2015 9:45;0;115
565781000;SUNRISE SKY;213;NEW ORLEANS;US;7/2/2015 14:02;1;95
477193300;BUNUN FORTUNE;677;ASTORIA;US;18/2/2015 9:12;1;108
370030000;DUMUN;681;TACOMA;US;22/2/2015 0:12;1;68
477694400;BURUN BRAVE;21428;SAN FRANCISCO ANCH;US;1/3/2015 23:05;0;64
477694400;BURUN BRAVE;2521;REDWOOD CITY;US;2/3/2015 1:06;0;64
477694400;BURUN BRAVE;21428;SAN FRANCISCO ANCH;US;6/3/2015 22:27;0;95
477694400;BURUN BRAVE;8406;RICHMOND;US;10/3/2015 16:57;0;95
354820000;ID NORTH SEA;219;LONGVIEW;US;11/3/2015 9:06;1;61
354820000;ID NORTH SEA;218;PORTLAND OR;US;11/3/2015 11:36;0;61
354820000;ID NORTH SEA;12424;KALAMA;US;13/3/2015 20:36;0;61
354820000;ID NORTH SEA;219;LONGVIEW;US;17/3/2015 10:31;0;61
371323000;GLOBAL FAITH;2727;LONG BEACH;US;23/3/2015 11:18;0;84
356192000;POAVOSA WISDOM VII;219;LONGVIEW;US;25/3/2015 23:57;0;84
354196000;BUNUN ACE;219;LONGVIEW;US;8/4/2015 4:30;1;102
354196000;BUNUN ACE;218;PORTLAND OR;US;8/4/2015 7:27;0;102
371323000;GLOBAL FAITH;219;LONGVIEW;US;10/4/2015 3:26;0;60
371323000;GLOBAL FAITH;218;PORTLAND OR;US;10/4/2015 22:09;0;60
565781000;SUNRISE SKY;662;NEW LONDON;US;11/4/2015 8:29;0;85
```

356192000;POAVOSA WISDOM VII;219;LONGVIEW;US;12/4/2015 5:54;1;97
371323000;GLOBAL FAITH;218;PORTLAND OR;US;13/4/2015 5:46;1;97
371323000;GLOBAL FAITH;219;LONGVIEW;US;13/4/2015 8:09;0;97
565781000;SUNRISE SKY;21462;BIG STONE BEACH ANCH;US;14/4/2015 22:31;0;83
565781000;SUNRISE SKY;2817;PHILADELPHIA;US;15/4/2015 4:49;0;83
354196000;BUNUN ACE;218;PORTLAND OR;US;16/4/2015 2:49;1;67
354196000;BUNUN ACE;219;LONGVIEW;US;16/4/2015 4:52;0;67
354196000;BUNUN ACE;681;TACOMA;US;17/4/2015 11:08;0;67
355860000;SAKIZAYA WISDOM;131;BOSTON;US;18/4/2015 15:12;0;117
565781000;SUNRISE SKY;2817;PHILADELPHIA;US;19/4/2015 3:21;1;69
565781000;SUNRISE SKY;21462;BIG STONE BEACH ANCH;US;19/4/2015 8:58;1;69
355860000;SAKIZAYA WISDOM;131;BOSTON;US;23/4/2015 22:34;1;117
354196000;BUNUN ACE;681;TACOMA;US;24/4/2015 5:37;1;103
565781000;SUNRISE SKY;19699;SOUTHWEST PASS;US;25/4/2015 18:35;0;69
565781000;SUNRISE SKY;213;NEW ORLEANS;US;25/4/2015 22:44;0;69
354820000;ID NORTH SEA;219;LONGVIEW;US;3/5/2015 8:47;0;55
354820000;ID NORTH SEA;21657;VANCOUVER;US;3/5/2015 11:38;0;55
356822000;BUNUN & WISDOM;656;JACKSONVILLE;US;8/5/2015 0:20;0;106
354820000;ID NORTH SEA;21657;VANCOUVER;US;8/5/2015 20:52;1;98
356706000;ITAL MELODIA;200;SAVANNAH;US;9/5/2015 13:37;0;109
356822000;BUNUN & WISDOM;656;JACKSONVILLE;US;10/5/2015 2:05;1;64
356706000;ITAL MELODIA;200;SAVANNAH;US;10/5/2015 18:16;1;109
356706000;ITAL MELODIA;2177;CHARLESTON;US;11/5/2015 6:28;0;109
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;14/5/2015 10:19;0;71
357086000;AMIS WISDOM II;219;LONGVIEW;US;19/5/2015 3:58;0;66
357086000;AMIS WISDOM II;12424;KALAMA;US;19/5/2015 5:16;0;66
477127400;BURUN ELEGANCE;213;NEW ORLEANS;US;26/5/2015 5:38;0;91
356192000;POAVOSA WISDOM VII;219;LONGVIEW;US;30/5/2015 19:06;0;100
356192000;POAVOSA WISDOM VII;218;PORTLAND OR;US;30/5/2015 22:22;0;100
356192000;POAVOSA WISDOM VII;219;LONGVIEW;US;3/6/2015 3:08;0;100
356192000;POAVOSA WISDOM VII;194;SEATTLE;US;4/6/2015 7:17;0;83
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;6/6/2015 8:10;1;112
352843000;BUNUN GLORY;919;HOUSTON;US;6/6/2015 18:04;0;101
352843000;BUNUN GLORY;919;HOUSTON;US;11/6/2015 1:25;1;71
352843000;BUNUN GLORY;21459;HOUSTON ANCH;US;11/6/2015 2:57;0;71
352843000;BUNUN GLORY;213;NEW ORLEANS;US;12/6/2015 15:32;0;71
370579000;ITAL MASSIMA;200;SAVANNAH;US;13/6/2015 8:51;0;102

```
370579000;ITAL MASSIMA;2177;CHARLESTON;US;14/6/2015 18:45;0;109
352843000;BUNUN GLORY;213;NEW ORLEANS;US;18/6/2015 21:52;1;71
370714000;POAVOSA WISDOM;194;SEATTLE;US;26/6/2015 0:21;0;102
370714000;POAVOSA WISDOM;194;SEATTLE;US;29/6/2015 23:16;0;67
351170000;SAKIZAYA BRAVE;213;NEW ORLEANS;US;9/7/2015 18:18;0;120
370714000;POAVOSA WISDOM;219;LONGVIEW;US;11/7/2015 5:24;0;67
371133000;DAIWAN CHAMPION;219;LONGVIEW;US;11/7/2015 11:59;0;96
371133000;DAIWAN CHAMPION;218;PORTLAND OR;US;11/7/2015 15:49;0;96
370714000;POAVOSA WISDOM;218;PORTLAND OR;US;18/7/2015 22:32;0;67
371133000;DAIWAN CHAMPION;219;LONGVIEW;US;19/7/2015 2:09;0;62
370714000;POAVOSA WISDOM;218;PORTLAND OR;US;24/7/2015 0:42;1;65
370714000;POAVOSA WISDOM;219;LONGVIEW;US;24/7/2015 2:54;0;65
371133000;DAIWAN CHAMPION;2727;LONG BEACH;US;27/7/2015 1:39;0;62
477066900;DAIWAN FORTUNE;219;LONGVIEW;US;29/7/2015 18:15;0;68
351170000;SAKIZAYA BRAVE;213;NEW ORLEANS;US;9/8/2015 0:27;1;119
371323000;GLOBAL FAITH;21428;SAN FRANCISCO ANCH;US;13/8/2015 11:43;0;60
371323000;GLOBAL FAITH;20755;STOCKTON;US;17/8/2015 11:34;0;60
370579000;ITAL MASSIMA;200;SAVANNAH;US;18/8/2015 8:03;0;106
370579000;ITAL MASSIMA;2177;CHARLESTON;US;19/8/2015 22:59;0;110
371323000;GLOBAL FAITH;7520;PITTSBURG;US;22/8/2015 1:49;0;95
356188000;POAVOSA WISDOM VIII;1460;BARBERS POINT;US;23/8/2015 21:06;0;58
352843000;BUNUN GLORY;21154;NEW HAVEN;US;24/8/2015 8:48;0;103
356188000;POAVOSA WISDOM VIII;1460;BARBERS POINT;US;28/8/2015 21:50;1;90
352843000;BUNUN GLORY;21154;NEW HAVEN;US;29/8/2015 4:39;1;93
352843000;BUNUN GLORY;2817;PHILADELPHIA;US;30/8/2015 9:40;0;100
352843000;BUNUN GLORY;3464;PORT RICHMOND;US;30/8/2015 11:08;0;100
352843000;BUNUN GLORY;2817;PHILADELPHIA;US;1/9/2015 2:30;0;100
374846000;BURUN BRAVE;21459;HOUSTON ANCH;US;4/9/2015 9:26;0;64
374846000;BURUN BRAVE;919;HOUSTON;US;4/9/2015 11:45;0;64
374846000;BURUN BRAVE;3207;CAMERON;US;6/9/2015 19:57;0;95
374846000;BURUN BRAVE;2405;LAKE CHARLES;US;6/9/2015 21:38;0;95
353200000;POAVOSA WISDOM III;219;LONGVIEW;US;17/9/2015 4:46;0;58
352843000;BUNUN GLORY;21459;HOUSTON ANCH;US;17/9/2015 10:33;1;65
352843000;BUNUN GLORY;919;HOUSTON;US;17/9/2015 12:04;0;65
371050000;TAOKAS WISDOM;21428;SAN FRANCISCO ANCH;US;6/10/2015 12:30;0;98
371050000;TAOKAS WISDOM;7520;PITTSBURG;US;6/10/2015 20:57;0;98
371050000;TAOKAS WISDOM;21428;SAN FRANCISCO ANCH;US;11/10/2015 2:10;0;98
```

353200000;POAVOSA WISDOM III;219;LONGVIEW;US;11/10/2015 13:22;1;58
354820000;POAVOSA BRAVE;95;BALTIMORE;US;16/10/2015 23:25;0;95
356706000;ITAL MELODIA;200;SAVANNAH;US;17/10/2015 8:14;0;111
371071000;SCARLET FALCON;213;NEW ORLEANS;US;18/10/2015 10:56;0;128
356706000;ITAL MELODIA;2177;CHARLESTON;US;18/10/2015 19:45;0;106
477712500;BURUN DYNASTY;219;LONGVIEW;US;22/10/2015 13:25;0;75
477712500;BURUN DYNASTY;12424;KALAMA;US;22/10/2015 14:18;0;75
477712500;BURUN DYNASTY;219;LONGVIEW;US;23/10/2015 6:21;0;70
370579000;ITAL MASSIMA;2177;CHARLESTON;US;23/10/2015 22:25;0;110
355690000;TAO TREASURE;2817;PHILADELPHIA;US;24/10/2015 4:40;0;67
370579000;ITAL MASSIMA;2177;CHARLESTON;US;24/10/2015 11:43;1;108
370579000;ITAL MASSIMA;95;BALTIMORE;US;25/10/2015 20:57;0;108
355586000;DAIWAN WISDOM;219;LONGVIEW;US;25/10/2015 23:21;1;64
370579000;ITAL MASSIMA;95;BALTIMORE;US;26/10/2015 23:43;1;110
354820000;POAVOSA BRAVE;95;BALTIMORE;US;27/10/2015 0:31;1;56
370579000;ITAL MASSIMA;136;NORFOLK;US;27/10/2015 9:13;0;110
370579000;ITAL MASSIMA;137;NEW YORK;US;28/10/2015 19:22;0;115
565781000;SUNRISE SKY;20720;GRAYS HARBOR;US;29/10/2015 16:58;0;67
355690000;TAO TREASURE;2817;PHILADELPHIA;US;30/10/2015 3:11;1;52
355586000;DAIWAN WISDOM;2727;LONG BEACH;US;1/11/2015 22:01;0;73
371133000;DAIWAN CHAMPION;677;ASTORIA;US;2/11/2015 14:21;0;61
355586000;DAIWAN WISDOM;2727;LONG BEACH;US;3/11/2015 2:04;1;98
371071000;SCARLET FALCON;213;NEW ORLEANS;US;4/11/2015 20:03;0;68
565781000;SUNRISE SKY;20720;GRAYS HARBOR;US;5/11/2015 1:28;1;116
355690000;TAO TREASURE;1326;BRUNSWICK;US;5/11/2015 20:21;0;52
371133000;DAIWAN CHAMPION;677;ASTORIA;US;11/11/2015 20:26;1;61
373365000;KATAGALAN WISDOM III;213;NEW ORLEANS;US;20/11/2015 14:45;0;72
373365000;KATAGALAN WISDOM III;19699;SOUTHWEST PASS;US;23/11/2015 20:35;0;14
351647000;SAKIZAYA CHAMPION;131;BOSTON;US;5/12/2015 10:42;0;118
352843000;BUNUN GLORY;213;NEW ORLEANS;US;7/12/2015 5:21;0;67
351647000;SAKIZAYA CHAMPION;131;BOSTON;US;12/12/2015 17:39;1;78
352843000;BUNUN GLORY;3230;PORT ALLEN;US;17/12/2015 12:46;0;67
352843000;BUNUN GLORY;213;NEW ORLEANS;US;19/12/2015 2:10;0;106
354820000;POAVOSA BRAVE;2161;MOBILE;US;21/12/2015 21:48;0;60
370579000;ITAL MASSIMA;2177;CHARLESTON;US;2/1/2016 22:46;0;108
373365000;KATAGALAN WISDOM III;2161;MOBILE;US;4/1/2016 7:58;0;78
370579000;ITAL MASSIMA;95;BALTIMORE;US;4/1/2016 21:42;0;111

370579000;ITAL MASSIMA;136;NORFOLK;US;6/1/2016 3:03;0;111
373365000;KATAGALAN WISDOM III;2161;MOBILE;US;7/1/2016 6:46;1;78
370579000;ITAL MASSIMA;137;NEW YORK;US;8/1/2016 4:01;1;120
355576000;SCARLET EAGLE;20722;ASTORIA ANCH;US;11/1/2016 11:55;0;70
371133000;DAIWAN CHAMPION;219;LONGVIEW;US;14/1/2016 0:00;0;83
371133000;DAIWAN CHAMPION;21657;VANCOUVER;US;14/1/2016 3:01;0;83
355576000;SCARLET EAGLE;20722;ASTORIA ANCH;US;18/1/2016 6:03;1;70
355576000;SCARLET EAGLE;219;LONGVIEW;US;18/1/2016 9:26;0;70
355576000;SCARLET EAGLE;21657;VANCOUVER;US;18/1/2016 12:41;0;70
477127400;BUNUN ELEGANCE;3166;PORT EVERGLADES;US;19/1/2016 8:43;0;114
355576000;SCARLET EAGLE;219;LONGVIEW;US;21/1/2016 8:14;0;125
477127400;BUNUN ELEGANCE;3166;PORT EVERGLADES;US;23/1/2016 5:15;1;104
354196000;BUNUN ACE;93;OAKLAND;US;25/1/2016 19:25;0;58
477127400;BUNUN ELEGANCE;3166;PORT EVERGLADES;US;26/1/2016 23:20;1;98
371133000;DAIWAN CHAMPION;21657;VANCOUVER;US;27/1/2016 1:55;1;83
371133000;DAIWAN CHAMPION;219;LONGVIEW;US;27/1/2016 4:19;0;83
351240000;PAIWAN WISDOM;2727;LONG BEACH;US;28/1/2016 15:02;0;75
354196000;BUNUN ACE;93;OAKLAND;US;29/1/2016 21:08;1;105
355586000;DAIWAN WISDOM;2177;CHARLESTON;US;29/1/2016 21:41;0;100
477127400;BUNUN ELEGANCE;21459;HOUSTON ANCH;US;30/1/2016 11:55;0;99
351647000;SAKIZAYA CHAMPION;137;NEW YORK;US;1/2/2016 12:11;0;118
355586000;DAIWAN WISDOM;2177;CHARLESTON;US;2/2/2016 4:47;1;65
355586000;DAIWAN WISDOM;202;TAMPA;US;7/2/2016 1:48;0;52
351240000;PAIWAN WISDOM;2727;LONG BEACH;US;7/2/2016 14:04;1;87
477127400;BUNUN ELEGANCE;919;HOUSTON;US;8/2/2016 2:26;0;99
565781000;SUNRISE SKY;679;PORT ANGELES;US;13/2/2016 18:31;0;107
565781000;SUNRISE SKY;20722;ASTORIA ANCH;US;15/2/2016 1:23;1;109
565781000;SUNRISE SKY;677;ASTORIA;US;15/2/2016 1:23;0;109
477127400;BUNUN ELEGANCE;919;HOUSTON;US;15/2/2016 2:51;1;66
565781000;SUNRISE SKY;219;LONGVIEW;US;15/2/2016 5:21;0;109
565781000;SUNRISE SKY;12424;KALAMA;US;15/2/2016 6:23;0;109
355690000;TAO TREASURE;21428;SAN FRANCISCO ANCH;US;16/2/2016 5:55;0;100
373365000;KATAGALAN WISDOM III;21821;SPARROWS POINT;US;17/2/2016 9:17;0;73
373365000;KATAGALAN WISDOM III;21821;SPARROWS POINT;US;20/2/2016 0:33;0;143
477127400;BUNUN ELEGANCE;919;HOUSTON;US;20/2/2016 0:49;0;66
477712500;BUNUN DYNASTY;20722;ASTORIA ANCH;US;21/2/2016 3:33;0;71
477712500;BUNUN DYNASTY;677;ASTORIA;US;21/2/2016 3:40;0;71

477712500;BUNUN DYNASTY;219;LONGVIEW;US;21/2/2016 7:27;0;71
477127400;BUNUN ELEGANCE;919;HOUSTON;US;22/2/2016 1:35;1;76
477127400;BUNUN ELEGANCE;3207;CAMERON;US;23/2/2016 14:42;0;76
477127400;BUNUN ELEGANCE;2405;LAKE CHARLES;US;23/2/2016 16:27;0;76
355690000;TAO TREASURE;21428;SAN FRANCISCO ANCH;US;24/2/2016 18:12;1;99
355690000;TAO TREASURE;7179;MARTINEZ;US;24/2/2016 21:52;0;99
355690000;TAO TREASURE;7520;PITTSBURG;US;24/2/2016 23:02;0;99
355690000;TAO TREASURE;20755;STOCKTON;US;25/2/2016 2:45;0;99
477127400;BUNUN ELEGANCE;2405;LAKE CHARLES;US;26/2/2016 22:05;1;105
477127400;BUNUN ELEGANCE;3207;CAMERON;US;27/2/2016 0:05;1;105
477712500;BUNUN DYNASTY;677;ASTORIA;US;27/2/2016 3:54;0;74
565781000;SUNRISE SKY;12424;KALAMA;US;2/3/2016 14:21;0;68
477712500;BUNUN DYNASTY;2727;LONG BEACH;US;3/3/2016 13:24;0;72
355690000;TAO TREASURE;20755;STOCKTON;US;4/3/2016 18:53;1;57
355690000;TAO TREASURE;7520;PITTSBURG;US;4/3/2016 22:08;0;57
565781000;SUNRISE SKY;218;PORTLAND OR;US;6/3/2016 11:46;0;91
355690000;TAO TREASURE;20724;HAMMOND;US;9/3/2016 16:46;0;57
355690000;TAO TREASURE;20722;ASTORIA ANCH;US;9/3/2016 17:07;1;57
355690000;TAO TREASURE;677;ASTORIA;US;9/3/2016 17:08;0;57
565781000;SUNRISE SKY;218;PORTLAND OR;US;9/3/2016 18:56;1;130
355690000;TAO TREASURE;219;LONGVIEW;US;9/3/2016 21:02;0;57
355534000;AMIS BRAVE;2161;MOBILE;US;10/3/2016 9:45;0;87
565781000;SUNRISE SKY;219;LONGVIEW;US;11/3/2016 5:40;0;130
565781000;SUNRISE SKY;20722;ASTORIA ANCH;US;11/3/2016 10:11;0;130
370579000;ITAL MASSIMA;2177;CHARLESTON;US;11/3/2016 23:17;0;120
370579000;ITAL MASSIMA;21821;SPARROWS POINT;US;13/3/2016 21:07;1;117
370579000;ITAL MASSIMA;95;BALTIMORE;US;13/3/2016 21:39;0;117
355690000;TAO TREASURE;12424;KALAMA;US;14/3/2016 4:40;0;57
370579000;ITAL MASSIMA;21821;SPARROWS POINT;US;14/3/2016 22:54;0;108
370579000;ITAL MASSIMA;21821;SPARROWS POINT;US;14/3/2016 22:57;1;108
370579000;ITAL MASSIMA;136;NORFOLK;US;15/3/2016 8:25;0;108
355690000;TAO TREASURE;12424;KALAMA;US;15/3/2016 12:23;1;102
355690000;TAO TREASURE;219;LONGVIEW;US;15/3/2016 13:42;1;102
355690000;TAO TREASURE;20722;ASTORIA ANCH;US;15/3/2016 17:14;0;102
355690000;TAO TREASURE;20724;HAMMOND;US;15/3/2016 17:32;0;102
355534000;AMIS BRAVE;2161;MOBILE;US;15/3/2016 20:55;1;87
370579000;ITAL MASSIMA;136;NORFOLK;US;15/3/2016 22:12;1;108

477712500;BUNUN DYNASTY;2727;LONG BEACH;US;16/3/2016 2:25;1;99
370579000;ITAL MASSIMA;137;NEW YORK;US;16/3/2016 20:10;0;108
355534000;AMIS BRAVE;213;NEW ORLEANS;US;18/3/2016 0:31;0;68
351240000;PAIWAN WISDOM;21459;HOUSTON ANCH;US;30/3/2016 18:01;1;95
351240000;PAIWAN WISDOM;8822;GALVESTON;US;30/3/2016 19:30;0;95
371323000;GLOBAL FAITH;20724;HAMMOND;US;10/4/2016 3:10;0;68
371323000;GLOBAL FAITH;20722;ASTORIA ANCH;US;10/4/2016 3:34;0;68
371323000;GLOBAL FAITH;677;ASTORIA;US;10/4/2016 3:38;0;68
371323000;GLOBAL FAITH;20722;ASTORIA ANCH;US;10/4/2016 4:14;1;68
371323000;GLOBAL FAITH;219;LONGVIEW;US;10/4/2016 8:07;0;68
371323000;GLOBAL FAITH;21657;VANCOUVER;US;12/4/2016 23:26;0;69
351240000;PAIWAN WISDOM;21459;HOUSTON ANCH;US;15/4/2016 12:44;0;55
351240000;PAIWAN WISDOM;8822;GALVESTON;US;15/4/2016 13:31;0;55
371323000;GLOBAL FAITH;21657;VANCOUVER;US;16/4/2016 21:01;1;104
371323000;GLOBAL FAITH;219;LONGVIEW;US;16/4/2016 23:29;0;104
371323000;GLOBAL FAITH;677;ASTORIA;US;17/4/2016 3:22;0;104
351240000;PAIWAN WISDOM;8822;GALVESTON;US;19/4/2016 9:56;1;93
477548200;DAIWAN GLORY;2727;LONG BEACH;US;16/5/2016 14:08;0;65
477548200;DAIWAN GLORY;2727;LONG BEACH;US;16/5/2016 23:20;1;65
477127400;BUNUN ELEGANCE;213;NEW ORLEANS;US;17/5/2016 2:22;0;76
370579000;ITAL MASSIMA;2177;CHARLESTON;US;20/5/2016 19:40;0;113
355401000;AMIS WISDOM I;194;SEATTLE;US;20/5/2016 20:18;0;64
477127400;BUNUN ELEGANCE;213;NEW ORLEANS;US;20/5/2016 20:56;1;71
477127400;BUNUN ELEGANCE;21459;HOUSTON ANCH;US;22/5/2016 1:33;0;71
355401000;AMIS WISDOM I;20724;HAMMOND;US;22/5/2016 15:59;0;66
355401000;AMIS WISDOM I;20722;ASTORIA ANCH;US;22/5/2016 16:21;0;66
355401000;AMIS WISDOM I;677;ASTORIA;US;22/5/2016 16:28;1;66
370579000;ITAL MASSIMA;21821;SPARROWS POINT;US;22/5/2016 20:23;0;113
370579000;ITAL MASSIMA;95;BALTIMORE;US;22/5/2016 20:55;0;113
355401000;AMIS WISDOM I;219;LONGVIEW;US;23/5/2016 18:06;1;66
355401000;AMIS WISDOM I;218;PORTLAND OR;US;23/5/2016 20:46;0;66
370579000;ITAL MASSIMA;95;BALTIMORE;US;23/5/2016 21:29;1;110
370579000;ITAL MASSIMA;21821;SPARROWS POINT;US;23/5/2016 21:41;0;110
356192000;POAVOSA WISDOM VII;1458;HONOLULU ;US;24/5/2016 3:31;0;55
370579000;ITAL MASSIMA;136;NORFOLK;US;24/5/2016 9:15;0;110
356192000;POAVOSA WISDOM VII;1460;BARBERS POINT;US;24/5/2016 16:47;0;55
370579000;ITAL MASSIMA;136;NORFOLK;US;24/5/2016 23:10;1;113

| |
|---|
| 477127400;BUNUN ELEGANCE;919;HOUSTON;US;25/5/2016 13:55;1;71 |
| 355401000;AMIS WISDOM I;218;PORTLAND OR;US;27/5/2016 9:50;1;108 |
| 355401000;AMIS WISDOM I;219;LONGVIEW;US;27/5/2016 12:49;1;108 |
| 355401000;AMIS WISDOM I;677;ASTORIA;US;27/5/2016 16:29;1;108 |
| 374710000;AMIS GLORY;213;NEW ORLEANS;US;28/5/2016 3:31;1;70 |
| 477127400;BUNUN ELEGANCE;919;HOUSTON;US;28/5/2016 21:20;1;66 |
| 374710000;AMIS GLORY;919;HOUSTON;US;29/5/2016 14:59;1;70 |
| 374710000;AMIS GLORY;213;NEW ORLEANS;US;2/6/2016 4:30;0;71 |
| 371133000;DAIWAN CHAMPION;20722;ASTORIA ANCH;US;3/6/2016 8:34;1;100 |
| 371133000;DAIWAN CHAMPION;677;ASTORIA;US;3/6/2016 8:35;0;100 |
| 371133000;DAIWAN CHAMPION;219;LONGVIEW;US;3/6/2016 12:33;0;100 |
| 371133000;DAIWAN CHAMPION;218;PORTLAND OR;US;3/6/2016 15:56;0;100 |
| 374710000;AMIS GLORY;213;NEW ORLEANS;US;6/6/2016 11:38;1;118 |
| 371133000;DAIWAN CHAMPION;219;LONGVIEW;US;19/6/2016 8:27;0;66 |
| 370030000;AMIS LEADER;213;NEW ORLEANS;US;11/7/2016 22:45;1;64 |
| 370030000;AMIS LEADER;3221;LUTCHER;US;14/7/2016 1:44;1;64 |
| 370030000;AMIS LEADER;213;NEW ORLEANS;US;14/7/2016 2:02;0;64 |
| 371323000;GLOBAL FAITH;21428;SAN FRANCISCO ANCH;US;27/7/2016 21:36;1;59 |
| 371323000;GLOBAL FAITH;20748;BENICIA;US;28/7/2016 0:06;0;59 |
| 477127400;BUNUN ELEGANCE;21462;BIG STONE BEACH ANCH;US;5/8/2016 4:52;1;92 |
| 477127400;BUNUN ELEGANCE;2817;PHILADELPHIA;US;6/8/2016 5:41;0;86 |
| 477127400;BUNUN ELEGANCE;2816;PAULSBORO;US;7/8/2016 4:15;1;86 |
| 477127400;BUNUN ELEGANCE;2817;PHILADELPHIA;US;8/8/2016 3:53;0;86 |
| 477127400;BUNUN ELEGANCE;16690;QUAKER CITY;US;8/8/2016 5:30;0;86 |
| 477127400;BUNUN ELEGANCE;21084;FAIRLESS HILLS;US;9/8/2016 18:43;1;88 |
| 477127400;BUNUN ELEGANCE;21083;RIVERSIDE COMPLEX;US;9/8/2016 19:11;1;88 |
| 477127400;BUNUN ELEGANCE;2817;PHILADELPHIA;US;9/8/2016 21:31;0;88 |
| 477127400;BUNUN ELEGANCE;20966;JACKSONVILLE ANCH;US;12/8/2016 19:40;0;88 |
| 477127400;BUNUN ELEGANCE;656;JACKSONVILLE;US;12/8/2016 20:35;0;88 |
| 477127400;BUNUN ELEGANCE;215;BROWNSVILLE;US;18/8/2016 14:31;0;72 |
| 477127400;BUNUN ELEGANCE;22663;PORT ARTHUR ANCH;US;20/8/2016 21:55;0;64 |
| 477127400;BUNUN ELEGANCE;20790;SABINE PASS;US;22/8/2016 8:39;0;62 |
| 477127400;BUNUN ELEGANCE;3209;PORT ARTHUR;US;22/8/2016 9:30;0;62 |
| 477127400;BUNUN ELEGANCE;20790;SABINE PASS;US;23/8/2016 21:30;0;98 |
| 374968000;BUNUN HERO;22300;NORFOLK ANCH;US;12/9/2016 17:38;0;77 |
| 357847000;AMIS ELEGANCE;22632;PORTSMOUTH ANCH;US;13/9/2016 1:15;1;107 |
| 374968000;BUNUN HERO;21821;SPARROWS POINT;US;13/9/2016 3:22;0;77 |

```
374968000;BUNUN HERO;22286;BALTIMORE ANCH;US;13/9/2016 3:34;0;77
374968000;BUNUN HERO;95;BALTIMORE;US;13/9/2016 4:12;0;77
357847000;AMIS ELEGANCE;22632;PORTSMOUTH ANCH;US;14/9/2016 13:54;1;107
357847000;AMIS ELEGANCE;11834;PORTSMOUTH;US;14/9/2016 14:50;0;107
357847000;AMIS ELEGANCE;15472;NAVY;US;14/9/2016 14:55;0;107
357847000;AMIS ELEGANCE;16447;NEW CASTLE;US;14/9/2016 15:00;0;107
357847000;AMIS ELEGANCE;13765;GREAT COVE BOAT;US;14/9/2016 15:19;0;107
357847000;AMIS ELEGANCE;12487;PORTSMOUTH;US;14/9/2016 15:47;0;107
374968000;BUNUN HERO;95;BALTIMORE;US;17/9/2016 0:12;1;71
374968000;BUNUN HERO;21821;SPARROWS POINT;US;17/9/2016 0:49;0;71
374968000;BUNUN HERO;5938;CHESAPEAKE CITY;US;17/9/2016 4:46;0;71
374968000;BUNUN HERO;9874;SUMMIT NORTH;US;17/9/2016 5:27;0;71
374968000;BUNUN HERO;2816;PAULSBORO;US;17/9/2016 9:11;0;71
374968000;BUNUN HERO;2817;PHILADELPHIA;US;17/9/2016 9:25;0;71
374968000;BUNUN HERO;16690;QUAKER CITY;US;17/9/2016 11:26;0;71
374968000;BUNUN HERO;10083;RIVERTON;US;17/9/2016 11:28;0;71
374968000;BUNUN HERO;21083;RIVERSIDE COMPLEX;US;17/9/2016 12:53;0;71
374968000;BUNUN HERO;21084;FAIRLESS HILLS;US;17/9/2016 13:30;0;71
357847000;AMIS ELEGANCE;12487;PORTSMOUTH;US;19/9/2016 13:03;1;107
357847000;AMIS ELEGANCE;13765;GREAT COVE BOAT;US;19/9/2016 13:31;0;107
357847000;AMIS ELEGANCE;13765;GREAT COVE BOAT;US;19/9/2016 13:34;1;107
357847000;AMIS ELEGANCE;15472;NAVY;US;19/9/2016 13:57;0;107
357847000;AMIS ELEGANCE;11834;PORTSMOUTH;US;19/9/2016 14:00;0;107
357847000;AMIS ELEGANCE;21223;FORT CONSTITUTION;US;19/9/2016 14:04;0;107
374968000;BUNUN HERO;21084;FAIRLESS HILLS;US;19/9/2016 22:25;1;85
374968000;BUNUN HERO;10083;RIVERTON;US;20/9/2016 0:18;1;85
374968000;BUNUN HERO;2817;PHILADELPHIA;US;20/9/2016 1:10;0;85
357847000;AMIS ELEGANCE;21462;BIG STONE BEACH ANCH;US;21/9/2016 6:50;0;74
357847000;AMIS ELEGANCE;2817;PHILADELPHIA;US;21/9/2016 16:29;0;74
357847000;AMIS ELEGANCE;21154;NEW HAVEN;US;26/9/2016 6:24;0;76
374547000;DAIWAN KALON;681;TACOMA;US;1/10/2016 0:51;1;61
354196000;BUNUN ACE;87;LOS ANGELES;US;3/10/2016 9:00;0;71
354196000;BUNUN ACE;681;TACOMA;US;10/10/2016 2:50;0;62
374547000;DAIWAN KALON;20724;HAMMOND;US;18/11/2016 3:24;0;70
374547000;DAIWAN KALON;20722;ASTORIA ANCH;US;18/11/2016 3:56;1;70
374547000;DAIWAN KALON;677;ASTORIA;US;18/11/2016 3:58;0;70
374547000;DAIWAN KALON;219;LONGVIEW;US;18/11/2016 7:57;0;70
```

356822000;BUNUN WISDOM;22300;NORFOLK ANCH;US;18/11/2016 14:18;1;107
356822000;BUNUN WISDOM;21821;SPARROWS POINT;US;19/11/2016 0:14;0;107
356822000;BUNUN WISDOM;95;BALTIMORE;US;19/11/2016 1:07;0;107
356822000;BUNUN WISDOM;22300;NORFOLK ANCH;US;21/11/2016 11:09;0;99
374547000;DAIWAN KALON;677;ASTORIA;US;24/11/2016 2:25;0;102
352843000;BUNUN GLORY;21460;TAMPA ANCH;US;26/11/2016 14:43;0;92
356822000;BUNUN WISDOM;21154;NEW HAVEN;US;28/11/2016 13:30;0;99
356822000;BUNUN WISDOM;136;NORFOLK;US;8/12/2016 8:59;0;65
352843000;BUNUN GLORY;202;TAMPA;US;13/12/2016 21:42;0;92
355586000;DAIWAN WISDOM;2817;PHILADELPHIA;US;20/12/2016 21:26;0;75
355586000;DAIWAN WISDOM;996;WILMINGTON;US;23/12/2016 6:46;0;66
355586000;DAIWAN WISDOM;22349;SAVANNAH ANCH;US;26/12/2016 22:44;0;66
355586000;DAIWAN WISDOM;200;SAVANNAH;US;27/12/2016 1:08;0;66
371133000;DAIWAN CHAMPION;20722;ASTORIA ANCH;US;27/12/2016 6:03;0;83
371133000;DAIWAN CHAMPION;677;ASTORIA;US;27/12/2016 6:07;0;83
371133000;DAIWAN CHAMPION;20722;ASTORIA ANCH;US;27/12/2016 6:45;1;83
371133000;DAIWAN CHAMPION;219;LONGVIEW;US;27/12/2016 9:35;0;83
371133000;DAIWAN CHAMPION;21657;VANCOUVER;US;27/12/2016 12:45;0;83
355586000;DAIWAN WISDOM;200;SAVANNAH;US;29/12/2016 4:50;1;66
371133000;DAIWAN CHAMPION;22552;LOWER VANCOUVER ANCH;US;29/12/2016 9:21;0
371133000;DAIWAN CHAMPION;219;LONGVIEW;US;29/12/2016 11:14;0;83
371133000;DAIWAN CHAMPION;20722;ASTORIA ANCH;US;29/12/2016 14:15;0;83
356188000;POAVOSA WISDOM VIII;677;ASTORIA;US;30/12/2016 6:17;0;85
356188000;POAVOSA WISDOM VIII;20722;ASTORIA ANCH;US;30/12/2016 6:57;1;85
356188000;POAVOSA WISDOM VIII;219;LONGVIEW;US;30/12/2016 10:49;0;85
356188000;POAVOSA WISDOM VIII;21657;VANCOUVER;US;30/12/2016 13:39;0;85
356188000;POAVOSA WISDOM VIII;219;LONGVIEW;US;2/1/2017 23:53;0;56
355586000;DAIWAN WISDOM;23240;MARCUS HOOK ANCH;US;3/1/2017 18:36;1;53
355586000;DAIWAN WISDOM;996;WILMINGTON;US;3/1/2017 18:58;0;53
355586000;DAIWAN WISDOM;21462;BIG STONE BEACH ANCH;US;6/1/2017 10:05;0;101
356188000;POAVOSA WISDOM VIII;20722;ASTORIA ANCH;US;11/1/2017 4:50;1;102
355534000;AMIS BRAVE;20783;CORPUS CHRISTI ANCH;US;11/1/2017 11:34;0;106
355534000;AMIS BRAVE;276;INGLESIDE;US;11/1/2017 14:08;0;100
355534000;AMIS BRAVE;20783;CORPUS CHRISTI ANCH;US;12/1/2017 23:09;0;65
355534000;AMIS BRAVE;19699;SOUTHWEST PASS;US;14/1/2017 17:38;1;65
355534000;AMIS BRAVE;213;NEW ORLEANS;US;14/1/2017 21:04;0;65
372094000;DAIWAN DOLPHIN;20724;HAMMOND;US;16/1/2017 9:11;0;101

| | |
|---|---|
| 372094000;DAIWAN DOLPHIN;20722;ASTORIA ANCH;US;16/1/2017 9:29;0;101 |
| 372094000;DAIWAN DOLPHIN;219;LONGVIEW;US;16/1/2017 13:16;0;101 |
| 372094000;DAIWAN DOLPHIN;218;PORTLAND OR;US;16/1/2017 16:27;0;101 |
| 477127400;BUNUN ELEGANCE;21460;TAMPA ANCH;US;16/1/2017 16:32;0;116 |
| 355534000;AMIS BRAVE;213;NEW ORLEANS;US;16/1/2017 22:57;1;65 |
| 355534000;AMIS BRAVE;3221;LUTCHER;US;17/1/2017 1:11;0;65 |
| 477127400;BUNUN ELEGANCE;202;TAMPA;US;17/1/2017 8:53;0;116 |
| 371323000;GLOBAL FAITH;21428;SAN FRANCISCO ANCH;US;23/1/2017 16:37;1;60 |
| 371323000;GLOBAL FAITH;7179;MARTINEZ;US;23/1/2017 19:18;0;60 |
| 371323000;GLOBAL FAITH;7520;PITTSBURG;US;23/1/2017 20:26;0;60 |
| 371323000;GLOBAL FAITH;20755;STOCKTON;US;24/1/2017 0:03;0;60 |
| 355534000;AMIS BRAVE;213;NEW ORLEANS;US;25/1/2017 15:08;0;138 |
| 477127400;BUNUN ELEGANCE;202;TAMPA;US;25/1/2017 17:20;1;71 |
| 477127400;BUNUN ELEGANCE;21460;TAMPA ANCH;US;25/1/2017 20:16;0;71 |
| 477127400;BUNUN ELEGANCE;21460;TAMPA ANCH;US;25/1/2017 20:18;1;71 |
| 355534000;AMIS BRAVE;213;NEW ORLEANS;US;25/1/2017 20:56;1;138 |
| 355534000;AMIS BRAVE;19699;SOUTHWEST PASS;US;26/1/2017 0:09;0;138 |
| 355534000;AMIS BRAVE;19699;SOUTHWEST PASS;US;26/1/2017 1:39;1;138 |
| 477127400;BUNUN ELEGANCE;19699;SOUTHWEST PASS;US;27/1/2017 0:30;0;71 |
| 477127400;BUNUN ELEGANCE;19699;SOUTHWEST PASS;US;27/1/2017 1:44;1;71 |
| 477127400;BUNUN ELEGANCE;213;NEW ORLEANS;US;27/1/2017 5:41;0;71 |
| 371323000;GLOBAL FAITH;20755;STOCKTON;US;28/1/2017 20:04;1;96 |
| 371323000;GLOBAL FAITH;7520;PITTSBURG;US;29/1/2017 0:08;0;96 |
| 355860000;SAKIZAYA WISDOM;22379;AMBROSE ANCH;US;29/1/2017 0:23;0;118 |
| 371323000;GLOBAL FAITH;7520;PITTSBURG;US;29/1/2017 0:27;1;96 |
| 371323000;GLOBAL FAITH;23434;BENICIA ANCH;US;29/1/2017 1:42;0;96 |
| 371323000;GLOBAL FAITH;23434;BENICIA ANCH;US;29/1/2017 1:44;1;96 |
| 371323000;GLOBAL FAITH;21428;SAN FRANCISCO ANCH;US;29/1/2017 4:04;0;96 |
| 371323000;GLOBAL FAITH;21428;SAN FRANCISCO ANCH;US;29/1/2017 10:38;1;96 |
| 477127400;BUNUN ELEGANCE;213;NEW ORLEANS;US;29/1/2017 10:58;1;61 |
| 355860000;SAKIZAYA WISDOM;22379;AMBROSE ANCH;US;29/1/2017 11:06;1;118 |
| 355860000;SAKIZAYA WISDOM;137;NEW YORK;US;29/1/2017 11:44;0;118 |
| 477127400;BUNUN ELEGANCE;19699;SOUTHWEST PASS;US;29/1/2017 13:44;0;61 |
| 477127400;BUNUN ELEGANCE;19699;SOUTHWEST PASS;US;29/1/2017 14:57;1;61 |
| 372094000;DAIWAN DOLPHIN;218;PORTLAND OR;US;30/1/2017 7:28;1;65 |
| 372094000;DAIWAN DOLPHIN;219;LONGVIEW;US;30/1/2017 9:25;0;65 |
| 372094000;DAIWAN DOLPHIN;219;LONGVIEW;US;30/1/2017 9:56;1;65 |

```
372094000;DAIWAN DOLPHIN;20722;ASTORIA ANCH;US;30/1/2017 12:43;0;65
372094000;DAIWAN DOLPHIN;20722;ASTORIA ANCH;US;30/1/2017 13:15;1;65
372094000;DAIWAN DOLPHIN;677;ASTORIA;US;30/1/2017 13:17;0;65
372094000;DAIWAN DOLPHIN;677;ASTORIA;US;30/1/2017 13:20;1;65
372094000;DAIWAN DOLPHIN;20722;ASTORIA ANCH;US;30/1/2017 13:20;0;65
477127400;BUNUN ELEGANCE;21459;HOUSTON ANCH;US;30/1/2017 16:41;0;64
477127400;BUNUN ELEGANCE;21459;HOUSTON ANCH;US;30/1/2017 16:43;1;64
477127400;BUNUN ELEGANCE;919;HOUSTON;US;30/1/2017 19:05;0;64
372094000;DAIWAN DOLPHIN;681;TACOMA;US;31/1/2017 22:49;0;65
477127400;BUNUN ELEGANCE;919;HOUSTON;US;2/2/2017 21:23;1;63
477127400;BUNUN ELEGANCE;21459;HOUSTON ANCH;US;3/2/2017 0:08;0;63
477127400;BUNUN ELEGANCE;21459;HOUSTON ANCH;US;3/2/2017 0:11;1;63
477127400;BUNUN ELEGANCE;21459;HOUSTON ANCH;US;3/2/2017 1:02;1;63
351647000;SAKIZAYA CHAMPION;22379;AMBROSE ANCH;US;6/2/2017 7:03;0;120
355860000;SAKIZAYA WISDOM;137;NEW YORK;US;7/2/2017 3:56;1;86
355860000;SAKIZAYA WISDOM;22379;AMBROSE ANCH;US;7/2/2017 4:22;0;86
355860000;SAKIZAYA WISDOM;22379;AMBROSE ANCH;US;7/2/2017 6:44;1;86
351647000;SAKIZAYA CHAMPION;22379;AMBROSE ANCH;US;8/2/2017 12:25;1;119
351647000;SAKIZAYA CHAMPION;137;NEW YORK;US;8/2/2017 13:04;0;119
372094000;DAIWAN DOLPHIN;681;TACOMA;US;9/2/2017 13:22;1;101
352843000;BUNUN GLORY;202;TAMPA;US;11/2/2017 4:23;1;64
352843000;BUNUN GLORY;19699;SOUTHWEST PASS;US;13/2/2017 11:51;0;72
352843000;BUNUN GLORY;19699;SOUTHWEST PASS;US;13/2/2017 13:28;1;72
352843000;BUNUN GLORY;213;NEW ORLEANS;US;13/2/2017 17:09;0;72
352955000;PAPORA WISDOM;22121;LONG BEACH ANCH;US;16/2/2017 1:24;0;55
374968000;BUNUN HERO;19699;SOUTHWEST PASS;US;16/2/2017 10:13;0;66
374968000;BUNUN HERO;19699;SOUTHWEST PASS;US;16/2/2017 11:47;1;66
374968000;BUNUN HERO;213;NEW ORLEANS;US;16/2/2017 22:35;0;63
477548200;DAIWAN GLORY;19699;SOUTHWEST PASS;US;17/2/2017 18:35;0;94
477548200;DAIWAN GLORY;19699;SOUTHWEST PASS;US;17/2/2017 20:16;1;94
477548200;DAIWAN GLORY;213;NEW ORLEANS;US;18/2/2017 0:08;0;94
374968000;BUNUN HERO;213;NEW ORLEANS;US;18/2/2017 1:30;1;63
351647000;SAKIZAYA CHAMPION;137;NEW YORK;US;19/2/2017 1:31;1;119
351647000;SAKIZAYA CHAMPION;22379;AMBROSE ANCH;US;19/2/2017 2:01;0;119
351647000;SAKIZAYA CHAMPION;22379;AMBROSE ANCH;US;19/2/2017 4:36;1;119
352955000;PAPORA WISDOM;2727;LONG BEACH;US;19/2/2017 14:06;0;56
352955000;PAPORA WISDOM;22121;LONG BEACH ANCH;US;19/2/2017 14:06;1;56
```

```
352955000;PAPORA WISDOM;2727;LONG BEACH;US;21/2/2017 1:33;1;99
352955000;PAPORA WISDOM;22121;LONG BEACH ANCH;US;21/2/2017 1:34;0;99
352955000;PAPORA WISDOM;22121;LONG BEACH ANCH;US;21/2/2017 1:39;1;99
352955000;PAPORA WISDOM;22121;LONG BEACH ANCH;US;21/2/2017 2:19;1;99
352843000;BUNUN GLORY;213;NEW ORLEANS;US;21/2/2017 3:07;1;113
352843000;BUNUN GLORY;20828;EMPIRE;US;21/2/2017 4:22;0;113
352843000;BUNUN GLORY;20828;EMPIRE;US;21/2/2017 4:24;1;113
352843000;BUNUN GLORY;19699;SOUTHWEST PASS;US;21/2/2017 6:23;0;113
352843000;BUNUN GLORY;19699;SOUTHWEST PASS;US;21/2/2017 7:40;1;113
352843000;BUNUN GLORY;23883;SOUTHWEST PASS ANCH;US;21/2/2017 8:07;0;113
374968000;BUNUN HERO;213;NEW ORLEANS;US;22/2/2017 19:36;0;108
374968000;BUNUN HERO;213;NEW ORLEANS;US;23/2/2017 1:20;1;108
374968000;BUNUN HERO;19699;SOUTHWEST PASS;US;23/2/2017 4:54;0;108
374968000;BUNUN HERO;19699;SOUTHWEST PASS;US;23/2/2017 6:09;1;108
352843000;BUNUN GLORY;23883;SOUTHWEST PASS ANCH;US;23/2/2017 19:31;1;113
351647000;SAKIZAYA CHAMPION;2161;MOBILE;US;25/2/2017 16:46;0;75
351240000;PAIWAN WISDOM;19699;SOUTHWEST PASS;US;1/3/2017 12:31;0;61
351240000;PAIWAN WISDOM;19699;SOUTHWEST PASS;US;1/3/2017 14:25;1;61
351647000;SAKIZAYA CHAMPION;2161;MOBILE;US;1/3/2017 14:39;1;75
351647000;SAKIZAYA CHAMPION;22651;MOBILE ANCH;US;1/3/2017 17:51;0;126
351240000;PAIWAN WISDOM;213;NEW ORLEANS;US;1/3/2017 18:03;0;61
351647000;SAKIZAYA CHAMPION;22651;MOBILE ANCH;US;1/3/2017 18:14;1;126
356192000;POAVOSA WISDOM VII;22121;LONG BEACH ANCH;US;2/3/2017 18:47;0;80
356192000;POAVOSA WISDOM VII;22121;LONG BEACH ANCH;US;3/3/2017 11:28;1;80
356192000;POAVOSA WISDOM VII;2727;LONG BEACH;US;3/3/2017 11:28;0;80
351240000;PAIWAN WISDOM;213;NEW ORLEANS;US;5/3/2017 21:27;1;98
351240000;PAIWAN WISDOM;19699;SOUTHWEST PASS;US;6/3/2017 1:14;0;98
351240000;PAIWAN WISDOM;19699;SOUTHWEST PASS;US;6/3/2017 2:47;1;98
356192000;POAVOSA WISDOM VII;2727;LONG BEACH;US;8/3/2017 20:56;1;80
356192000;POAVOSA WISDOM VII;22121;LONG BEACH ANCH;US;8/3/2017 20:57;0;80
356192000;POAVOSA WISDOM VII;22121;LONG BEACH ANCH;US;8/3/2017 21:00;1;80
356192000;POAVOSA WISDOM VII;22121;LONG BEACH ANCH;US;8/3/2017 21:35;1;80
477548200;DAIWAN GLORY;213;NEW ORLEANS;US;9/3/2017 1:43;1;100
477548200;DAIWAN GLORY;19699;SOUTHWEST PASS;US;9/3/2017 5:11;0;100
477548200;DAIWAN GLORY;19699;SOUTHWEST PASS;US;9/3/2017 6:41;1;100
371061000;POAVOSA WISDOM VI;22680;LAKE CHARLES ANCH;US;11/3/2017 4:18;0;83
371061000;POAVOSA WISDOM VI;22680;LAKE CHARLES ANCH;US;11/3/2017 18:07;1;83
```

```
371061000;POAVOSA WISDOM VI;3207;CAMERON;US;11/3/2017 18:22;0;83
371061000;POAVOSA WISDOM VI;3207;CAMERON;US;11/3/2017 18:49;1;83
371061000;POAVOSA WISDOM VI;2405;LAKE CHARLES;US;11/3/2017 20:13;0;83
356192000;POAVOSA WISDOM VII;20722;ASTORIA ANCH;US;12/3/2017 7:31;0;54
356192000;POAVOSA WISDOM VII;20722;ASTORIA ANCH;US;12/3/2017 7:32;1;54
356192000;POAVOSA WISDOM VII;677;ASTORIA;US;12/3/2017 7:37;0;54
356192000;POAVOSA WISDOM VII;677;ASTORIA;US;12/3/2017 7:38;1;54
356192000;POAVOSA WISDOM VII;20722;ASTORIA ANCH;US;12/3/2017 8:09;1;54
356192000;POAVOSA WISDOM VII;219;LONGVIEW;US;12/3/2017 11:21;0;54
356192000;POAVOSA WISDOM VII;219;LONGVIEW;US;12/3/2017 12:01;1;54
356192000;POAVOSA WISDOM VII;12424;KALAMA;US;12/3/2017 12:19;0;54
356192000;POAVOSA WISDOM VII;12424;KALAMA;US;14/3/2017 22:55;1;50
356192000;POAVOSA WISDOM VII;21657;VANCOUVER;US;15/3/2017 1:41;0;50
477066900;DAIWAN FORTUNE;22300;NORFOLK ANCH;US;17/3/2017 4:10;0;97
477066900;DAIWAN FORTUNE;22300;NORFOLK ANCH;US;17/3/2017 5:04;1;97
371061000;POAVOSA WISDOM VI;2405;LAKE CHARLES;US;17/3/2017 19:06;1;57
371061000;POAVOSA WISDOM VI;3207;CAMERON;US;17/3/2017 20:16;0;57
371061000;POAVOSA WISDOM VI;3207;CAMERON;US;17/3/2017 20:45;1;57
371061000;POAVOSA WISDOM VI;22680;LAKE CHARLES ANCH;US;17/3/2017 21:09;0;57
371061000;POAVOSA WISDOM VI;22680;LAKE CHARLES ANCH;US;18/3/2017 1:46;1;57
371061000;POAVOSA WISDOM VI;19699;SOUTHWEST PASS;US;19/3/2017 20:05;0;57
371061000;POAVOSA WISDOM VI;19699;SOUTHWEST PASS;US;19/3/2017 21:34;1;57
371061000;POAVOSA WISDOM VI;213;NEW ORLEANS;US;20/3/2017 1:23;0;57
356192000;POAVOSA WISDOM VII;21657;VANCOUVER;US;21/3/2017 2:18;1;99
356192000;POAVOSA WISDOM VII;219;LONGVIEW;US;21/3/2017 4:33;0;99
356192000;POAVOSA WISDOM VII;219;LONGVIEW;US;21/3/2017 5:04;1;99
356192000;POAVOSA WISDOM VII;20722;ASTORIA ANCH;US;21/3/2017 7:41;0;99
356192000;POAVOSA WISDOM VII;20722;ASTORIA ANCH;US;21/3/2017 8:15;1;99
356192000;POAVOSA WISDOM VII;677;ASTORIA;US;21/3/2017 8:16;0;99
356192000;POAVOSA WISDOM VII;677;ASTORIA;US;21/3/2017 8:17;1;99
356192000;POAVOSA WISDOM VII;20722;ASTORIA ANCH;US;21/3/2017 8:18;0;99
356192000;POAVOSA WISDOM VII;20724;HAMMOND;US;21/3/2017 8:37;0;99
477548200;DAIWAN GLORY;20783;CORPUS CHRISTI ANCH;US;22/3/2017 1:28;0;66
477548200;DAIWAN GLORY;20783;CORPUS CHRISTI ANCH;US;22/3/2017 2:12;1;66
477548200;DAIWAN GLORY;276;INGLESIDE;US;22/3/2017 3:16;0;66
355576000;SCARLET EAGLE;19699;SOUTHWEST PASS;US;22/3/2017 20:28;0;84
355576000;SCARLET EAGLE;19699;SOUTHWEST PASS;US;22/3/2017 22:02;1;84
```

| | |
|---|---|
| 355576000;SCARLET EAGLE;213;NEW ORLEANS;US;23/3/2017 1:07;0;84 |
| 477548200;DAIWAN GLORY;276;INGLESIDE;US;23/3/2017 3:49;1;66 |
| 477548200;DAIWAN GLORY;20783;CORPUS CHRISTI ANCH;US;23/3/2017 4:48;0;66 |
| 355576000;SCARLET EAGLE;213;NEW ORLEANS;US;23/3/2017 22:06;1;70 |
| 355576000;SCARLET EAGLE;3221;LUTCHER;US;24/3/2017 0:14;0;70 |
| 355576000;SCARLET EAGLE;3221;LUTCHER;US;24/3/2017 11:55;1;70 |
| 355576000;SCARLET EAGLE;21908;CONVENT;US;24/3/2017 12:47;0;70 |
| 355576000;SCARLET EAGLE;21908;CONVENT;US;24/3/2017 12:49;1;70 |
| 477066900;DAIWAN FORTUNE;21821;SPARROWS POINT;US;24/3/2017 20:39;0;97 |
| 477066900;DAIWAN FORTUNE;21821;SPARROWS POINT;US;24/3/2017 20:40;1;97 |
| 374547000;DAIWAN KALON;21428;SAN FRANCISCO ANCH;US;24/3/2017 20:47;0;96 |
| 477066900;DAIWAN FORTUNE;21821;SPARROWS POINT;US;24/3/2017 21:15;0;97 |
| 477548200;DAIWAN GLORY;20783;CORPUS CHRISTI ANCH;US;26/3/2017 2:58;1;66 |
| 477548200;DAIWAN GLORY;214;CORPUS CHRISTI;US;26/3/2017 4:41;0;66 |
| 355576000;SCARLET EAGLE;3221;LUTCHER;US;26/3/2017 6:21;0;76 |
| 355576000;SCARLET EAGLE;3221;LUTCHER;US;26/3/2017 6:24;1;76 |
| 355576000;SCARLET EAGLE;213;NEW ORLEANS;US;26/3/2017 8:11;0;76 |
| 355576000;SCARLET EAGLE;213;NEW ORLEANS;US;26/3/2017 13:31;1;121 |
| 355576000;SCARLET EAGLE;19699;SOUTHWEST PASS;US;26/3/2017 16:41;0;121 |
| 355576000;SCARLET EAGLE;19699;SOUTHWEST PASS;US;26/3/2017 17:59;1;121 |
| 371061000;POAVOSA WISDOM VI;213;NEW ORLEANS;US;27/3/2017 18:23;1;101 |
| 371061000;POAVOSA WISDOM VI;19699;SOUTHWEST PASS;US;27/3/2017 21:37;0;101 |
| 371061000;POAVOSA WISDOM VI;19699;SOUTHWEST PASS;US;27/3/2017 22:59;1;101 |
| 477548200;DAIWAN GLORY;214;CORPUS CHRISTI;US;29/3/2017 3:53;1;66 |
| 477548200;DAIWAN GLORY;20783;CORPUS CHRISTI ANCH;US;29/3/2017 5:50;0;66 |
| 477548200;DAIWAN GLORY;20783;CORPUS CHRISTI ANCH;US;29/3/2017 7:32;1;66 |
| 477066900;DAIWAN FORTUNE;21821;SPARROWS POINT;US;3/4/2017 20:16;1;87 |
| 477066900;DAIWAN FORTUNE;21821;SPARROWS POINT;US;3/4/2017 20:39;0;87 |
| 477066900;DAIWAN FORTUNE;22300;NORFOLK ANCH;US;4/4/2017 6:10;0;87 |
| 477066900;DAIWAN FORTUNE;22300;NORFOLK ANCH;US;4/4/2017 7:13;1;87 |
| 374547000;DAIWAN KALON;21428;SAN FRANCISCO ANCH;US;5/4/2017 22:53;1;96 |
| 374547000;DAIWAN KALON;6193;CROCKETT;US;6/4/2017 1:23;0;96 |
| 374547000;DAIWAN KALON;6193;CROCKETT;US;13/4/2017 0:27;1;96 |
| 374547000;DAIWAN KALON;21428;SAN FRANCISCO ANCH;US;13/4/2017 2:50;0;61 |
| 371061000;POAVOSA WISDOM VI;19699;SOUTHWEST PASS;US;13/4/2017 5:10;0;56 |
| 371061000;POAVOSA WISDOM VI;19699;SOUTHWEST PASS;US;13/4/2017 6:44;1;56 |
| 371061000;POAVOSA WISDOM VI;213;NEW ORLEANS;US;13/4/2017 10:35;0;56 |

```
374547000;DAIWAN KALON;93;OAKLAND;US;13/4/2017 19:56;0;61
374547000;DAIWAN KALON;21428;SAN FRANCISCO ANCH;US;13/4/2017 19:56;1;61
357887000;AMIS CHAMPION;22121;LONG BEACH ANCH;US;16/4/2017 12:32;0;124
357887000;AMIS CHAMPION;22121;LONG BEACH ANCH;US;17/4/2017 1:52;1;126
371061000;POAVOSA WISDOM VI;213;NEW ORLEANS;US;19/4/2017 21:25;1;85
371061000;POAVOSA WISDOM VI;19699;SOUTHWEST PASS;US;20/4/2017 0:46;0;85
371061000;POAVOSA WISDOM VI;19699;SOUTHWEST PASS;US;20/4/2017 2:05;1;85
477193300;BUNUN FORTUNE;22300;NORFOLK ANCH;US;20/4/2017 13:54;0;99
477193300;BUNUN FORTUNE;22300;NORFOLK ANCH;US;20/4/2017 15:01;1;99
477193300;BUNUN FORTUNE;21821;SPARROWS POINT;US;21/4/2017 1:49;0;99
374547000;DAIWAN KALON;21428;SAN FRANCISCO ANCH;US;21/4/2017 22:58;0;102
374547000;DAIWAN KALON;93;OAKLAND;US;21/4/2017 22:58;1;102
374547000;DAIWAN KALON;21428;SAN FRANCISCO ANCH;US;21/4/2017 23:06;1;102
477066900;DAIWAN FORTUNE;21428;SAN FRANCISCO ANCH;US;23/4/2017 3:47;0;92
477193300;BUNUN FORTUNE;21821;SPARROWS POINT;US;28/4/2017 21:41;1;99
477193300;BUNUN FORTUNE;21821;SPARROWS POINT;US;28/4/2017 21:45;0;99
477127400;BUNUN ELEGANCE;21459;HOUSTON ANCH;US;29/4/2017 1:59;0;102
477127400;BUNUN ELEGANCE;21459;HOUSTON ANCH;US;29/4/2017 2:00;1;102
477127400;BUNUN ELEGANCE;919;HOUSTON;US;29/4/2017 4:25;0;102
374119000;BUNUN CHAMPION;19699;SOUTHWEST PASS;US;30/4/2017 8:53;0;66
374119000;BUNUN CHAMPION;19699;SOUTHWEST PASS;US;30/4/2017 10:30;1;66
374119000;BUNUN CHAMPION;213;NEW ORLEANS;US;30/4/2017 13:54;0;66
477193300;BUNUN FORTUNE;21821;SPARROWS POINT;US;2/5/2017 0:28;1;99
477193300;BUNUN FORTUNE;21821;SPARROWS POINT;US;2/5/2017 0:30;0;99
477066900;DAIWAN FORTUNE;21428;SAN FRANCISCO ANCH;US;7/5/2017 16:36;1;92
477066900;DAIWAN FORTUNE;7520;PITTSBURG;US;7/5/2017 20:32;0;92
477066900;DAIWAN FORTUNE;7520;PITTSBURG;US;7/5/2017 20:54;1;92
477066900;DAIWAN FORTUNE;20755;STOCKTON;US;8/5/2017 0:24;0;92
477127400;BUNUN ELEGANCE;919;HOUSTON;US;8/5/2017 4:02;1;64
477127400;BUNUN ELEGANCE;21459;HOUSTON ANCH;US;8/5/2017 6:02;0;64
477127400;BUNUN ELEGANCE;21459;HOUSTON ANCH;US;8/5/2017 6:03;1;64
477193300;BUNUN FORTUNE;21821;SPARROWS POINT;US;8/5/2017 6:05;1;86
477193300;BUNUN FORTUNE;22300;NORFOLK ANCH;US;8/5/2017 16:18;0;86
477193300;BUNUN FORTUNE;22300;NORFOLK ANCH;US;8/5/2017 16:52;1;86
477127400;BUNUN ELEGANCE;19699;SOUTHWEST PASS;US;9/5/2017 8:48;0;64
477127400;BUNUN ELEGANCE;19699;SOUTHWEST PASS;US;9/5/2017 9:40;1;64
374515000;DAIWAN JUSTICE;21428;SAN FRANCISCO ANCH;US;9/5/2017 10:55;0;83
```

```
477127400;BUNUN ELEGANCE;213;NEW ORLEANS;US;9/5/2017 13:30;0;64
374515000;DAIWAN JUSTICE;21428;SAN FRANCISCO ANCH;US;10/5/2017 4:30;1;83
374515000;DAIWAN JUSTICE;23434;BENICIA ANCH;US;10/5/2017 6:44;0;83
374515000;DAIWAN JUSTICE;23434;BENICIA ANCH;US;10/5/2017 6:46;1;83
352843000;BUNUN GLORY;19699;SOUTHWEST PASS;US;10/5/2017 13:14;0;96
374515000;DAIWAN JUSTICE;20760;SACRAMENTO;US;10/5/2017 13:14;0;83
352843000;BUNUN GLORY;19699;SOUTHWEST PASS;US;10/5/2017 14:36;1;96
352834000;BUNUN JUSTICE;1460;BARBERS POINT;US;10/5/2017 16:05;0;106
352843000;BUNUN GLORY;213;NEW ORLEANS;US;10/5/2017 18:36;0;96
374119000;BUNUN CHAMPION;213;NEW ORLEANS;US;11/5/2017 23:17;1;112
352843000;BUNUN GLORY;213;NEW ORLEANS;US;12/5/2017 1:53;1;88
477066900;DAIWAN FORTUNE;20755;STOCKTON;US;12/5/2017 1:58;1;64
374119000;BUNUN CHAMPION;19699;SOUTHWEST PASS;US;12/5/2017 2:06;0;112
374119000;BUNUN CHAMPION;19699;SOUTHWEST PASS;US;12/5/2017 3:16;1;112
352843000;BUNUN GLORY;19699;SOUTHWEST PASS;US;12/5/2017 4:20;0;88
477066900;DAIWAN FORTUNE;7520;PITTSBURG;US;12/5/2017 5:04;0;64
477066900;DAIWAN FORTUNE;7520;PITTSBURG;US;12/5/2017 5:30;1;64
352843000;BUNUN GLORY;19699;SOUTHWEST PASS;US;12/5/2017 5:40;1;88
352843000;BUNUN GLORY;919;HOUSTON;US;13/5/2017 9:23;0;88
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;14/5/2017 10:29;0;255
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;14/5/2017 12:06;1;255
477127400;BUNUN ELEGANCE;213;NEW ORLEANS;US;14/5/2017 13:13;1;64
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;14/5/2017 16:15;0;255
477127400;BUNUN ELEGANCE;19699;SOUTHWEST PASS;US;14/5/2017 17:05;0;101
477127400;BUNUN ELEGANCE;19699;SOUTHWEST PASS;US;14/5/2017 18:09;1;101
477066900;DAIWAN FORTUNE;677;ASTORIA;US;14/5/2017 19:08;0;64
477066900;DAIWAN FORTUNE;677;ASTORIA;US;14/5/2017 19:10;1;64
477066900;DAIWAN FORTUNE;219;LONGVIEW;US;14/5/2017 23:00;0;64
477066900;DAIWAN FORTUNE;219;LONGVIEW;US;14/5/2017 23:37;1;64
477066900;DAIWAN FORTUNE;21657;VANCOUVER;US;15/5/2017 2:21;0;64
374515000;DAIWAN JUSTICE;20760;SACRAMENTO;US;15/5/2017 2:56;1;66
374515000;DAIWAN JUSTICE;21428;SAN FRANCISCO ANCH;US;15/5/2017 11:09;0;66
374710000;AMIS GLORY;22121;LONG BEACH ANCH;US;17/5/2017 15:03;0;69
352834000;BUNUN JUSTICE;1460;BARBERS POINT;US;18/5/2017 18:31;1;106
374515000;DAIWAN JUSTICE;21428;SAN FRANCISCO ANCH;US;19/5/2017 3:08;1;66
374515000;DAIWAN JUSTICE;93;OAKLAND;US;19/5/2017 3:09;0;66
352843000;BUNUN GLORY;919;HOUSTON;US;20/5/2017 2:37;1;67
```

```
477066900;DAIWAN FORTUNE;21657;VANCOUVER;US;20/5/2017 5:16;1;93
477066900;DAIWAN FORTUNE;219;LONGVIEW;US;20/5/2017 7:17;0;93
477066900;DAIWAN FORTUNE;219;LONGVIEW;US;20/5/2017 7:48;1;93
352843000;BUNUN GLORY;23883;SOUTHWEST PASS ANCH;US;21/5/2017 11:51;0;67
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;21/5/2017 18:14;1;109
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;21/5/2017 21:07;0;109
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;21/5/2017 22:29;1;109
374710000;AMIS GLORY;22121;LONG BEACH ANCH;US;22/5/2017 12:11;1;69
374710000;AMIS GLORY;87;LOS ANGELES;US;22/5/2017 12:12;0;69
352843000;BUNUN GLORY;23883;SOUTHWEST PASS ANCH;US;22/5/2017 23:14;1;67
352843000;BUNUN GLORY;19699;SOUTHWEST PASS;US;22/5/2017 23:35;0;67
352843000;BUNUN GLORY;19699;SOUTHWEST PASS;US;23/5/2017 1:34;1;67
352843000;BUNUN GLORY;213;NEW ORLEANS;US;23/5/2017 5:05;0;67
374515000;DAIWAN JUSTICE;93;OAKLAND;US;23/5/2017 10:07;1;101
352843000;BUNUN GLORY;213;NEW ORLEANS;US;24/5/2017 11:03;1;67
352843000;BUNUN GLORY;21908;CONVENT;US;24/5/2017 14:50;0;67
374677000;AMIS HERO;20720;GRAYS HARBOR;US;25/5/2017 19:16;0;74
374710000;AMIS GLORY;87;LOS ANGELES;US;26/5/2017 6:09;1;69
374710000;AMIS GLORY;22121;LONG BEACH ANCH;US;26/5/2017 6:38;0;69
374710000;AMIS GLORY;22121;LONG BEACH ANCH;US;26/5/2017 15:46;1;69
352834000;BUNUN JUSTICE;679;PORT ANGELES;US;26/5/2017 21:57;0;64
352834000;BUNUN JUSTICE;679;PORT ANGELES;US;27/5/2017 9:17;1;69
374677000;AMIS HERO;20720;GRAYS HARBOR;US;27/5/2017 18:53;1;74
374677000;AMIS HERO;23537;ABERDEEN ANCH;US;27/5/2017 20:26;0;74
352834000;BUNUN JUSTICE;219;LONGVIEW;US;28/5/2017 11:49;0;70
352834000;BUNUN JUSTICE;219;LONGVIEW;US;28/5/2017 12:27;1;70
352834000;BUNUN JUSTICE;22552;LOWER VANCOUVER ANCH;US;28/5/2017 14:50;0;70
477127400;BUNUN ELEGANCE;2817;PHILADELPHIA;US;29/5/2017 18:23;0;65
477127400;BUNUN ELEGANCE;2817;PHILADELPHIA;US;29/5/2017 19:30;1;65
477127400;BUNUN ELEGANCE;16690;QUAKER CITY;US;29/5/2017 20:11;0;65
477127400;BUNUN ELEGANCE;16690;QUAKER CITY;US;29/5/2017 20:14;1;65
477127400;BUNUN ELEGANCE;21083;RIVERSIDE COMPLEX;US;29/5/2017 21:24;0;65
477127400;BUNUN ELEGANCE;21083;RIVERSIDE COMPLEX;US;29/5/2017 21:28;1;65
477127400;BUNUN ELEGANCE;21084;FAIRLESS HILLS;US;29/5/2017 22:05;0;65
352843000;BUNUN GLORY;21908;CONVENT;US;1/6/2017 12:52;1;95
352843000;BUNUN GLORY;213;NEW ORLEANS;US;1/6/2017 15:04;0;98
352843000;BUNUN GLORY;213;NEW ORLEANS;US;1/6/2017 19:54;1;98
```

352843000;BUNUN GLORY;19699;SOUTHWEST PASS;US;1/6/2017 22:37;0;98
352843000;BUNUN GLORY;19699;SOUTHWEST PASS;US;2/6/2017 4:40;1;98
352834000;BUNUN JUSTICE;22552;LOWER VANCOUVER ANCH;US;3/6/2017 13:11;1;70
352834000;BUNUN JUSTICE;218;PORTLAND OR;US;3/6/2017 13:16;0;70
477127400;BUNUN ELEGANCE;21084;FAIRLESS HILLS;US;3/6/2017 15:37;1;117
477127400;BUNUN ELEGANCE;21083;RIVERSIDE COMPLEX;US;3/6/2017 15:56;0;117
477127400;BUNUN ELEGANCE;21083;RIVERSIDE COMPLEX;US;3/6/2017 15:59;1;117
477127400;BUNUN ELEGANCE;2817;PHILADELPHIA;US;3/6/2017 18:10;0;117
477127400;BUNUN ELEGANCE;2817;PHILADELPHIA;US;3/6/2017 19:36;1;117
352834000;BUNUN JUSTICE;218;PORTLAND OR;US;4/6/2017 16:56;1;103
352834000;BUNUN JUSTICE;21657;VANCOUVER;US;4/6/2017 17:20;0;103
357847000;AMIS ELEGANCE;215;BROWNSVILLE;US;5/6/2017 13:54;0;103
352834000;BUNUN JUSTICE;21657;VANCOUVER;US;6/6/2017 20:23;1;103
352834000;BUNUN JUSTICE;218;PORTLAND OR;US;6/6/2017 20:26;0;103
352834000;BUNUN JUSTICE;218;PORTLAND OR;US;6/6/2017 21:19;1;103
352834000;BUNUN JUSTICE;218;PORTLAND OR;US;6/6/2017 21:21;0;103
352834000;BUNUN JUSTICE;218;PORTLAND OR;US;7/6/2017 11:00;1;103
352834000;BUNUN JUSTICE;219;LONGVIEW;US;7/6/2017 13:04;0;108
352834000;BUNUN JUSTICE;219;LONGVIEW;US;7/6/2017 13:38;1;108
357847000;AMIS ELEGANCE;215;BROWNSVILLE;US;8/6/2017 5:25;1;63
351399000;AMIS FORTUNE;213;NEW ORLEANS;US;9/6/2017 15:35;0;64
374677000;AMIS HERO;23537;ABERDEEN ANCH;US;9/6/2017 18:37;1;74
374677000;AMIS HERO;20720;GRAYS HARBOR;US;9/6/2017 19:43;0;74
351399000;AMIS FORTUNE;213;NEW ORLEANS;US;9/6/2017 22:09;1;64
357847000;AMIS ELEGANCE;213;NEW ORLEANS;US;10/6/2017 14:54;0;63
374968000;BUNUN HERO;213;NEW ORLEANS;US;12/6/2017 6:52;0;69
374677000;AMIS HERO;20720;GRAYS HARBOR;US;12/6/2017 8:47;1;113
374547000;DAIWAN KALON;7520;PITTSBURG;US;15/6/2017 1:56;0;94
374547000;DAIWAN KALON;7520;PITTSBURG;US;15/6/2017 2:18;1;94
374547000;DAIWAN KALON;20755;STOCKTON;US;15/6/2017 6:03;0;94
357847000;AMIS ELEGANCE;213;NEW ORLEANS;US;15/6/2017 10:27;1;71
374547000;DAIWAN KALON;20755;STOCKTON;US;17/6/2017 3:51;1;81
374547000;DAIWAN KALON;7520;PITTSBURG;US;17/6/2017 7:34;0;81
374547000;DAIWAN KALON;7520;PITTSBURG;US;17/6/2017 8:00;1;81
374547000;DAIWAN KALON;20760;SACRAMENTO;US;17/6/2017 13:26;0;81
374968000;BUNUN HERO;213;NEW ORLEANS;US;18/6/2017 12:57;1;101
374968000;BUNUN HERO;19699;SOUTHWEST PASS;US;18/6/2017 16:31;0;101

```
374968000;BUNUN HERO;19699;SOUTHWEST PASS;US;18/6/2017 16:59;1;101
374547000;DAIWAN KALON;20760;SACRAMENTO;US;21/6/2017 15:22;1;81
374547000;DAIWAN KALON;21428;SAN FRANCISCO ANCH;US;21/6/2017 23:45;0;64
351399000;AMIS FORTUNE;213;NEW ORLEANS;US;27/6/2017 1:04;0;120
374547000;DAIWAN KALON;21428;SAN FRANCISCO ANCH;US;27/6/2017 1:30;1;64
351399000;AMIS FORTUNE;213;NEW ORLEANS;US;27/6/2017 6:10;1;120
374968000;BUNUN HERO;19699;SOUTHWEST PASS;US;1/7/2017 22:32;0;70
374968000;BUNUN HERO;19699;SOUTHWEST PASS;US;1/7/2017 23:51;1;70
374968000;BUNUN HERO;213;NEW ORLEANS;US;2/7/2017 3:13;0;70
357847000;AMIS ELEGANCE;213;NEW ORLEANS;US;3/7/2017 22:48;0;119
357847000;AMIS ELEGANCE;213;NEW ORLEANS;US;4/7/2017 3:54;1;119
374968000;BUNUN HERO;213;NEW ORLEANS;US;8/7/2017 7:13;1;70
374968000;BUNUN HERO;213;NEW ORLEANS;US;11/7/2017 11:39;0;70
374968000;BUNUN HERO;213;NEW ORLEANS;US;11/7/2017 16:57;1;70
371897000;AMIS WISDOM VI;200;SAVANNAH;US;19/7/2017 13:00;0;97
371897000;AMIS WISDOM VI;200;SAVANNAH;US;22/7/2017 0:34;1;80
372094000;DAIWAN DOLPHIN;19296;KLAWOCK;US;27/7/2017 15:19;0;93
372094000;DAIWAN DOLPHIN;19296;KLAWOCK;US;29/7/2017 2:40;1;101
374677000;AMIS HERO;20724;HAMMOND;US;31/7/2017 5:37;0;69
374677000;AMIS HERO;20724;HAMMOND;US;31/7/2017 5:40;1;69
374677000;AMIS HERO;677;ASTORIA;US;31/7/2017 6:02;0;69
374677000;AMIS HERO;677;ASTORIA;US;31/7/2017 6:04;1;69
374677000;AMIS HERO;20722;ASTORIA ANCH;US;31/7/2017 6:32;0;69
374677000;AMIS HERO;20722;ASTORIA ANCH;US;2/8/2017 8:02;1;69
374677000;AMIS HERO;219;LONGVIEW;US;2/8/2017 11:03;0;69
374677000;AMIS HERO;219;LONGVIEW;US;2/8/2017 11:44;1;69
374677000;AMIS HERO;21657;VANCOUVER;US;2/8/2017 14:15;0;69
374677000;AMIS HERO;21657;VANCOUVER;US;4/8/2017 21:34;1;130
371897000;AMIS WISDOM VI;20790;SABINE PASS;US;4/8/2017 21:42;0;83
371897000;AMIS WISDOM VI;20790;SABINE PASS;US;4/8/2017 22:25;1;83
371897000;AMIS WISDOM VI;3209;PORT ARTHUR;US;4/8/2017 22:43;0;83
374677000;AMIS HERO;219;LONGVIEW;US;5/8/2017 0:18;0;130
371897000;AMIS WISDOM VI;3209;PORT ARTHUR;US;5/8/2017 0:25;1;83
371897000;AMIS WISDOM VI;19815;PORT NECHES;US;5/8/2017 0:46;0;83
374677000;AMIS HERO;219;LONGVIEW;US;5/8/2017 1:23;1;130
371897000;AMIS WISDOM VI;19815;PORT NECHES;US;5/8/2017 1:50;1;83
371897000;AMIS WISDOM VI;6252;BEAUMONT;US;5/8/2017 1:52;0;83
```

371897000;AMIS WISDOM VI;6252;BEAUMONT;US;8/8/2017 9:50;1;122
371897000;AMIS WISDOM VI;19815;PORT NECHES;US;8/8/2017 9:53;0;122
371897000;AMIS WISDOM VI;19815;PORT NECHES;US;8/8/2017 11:01;1;122
371897000;AMIS WISDOM VI;3209;PORT ARTHUR;US;8/8/2017 11:42;0;122
371897000;AMIS WISDOM VI;3209;PORT ARTHUR;US;8/8/2017 13:32;1;122
371897000;AMIS WISDOM VI;20790;SABINE PASS;US;8/8/2017 13:54;0;122
371897000;AMIS WISDOM VI;20790;SABINE PASS;US;8/8/2017 14:40;1;122
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;19/8/2017 6:34;0;65
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;19/8/2017 8:12;1;65
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;20/8/2017 2:47;0;65
357847000;AMIS ELEGANCE;19699;SOUTHWEST PASS;US;25/8/2017 21:00;0;64
357847000;AMIS ELEGANCE;19699;SOUTHWEST PASS;US;25/8/2017 22:28;1;64
357847000;AMIS ELEGANCE;213;NEW ORLEANS;US;26/8/2017 1:21;0;64
357847000;AMIS ELEGANCE;213;NEW ORLEANS;US;27/8/2017 1:15;1;64
357847000;AMIS ELEGANCE;3221;LUTCHER;US;27/8/2017 3:42;0;64
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;29/8/2017 10:02;1;65
357847000;AMIS ELEGANCE;3221;LUTCHER;US;1/9/2017 22:04;1;64
357847000;AMIS ELEGANCE;213;NEW ORLEANS;US;3/9/2017 10:04;0;128
357847000;AMIS ELEGANCE;213;NEW ORLEANS;US;3/9/2017 16:00;1;128
374515000;DAIWAN JUSTICE;7520;PITTSBURG;US;5/9/2017 22:08;0;98
374515000;DAIWAN JUSTICE;7520;PITTSBURG;US;5/9/2017 22:29;1;98
374515000;DAIWAN JUSTICE;20755;STOCKTON;US;6/9/2017 2:07;0;98
374515000;DAIWAN JUSTICE;20755;STOCKTON;US;7/9/2017 5:11;1;98
374515000;DAIWAN JUSTICE;7520;PITTSBURG;US;7/9/2017 9:00;0;85
374515000;DAIWAN JUSTICE;7520;PITTSBURG;US;7/9/2017 9:28;1;85
374515000;DAIWAN JUSTICE;20760;SACRAMENTO;US;7/9/2017 14:34;0;85
374515000;DAIWAN JUSTICE;20760;SACRAMENTO;US;12/9/2017 3:30;1;85
374515000;DAIWAN JUSTICE;7179;MARTINEZ;US;12/9/2017 8:17;0;63
374515000;DAIWAN JUSTICE;7179;MARTINEZ;US;12/9/2017 8:39;1;63
374515000;DAIWAN JUSTICE;21428;SAN FRANCISCO ANCH;US;12/9/2017 11:32;0;63
353424000;AMIS INTEGRITY;2161;MOBILE;US;14/9/2017 13:11;0;94
374515000;DAIWAN JUSTICE;21428;SAN FRANCISCO ANCH;US;16/9/2017 13:19;1;63
353424000;AMIS INTEGRITY;2161;MOBILE;US;16/9/2017 18:28;1;71
353424000;AMIS INTEGRITY;22651;MOBILE ANCH;US;16/9/2017 21:46;0;71
372094000;DAIWAN DOLPHIN;680;EVERETT;US;19/9/2017 11:57;0;63
353424000;AMIS INTEGRITY;22651;MOBILE ANCH;US;19/9/2017 17:14;1;71
353424000;AMIS INTEGRITY;213;NEW ORLEANS;US;20/9/2017 10:04;0;70

357847000;AMIS ELEGANCE;21459;HOUSTON ANCH;US;23/9/2017 0:59;0;65
374547000;DAIWAN KALON;22985;SAN DIEGO ANCH;US;26/9/2017 8:37;0;77
477193300;BUNUN FORTUNE;20722;ASTORIA ANCH;US;26/9/2017 15:54;0;66
477193300;BUNUN FORTUNE;20722;ASTORIA ANCH;US;26/9/2017 20:07;1;66
477193300;BUNUN FORTUNE;219;LONGVIEW;US;26/9/2017 23:00;0;66
477193300;BUNUN FORTUNE;219;LONGVIEW;US;26/9/2017 23:36;1;66
477193300;BUNUN FORTUNE;22552;LOWER VANCOUVER ANCH;US;27/9/2017 1:51;0;66
372094000;DAIWAN DOLPHIN;680;EVERETT;US;27/9/2017 2:34;1;102
357847000;AMIS ELEGANCE;21459;HOUSTON ANCH;US;28/9/2017 4:41;1;65
357847000;AMIS ELEGANCE;919;HOUSTON;US;28/9/2017 7:15;0;65
374547000;DAIWAN KALON;22985;SAN DIEGO ANCH;US;28/9/2017 20:56;1;77
374547000;DAIWAN KALON;217;SAN DIEGO;US;28/9/2017 20:57;0;77
374547000;DAIWAN KALON;217;SAN DIEGO;US;30/9/2017 7:58;1;72
477193300;BUNUN FORTUNE;22552;LOWER VANCOUVER ANCH;US;2/10/2017 13:26;1;6⟨
477193300;BUNUN FORTUNE;218;PORTLAND OR;US;2/10/2017 13:29;0;66
357847000;AMIS ELEGANCE;919;HOUSTON;US;2/10/2017 21:59;1;122
477193300;BUNUN FORTUNE;218;PORTLAND OR;US;4/10/2017 17:12;1;66
477193300;BUNUN FORTUNE;219;LONGVIEW;US;4/10/2017 19:27;0;66
477193300;BUNUN FORTUNE;219;LONGVIEW;US;4/10/2017 20:07;1;66
354196000;BUNUN ACE;19699;SOUTHWEST PASS;US;10/10/2017 4:43;0;92
354196000;BUNUN ACE;19699;SOUTHWEST PASS;US;10/10/2017 9:59;1;92
354196000;BUNUN ACE;213;NEW ORLEANS;US;10/10/2017 13:18;0;92
353424000;AMIS INTEGRITY;213;NEW ORLEANS;US;12/10/2017 8:46;1;80
371897000;AMIS WISDOM VI;23883;SOUTHWEST PASS ANCH;US;12/10/2017 19:40;0;12⟨
371897000;AMIS WISDOM VI;23883;SOUTHWEST PASS ANCH;US;13/10/2017 17:40;1;12⟨
371897000;AMIS WISDOM VI;19699;SOUTHWEST PASS;US;13/10/2017 18:27;0;126
371897000;AMIS WISDOM VI;19699;SOUTHWEST PASS;US;13/10/2017 18:42;1;126
371897000;AMIS WISDOM VI;213;NEW ORLEANS;US;14/10/2017 1:57;0;126
354657000;HIBISCUS;23240;MARCUS HOOK ANCH;US;17/10/2017 14:28;0;108
354657000;HIBISCUS;23240;MARCUS HOOK ANCH;US;18/10/2017 2:12;1;108
354657000;HIBISCUS;996;WILMINGTON;US;18/10/2017 2:55;0;108
354657000;HIBISCUS;996;WILMINGTON;US;18/10/2017 3:35;1;108
354657000;HIBISCUS;996;WILMINGTON;US;18/10/2017 4:39;0;108
371897000;AMIS WISDOM VI;213;NEW ORLEANS;US;18/10/2017 7:37;1;75
353424000;AMIS INTEGRITY;213;NEW ORLEANS;US;18/10/2017 9:45;0;70
371897000;AMIS WISDOM VI;19699;SOUTHWEST PASS;US;18/10/2017 12:27;0;75
371897000;AMIS WISDOM VI;19699;SOUTHWEST PASS;US;18/10/2017 12:46;1;75

```
354657000;HIBISCUS;996;WILMINGTON;US;19/10/2017 1:18;1;101
371071000;SCARLET FALCON;23883;SOUTHWEST PASS ANCH;US;19/10/2017 3:53;0;71
371897000;AMIS WISDOM VI;213;NEW ORLEANS;US;19/10/2017 9:11;0;75
371897000;AMIS WISDOM VI;213;NEW ORLEANS;US;19/10/2017 14:08;1;75
354657000;HIBISCUS;2812;MARCUS HOOK;US;19/10/2017 17:22;0;101
371071000;SCARLET FALCON;23883;SOUTHWEST PASS ANCH;US;20/10/2017 4:48;1;71
354196000;BUNUN ACE;213;NEW ORLEANS;US;20/10/2017 8:27;1;104
371071000;SCARLET FALCON;213;NEW ORLEANS;US;20/10/2017 11:24;0;71
353424000;AMIS INTEGRITY;213;NEW ORLEANS;US;20/10/2017 20:59;1;136
371071000;SCARLET FALCON;213;NEW ORLEANS;US;21/10/2017 3:27;1;71
354657000;HIBISCUS;2812;MARCUS HOOK;US;27/10/2017 6:44;1;66
371897000;AMIS WISDOM VI;213;NEW ORLEANS;US;27/10/2017 10:38;0;105
371897000;AMIS WISDOM VI;213;NEW ORLEANS;US;27/10/2017 15:14;1;105
371897000;AMIS WISDOM VI;19699;SOUTHWEST PASS;US;27/10/2017 19:55;0;105
371897000;AMIS WISDOM VI;19699;SOUTHWEST PASS;US;27/10/2017 21:19;1;105
354657000;HIBISCUS;21947;NORTHEAST GATEWAY;US;29/10/2017 13:21;0;66
354657000;HIBISCUS;21947;NORTHEAST GATEWAY;US;29/10/2017 14:10;1;66
354657000;HIBISCUS;131;BOSTON;US;29/10/2017 16:50;0;66
371071000;SCARLET FALCON;12870;BATON ROUGE;US;1/11/2017 1:07;0;71
372545000;SAKIZAYA POWER;213;NEW ORLEANS;US;1/11/2017 3:22;0;71
372545000;SAKIZAYA POWER;213;NEW ORLEANS;US;3/11/2017 17:15;1;71
372545000;SAKIZAYA POWER;19699;SOUTHWEST PASS;US;3/11/2017 20:57;0;71
372545000;SAKIZAYA POWER;19699;SOUTHWEST PASS;US;3/11/2017 22:05;1;71
372545000;SAKIZAYA POWER;19699;SOUTHWEST PASS;US;4/11/2017 14:13;0;71
372545000;SAKIZAYA POWER;19699;SOUTHWEST PASS;US;4/11/2017 15:57;1;71
372545000;SAKIZAYA POWER;213;NEW ORLEANS;US;4/11/2017 19:47;0;71
371071000;SCARLET FALCON;12870;BATON ROUGE;US;4/11/2017 20:14;1;137
354657000;HIBISCUS;131;BOSTON;US;5/11/2017 3:28;1;114
371071000;SCARLET FALCON;213;NEW ORLEANS;US;5/11/2017 4:36;0;137
371071000;SCARLET FALCON;213;NEW ORLEANS;US;5/11/2017 9:22;1;137
374968000;BUNUN HERO;136;NORFOLK;US;10/11/2017 17:25;0;97
374968000;BUNUN HERO;136;NORFOLK;US;10/11/2017 19:53;1;99
372545000;SAKIZAYA POWER;213;NEW ORLEANS;US;18/11/2017 21:25;1;140
372545000;SAKIZAYA POWER;19699;SOUTHWEST PASS;US;19/11/2017 2:44;0;140
372545000;SAKIZAYA POWER;19699;SOUTHWEST PASS;US;19/11/2017 3:27;1;140
477066900;DAIWAN FORTUNE;93;OAKLAND;US;22/11/2017 19:07;0;66
374968000;BUNUN HERO;136;NORFOLK;US;23/11/2017 9:53;0;61
```

```
374968000;BUNUN HERO;136;NORFOLK;US;23/11/2017 11:46;1;61
374968000;BUNUN HERO;21462;BIG STONE BEACH ANCH;US;23/11/2017 22:05;0;61
374968000;BUNUN HERO;21462;BIG STONE BEACH ANCH;US;24/11/2017 22:53;1;61
374968000;BUNUN HERO;2817;PHILADELPHIA;US;25/11/2017 4:27;0;61
374968000;BUNUN HERO;2817;PHILADELPHIA;US;25/11/2017 5:39;1;61
374968000;BUNUN HERO;21084;FAIRLESS HILLS;US;25/11/2017 8:14;0;61
374968000;BUNUN HERO;21084;FAIRLESS HILLS;US;29/11/2017 15:19;1;99
374968000;BUNUN HERO;2817;PHILADELPHIA;US;29/11/2017 17:58;0;99
374968000;BUNUN HERO;2817;PHILADELPHIA;US;29/11/2017 19:21;1;99
477066900;DAIWAN FORTUNE;93;OAKLAND;US;29/11/2017 19:21;1;99
352843000;BUNUN GLORY;87;LOS ANGELES;US;6/12/2017 2:19;0;75
355401000;AMIS WISDOM I;919;HOUSTON;US;8/12/2017 16:25;0;93
355401000;AMIS WISDOM I;919;HOUSTON;US;10/12/2017 4:13;1;88
352843000;BUNUN GLORY;87;LOS ANGELES;US;10/12/2017 4:52;1;73
352843000;BUNUN GLORY;7520;PITTSBURG;US;11/12/2017 16:15;0;73
352843000;BUNUN GLORY;7520;PITTSBURG;US;11/12/2017 16:34;1;73
355401000;AMIS WISDOM I;213;NEW ORLEANS;US;11/12/2017 18:41;0;88
352843000;BUNUN GLORY;20755;STOCKTON;US;11/12/2017 20:01;0;73
352843000;BUNUN GLORY;20755;STOCKTON;US;12/12/2017 18:05;1;73
352843000;BUNUN GLORY;7520;PITTSBURG;US;12/12/2017 21:21;0;73
352843000;BUNUN GLORY;7520;PITTSBURG;US;12/12/2017 21:51;1;68
352843000;BUNUN GLORY;22121;LONG BEACH ANCH;US;14/12/2017 5:33;0;68
355401000;AMIS WISDOM I;213;NEW ORLEANS;US;16/12/2017 22:56;1;64
371133000;DAIWAN CHAMPION;219;LONGVIEW;US;17/12/2017 22:31;0;99
371133000;DAIWAN CHAMPION;219;LONGVIEW;US;17/12/2017 23:11;1;99
371133000;DAIWAN CHAMPION;218;PORTLAND OR;US;18/12/2017 1:51;0;99
355401000;AMIS WISDOM I;20783;CORPUS CHRISTI ANCH;US;18/12/2017 16:21;0;64
355401000;AMIS WISDOM I;20783;CORPUS CHRISTI ANCH;US;20/12/2017 13:31;1;65
355401000;AMIS WISDOM I;214;CORPUS CHRISTI;US;20/12/2017 15:25;0;65
352843000;BUNUN GLORY;22121;LONG BEACH ANCH;US;22/12/2017 23:26;1;68
352843000;BUNUN GLORY;2727;LONG BEACH;US;22/12/2017 23:27;0;68
355401000;AMIS WISDOM I;214;CORPUS CHRISTI;US;23/12/2017 18:28;1;65
351647000;SAKIZAYA CHAMPION;22523;BOSTON ANCH;US;25/12/2017 5:40;0;118
477712500;BUNUN DYNASTY;219;LONGVIEW;US;25/12/2017 11:59;0;70
477712500;BUNUN DYNASTY;219;LONGVIEW;US;25/12/2017 12:33;1;70
477712500;BUNUN DYNASTY;22552;LOWER VANCOUVER ANCH;US;25/12/2017 14:46;0;7
351647000;SAKIZAYA CHAMPION;22523;BOSTON ANCH;US;26/12/2017 19:09;1;118
```

```
351647000;SAKIZAYA CHAMPION;131;BOSTON;US;26/12/2017 19:57;0;118
477712500;BUNUN DYNASTY;22552;LOWER VANCOUVER ANCH;US;27/12/2017 21:35;1;7
477712500;BUNUN DYNASTY;218;PORTLAND OR;US;27/12/2017 21:36;0;70
352843000;BUNUN GLORY;2727;LONG BEACH;US;29/12/2017 21:47;1;103
371133000;DAIWAN CHAMPION;218;PORTLAND OR;US;30/12/2017 9:52;1;65
371133000;DAIWAN CHAMPION;219;LONGVIEW;US;30/12/2017 11:50;0;65
371133000;DAIWAN CHAMPION;219;LONGVIEW;US;30/12/2017 12:20;1;65
477712500;BUNUN DYNASTY;218;PORTLAND OR;US;31/12/2017 7:37;1;110
477712500;BUNUN DYNASTY;219;LONGVIEW;US;31/12/2017 10:05;0;110
477712500;BUNUN DYNASTY;219;LONGVIEW;US;31/12/2017 10:41;1;108
477127400;BUNUN ELEGANCE;679;PORT ANGELES;US;31/12/2017 14:22;0;76
477127400;BUNUN ELEGANCE;679;PORT ANGELES;US;1/1/2018 0:27;1;79
371133000;DAIWAN CHAMPION;22121;LONG BEACH ANCH;US;3/1/2018 1:36;0;65
477127400;BUNUN ELEGANCE;21428;SAN FRANCISCO ANCH;US;3/1/2018 15:47;0;79
351647000;SAKIZAYA CHAMPION;131;BOSTON;US;3/1/2018 17:06;1;118
477127400;BUNUN ELEGANCE;21428;SAN FRANCISCO ANCH;US;4/1/2018 7:41;1;79
477127400;BUNUN ELEGANCE;7520;PITTSBURG;US;4/1/2018 11:11;0;79
477127400;BUNUN ELEGANCE;7520;PITTSBURG;US;4/1/2018 11:31;1;79
477127400;BUNUN ELEGANCE;7520;PITTSBURG;US;4/1/2018 12:06;0;79
371133000;DAIWAN CHAMPION;22121;LONG BEACH ANCH;US;4/1/2018 22:17;1;65
371133000;DAIWAN CHAMPION;2727;LONG BEACH;US;4/1/2018 22:18;0;65
477127400;BUNUN ELEGANCE;7520;PITTSBURG;US;8/1/2018 14:33;1;105
371133000;DAIWAN CHAMPION;2727;LONG BEACH;US;9/1/2018 11:59;1;97
351647000;SAKIZAYA CHAMPION;19699;SOUTHWEST PASS;US;11/1/2018 12:53;0;77
351647000;SAKIZAYA CHAMPION;19699;SOUTHWEST PASS;US;11/1/2018 14:22;1;77
351647000;SAKIZAYA CHAMPION;213;NEW ORLEANS;US;11/1/2018 22:33;0;77
370189000;DAIWAN ELEGANCE;213;NEW ORLEANS;US;14/1/2018 14:14;0;66
357887000;AMIS CHAMPION;19699;SOUTHWEST PASS;US;16/1/2018 1:41;0;123
357887000;AMIS CHAMPION;19699;SOUTHWEST PASS;US;16/1/2018 3:26;1;125
370189000;DAIWAN ELEGANCE;213;NEW ORLEANS;US;16/1/2018 12:11;1;71
370189000;DAIWAN ELEGANCE;19699;SOUTHWEST PASS;US;16/1/2018 15:58;0;71
370189000;DAIWAN ELEGANCE;19699;SOUTHWEST PASS;US;16/1/2018 17:11;1;71
354196000;BUNUN ACE;23883;SOUTHWEST PASS ANCH;US;18/1/2018 21:52;0;62
354196000;BUNUN ACE;23883;SOUTHWEST PASS ANCH;US;19/1/2018 21:16;1;62
354196000;BUNUN ACE;19699;SOUTHWEST PASS;US;19/1/2018 21:32;0;62
354196000;BUNUN ACE;19699;SOUTHWEST PASS;US;19/1/2018 23:07;1;62
354196000;BUNUN ACE;23884;PILOTTOWN ANCH;US;19/1/2018 23:33;0;62
```

354196000;BUNUN ACE;23884;PILOTTOWN ANCH;US;21/1/2018 14:38;1;62
354196000;BUNUN ACE;213;NEW ORLEANS;US;21/1/2018 18:35;0;62
357887000;AMIS CHAMPION;213;NEW ORLEANS;US;23/1/2018 1:24;0;125
354196000;BUNUN ACE;213;NEW ORLEANS;US;23/1/2018 21:23;1;62
374119000;BUNUN CHAMPION;21459;HOUSTON ANCH;US;24/1/2018 5:09;0;90
374119000;BUNUN CHAMPION;21459;HOUSTON ANCH;US;24/1/2018 19:03;1;81
374119000;BUNUN CHAMPION;919;HOUSTON;US;24/1/2018 21:28;0;81
351647000;SAKIZAYA CHAMPION;213;NEW ORLEANS;US;25/1/2018 1:33;1;77
357887000;AMIS CHAMPION;213;NEW ORLEANS;US;25/1/2018 14:16;1;92
357887000;AMIS CHAMPION;8822;GALVESTON;US;26/1/2018 21:47;0;92
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;29/1/2018 9:30;0;73
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;29/1/2018 14:49;1;73
357887000;AMIS CHAMPION;8822;GALVESTON;US;30/1/2018 23:39;1;64
374119000;BUNUN CHAMPION;919;HOUSTON;US;31/1/2018 5:07;1;74
374119000;BUNUN CHAMPION;22663;PORT ARTHUR ANCH;US;31/1/2018 12:43;0;74
354196000;BUNUN ACE;213;NEW ORLEANS;US;31/1/2018 23:55;0;93
354196000;BUNUN ACE;213;NEW ORLEANS;US;1/2/2018 4:27;1;93
374119000;BUNUN CHAMPION;22663;PORT ARTHUR ANCH;US;3/2/2018 20:29;1;74
374119000;BUNUN CHAMPION;20790;SABINE PASS;US;3/2/2018 20:36;0;74
374119000;BUNUN CHAMPION;20790;SABINE PASS;US;3/2/2018 21:14;1;74
374119000;BUNUN CHAMPION;3209;PORT ARTHUR;US;3/2/2018 21:31;0;74
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;5/2/2018 8:39;0;138
374119000;BUNUN CHAMPION;3209;PORT ARTHUR;US;5/2/2018 9:03;1;106
374119000;BUNUN CHAMPION;20790;SABINE PASS;US;5/2/2018 9:29;0;106
374119000;BUNUN CHAMPION;20790;SABINE PASS;US;5/2/2018 10:08;1;106
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;5/2/2018 13:25;1;138
371133000;DAIWAN CHAMPION;22705;SEATTLE ANCH;US;9/2/2018 1:01;0;102
371133000;DAIWAN CHAMPION;22705;SEATTLE ANCH;US;13/2/2018 20:17;1;62
354196000;BUNUN ACE;213;NEW ORLEANS;US;14/2/2018 19:31;0;60
354196000;BUNUN ACE;213;NEW ORLEANS;US;15/2/2018 0:52;1;60
357887000;AMIS CHAMPION;213;NEW ORLEANS;US;16/2/2018 22:42;0;64
371133000;DAIWAN CHAMPION;93;OAKLAND;US;17/2/2018 17:01;0;62
351647000;SAKIZAYA CHAMPION;213;NEW ORLEANS;US;21/2/2018 20:25;0;135
371133000;DAIWAN CHAMPION;93;OAKLAND;US;22/2/2018 12:23;1;99
371133000;DAIWAN CHAMPION;21428;SAN FRANCISCO ANCH;US;22/2/2018 12:58;0;99
371133000;DAIWAN CHAMPION;21428;SAN FRANCISCO ANCH;US;22/2/2018 15:44;1;99
477127400;BUNUN ELEGANCE;93;OAKLAND;US;23/2/2018 18:32;0;76

| |
|---|
| 357887000;AMIS CHAMPION;213;NEW ORLEANS;US;24/2/2018 18:27;1;126 |
| 357887000;AMIS CHAMPION;19699;SOUTHWEST PASS;US;24/2/2018 22:58;0;126 |
| 357887000;AMIS CHAMPION;19699;SOUTHWEST PASS;US;25/2/2018 0:27;1;126 |
| 351647000;SAKIZAYA CHAMPION;213;NEW ORLEANS;US;25/2/2018 5:35;1;135 |
| 351647000;SAKIZAYA CHAMPION;19699;SOUTHWEST PASS;US;25/2/2018 9:45;0;135 |
| 351647000;SAKIZAYA CHAMPION;19699;SOUTHWEST PASS;US;25/2/2018 11:14;1;135 |
| 354196000;BUNUN ACE;3230;PORT ALLEN;US;26/2/2018 22:22;0;60 |
| 354196000;BUNUN ACE;3230;PORT ALLEN;US;28/2/2018 16:48;1;102 |
| 354196000;BUNUN ACE;213;NEW ORLEANS;US;28/2/2018 23:48;0;102 |
| 354196000;BUNUN ACE;213;NEW ORLEANS;US;1/3/2018 3:41;1;102 |
| 354196000;BUNUN ACE;19699;SOUTHWEST PASS;US;1/3/2018 7:48;0;102 |
| 354196000;BUNUN ACE;19699;SOUTHWEST PASS;US;1/3/2018 8:38;1;102 |
| 477127400;BUNUN ELEGANCE;93;OAKLAND;US;2/3/2018 7:15;1;99 |
| 477127400;BUNUN ELEGANCE;21428;SAN FRANCISCO ANCH;US;2/3/2018 8:02;0;76 |
| 477127400;BUNUN ELEGANCE;21428;SAN FRANCISCO ANCH;US;2/3/2018 18:41;1;99 |
| 373361000;AMIS JUSTICE;22379;AMBROSE ANCH;US;17/3/2018 4:11;0;116 |
| 374846000;BUNUN BRAVE;22474;CHARLESTON ANCH;US;18/3/2018 3:57;0;90 |
| 374710000;AMIS GLORY;137;NEW YORK;US;19/3/2018 11:44;0;120 |
| 373361000;AMIS JUSTICE;22379;AMBROSE ANCH;US;20/3/2018 13:26;1;116 |
| 373361000;AMIS JUSTICE;137;NEW YORK;US;20/3/2018 13:52;0;116 |
| 354657000;HIBISCUS;21459;HOUSTON ANCH;US;23/3/2018 18:43;0;66 |
| 374710000;AMIS GLORY;137;NEW YORK;US;23/3/2018 22:58;1;64 |
| 374846000;BUNUN BRAVE;22474;CHARLESTON ANCH;US;24/3/2018 17:51;1;90 |
| 374846000;BUNUN BRAVE;2177;CHARLESTON;US;24/3/2018 17:57;0;90 |
| 373361000;AMIS JUSTICE;137;NEW YORK;US;26/3/2018 1:01;1;68 |
| 374710000;AMIS GLORY;22379;AMBROSE ANCH;US;26/3/2018 4:21;0;66 |
| 374710000;AMIS GLORY;22379;AMBROSE ANCH;US;27/3/2018 14:24;1;66 |
| 374710000;AMIS GLORY;137;NEW YORK;US;27/3/2018 14:59;0;66 |
| 354657000;HIBISCUS;21459;HOUSTON ANCH;US;27/3/2018 17:41;1;68 |
| 354657000;HIBISCUS;919;HOUSTON;US;27/3/2018 20:31;0;68 |
| 374846000;BUNUN BRAVE;2177;CHARLESTON;US;29/3/2018 5:41;1;66 |
| 354657000;HIBISCUS;919;HOUSTON;US;29/3/2018 6:44;1;111 |
| 373946000;KATAGALAN WISDOM;23883;SOUTHWEST PASS ANCH;US;31/3/2018 21:16;0; |
| 373361000;AMIS JUSTICE;23883;SOUTHWEST PASS ANCH;US;1/4/2018 4:07;0;68 |
| 373361000;AMIS JUSTICE;23883;SOUTHWEST PASS ANCH;US;2/4/2018 6:54;1;68 |
| 373361000;AMIS JUSTICE;19699;SOUTHWEST PASS;US;2/4/2018 8:06;0;68 |
| 373361000;AMIS JUSTICE;19699;SOUTHWEST PASS;US;2/4/2018 9:13;1;68 |

```
373946000;KATAGALAN WISDOM;23883;SOUTHWEST PASS ANCH;US;2/4/2018 21:49;1;1
373946000;KATAGALAN WISDOM;19699;SOUTHWEST PASS;US;2/4/2018 23:41;0;131
373946000;KATAGALAN WISDOM;19699;SOUTHWEST PASS;US;3/4/2018 0:21;1;131
374710000;AMIS GLORY;137;NEW YORK;US;3/4/2018 1:46;1;89
374710000;AMIS GLORY;21462;BIG STONE BEACH ANCH;US;3/4/2018 12:46;0;89
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;4/4/2018 20:59;0;131
374710000;AMIS GLORY;21462;BIG STONE BEACH ANCH;US;6/4/2018 2:41;1;90
374710000;AMIS GLORY;2817;PHILADELPHIA;US;6/4/2018 7:16;0;90
374710000;AMIS GLORY;2817;PHILADELPHIA;US;8/4/2018 4:11;1;102
373361000;AMIS JUSTICE;213;NEW ORLEANS;US;11/4/2018 17:10;0;68
373361000;AMIS JUSTICE;213;NEW ORLEANS;US;13/4/2018 23:38;1;120
373361000;AMIS JUSTICE;19699;SOUTHWEST PASS;US;14/4/2018 3:56;0;120
373361000;AMIS JUSTICE;19699;SOUTHWEST PASS;US;14/4/2018 5:04;1;120
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;19/4/2018 4:46;1;131
372094000;DAIWAN DOLPHIN;219;LONGVIEW;US;28/4/2018 21:34;0;99
372094000;DAIWAN DOLPHIN;219;LONGVIEW;US;28/4/2018 22:16;1;99
372094000;DAIWAN DOLPHIN;218;PORTLAND OR;US;29/4/2018 1:04;0;99
371133000;DAIWAN CHAMPION;219;LONGVIEW;US;7/5/2018 15:55;0;99
371133000;DAIWAN CHAMPION;219;LONGVIEW;US;7/5/2018 16:42;1;99
371133000;DAIWAN CHAMPION;218;PORTLAND OR;US;7/5/2018 19:48;0;99
372094000;DAIWAN DOLPHIN;218;PORTLAND OR;US;7/5/2018 20:44;1;65
372094000;DAIWAN DOLPHIN;219;LONGVIEW;US;7/5/2018 22:43;0;65
372094000;DAIWAN DOLPHIN;219;LONGVIEW;US;7/5/2018 23:17;1;64
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;8/5/2018 12:58;0;134
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;8/5/2018 17:25;1;134
373946000;KATAGALAN WISDOM;19699;SOUTHWEST PASS;US;8/5/2018 21:18;0;134
373946000;KATAGALAN WISDOM;19699;SOUTHWEST PASS;US;8/5/2018 22:39;1;134
371133000;DAIWAN CHAMPION;218;PORTLAND OR;US;18/5/2018 6:34;1;62
371133000;DAIWAN CHAMPION;219;LONGVIEW;US;18/5/2018 8:32;0;62
371133000;DAIWAN CHAMPION;219;LONGVIEW;US;18/5/2018 9:02;1;60
371133000;DAIWAN CHAMPION;93;OAKLAND;US;20/5/2018 14:06;0;60
371133000;DAIWAN CHAMPION;93;OAKLAND;US;24/5/2018 23:34;1;101
374968000;BUNUN HERO;202;TAMPA;US;25/5/2018 0:48;0;104
374968000;BUNUN HERO;202;TAMPA;US;1/6/2018 8:57;1;67
351399000;AMIS FORTUNE;219;LONGVIEW;US;1/6/2018 12:02;0;67
351399000;AMIS FORTUNE;219;LONGVIEW;US;1/6/2018 12:38;1;67
374968000;BUNUN HERO;21459;HOUSTON ANCH;US;4/6/2018 4:27;0;67
```

```
374968000;BUNUN HERO;21459;HOUSTON ANCH;US;4/6/2018 9:43;1;67
374968000;BUNUN HERO;919;HOUSTON;US;4/6/2018 12:11;0;67
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;7/6/2018 5:04;0;66
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;7/6/2018 6:25;1;66
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;7/6/2018 10:58;0;66
351399000;AMIS FORTUNE;21657;VANCOUVER;US;8/6/2018 0:35;0;67
374968000;BUNUN HERO;919;HOUSTON;US;8/6/2018 9:13;1;102
374968000;BUNUN HERO;24442;BOLIVAR ROADS ANCH;US;8/6/2018 11:24;0;102
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;8/6/2018 20:41;1;66
374968000;BUNUN HERO;24442;BOLIVAR ROADS ANCH;US;9/6/2018 9:31;1;102
351399000;AMIS FORTUNE;21657;VANCOUVER;US;10/6/2018 1:47;1;67
351399000;AMIS FORTUNE;219;LONGVIEW;US;10/6/2018 4:00;0;67
351399000;AMIS FORTUNE;219;LONGVIEW;US;10/6/2018 4:33;1;126
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;15/6/2018 22:12;0;75
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;16/6/2018 3:18;1;75
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;16/6/2018 18:39;0;103
372798000;SAKIZAYA RESPECT;22705;SEATTLE ANCH;US;16/6/2018 22:12;0;74
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;16/6/2018 23:15;1;103
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;17/6/2018 4:10;0;103
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;17/6/2018 5:23;1;103
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;20/6/2018 9:19;0;144
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;20/6/2018 13:56;1;143
372798000;SAKIZAYA RESPECT;22705;SEATTLE ANCH;US;21/6/2018 2:35;1;74
372798000;SAKIZAYA RESPECT;22449;TACOMA ANCH;US;21/6/2018 4:10;0;74
354196000;BUNUN ACE;22449;TACOMA ANCH;US;22/6/2018 11:50;0;68
355825000;BUNUN INFINITY;919;HOUSTON;US;22/6/2018 12:57;0;79
354196000;BUNUN ACE;22449;TACOMA ANCH;US;25/6/2018 1:47;1;68
354196000;BUNUN ACE;681;TACOMA;US;25/6/2018 1:49;0;68
355825000;BUNUN INFINITY;919;HOUSTON;US;26/6/2018 2:30;1;65
355825000;BUNUN INFINITY;22663;PORT ARTHUR ANCH;US;26/6/2018 11:21;0;65
354196000;BUNUN ACE;681;TACOMA;US;30/6/2018 3:01;1;105
372798000;SAKIZAYA RESPECT;22449;TACOMA ANCH;US;1/7/2018 21:21;1;74
372798000;SAKIZAYA RESPECT;681;TACOMA;US;9/7/2018 10:12;0;74
374846000;BUNUN BRAVE;996;WILMINGTON;US;9/7/2018 20:44;0;65
374846000;BUNUN BRAVE;996;WILMINGTON;US;10/7/2018 23:35;1;65
372798000;SAKIZAYA RESPECT;681;TACOMA;US;11/7/2018 18:32;1;125
374846000;BUNUN BRAVE;996;WILMINGTON;US;12/7/2018 11:38;0;65
```

| | | | | | |
|---|---|---|---|---|---|
357887000;AMIS CHAMPION;213;NEW ORLEANS;US;13/7/2018 8:05;0;69
374846000;BUNUN BRAVE;996;WILMINGTON;US;14/7/2018 17:38;1;113
355576000;SCARLET EAGLE;20722;ASTORIA ANCH;US;20/7/2018 21:09;0;70
355576000;SCARLET EAGLE;20722;ASTORIA ANCH;US;23/7/2018 8:28;1;70
355576000;SCARLET EAGLE;12424;KALAMA;US;23/7/2018 13:05;0;70
357887000;AMIS CHAMPION;213;NEW ORLEANS;US;25/7/2018 0:14;1;124
355576000;SCARLET EAGLE;12424;KALAMA;US;26/7/2018 18:53;1;124
354048000;SAKIZAYA ACE;19699;SOUTHWEST PASS;US;30/7/2018 7:29;0;120
354048000;SAKIZAYA ACE;19699;SOUTHWEST PASS;US;30/7/2018 8:51;1;120
354048000;SAKIZAYA ACE;213;NEW ORLEANS;US;30/7/2018 13:45;0;120
371071000;SCARLET FALCON;20722;ASTORIA ANCH;US;31/7/2018 13:20;0;69
354048000;SAKIZAYA ACE;213;NEW ORLEANS;US;1/8/2018 22:50;1;120
354048000;SAKIZAYA ACE;21908;CONVENT;US;2/8/2018 3:01;0;120
371071000;SCARLET FALCON;20722;ASTORIA ANCH;US;3/8/2018 16:18;1;69
371071000;SCARLET FALCON;12424;KALAMA;US;3/8/2018 21:23;0;69
354048000;SAKIZAYA ACE;21908;CONVENT;US;7/8/2018 11:33;1;76
354048000;SAKIZAYA ACE;213;NEW ORLEANS;US;7/8/2018 14:18;0;76
354048000;SAKIZAYA ACE;213;NEW ORLEANS;US;7/8/2018 18:54;1;76
371071000;SCARLET FALCON;12424;KALAMA;US;8/8/2018 17:42;1;122
354048000;SAKIZAYA ACE;22651;MOBILE ANCH;US;10/8/2018 16:23;0;76
355835000;DAIWAN HERO;21459;HOUSTON ANCH;US;14/8/2018 9:46;0;70
355835000;DAIWAN HERO;21459;HOUSTON ANCH;US;14/8/2018 11:48;1;71
355835000;DAIWAN HERO;919;HOUSTON;US;14/8/2018 14:29;0;71
355835000;DAIWAN HERO;919;HOUSTON;US;17/8/2018 12:22;1;65
355835000;DAIWAN HERO;21459;HOUSTON ANCH;US;17/8/2018 15:36;0;65
352843000;BUNUN GLORY;919;HOUSTON;US;18/8/2018 12:15;0;68
355835000;DAIWAN HERO;21459;HOUSTON ANCH;US;19/8/2018 11:11;1;65
355835000;DAIWAN HERO;919;HOUSTON;US;19/8/2018 14:50;0;65
370189000;DAIWAN ELEGANCE;919;HOUSTON;US;19/8/2018 16:31;0;92
355835000;DAIWAN HERO;919;HOUSTON;US;21/8/2018 17:15;1;101
357847000;AMIS ELEGANCE;2817;PHILADELPHIA;US;21/8/2018 23:52;0;108
354048000;SAKIZAYA ACE;22651;MOBILE ANCH;US;22/8/2018 9:06;1;76
354048000;SAKIZAYA ACE;2161;MOBILE;US;22/8/2018 11:05;0;76
372798000;SAKIZAYA RESPECT;20722;ASTORIA ANCH;US;23/8/2018 2:29;0;66
352843000;BUNUN GLORY;919;HOUSTON;US;23/8/2018 4:08;1;64
352843000;BUNUN GLORY;21459;HOUSTON ANCH;US;23/8/2018 7:57;0;64
357847000;AMIS ELEGANCE;2817;PHILADELPHIA;US;24/8/2018 1:32;1;75

357847000;AMIS ELEGANCE;21084;FAIRLESS HILLS;US;24/8/2018 4:15;0;75
354048000;SAKIZAYA ACE;2161;MOBILE;US;24/8/2018 19:39;1;138
352843000;BUNUN GLORY;21459;HOUSTON ANCH;US;25/8/2018 0:15;1;64
370189000;DAIWAN ELEGANCE;919;HOUSTON;US;25/8/2018 5:02;1;86
372798000;SAKIZAYA RESPECT;20722;ASTORIA ANCH;US;25/8/2018 5:25;1;66
372798000;SAKIZAYA RESPECT;21657;VANCOUVER;US;25/8/2018 11:17;0;66
357847000;AMIS ELEGANCE;21084;FAIRLESS HILLS;US;26/8/2018 15:15;1;69
357847000;AMIS ELEGANCE;2817;PHILADELPHIA;US;26/8/2018 17:40;0;69
357847000;AMIS ELEGANCE;2817;PHILADELPHIA;US;26/8/2018 18:51;1;69
357847000;AMIS ELEGANCE;21821;SPARROWS POINT;US;4/9/2018 8:10;0;69
374710000;AMIS GLORY;671;SEARSPORT;US;4/9/2018 22:52;0;118
352843000;BUNUN GLORY;10241;PROVIDENCE;US;5/9/2018 10:15;0;63
372798000;SAKIZAYA RESPECT;21657;VANCOUVER;US;5/9/2018 21:49;1;129
372840000;SAKIZAYA INTEGRITY;213;NEW ORLEANS;US;8/9/2018 17:40;0;117
374710000;AMIS GLORY;671;SEARSPORT;US;8/9/2018 19:34;1;66
357847000;AMIS ELEGANCE;21821;SPARROWS POINT;US;9/9/2018 2:39;1;124
355576000;SCARLET EAGLE;20722;ASTORIA ANCH;US;11/9/2018 13:04;0;70
372840000;SAKIZAYA INTEGRITY;213;NEW ORLEANS;US;11/9/2018 16:32;1;117
355576000;SCARLET EAGLE;20722;ASTORIA ANCH;US;11/9/2018 18:50;1;70
372840000;SAKIZAYA INTEGRITY;21908;CONVENT;US;11/9/2018 19:28;0;117
355576000;SCARLET EAGLE;219;LONGVIEW;US;11/9/2018 21:54;0;70
355576000;SCARLET EAGLE;219;LONGVIEW;US;13/9/2018 18:23;1;123
352843000;BUNUN GLORY;10241;PROVIDENCE;US;15/9/2018 0:50;1;102
374710000;AMIS GLORY;136;NORFOLK;US;15/9/2018 22:04;0;66
372840000;SAKIZAYA INTEGRITY;21908;CONVENT;US;16/9/2018 22:39;1;78
372840000;SAKIZAYA INTEGRITY;213;NEW ORLEANS;US;17/9/2018 0:55;0;78
372840000;SAKIZAYA INTEGRITY;213;NEW ORLEANS;US;17/9/2018 5:11;1;78
372840000;SAKIZAYA INTEGRITY;19699;SOUTHWEST PASS;US;17/9/2018 8:43;0;78
372840000;SAKIZAYA INTEGRITY;19699;SOUTHWEST PASS;US;17/9/2018 9:51;1;78
370189000;DAIWAN ELEGANCE;213;NEW ORLEANS;US;18/9/2018 9:41;0;63
370189000;DAIWAN ELEGANCE;213;NEW ORLEANS;US;19/9/2018 16:40;1;100
370189000;DAIWAN ELEGANCE;19699;SOUTHWEST PASS;US;19/9/2018 20:57;0;100
370189000;DAIWAN ELEGANCE;19699;SOUTHWEST PASS;US;19/9/2018 22:56;1;100
374710000;AMIS GLORY;136;NORFOLK;US;22/9/2018 12:27;1;66
374710000;AMIS GLORY;136;NORFOLK;US;23/9/2018 19:16;0;66
357764000;AMIS MIRACLE;20722;ASTORIA ANCH;US;24/9/2018 1:13;0;70
357764000;AMIS MIRACLE;20722;ASTORIA ANCH;US;24/9/2018 17:59;1;70

357764000;AMIS MIRACLE;218;PORTLAND OR;US;24/9/2018 23:12;0;70
357764000;AMIS MIRACLE;218;PORTLAND OR;US;27/9/2018 17:23;1;129
373946000;KATAGALAN WISDOM;19699;SOUTHWEST PASS;US;29/9/2018 18:29;0;137
373946000;KATAGALAN WISDOM;19699;SOUTHWEST PASS;US;29/9/2018 21:18;1;138
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;30/9/2018 2:30;0;138
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;30/9/2018 9:43;1;138
374710000;AMIS GLORY;136;NORFOLK;US;2/10/2018 7:24;1;121
357573000;SAKIZAYA DIAMOND;213;NEW ORLEANS;US;4/10/2018 20:33;0;118
357573000;SAKIZAYA DIAMOND;213;NEW ORLEANS;US;6/10/2018 16:22;1;118
357573000;SAKIZAYA DIAMOND;21908;CONVENT;US;6/10/2018 20:03;0;118
374547000;DAIWAN KALON;23537;ABERDEEN ANCH;US;6/10/2018 23:05;0;63
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;8/10/2018 5:07;0;78
357573000;SAKIZAYA DIAMOND;21908;CONVENT;US;10/10/2018 6:32;1;75
357573000;SAKIZAYA DIAMOND;213;NEW ORLEANS;US;10/10/2018 8:43;0;75
374547000;DAIWAN KALON;23537;ABERDEEN ANCH;US;15/10/2018 18:32;1;63
357887000;AMIS CHAMPION;19699;SOUTHWEST PASS;US;15/10/2018 19:25;0;66
374547000;DAIWAN KALON;20720;GRAYS HARBOR;US;15/10/2018 19:45;0;63
357887000;AMIS CHAMPION;19699;SOUTHWEST PASS;US;15/10/2018 20:18;1;67
357887000;AMIS CHAMPION;213;NEW ORLEANS;US;16/10/2018 1:14;0;67
374119000;BUNUN CHAMPION;131;BOSTON;US;18/10/2018 17:45;0;70
357887000;AMIS CHAMPION;213;NEW ORLEANS;US;18/10/2018 22:12;1;67
357887000;AMIS CHAMPION;21908;CONVENT;US;19/10/2018 1:15;0;67
357887000;AMIS CHAMPION;21908;CONVENT;US;19/10/2018 1:37;1;67
374547000;DAIWAN KALON;20720;GRAYS HARBOR;US;20/10/2018 3:06;1;94
370189000;DAIWAN ELEGANCE;22523;BOSTON ANCH;US;21/10/2018 11:52;0;101
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;21/10/2018 21:09;1;78
370189000;DAIWAN ELEGANCE;22523;BOSTON ANCH;US;22/10/2018 9:20;1;101
370189000;DAIWAN ELEGANCE;131;BOSTON;US;22/10/2018 10:00;0;101
357887000;AMIS CHAMPION;213;NEW ORLEANS;US;23/10/2018 0:22;0;112
374119000;BUNUN CHAMPION;131;BOSTON;US;23/10/2018 1:17;1;112
357887000;AMIS CHAMPION;213;NEW ORLEANS;US;23/10/2018 4:22;1;112
357887000;AMIS CHAMPION;19699;SOUTHWEST PASS;US;23/10/2018 8:13;0;112
357887000;AMIS CHAMPION;19699;SOUTHWEST PASS;US;23/10/2018 9:31;1;112
351638000;AMIS WISDOM III;679;PORT ANGELES;US;25/10/2018 16:57;0;65
357573000;SAKIZAYA DIAMOND;213;NEW ORLEANS;US;26/10/2018 3:39;1;94
351638000;AMIS WISDOM III;679;PORT ANGELES;US;26/10/2018 6:07;1;68
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;26/10/2018 13:01;0;143

```
370189000;DAIWAN ELEGANCE;131;BOSTON;US;26/10/2018 17:32;1;59
373946000;KATAGALAN WISDOM;213;NEW ORLEANS;US;26/10/2018 17:41;1;143
373946000;KATAGALAN WISDOM;19699;SOUTHWEST PASS;US;26/10/2018 21:57;0;143
373946000;KATAGALAN WISDOM;19699;SOUTHWEST PASS;US;27/10/2018 0:51;1;143
351638000;AMIS WISDOM III;20720;GRAYS HARBOR;US;27/10/2018 21:24;0;68
370189000;DAIWAN ELEGANCE;136;NORFOLK;US;1/11/2018 5:04;0;60
351638000;AMIS WISDOM III;20720;GRAYS HARBOR;US;3/11/2018 16:21;1;119
370189000;DAIWAN ELEGANCE;136;NORFOLK;US;4/11/2018 2:03;1;98
357573000;SAKIZAYA DIAMOND;21908;CONVENT;US;5/11/2018 20:24;0;63
357573000;SAKIZAYA DIAMOND;21908;CONVENT;US;5/11/2018 20:43;1;135
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;6/11/2018 16:30;0;105
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;6/11/2018 18:36;1;105
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;6/11/2018 23:13;0;105
357573000;SAKIZAYA DIAMOND;213;NEW ORLEANS;US;7/11/2018 18:57;0;135
357573000;SAKIZAYA DIAMOND;213;NEW ORLEANS;US;7/11/2018 23:19;1;135
372883000;AMIS DOLPHIN;213;NEW ORLEANS;US;10/11/2018 2:42;0;67
372883000;AMIS DOLPHIN;213;NEW ORLEANS;US;10/11/2018 8:20;1;73
372883000;AMIS DOLPHIN;213;NEW ORLEANS;US;15/11/2018 1:03;0;131
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;15/11/2018 1:46;1;62
372883000;AMIS DOLPHIN;213;NEW ORLEANS;US;15/11/2018 5:28;1;131
372883000;AMIS DOLPHIN;19699;SOUTHWEST PASS;US;15/11/2018 9:19;0;131
372883000;AMIS DOLPHIN;19699;SOUTHWEST PASS;US;15/11/2018 9:52;1;131
357847000;AMIS ELEGANCE;19699;SOUTHWEST PASS;US;18/11/2018 17:42;0;126
357847000;AMIS ELEGANCE;19699;SOUTHWEST PASS;US;18/11/2018 19:17;1;126
357847000;AMIS ELEGANCE;213;NEW ORLEANS;US;19/11/2018 1:35;0;126
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;22/11/2018 16:28;0;56
373365000;KATAGALAN WISDOM III;19699;SOUTHWEST PASS;US;23/11/2018 14:36;0;14
373365000;KATAGALAN WISDOM III;19699;SOUTHWEST PASS;US;23/11/2018 17:28;1;14
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;23/11/2018 20:50;1;106
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;24/11/2018 0:31;0;106
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;24/11/2018 1:50;1;106
373365000;KATAGALAN WISDOM III;213;NEW ORLEANS;US;27/11/2018 13:51;0;143
373365000;KATAGALAN WISDOM III;213;NEW ORLEANS;US;27/11/2018 21:43;1;143
357847000;AMIS ELEGANCE;213;NEW ORLEANS;US;29/11/2018 9:02;1;61
357847000;AMIS ELEGANCE;3221;LUTCHER;US;1/12/2018 4:25;0;61
357847000;AMIS ELEGANCE;3221;LUTCHER;US;4/12/2018 22:54;1;126
357847000;AMIS ELEGANCE;213;NEW ORLEANS;US;6/12/2018 2:56;0;126
```

357847000;AMIS ELEGANCE;213;NEW ORLEANS;US;6/12/2018 7:25;1;126
374968000;BUNUN HERO;21462;BIG STONE BEACH ANCH;US;13/12/2018 13:27;0;107
374968000;BUNUN HERO;21462;BIG STONE BEACH ANCH;US;14/12/2018 2:31;1;107
374968000;BUNUN HERO;2817;PHILADELPHIA;US;14/12/2018 7:47;0;107
374968000;BUNUN HERO;2817;PHILADELPHIA;US;14/12/2018 9:04;1;107
374968000;BUNUN HERO;21084;FAIRLESS HILLS;US;14/12/2018 12:22;0;107
374710000;AMIS GLORY;22663;PORT ARTHUR ANCH;US;19/12/2018 23:23;0;65
371133000;DAIWAN CHAMPION;7520;PITTSBURG;US;21/12/2018 7:29;0;56
371133000;DAIWAN CHAMPION;7520;PITTSBURG;US;21/12/2018 7:50;1;56
371133000;DAIWAN CHAMPION;20755;STOCKTON;US;21/12/2018 11:10;0;56
371133000;DAIWAN CHAMPION;20755;STOCKTON;US;23/12/2018 13:19;1;56
371133000;DAIWAN CHAMPION;7520;PITTSBURG;US;23/12/2018 16:30;0;56
371133000;DAIWAN CHAMPION;7520;PITTSBURG;US;23/12/2018 16:57;1;56
374968000;BUNUN HERO;21084;FAIRLESS HILLS;US;23/12/2018 19:17;1;103
371133000;DAIWAN CHAMPION;21428;SAN FRANCISCO ANCH;US;23/12/2018 20:45;0;56
374968000;BUNUN HERO;2817;PHILADELPHIA;US;23/12/2018 21:44;0;103
374968000;BUNUN HERO;2817;PHILADELPHIA;US;23/12/2018 22:52;1;103
371133000;DAIWAN CHAMPION;21428;SAN FRANCISCO ANCH;US;24/12/2018 5:18;1;57
374710000;AMIS GLORY;22663;PORT ARTHUR ANCH;US;28/12/2018 1:32;1;65
374710000;AMIS GLORY;20790;SABINE PASS;US;28/12/2018 1:41;0;65
374710000;AMIS GLORY;20790;SABINE PASS;US;28/12/2018 2:19;1;65
374710000;AMIS GLORY;3209;PORT ARTHUR;US;28/12/2018 2:35;0;65
374710000;AMIS GLORY;3209;PORT ARTHUR;US;30/12/2018 19:52;1;119
374710000;AMIS GLORY;20790;SABINE PASS;US;30/12/2018 20:11;0;119
374710000;AMIS GLORY;20790;SABINE PASS;US;30/12/2018 20:52;1;119
355860000;SAKIZAYA WISDOM;22300;NORFOLK ANCH;US;31/12/2018 5:27;0;69
636018636;AMIS NATURE;20722;ASTORIA ANCH;US;31/12/2018 6:50;0;65
355860000;SAKIZAYA WISDOM;22300;NORFOLK ANCH;US;3/1/2019 19:57;1;69
355860000;SAKIZAYA WISDOM;136;NORFOLK;US;3/1/2019 21:28;0;69
355860000;SAKIZAYA WISDOM;22300;NORFOLK ANCH;US;3/1/2019 19:57;1;69
355860000;SAKIZAYA WISDOM;136;NORFOLK;US;3/1/2019 21:28;0;69
353892000;AMIS ORCHID;21460;TAMPA ANCH;US;5/1/2019 16:43;0;115
355860000;SAKIZAYA WISDOM;136;NORFOLK;US;6/1/2019 1:26;1;143
636018636;AMIS NATURE;20722;ASTORIA ANCH;US;7/1/2019 16:29;1;65
373365000;KATAGALAN WISDOM III;213;NEW ORLEANS;US;8/1/2019 0:59;0;137
373365000;KATAGALAN WISDOM III;213;NEW ORLEANS;US;8/1/2019 5:16;1;134
636018636;AMIS NATURE;21657;VANCOUVER;US;9/1/2019 16:57;0;65

| |
|---|
| 374515000;DAIWAN JUSTICE;19699;SOUTHWEST PASS;US;11/1/2019 11:04;0;63 |
| 374515000;DAIWAN JUSTICE;19699;SOUTHWEST PASS;US;11/1/2019 12:30;1;63 |
| 636018636;AMIS NATURE;21657;VANCOUVER;US;12/1/2019 5:55;1;128 |
| 351399000;AMIS FORTUNE;213;NEW ORLEANS;US;13/1/2019 4:37;0;129 |
| 353892000;AMIS ORCHID;21460;TAMPA ANCH;US;15/1/2019 23:56;1;115 |
| 353892000;AMIS ORCHID;3174;PORT MANATEE;US;16/1/2019 3:09;0;115 |
| 373946000;KATAGALAN WISDOM;22300;NORFOLK ANCH;US;16/1/2019 8:46;0;75 |
| 373946000;KATAGALAN WISDOM;22300;NORFOLK ANCH;US;17/1/2019 9:19;1;75 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;17/1/2019 10:56;0;75 |
| 353892000;AMIS ORCHID;3174;PORT MANATEE;US;17/1/2019 19:34;1;115 |
| 353892000;AMIS ORCHID;202;TAMPA;US;17/1/2019 21:22;0;115 |
| 374515000;DAIWAN JUSTICE;19699;SOUTHWEST PASS;US;18/1/2019 1:09;0;101 |
| 374515000;DAIWAN JUSTICE;19699;SOUTHWEST PASS;US;18/1/2019 3:23;1;101 |
| 374515000;DAIWAN JUSTICE;19699;SOUTHWEST PASS;US;18/1/2019 15:47;0;101 |
| 374515000;DAIWAN JUSTICE;19699;SOUTHWEST PASS;US;18/1/2019 17:52;1;101 |
| 374515000;DAIWAN JUSTICE;19699;SOUTHWEST PASS;US;18/1/2019 23:14;0;101 |
| 374515000;DAIWAN JUSTICE;19699;SOUTHWEST PASS;US;19/1/2019 3:22;1;101 |
| 374515000;DAIWAN JUSTICE;19699;SOUTHWEST PASS;US;19/1/2019 7:29;0;101 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;19/1/2019 16:19;1;139 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;19/1/2019 21:53;0;139 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;20/1/2019 2:50;1;139 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;20/1/2019 3:09;0;139 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;20/1/2019 3:49;1;139 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;20/1/2019 4:14;0;139 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;20/1/2019 10:34;1;139 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;20/1/2019 11:31;0;139 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;20/1/2019 14:12;1;139 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;20/1/2019 14:58;0;139 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;21/1/2019 0:36;1;139 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;21/1/2019 0:58;0;139 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;21/1/2019 2:03;1;139 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;21/1/2019 2:46;0;139 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;21/1/2019 7:06;1;139 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;21/1/2019 8:14;0;139 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;21/1/2019 13:02;1;139 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;21/1/2019 14:06;0;139 |
| 373946000;KATAGALAN WISDOM;136;NORFOLK;US;21/1/2019 15:52;1;139 |

373946000;KATAGALAN WISDOM;136;NORFOLK;US;21/1/2019 17:43;0;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;21/1/2019 18:38;1;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;21/1/2019 19:57;0;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;22/1/2019 5:38;1;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;22/1/2019 5:47;0;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;22/1/2019 7:19;1;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;22/1/2019 7:39;0;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;22/1/2019 9:02;1;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;22/1/2019 10:10;0;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;22/1/2019 18:21;1;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;22/1/2019 18:31;0;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;23/1/2019 2:45;1;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;23/1/2019 3:08;0;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;23/1/2019 5:09;1;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;23/1/2019 5:15;0;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;23/1/2019 6:52;1;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;23/1/2019 6:58;0;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;23/1/2019 7:38;1;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;23/1/2019 8:05;0;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;23/1/2019 8:25;1;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;23/1/2019 8:39;0;139
373946000;KATAGALAN WISDOM;136;NORFOLK;US;23/1/2019 9:49;1;139
351399000;AMIS FORTUNE;213;NEW ORLEANS;US;25/1/2019 0:31;1;65
353892000;AMIS ORCHID;202;TAMPA;US;26/1/2019 12:51;1;62
353892000;AMIS ORCHID;213;NEW ORLEANS;US;29/1/2019 18:12;0;70
353892000;AMIS ORCHID;213;NEW ORLEANS;US;30/1/2019 0:30;1;70
357887000;AMIS CHAMPION;213;NEW ORLEANS;US;2/2/2019 12:19;0;124
353892000;AMIS ORCHID;3224;BURNSIDE;US;2/2/2019 15:16;0;70
351399000;AMIS FORTUNE;213;NEW ORLEANS;US;6/2/2019 22:40;0;120
357887000;AMIS CHAMPION;213;NEW ORLEANS;US;6/2/2019 22:49;1;128
351399000;AMIS FORTUNE;213;NEW ORLEANS;US;8/2/2019 6:43;1;120
353892000;AMIS ORCHID;3224;BURNSIDE;US;8/2/2019 20:28;1;130
353892000;AMIS ORCHID;213;NEW ORLEANS;US;8/2/2019 22:58;0;130
353892000;AMIS ORCHID;213;NEW ORLEANS;US;9/2/2019 3:13;1;130
374119000;BUNUN CHAMPION;21657;VANCOUVER;US;13/2/2019 1:30;0;94
374846000;BUNUN BRAVE;20722;ASTORIA ANCH;US;13/2/2019 16:31;0;66
374119000;BUNUN CHAMPION;21657;VANCOUVER;US;15/2/2019 22:25;1;74

```
477127400;BUNUN ELEGANCE;22926;FREEPORT ANCH;US;17/2/2019 2:19;0;89
477127400;BUNUN ELEGANCE;22926;FREEPORT ANCH;US;17/2/2019 19:09;1;89
477127400;BUNUN ELEGANCE;277;FREEPORT;US;17/2/2019 19:38;0;89
351647000;SAKIZAYA CHAMPION;22379;AMBROSE ANCH;US;19/2/2019 12:54;0;119
374846000;BUNUN BRAVE;20722;ASTORIA ANCH;US;20/2/2019 10:18;1;66
351647000;SAKIZAYA CHAMPION;22379;AMBROSE ANCH;US;20/2/2019 10:24;1;119
351647000;SAKIZAYA CHAMPION;137;NEW YORK;US;20/2/2019 10:56;0;119
374846000;BUNUN BRAVE;12424;KALAMA;US;20/2/2019 16:31;0;66
357086000;AMIS WISDOM II;23883;SOUTHWEST PASS ANCH;US;21/2/2019 2:22;0;122
477193300;BUNUN FORTUNE;23883;SOUTHWEST PASS ANCH;US;21/2/2019 21:43;0;56
355825000;BUNUN INFINITY;19699;SOUTHWEST PASS;US;21/2/2019 23:36;0;63
374846000;BUNUN BRAVE;12424;KALAMA;US;22/2/2019 14:34;1;115
357086000;AMIS WISDOM II;23883;SOUTHWEST PASS ANCH;US;24/2/2019 19:58;1;124
357887000;AMIS CHAMPION;21908;CONVENT;US;24/2/2019 21:00;0;67
477127400;BUNUN ELEGANCE;277;FREEPORT;US;25/2/2019 3:51;1;60
351647000;SAKIZAYA CHAMPION;137;NEW YORK;US;25/2/2019 5:30;1;91
357086000;AMIS WISDOM II;213;NEW ORLEANS;US;25/2/2019 6:04;0;124
477127400;BUNUN ELEGANCE;214;CORPUS CHRISTI;US;25/2/2019 20:03;0;60
355825000;BUNUN INFINITY;19699;SOUTHWEST PASS;US;26/2/2019 3:15;1;63
357887000;AMIS CHAMPION;21908;CONVENT;US;28/2/2019 18:38;1;102
357887000;AMIS CHAMPION;213;NEW ORLEANS;US;28/2/2019 20:43;0;102
477127400;BUNUN ELEGANCE;214;CORPUS CHRISTI;US;28/2/2019 22:24;1;118
357887000;AMIS CHAMPION;213;NEW ORLEANS;US;1/3/2019 0:45;1;102
357887000;AMIS CHAMPION;19699;SOUTHWEST PASS;US;1/3/2019 5:08;0;102
357887000;AMIS CHAMPION;19699;SOUTHWEST PASS;US;1/3/2019 6:18;1;102
477193300;BUNUN FORTUNE;23883;SOUTHWEST PASS ANCH;US;2/3/2019 21:02;1;57
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;2/3/2019 21:20;0;57
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;2/3/2019 23:26;1;57
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;3/3/2019 23:01;0;57
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;4/3/2019 5:31;1;57
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;6/3/2019 17:21;0;100
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;6/3/2019 21:34;1;100
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;7/3/2019 1:17;0;100
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;7/3/2019 2:31;1;100
357086000;AMIS WISDOM II;213;NEW ORLEANS;US;12/3/2019 17:46;1;120
477193300;BUNUN FORTUNE;202;TAMPA;US;13/3/2019 9:02;0;54
477193300;BUNUN FORTUNE;202;TAMPA;US;16/3/2019 21:46;1;97
```

```
374968000;BUNUN HERO;21459;HOUSTON ANCH;US;23/3/2019 17:18;0;69
372883000;AMIS DOLPHIN;19699;SOUTHWEST PASS;US;28/3/2019 19:00;0;96
372883000;AMIS DOLPHIN;19699;SOUTHWEST PASS;US;28/3/2019 19:27;1;128
372883000;AMIS DOLPHIN;213;NEW ORLEANS;US;29/3/2019 22:35;0;128
374968000;BUNUN HERO;21459;HOUSTON ANCH;US;30/3/2019 18:18;1;69
374968000;BUNUN HERO;919;HOUSTON;US;30/3/2019 20:38;0;79
371951000;AMIS POWER;219;LONGVIEW;US;31/3/2019 5:51;0;85
371951000;AMIS POWER;219;LONGVIEW;US;1/4/2019 19:12;1;69
371951000;AMIS POWER;22552;LOWER VANCOUVER ANCH;US;1/4/2019 21:40;0;85
371951000;AMIS POWER;22552;LOWER VANCOUVER ANCH;US;8/4/2019 8:48;1;69
371951000;AMIS POWER;218;PORTLAND OR;US;8/4/2019 8:51;0;69
374968000;BUNUN HERO;919;HOUSTON;US;8/4/2019 21:34;1;63
373365000;KATAGALAN WISDOM III;213;NEW ORLEANS;US;9/4/2019 2:41;0;122
374968000;BUNUN HERO;22663;PORT ARTHUR ANCH;US;9/4/2019 4:48;0;63
373365000;KATAGALAN WISDOM III;213;NEW ORLEANS;US;9/4/2019 10:24;1;122
371951000;AMIS POWER;218;PORTLAND OR;US;11/4/2019 18:59;1;129
374968000;BUNUN HERO;22663;PORT ARTHUR ANCH;US;13/4/2019 3:48;1;63
374968000;BUNUN HERO;20790;SABINE PASS;US;13/4/2019 3:54;0;63
374968000;BUNUN HERO;20790;SABINE PASS;US;13/4/2019 4:33;1;63
374968000;BUNUN HERO;3209;PORT ARTHUR;US;13/4/2019 4:49;0;63
374968000;BUNUN HERO;3209;PORT ARTHUR;US;13/4/2019 6:30;1;63
374968000;BUNUN HERO;3216;ATRECO;US;13/4/2019 6:43;0;63
374968000;BUNUN HERO;3216;ATRECO;US;14/4/2019 22:44;1;99
374968000;BUNUN HERO;3209;PORT ARTHUR;US;14/4/2019 22:56;0;99
374968000;BUNUN HERO;3209;PORT ARTHUR;US;15/4/2019 0:22;1;99
374968000;BUNUN HERO;20790;SABINE PASS;US;15/4/2019 0:38;0;99
374968000;BUNUN HERO;20790;SABINE PASS;US;15/4/2019 1:19;1;99
373365000;KATAGALAN WISDOM III;213;NEW ORLEANS;US;15/4/2019 18:39;0;90
373365000;KATAGALAN WISDOM III;213;NEW ORLEANS;US;18/4/2019 11:51;1;93
373365000;KATAGALAN WISDOM III;213;NEW ORLEANS;US;26/4/2019 19:09;0;131
373365000;KATAGALAN WISDOM III;213;NEW ORLEANS;US;26/4/2019 23:14;1;131
373365000;KATAGALAN WISDOM III;19699;SOUTHWEST PASS;US;27/4/2019 2:53;0;131
373365000;KATAGALAN WISDOM III;19699;SOUTHWEST PASS;US;27/4/2019 4:08;1;131
373254000;SAKIZAYA KALON;22121;LONG BEACH ANCH;US;27/4/2019 15:59;0;75
636018637;DAIWAN LEADER;22388;PORT EVERGLADES ANCH;US;30/4/2019 7:56;0;90
373254000;SAKIZAYA KALON;22121;LONG BEACH ANCH;US;1/5/2019 9:25;1;75
373254000;SAKIZAYA KALON;2727;LONG BEACH;US;1/5/2019 9:26;0;75
```

```
636018637;DAIWAN LEADER;22388;PORT EVERGLADES ANCH;US;3/5/2019 6:47;1;90
636018637;DAIWAN LEADER;3166;PORT EVERGLADES;US;3/5/2019 7:00;0;90
373254000;SAKIZAYA KALON;2727;LONG BEACH;US;4/5/2019 0:29;1;75
373254000;SAKIZAYA KALON;22121;LONG BEACH ANCH;US;4/5/2019 0:43;0;75
373254000;SAKIZAYA KALON;22121;LONG BEACH ANCH;US;4/5/2019 23:03;1;75
373254000;SAKIZAYA KALON;2727;LONG BEACH;US;4/5/2019 23:04;0;75
636018637;DAIWAN LEADER;3166;PORT EVERGLADES;US;7/5/2019 0:23;1;90
373254000;SAKIZAYA KALON;2727;LONG BEACH;US;7/5/2019 2:32;1;144
477193300;BUNUN FORTUNE;23883;SOUTHWEST PASS ANCH;US;9/5/2019 13:13;0;107
372883000;AMIS DOLPHIN;213;NEW ORLEANS;US;10/5/2019 0:14;1;67
372883000;AMIS DOLPHIN;19699;SOUTHWEST PASS;US;10/5/2019 3:31;0;67
372883000;AMIS DOLPHIN;19699;SOUTHWEST PASS;US;10/5/2019 4:37;1;67
477193300;BUNUN FORTUNE;23883;SOUTHWEST PASS ANCH;US;12/5/2019 18:48;1;107
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;12/5/2019 19:08;0;107
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;12/5/2019 20:57;1;107
636018637;DAIWAN LEADER;919;HOUSTON;US;13/5/2019 14:31;0;92
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;15/5/2019 9:29;0;107
354101000;DAIWAN FORTUNE;2817;PHILADELPHIA;US;16/5/2019 2:52;0;79
354101000;DAIWAN FORTUNE;2817;PHILADELPHIA;US;18/5/2019 19:53;1;72
636018637;DAIWAN LEADER;919;HOUSTON;US;21/5/2019 1:57;1;64
354101000;DAIWAN FORTUNE;200;SAVANNAH;US;21/5/2019 10:55;0;72
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;21/5/2019 17:39;1;59
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;21/5/2019 20:58;0;59
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;21/5/2019 22:35;1;59
354101000;DAIWAN FORTUNE;200;SAVANNAH;US;22/5/2019 7:01;1;64
372883000;AMIS DOLPHIN;19699;SOUTHWEST PASS;US;23/5/2019 1:27;0;68
372883000;AMIS DOLPHIN;19699;SOUTHWEST PASS;US;23/5/2019 3:21;1;68
477193300;BUNUN FORTUNE;20862;PANAMA CITY;US;23/5/2019 10:04;0;59
636018637;DAIWAN LEADER;23883;SOUTHWEST PASS ANCH;US;23/5/2019 22:03;0;64
372094000;DAIWAN DOLPHIN;19296;KLAWOCK;US;23/5/2019 23:08;0;64
354196000;BUNUN ACE;21460;TAMPA ANCH;US;24/5/2019 15:15;0;64
636018637;DAIWAN LEADER;23883;SOUTHWEST PASS ANCH;US;27/5/2019 15:01;1;64
355586000;DAIWAN WISDOM;20720;GRAYS HARBOR;US;27/5/2019 16:33;0;56
636018637;DAIWAN LEADER;213;NEW ORLEANS;US;27/5/2019 22:12;0;64
355586000;DAIWAN WISDOM;20720;GRAYS HARBOR;US;27/5/2019 23:32;1;56
477193300;BUNUN FORTUNE;20862;PANAMA CITY;US;28/5/2019 0:12;1;99
355586000;DAIWAN WISDOM;23537;ABERDEEN ANCH;US;28/5/2019 0:58;0;56
```

```
372883000;AMIS DOLPHIN;24553;DAVANT;US;28/5/2019 17:06;0;68
354196000;BUNUN ACE;21460;TAMPA ANCH;US;28/5/2019 17:13;1;64
354196000;BUNUN ACE;202;TAMPA;US;28/5/2019 20:16;0;64
371071000;SCARLET FALCON;19699;SOUTHWEST PASS;US;30/5/2019 2:41;0;116
371071000;SCARLET FALCON;19699;SOUTHWEST PASS;US;30/5/2019 4:57;1;116
371071000;SCARLET FALCON;213;NEW ORLEANS;US;30/5/2019 12:18;0;116
374968000;BUNUN HERO;2766;MOREHEAD CITY;US;30/5/2019 14:53;0;106
372883000;AMIS DOLPHIN;24553;DAVANT;US;30/5/2019 23:47;1;126
355576000;SCARLET EAGLE;19699;SOUTHWEST PASS;US;31/5/2019 3:50;0;66
372883000;AMIS DOLPHIN;19699;SOUTHWEST PASS;US;31/5/2019 4:31;0;126
355576000;SCARLET EAGLE;19699;SOUTHWEST PASS;US;31/5/2019 5:34;1;66
372883000;AMIS DOLPHIN;19699;SOUTHWEST PASS;US;31/5/2019 6:02;1;126
355576000;SCARLET EAGLE;213;NEW ORLEANS;US;31/5/2019 10:31;0;66
372094000;DAIWAN DOLPHIN;19296;KLAWOCK;US;1/6/2019 1:21;1;105
354196000;BUNUN ACE;202;TAMPA;US;1/6/2019 12:12;1;108
355576000;SCARLET EAGLE;213;NEW ORLEANS;US;1/6/2019 16:31;1;66
355576000;SCARLET EAGLE;3221;LUTCHER;US;1/6/2019 20:08;0;66
372798000;SAKIZAYA RESPECT;22286;BALTIMORE ANCH;US;2/6/2019 4:11;0;73
372798000;SAKIZAYA RESPECT;22286;BALTIMORE ANCH;US;2/6/2019 4:15;1;73
372798000;SAKIZAYA RESPECT;95;BALTIMORE;US;2/6/2019 4:18;0;73
352843000;BUNUN GLORY;2817;PHILADELPHIA;US;2/6/2019 15:06;0;85
372798000;SAKIZAYA RESPECT;95;BALTIMORE;US;3/6/2019 5:09;1;108
372798000;SAKIZAYA RESPECT;22286;BALTIMORE ANCH;US;3/6/2019 5:14;0;108
372798000;SAKIZAYA RESPECT;22286;BALTIMORE ANCH;US;3/6/2019 5:38;1;108
354101000;DAIWAN FORTUNE;20862;PANAMA CITY;US;3/6/2019 10:07;0;65
355586000;DAIWAN WISDOM;23537;ABERDEEN ANCH;US;3/6/2019 15:07;1;56
372798000;SAKIZAYA RESPECT;22300;NORFOLK ANCH;US;3/6/2019 16:02;0;108
355586000;DAIWAN WISDOM;20720;GRAYS HARBOR;US;3/6/2019 16:03;0;56
372798000;SAKIZAYA RESPECT;22300;NORFOLK ANCH;US;4/6/2019 14:05;1;108
372798000;SAKIZAYA RESPECT;136;NORFOLK;US;4/6/2019 15:52;0;108
355576000;SCARLET EAGLE;3221;LUTCHER;US;4/6/2019 16:04;1;66
355586000;DAIWAN WISDOM;20720;GRAYS HARBOR;US;5/6/2019 23:16;1;90
372798000;SAKIZAYA RESPECT;136;NORFOLK;US;6/6/2019 11:30;1;129
355576000;SCARLET EAGLE;213;NEW ORLEANS;US;6/6/2019 20:28;0;118
355576000;SCARLET EAGLE;213;NEW ORLEANS;US;7/6/2019 0:14;1;118
352843000;BUNUN GLORY;2817;PHILADELPHIA;US;7/6/2019 4:42;1;82
374968000;BUNUN HERO;2766;MOREHEAD CITY;US;8/6/2019 13:00;1;68
```

```
354101000;DAIWAN FORTUNE;20862;PANAMA CITY;US;11/6/2019 3:09;1;65
373365000;KATAGALAN WISDOM III;19699;SOUTHWEST PASS;US;12/6/2019 12:47;0;131
373365000;KATAGALAN WISDOM III;19699;SOUTHWEST PASS;US;12/6/2019 13:05;1;131
374968000;BUNUN HERO;23883;SOUTHWEST PASS ANCH;US;12/6/2019 19:43;0;61
373365000;KATAGALAN WISDOM III;213;NEW ORLEANS;US;13/6/2019 11:16;0;131
354048000;SAKIZAYA ACE;20722;ASTORIA ANCH;US;13/6/2019 15:41;0;72
373365000;KATAGALAN WISDOM III;213;NEW ORLEANS;US;13/6/2019 19:51;1;131
352955000;PAPORA WISDOM;22651;MOBILE ANCH;US;14/6/2019 0:07;0;90
374968000;BUNUN HERO;23883;SOUTHWEST PASS ANCH;US;14/6/2019 11:24;1;61
374968000;BUNUN HERO;19699;SOUTHWEST PASS;US;14/6/2019 11:58;0;61
374968000;BUNUN HERO;19699;SOUTHWEST PASS;US;14/6/2019 13:58;1;61
352843000;BUNUN GLORY;21459;HOUSTON ANCH;US;14/6/2019 17:23;0;82
352843000;BUNUN GLORY;21459;HOUSTON ANCH;US;14/6/2019 18:29;1;82
352843000;BUNUN GLORY;919;HOUSTON;US;14/6/2019 21:02;0;82
374968000;BUNUN HERO;24553;DAVANT;US;15/6/2019 2:50;0;61
374968000;BUNUN HERO;24553;DAVANT;US;16/6/2019 11:41;1;109
352955000;PAPORA WISDOM;22651;MOBILE ANCH;US;16/6/2019 12:50;1;90
352955000;PAPORA WISDOM;2161;MOBILE;US;16/6/2019 14:56;0;90
352955000;PAPORA WISDOM;2161;MOBILE;US;18/6/2019 16:56;1;51
352843000;BUNUN GLORY;919;HOUSTON;US;19/6/2019 3:04;1;68
374179000;SAKIZAYA NOBLE;20722;ASTORIA ANCH;US;20/6/2019 12:09;0;70
636018637;DAIWAN LEADER;213;NEW ORLEANS;US;20/6/2019 15:36;1;102
371071000;SCARLET FALCON;213;NEW ORLEANS;US;20/6/2019 19:29;1;130
636018637;DAIWAN LEADER;19699;SOUTHWEST PASS;US;20/6/2019 19:56;0;102
636018637;DAIWAN LEADER;19699;SOUTHWEST PASS;US;20/6/2019 21:49;1;102
352955000;PAPORA WISDOM;20783;CORPUS CHRISTI ANCH;US;21/6/2019 9:16;0;51
352955000;PAPORA WISDOM;20783;CORPUS CHRISTI ANCH;US;21/6/2019 20:15;1;51
352955000;PAPORA WISDOM;214;CORPUS CHRISTI;US;21/6/2019 21:52;0;51
352955000;PAPORA WISDOM;214;CORPUS CHRISTI;US;23/6/2019 14:18;1;83
373365000;KATAGALAN WISDOM III;21908;CONVENT;US;24/6/2019 0:16;0;131
354048000;SAKIZAYA ACE;20722;ASTORIA ANCH;US;24/6/2019 19:13;1;72
352843000;BUNUN GLORY;3207;CAMERON;US;24/6/2019 21:51;0;66
352843000;BUNUN GLORY;3207;CAMERON;US;24/6/2019 22:10;1;66
352843000;BUNUN GLORY;2405;LAKE CHARLES;US;24/6/2019 23:16;0;66
354048000;SAKIZAYA ACE;12424;KALAMA;US;24/6/2019 23:36;0;72
373365000;KATAGALAN WISDOM III;21908;CONVENT;US;25/6/2019 12:54;1;134
373365000;KATAGALAN WISDOM III;213;NEW ORLEANS;US;25/6/2019 15:08;0;134
```

```
373365000;KATAGALAN WISDOM III;213;NEW ORLEANS;US;25/6/2019 19:07;1;134
373365000;KATAGALAN WISDOM III;19699;SOUTHWEST PASS;US;25/6/2019 22:54;0;134
373365000;KATAGALAN WISDOM III;19699;SOUTHWEST PASS;US;26/6/2019 0:13;1;134
354048000;SAKIZAYA ACE;12424;KALAMA;US;27/6/2019 0:51;1;131
352843000;BUNUN GLORY;2405;LAKE CHARLES;US;4/7/2019 14:37;1;108
352843000;BUNUN GLORY;3207;CAMERON;US;4/7/2019 16:10;0;108
352843000;BUNUN GLORY;3207;CAMERON;US;4/7/2019 16:43;1;108
636018637;DAIWAN LEADER;23883;SOUTHWEST PASS ANCH;US;8/7/2019 6:06;0;60
374179000;SAKIZAYA NOBLE;20722;ASTORIA ANCH;US;10/7/2019 1:33;1;70
374179000;SAKIZAYA NOBLE;12424;KALAMA;US;12/7/2019 8:36;0;70
636018637;DAIWAN LEADER;23883;SOUTHWEST PASS ANCH;US;12/7/2019 8:56;1;61
636018637;DAIWAN LEADER;19699;SOUTHWEST PASS;US;13/7/2019 18:35;0;61
374179000;SAKIZAYA NOBLE;12424;KALAMA;US;14/7/2019 17:52;1;122
636018637;DAIWAN LEADER;19699;SOUTHWEST PASS;US;17/7/2019 10:35;1;61
636018637;DAIWAN LEADER;19699;SOUTHWEST PASS;US;17/7/2019 12:27;0;61
636018637;DAIWAN LEADER;19699;SOUTHWEST PASS;US;17/7/2019 13:07;1;61
636018637;DAIWAN LEADER;213;NEW ORLEANS;US;17/7/2019 19:05;0;61
372094000;DAIWAN DOLPHIN;22449;TACOMA ANCH;US;18/7/2019 18:55;0;66
354101000;DAIWAN FORTUNE;131;BOSTON;US;19/7/2019 18:40;0;64
354101000;DAIWAN FORTUNE;131;BOSTON;US;22/7/2019 14:02;1;100
636018637;DAIWAN LEADER;213;NEW ORLEANS;US;23/7/2019 23:46;1;103
372094000;DAIWAN DOLPHIN;22449;TACOMA ANCH;US;25/7/2019 7:03;1;66
374846000;BUNUN BRAVE;919;HOUSTON;US;6/8/2019 6:34;0;115
374846000;BUNUN BRAVE;919;HOUSTON;US;13/8/2019 11:33;1;64
355860000;SAKIZAYA WISDOM;22300;NORFOLK ANCH;US;22/8/2019 22:40;0;73
355860000;SAKIZAYA WISDOM;22300;NORFOLK ANCH;US;25/8/2019 8:03;1;73
355860000;SAKIZAYA WISDOM;136;NORFOLK;US;25/8/2019 9:34;0;73
355860000;SAKIZAYA WISDOM;136;NORFOLK;US;29/8/2019 2:07;1;133
355860000;SAKIZAYA WISDOM;136;NORFOLK;US;2/9/2019 11:14;0;133
355860000;SAKIZAYA WISDOM;136;NORFOLK;US;3/9/2019 2:24;1;143
371133000;DAIWAN CHAMPION;20720;GRAYS HARBOR;US;8/9/2019 16:29;0;62
371133000;DAIWAN CHAMPION;20720;GRAYS HARBOR;US;11/9/2019 16:42;1;62
371133000;DAIWAN CHAMPION;23537;ABERDEEN ANCH;US;11/9/2019 18:00;0;62
356822000;BUNUN WISDOM;218;PORTLAND OR;US;11/9/2019 23:57;0;90
371133000;DAIWAN CHAMPION;23537;ABERDEEN ANCH;US;14/9/2019 11:07;1;62
371133000;DAIWAN CHAMPION;20720;GRAYS HARBOR;US;14/9/2019 12:11;0;62
370189000;DAIWAN ELEGANCE;22121;LONG BEACH ANCH;US;15/9/2019 12:26;0;88
```

```
370189000;DAIWAN ELEGANCE;22121;LONG BEACH ANCH;US;15/9/2019 17:13;1;88
370189000;DAIWAN ELEGANCE;87;LOS ANGELES;US;15/9/2019 17:14;0;88
356822000;BUNUN WISDOM;218;PORTLAND OR;US;17/9/2019 18:26;1;67
370189000;DAIWAN ELEGANCE;87;LOS ANGELES;US;18/9/2019 8:43;1;79
371133000;DAIWAN CHAMPION;20720;GRAYS HARBOR;US;18/9/2019 19:32;1;88
356822000;BUNUN WISDOM;22449;TACOMA ANCH;US;19/9/2019 3:30;0;67
371133000;DAIWAN CHAMPION;679;PORT ANGELES;US;19/9/2019 15:30;0;88
371133000;DAIWAN CHAMPION;679;PORT ANGELES;US;20/9/2019 3:05;1;88
356822000;BUNUN WISDOM;22449;TACOMA ANCH;US;23/9/2019 0:24;1;67
356822000;BUNUN WISDOM;681;TACOMA;US;23/9/2019 0:25;0;67
356822000;BUNUN WISDOM;681;TACOMA;US;1/10/2019 14:48;1;105
374258000;SAKIZAYA JUSTICE;19699;SOUTHWEST PASS;US;9/10/2019 2:41;0;129
374258000;SAKIZAYA JUSTICE;19699;SOUTHWEST PASS;US;9/10/2019 4:14;1;129
374258000;SAKIZAYA JUSTICE;213;NEW ORLEANS;US;9/10/2019 9:38;0;129
353424000;AMIS INTEGRITY;20722;ASTORIA ANCH;US;10/10/2019 20:11;0;71
370189000;DAIWAN ELEGANCE;22705;SEATTLE ANCH;US;11/10/2019 17:15;0;108
374258000;SAKIZAYA JUSTICE;213;NEW ORLEANS;US;15/10/2019 1:59;1;81
353424000;AMIS INTEGRITY;20722;ASTORIA ANCH;US;15/10/2019 17:47;1;71
353424000;AMIS INTEGRITY;21657;VANCOUVER;US;16/10/2019 0:45;0;71
477127400;BUNUN ELEGANCE;22552;LOWER VANCOUVER ANCH;US;16/10/2019 19:10;0
477127400;BUNUN ELEGANCE;22552;LOWER VANCOUVER ANCH;US;16/10/2019 20:41;1
477127400;BUNUN ELEGANCE;218;PORTLAND OR;US;16/10/2019 20:42;0;66
370189000;DAIWAN ELEGANCE;22705;SEATTLE ANCH;US;20/10/2019 15:55;1;60
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;21/10/2019 14:00;0;59
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;21/10/2019 14:55;1;59
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;21/10/2019 20:12;0;60
374258000;SAKIZAYA JUSTICE;25248;RESERVE;US;23/10/2019 3:48;0;81
353424000;AMIS INTEGRITY;21657;VANCOUVER;US;25/10/2019 21:59;1;130
353424000;AMIS INTEGRITY;21912;PORT WESTWARD;US;26/10/2019 2:21;0;130
353424000;AMIS INTEGRITY;21912;PORT WESTWARD;US;26/10/2019 4:40;1;130
477127400;BUNUN ELEGANCE;218;PORTLAND OR;US;28/10/2019 2:34;1;83
477127400;BUNUN ELEGANCE;218;PORTLAND OR;US;28/10/2019 2:39;0;83
374258000;SAKIZAYA JUSTICE;25248;RESERVE;US;28/10/2019 20:58;1;138
374258000;SAKIZAYA JUSTICE;213;NEW ORLEANS;US;28/10/2019 22:04;0;138
374258000;SAKIZAYA JUSTICE;213;NEW ORLEANS;US;29/10/2019 3:13;1;138
374258000;SAKIZAYA JUSTICE;19699;SOUTHWEST PASS;US;29/10/2019 8:09;0;138
374258000;SAKIZAYA JUSTICE;19699;SOUTHWEST PASS;US;29/10/2019 9:38;1;138
```

```
477127400;BUNUN ELEGANCE;218;PORTLAND OR;US;31/10/2019 7:23;1;118
355825000;BUNUN INFINITY;22449;TACOMA ANCH;US;2/11/2019 10:40;0;66
355825000;BUNUN INFINITY;22449;TACOMA ANCH;US;3/11/2019 23:00;1;65
355825000;BUNUN INFINITY;681;TACOMA;US;3/11/2019 23:01;0;65
477193300;BUNUN FORTUNE;213;NEW ORLEANS;US;4/11/2019 12:16;1;100
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;4/11/2019 16:58;0;100
477193300;BUNUN FORTUNE;19699;SOUTHWEST PASS;US;4/11/2019 18:33;1;100
355825000;BUNUN INFINITY;681;TACOMA;US;8/11/2019 22:34;1;105
636018637;DAIWAN LEADER;21428;SAN FRANCISCO ANCH;US;9/11/2019 18:59;0;90
636018637;DAIWAN LEADER;21428;SAN FRANCISCO ANCH;US;10/11/2019 16:07;1;90
636018637;DAIWAN LEADER;7179;MARTINEZ;US;10/11/2019 18:24;0;90
636018637;DAIWAN LEADER;7179;MARTINEZ;US;10/11/2019 18:40;1;90
636018637;DAIWAN LEADER;20760;SACRAMENTO;US;11/11/2019 0:42;0;90
352843000;BUNUN GLORY;21154;NEW HAVEN;US;11/11/2019 14:44;0;78
351399000;AMIS FORTUNE;213;NEW ORLEANS;US;15/11/2019 4:26;0;127
352843000;BUNUN GLORY;21154;NEW HAVEN;US;15/11/2019 20:33;1;77
636018637;DAIWAN LEADER;20760;SACRAMENTO;US;16/11/2019 6:44;1;61
636018637;DAIWAN LEADER;21428;SAN FRANCISCO ANCH;US;16/11/2019 23:10;0;61
352843000;BUNUN GLORY;2817;PHILADELPHIA;US;17/11/2019 2:59;0;77
352843000;BUNUN GLORY;2817;PHILADELPHIA;US;18/11/2019 6:38;1;77
352843000;BUNUN GLORY;23307;PORT RICHMOND ANCH;US;18/11/2019 7:10;0;77
352843000;BUNUN GLORY;23307;PORT RICHMOND ANCH;US;18/11/2019 7:19;1;77
352843000;BUNUN GLORY;3464;PORT RICHMOND;US;18/11/2019 7:21;0;77
351399000;AMIS FORTUNE;213;NEW ORLEANS;US;19/11/2019 14:51;1;66
351399000;AMIS FORTUNE;19699;SOUTHWEST PASS;US;19/11/2019 18:48;0;66
351399000;AMIS FORTUNE;19699;SOUTHWEST PASS;US;19/11/2019 20:18;1;66
351399000;AMIS FORTUNE;22663;PORT ARTHUR ANCH;US;20/11/2019 22:27;0;66
352843000;BUNUN GLORY;3464;PORT RICHMOND;US;20/11/2019 23:22;1;72
352843000;BUNUN GLORY;2817;PHILADELPHIA;US;20/11/2019 23:44;0;72
352843000;BUNUN GLORY;2817;PHILADELPHIA;US;21/11/2019 1:49;1;72
352843000;BUNUN GLORY;2817;PHILADELPHIA;US;21/11/2019 1:51;1;72
351399000;AMIS FORTUNE;22663;PORT ARTHUR ANCH;US;21/11/2019 4:38;1;66
351399000;AMIS FORTUNE;20790;SABINE PASS;US;21/11/2019 4:44;0;66
351399000;AMIS FORTUNE;20790;SABINE PASS;US;21/11/2019 5:23;1;66
351399000;AMIS FORTUNE;3209;PORT ARTHUR;US;21/11/2019 5:40;0;66
352843000;BUNUN GLORY;21462;BIG STONE BEACH ANCH;US;21/11/2019 9:10;0;72
352843000;BUNUN GLORY;21462;BIG STONE BEACH ANCH;US;21/11/2019 23:38;1;71
```

352843000;BUNUN GLORY;21084;FAIRLESS HILLS;US;22/11/2019 8:24;0;71
636018637;DAIWAN LEADER;21428;SAN FRANCISCO ANCH;US;23/11/2019 4:20;1;61
351399000;AMIS FORTUNE;3209;PORT ARTHUR;US;23/11/2019 15:41;1;120
351399000;AMIS FORTUNE;20790;SABINE PASS;US;23/11/2019 16:05;0;120
351399000;AMIS FORTUNE;20790;SABINE PASS;US;23/11/2019 16:45;1;120
371128000;SAKIZAYA QUEEN;19699;SOUTHWEST PASS;US;25/11/2019 12:59;0;76
371128000;SAKIZAYA QUEEN;19699;SOUTHWEST PASS;US;25/11/2019 14:00;1;76
352843000;BUNUN GLORY;21084;FAIRLESS HILLS;US;25/11/2019 16:40;1;102
371128000;SAKIZAYA QUEEN;213;NEW ORLEANS;US;25/11/2019 18:00;0;77
352843000;BUNUN GLORY;2817;PHILADELPHIA;US;25/11/2019 19:06;0;102
352843000;BUNUN GLORY;2817;PHILADELPHIA;US;25/11/2019 20:09;1;102
371128000;SAKIZAYA QUEEN;213;NEW ORLEANS;US;25/11/2019 22:40;1;77
371128000;SAKIZAYA QUEEN;25248;RESERVE;US;27/11/2019 19:09;0;77
372883000;AMIS DOLPHIN;20722;ASTORIA ANCH;US;2/12/2019 17:52;0;65
372883000;AMIS DOLPHIN;20722;ASTORIA ANCH;US;2/12/2019 22:06;1;64
372883000;AMIS DOLPHIN;218;PORTLAND OR;US;3/12/2019 3:44;0;64
371128000;SAKIZAYA QUEEN;25248;RESERVE;US;3/12/2019 9:55;1;133
371128000;SAKIZAYA QUEEN;213;NEW ORLEANS;US;3/12/2019 10:50;0;133
371128000;SAKIZAYA QUEEN;213;NEW ORLEANS;US;3/12/2019 15:14;1;133
371128000;SAKIZAYA QUEEN;19699;SOUTHWEST PASS;US;3/12/2019 19:27;0;133
371128000;SAKIZAYA QUEEN;19699;SOUTHWEST PASS;US;3/12/2019 21:02;1;133
372883000;AMIS DOLPHIN;218;PORTLAND OR;US;6/12/2019 7:28;1;110
372883000;AMIS DOLPHIN;218;PORTLAND OR;US;6/12/2019 7:40;0;110
372883000;AMIS DOLPHIN;218;PORTLAND OR;US;7/12/2019 2:20;1;110
477193300;BUNUN FORTUNE;22121;LONG BEACH ANCH;US;8/12/2019 18:26;0;99
477193300;BUNUN FORTUNE;22121;LONG BEACH ANCH;US;9/12/2019 4:01;1;99
374846000;BUNUN BRAVE;21462;BIG STONE BEACH ANCH;US;13/12/2019 13:02;0;112
374846000;BUNUN BRAVE;21462;BIG STONE BEACH ANCH;US;15/12/2019 15:46;1;112
374846000;BUNUN BRAVE;996;WILMINGTON;US;15/12/2019 20:04;0;112
374846000;BUNUN BRAVE;996;WILMINGTON;US;17/12/2019 5:00;1;99
374846000;BUNUN BRAVE;21462;BIG STONE BEACH ANCH;US;17/12/2019 10:53;0;99
354196000;BUNUN ACE;21428;SAN FRANCISCO ANCH;US;18/12/2019 10:40;0;99
374846000;BUNUN BRAVE;21462;BIG STONE BEACH ANCH;US;18/12/2019 17:42;1;99
374846000;BUNUN BRAVE;996;WILMINGTON;US;18/12/2019 22:51;0;99
374846000;BUNUN BRAVE;996;WILMINGTON;US;19/12/2019 10:56;1;97
374846000;BUNUN BRAVE;2812;MARCUS HOOK;US;19/12/2019 11:46;0;97
354196000;BUNUN ACE;21428;SAN FRANCISCO ANCH;US;22/12/2019 14:28;1;99

354196000;BUNUN ACE;7520;PITTSBURG;US;22/12/2019 18:02;0;99
354196000;BUNUN ACE;7520;PITTSBURG;US;22/12/2019 18:32;1;99
354196000;BUNUN ACE;20755;STOCKTON;US;22/12/2019 22:01;0;99
374846000;BUNUN BRAVE;2812;MARCUS HOOK;US;25/12/2019 0:42;1;72
374846000;BUNUN BRAVE;996;WILMINGTON;US;25/12/2019 1:05;0;72
374846000;BUNUN BRAVE;996;WILMINGTON;US;25/12/2019 1:21;1;72
354196000;BUNUN ACE;20755;STOCKTON;US;31/12/2019 6:56;1;99
354196000;BUNUN ACE;7520;PITTSBURG;US;31/12/2019 9:45;0;99
354196000;BUNUN ACE;7520;PITTSBURG;US;31/12/2019 10:14;1;63
357086000;AMIS WISDOM II;213;NEW ORLEANS;US;3/1/2020 5:59;0;65
373254000;SAKIZAYA KALON;22765;HONOLULU ANCH;US;9/1/2020 7:57;0;109
373254000;SAKIZAYA KALON;22765;HONOLULU ANCH;US;9/1/2020 15:07;1;109
373254000;SAKIZAYA KALON;1460;BARBERS POINT;US;9/1/2020 17:17;0;109
477127400;BUNUN ELEGANCE;20722;ASTORIA ANCH;US;10/1/2020 23:00;0;63
371071000;SCARLET FALCON;22121;LONG BEACH ANCH;US;11/1/2020 0:22;0;72
353865000;SAKIZAYA ORCHID;19699;SOUTHWEST PASS;US;11/1/2020 6:20;0;75
353865000;SAKIZAYA ORCHID;19699;SOUTHWEST PASS;US;11/1/2020 7:46;1;75
353865000;SAKIZAYA ORCHID;213;NEW ORLEANS;US;11/1/2020 12:47;0;75
357086000;AMIS WISDOM II;213;NEW ORLEANS;US;12/1/2020 15:17;1;120
357086000;AMIS WISDOM II;19699;SOUTHWEST PASS;US;12/1/2020 19:10;0;120
357086000;AMIS WISDOM II;19699;SOUTHWEST PASS;US;12/1/2020 21:26;1;120
477127400;BUNUN ELEGANCE;20722;ASTORIA ANCH;US;14/1/2020 7:23;1;63
477127400;BUNUN ELEGANCE;218;PORTLAND OR;US;14/1/2020 13:51;0;63
371071000;SCARLET FALCON;22121;LONG BEACH ANCH;US;14/1/2020 15:48;1;72
371071000;SCARLET FALCON;2727;LONG BEACH;US;14/1/2020 15:50;0;72
374968000;BUNUN HERO;20783;CORPUS CHRISTI ANCH;US;16/1/2020 10:21;0;71
374968000;BUNUN HERO;20783;CORPUS CHRISTI ANCH;US;17/1/2020 16:17;1;71
374968000;BUNUN HERO;214;CORPUS CHRISTI;US;17/1/2020 18:40;0;71
374547000;DAIWAN KALON;22286;BALTIMORE ANCH;US;19/1/2020 1:07;0;96
374968000;BUNUN HERO;214;CORPUS CHRISTI;US;19/1/2020 2:25;1;71
374547000;DAIWAN KALON;22286;BALTIMORE ANCH;US;19/1/2020 9:46;1;96
374547000;DAIWAN KALON;95;BALTIMORE;US;19/1/2020 9:48;0;96
371071000;SCARLET FALCON;2727;LONG BEACH;US;20/1/2020 15:02;1;142
374968000;BUNUN HERO;23883;SOUTHWEST PASS ANCH;US;20/1/2020 22:37;0;70
477127400;BUNUN ELEGANCE;218;PORTLAND OR;US;21/1/2020 1:43;1;98
373254000;SAKIZAYA KALON;1460;BARBERS POINT;US;21/1/2020 4:01;1;84
374968000;BUNUN HERO;23883;SOUTHWEST PASS ANCH;US;22/1/2020 0:45;1;70

374968000;BUNUN HERO;19699;SOUTHWEST PASS;US;22/1/2020 2:05;0;70
374968000;BUNUN HERO;19699;SOUTHWEST PASS;US;22/1/2020 2:17;1;70
374968000;BUNUN HERO;213;NEW ORLEANS;US;22/1/2020 8:02;0;70
374968000;BUNUN HERO;213;NEW ORLEANS;US;24/1/2020 17:02;1;62
374968000;BUNUN HERO;19699;SOUTHWEST PASS;US;24/1/2020 20:15;0;62
477127400;BUNUN ELEGANCE;22121;LONG BEACH ANCH;US;24/1/2020 21:04;0;99
374968000;BUNUN HERO;19699;SOUTHWEST PASS;US;24/1/2020 21:20;1;62
353865000;SAKIZAYA ORCHID;213;NEW ORLEANS;US;24/1/2020 22:42;1;136
353865000;SAKIZAYA ORCHID;19699;SOUTHWEST PASS;US;25/1/2020 2:35;0;136
636018636;AMIS NATURE;20722;ASTORIA ANCH;US;25/1/2020 3:50;0;64
353865000;SAKIZAYA ORCHID;19699;SOUTHWEST PASS;US;25/1/2020 3:57;1;136
477127400;BUNUN ELEGANCE;22121;LONG BEACH ANCH;US;25/1/2020 16:26;1;99
374968000;BUNUN HERO;21459;HOUSTON ANCH;US;25/1/2020 23:26;0;62
636018636;AMIS NATURE;20722;ASTORIA ANCH;US;25/1/2020 23:51;1;64
374968000;BUNUN HERO;21459;HOUSTON ANCH;US;26/1/2020 6:03;1;61
374968000;BUNUN HERO;20785;TEXAS CITY;US;26/1/2020 7:43;0;61
374968000;BUNUN HERO;20785;TEXAS CITY;US;27/1/2020 23:14;1;111
373254000;SAKIZAYA KALON;22121;LONG BEACH ANCH;US;29/1/2020 17:40;0;74
636018636;AMIS NATURE;12424;KALAMA;US;30/1/2020 6:27;0;64
373254000;SAKIZAYA KALON;22121;LONG BEACH ANCH;US;30/1/2020 22:23;1;72
373254000;SAKIZAYA KALON;2727;LONG BEACH;US;30/1/2020 22:24;0;72
636018636;AMIS NATURE;12424;KALAMA;US;4/2/2020 8:17;1;125
373254000;SAKIZAYA KALON;2727;LONG BEACH;US;5/2/2020 0:31;1;116
373254000;SAKIZAYA KALON;2727;LONG BEACH;US;5/2/2020 0:39;0;116
374547000;DAIWAN KALON;95;BALTIMORE;US;5/2/2020 20:02;1;96
370030000;AMIS LEADER;21462;BIG STONE BEACH ANCH;US;7/2/2020 21:54;0;117
370030000;AMIS LEADER;21462;BIG STONE BEACH ANCH;US;8/2/2020 21:40;1;117
370030000;AMIS LEADER;2817;PHILADELPHIA;US;9/2/2020 3:23;0;117
370030000;AMIS LEADER;2817;PHILADELPHIA;US;9/2/2020 4:33;1;117
370030000;AMIS LEADER;21084;FAIRLESS HILLS;US;9/2/2020 7:29;0;117
374547000;DAIWAN KALON;22286;BALTIMORE ANCH;US;9/2/2020 15:34;0;96
374515000;DAIWAN JUSTICE;20760;SACRAMENTO;US;11/2/2020 4:02;0;92
352843000;BUNUN GLORY;2817;PHILADELPHIA;US;11/2/2020 7:38;0;92
374547000;DAIWAN KALON;22286;BALTIMORE ANCH;US;11/2/2020 9:55;1;96
374547000;DAIWAN KALON;95;BALTIMORE;US;11/2/2020 9:57;0;96
374547000;DAIWAN KALON;95;BALTIMORE;US;12/2/2020 23:36;1;60
374846000;BUNUN BRAVE;21462;BIG STONE BEACH ANCH;US;14/2/2020 5:21;0;114

374846000;BUNUN BRAVE;21462;BIG STONE BEACH ANCH;US;14/2/2020 15:57;1;114
370030000;AMIS LEADER;21084;FAIRLESS HILLS;US;14/2/2020 20:09;1;84
374846000;BUNUN BRAVE;23240;MARCUS HOOK ANCH;US;14/2/2020 20:44;0;114
370030000;AMIS LEADER;2817;PHILADELPHIA;US;14/2/2020 22:51;0;84
370030000;AMIS LEADER;2817;PHILADELPHIA;US;14/2/2020 23:58;1;84
354909000;SAKIZAYA HERO;20722;ASTORIA ANCH;US;15/2/2020 4:49;0;75
374677000;AMIS HERO;20722;ASTORIA ANCH;US;15/2/2020 7:50;0;67
374846000;BUNUN BRAVE;23240;MARCUS HOOK ANCH;US;15/2/2020 7:55;1;117
374846000;BUNUN BRAVE;2817;PHILADELPHIA;US;15/2/2020 8:32;0;117
374846000;BUNUN BRAVE;2817;PHILADELPHIA;US;15/2/2020 9:42;1;117
374846000;BUNUN BRAVE;21084;FAIRLESS HILLS;US;15/2/2020 12:41;0;117
355860000;SAKIZAYA WISDOM;1460;BARBERS POINT;US;15/2/2020 17:13;0;110
371951000;AMIS POWER;22379;AMBROSE ANCH;US;15/2/2020 22:12;0;119
352843000;BUNUN GLORY;2817;PHILADELPHIA;US;16/2/2020 2:45;1;93
370030000;AMIS LEADER;131;BOSTON;US;16/2/2020 21:55;0;83
371951000;AMIS POWER;22379;AMBROSE ANCH;US;17/2/2020 4:57;1;119
371951000;AMIS POWER;137;NEW YORK;US;17/2/2020 5:29;0;119
374515000;DAIWAN JUSTICE;20760;SACRAMENTO;US;18/2/2020 13:32;1;57
374846000;BUNUN BRAVE;21084;FAIRLESS HILLS;US;18/2/2020 20:55;1;75
374515000;DAIWAN JUSTICE;21428;SAN FRANCISCO ANCH;US;18/2/2020 22:06;0;57
374846000;BUNUN BRAVE;2817;PHILADELPHIA;US;18/2/2020 23:04;0;75
374846000;BUNUN BRAVE;2817;PHILADELPHIA;US;19/2/2020 0:13;1;75
352843000;BUNUN GLORY;23262;CAPE CANAVERAL ANCH;US;19/2/2020 1:16;0;80
352843000;BUNUN GLORY;23262;CAPE CANAVERAL ANCH;US;19/2/2020 7:30;1;80
352843000;BUNUN GLORY;210;CAPE CANAVERAL;US;19/2/2020 7:31;0;80
374547000;DAIWAN KALON;20862;PANAMA CITY;US;19/2/2020 16:27;0;61
370030000;AMIS LEADER;131;BOSTON;US;20/2/2020 2:08;1;87
352843000;BUNUN GLORY;210;CAPE CANAVERAL;US;21/2/2020 6:43;1;67
370030000;AMIS LEADER;10241;PROVIDENCE;US;21/2/2020 10:29;0;87
354909000;SAKIZAYA HERO;20722;ASTORIA ANCH;US;21/2/2020 14:26;1;70
374677000;AMIS HERO;20722;ASTORIA ANCH;US;22/2/2020 1:57;1;67
371951000;AMIS POWER;137;NEW YORK;US;22/2/2020 2:06;1;70
354909000;SAKIZAYA HERO;12424;KALAMA;US;22/2/2020 3:04;0;70
374677000;AMIS HERO;12424;KALAMA;US;22/2/2020 7:05;0;67
355860000;SAKIZAYA WISDOM;1460;BARBERS POINT;US;22/2/2020 17:35;1;94
355860000;SAKIZAYA WISDOM;1460;BARBERS POINT;US;22/2/2020 17:45;0;94
355860000;SAKIZAYA WISDOM;22765;HONOLULU ANCH;US;22/2/2020 19:51;0;94

```
374179000;SAKIZAYA NOBLE;22379;AMBROSE ANCH;US;23/2/2020 6:12;0;119
352843000;BUNUN GLORY;136;NORFOLK;US;24/2/2020 1:24;0;67
352843000;BUNUN GLORY;136;NORFOLK;US;24/2/2020 3:40;1;67
374710000;AMIS GLORY;217;SAN DIEGO;US;24/2/2020 7:27;0;119
374179000;SAKIZAYA NOBLE;22379;AMBROSE ANCH;US;24/2/2020 10:42;1;119
374179000;SAKIZAYA NOBLE;137;NEW YORK;US;24/2/2020 11:13;0;119
354909000;SAKIZAYA HERO;12424;KALAMA;US;25/2/2020 8:32;1;130
374846000;BUNUN BRAVE;23883;SOUTHWEST PASS ANCH;US;25/2/2020 11:31;0;74
374846000;BUNUN BRAVE;23883;SOUTHWEST PASS ANCH;US;25/2/2020 13:36;1;74
374846000;BUNUN BRAVE;19699;SOUTHWEST PASS;US;25/2/2020 13:57;0;65
374846000;BUNUN BRAVE;19699;SOUTHWEST PASS;US;25/2/2020 15:40;1;65
374846000;BUNUN BRAVE;213;NEW ORLEANS;US;25/2/2020 21:21;0;65
370030000;AMIS LEADER;10241;PROVIDENCE;US;26/2/2020 2:37;1;115
374846000;BUNUN BRAVE;213;NEW ORLEANS;US;26/2/2020 4:43;1;65
374846000;BUNUN BRAVE;3221;LUTCHER;US;26/2/2020 7:48;0;65
372883000;AMIS DOLPHIN;10241;PROVIDENCE;US;26/2/2020 14:05;0;118
374547000;DAIWAN KALON;20862;PANAMA CITY;US;26/2/2020 15:58;1;61
374677000;AMIS HERO;12424;KALAMA;US;26/2/2020 21:18;1;131
371951000;AMIS POWER;136;NORFOLK;US;28/2/2020 10:45;0;70
355860000;SAKIZAYA WISDOM;22765;HONOLULU ANCH;US;29/2/2020 0:28;1;94
355860000;SAKIZAYA WISDOM;1460;BARBERS POINT;US;29/2/2020 2:32;0;94
374710000;AMIS GLORY;217;SAN DIEGO;US;29/2/2020 2:57;1;76
374846000;BUNUN BRAVE;3221;LUTCHER;US;29/2/2020 12:50;1;65
```