# EXHIBIT 11

| MMSI;SHIPNAME;PORT_ID;PORT_NAME;COUNTRY_CODE;TIMESTAMP;MOVE_TYPE (0=Arrival 1=Departure);DRAUGHT (METERx10) |
|---|
| 370714000;POAVOSA WISDOM;219;LONGVIEW;US;9/1/2015 7:17;0;54 |
| 370714000;POAVOSA WISDOM;218;PORTLAND OR;US;9/1/2015 10:21;0;54 |
| 354820000;ID NORTH SEA;219;LONGVIEW;US;13/1/2015 7:01;0;65 |
| 354820000;ID NORTH SEA;218;PORTLAND OR;US;13/1/2015 9:57;0;65 |
| 370714000;POAVOSA WISDOM;219;LONGVIEW;US;14/1/2015 1:41;0;100 |
| 477193300;BUNUN FORTUNE;677;ASTORIA;US;3/2/2015 10:01;0;64 |
| 477193300;BUNUN FORTUNE;677;ASTORIA;US;18/2/2015 9:12;1;108 |
| 354820000;ID NORTH SEA;218;PORTLAND OR;US;11/3/2015 11:36;0;61 |
| 354820000;ID NORTH SEA;12424;KALAMA;US;13/3/2015 20:36;0;61 |
| 356192000;POAVOSA WISDOM VII;219;LONGVIEW;US;25/3/2015 23:57;0;84 |
| 354196000;BUNUN ACE;219;LONGVIEW;US;8/4/2015 4:30;1;102 |
| 354196000;BUNUN ACE;218;PORTLAND OR;US;8/4/2015 7:27;0;102 |
| 371323000;GLOBAL FAITH;219;LONGVIEW;US;10/4/2015 3:26;0;60 |
| 371323000;GLOBAL FAITH;218;PORTLAND OR;US;10/4/2015 22:09;0;60 |
| 356192000;POAVOSA WISDOM VII;219;LONGVIEW;US;12/4/2015 5:54;1;97 |
| 371323000;GLOBAL FAITH;218;PORTLAND OR;US;13/4/2015 5:46;1;97 |
| 371323000;GLOBAL FAITH;219;LONGVIEW;US;13/4/2015 8:09;0;97 |
| 354196000;BUNUN ACE;218;PORTLAND OR;US;16/4/2015 2:49;1;67 |
| 354196000;BUNUN ACE;219;LONGVIEW;US;16/4/2015 4:52;0;67 |
| 354820000;ID NORTH SEA;219;LONGVIEW;US;3/5/2015 8:47;0;55 |
| 354820000;ID NORTH SEA;21657;VANCOUVER;US;3/5/2015 11:38;0;55 |
| 357086000;AMIS WISDOM II;219;LONGVIEW;US;19/5/2015 3:58;0;66 |
| 357086000;AMIS WISDOM II;12424;KALAMA;US;19/5/2015 5:16;0;66 |
| 356192000;POAVOSA WISDOM VII;219;LONGVIEW;US;30/5/2015 19:06;0;100 |
| 356192000;POAVOSA WISDOM VII;218;PORTLAND OR;US;30/5/2015 22:22;0;100 |
| 356192000;POAVOSA WISDOM VII;219;LONGVIEW;US;3/6/2015 3:08;0;100 |
| 351170000;SAKIZAYA BRAVE;213;NEW ORLEANS;US;9/7/2015 18:18;0;120 |
| 370714000;POAVOSA WISDOM;219;LONGVIEW;US;11/7/2015 5:24;0;67 |
| 371133000;DAIWAN CHAMPION;219;LONGVIEW;US;11/7/2015 11:59;0;96 |
| 371133000;DAIWAN CHAMPION;218;PORTLAND OR;US;11/7/2015 15:49;0;96 |
| 370714000;POAVOSA WISDOM;218;PORTLAND OR;US;18/7/2015 22:32;0;67 |
| 371133000;DAIWAN CHAMPION;219;LONGVIEW;US;19/7/2015 2:09;0;62 |
| 370714000;POAVOSA WISDOM;218;PORTLAND OR;US;24/7/2015 0:42;1;65 |
| 370714000;POAVOSA WISDOM;219;LONGVIEW;US;24/7/2015 2:54;0;65 |
| 477066900;DAIWAN FORTUNE;219;LONGVIEW;US;29/7/2015 18:15;0;68 |

| | |
|---|---|
| 353200000;POAVOSA WISDOM III;219;LONGVIEW;US;17/9/2015 4:46;0;58 |
| 477712500;BURUN DYNASTY;219;LONGVIEW;US;22/10/2015 13:25;0;75 |
| 355586000;DAIWAN WISDOM;219;LONGVIEW;US;25/10/2015 23:21;1;64 |
| 371133000;DAIWAN CHAMPION;677;ASTORIA;US;2/11/2015 14:21;0;61 |
| 355576000;SCARLET EAGLE;20722;ASTORIA ANCH;US;11/1/2016 11:55;0;70 |
| 371133000;DAIWAN CHAMPION;219;LONGVIEW;US;14/1/2016 0:00;0;83 |
| 371133000;DAIWAN CHAMPION;21657;VANCOUVER;US;14/1/2016 3:01;0;83 |
| 355576000;SCARLET EAGLE;219;LONGVIEW;US;18/1/2016 9:26;0;70 |
| 355576000;SCARLET EAGLE;21657;VANCOUVER;US;18/1/2016 12:41;0;70 |
| 477127400;BUNUN ELEGANCE;3166;PORT EVERGLADES;US;23/1/2016 5:15;1;104 |
| 371133000;DAIWAN CHAMPION;21657;VANCOUVER;US;27/1/2016 1:55;1;83 |
| 371133000;DAIWAN CHAMPION;219;LONGVIEW;US;27/1/2016 4:19;0;83 |
| 565781000;SUNRISE SKY;20722;ASTORIA ANCH;US;15/2/2016 1:23;1;109 |
| 565781000;SUNRISE SKY;677;ASTORIA;US;15/2/2016 1:23;0;109 |
| 565781000;SUNRISE SKY;219;LONGVIEW;US;15/2/2016 5:21;0;109 |
| 565781000;SUNRISE SKY;12424;KALAMA;US;15/2/2016 6:23;0;109 |
| 477712500;BUNUN DYNASTY;20722;ASTORIA ANCH;US;21/2/2016 3:33;0;71 |
| 477712500;BUNUN DYNASTY;677;ASTORIA;US;21/2/2016 3:40;0;71 |
| 477712500;BUNUN DYNASTY;219;LONGVIEW;US;21/2/2016 7:27;0;71 |
| 565781000;SUNRISE SKY;12424;KALAMA;US;2/3/2016 14:21;0;68 |
| 355690000;TAO TREASURE;20722;ASTORIA ANCH;US;9/3/2016 17:07;1;57 |
| 355690000;TAO TREASURE;677;ASTORIA;US;9/3/2016 17:08;0;57 |
| 565781000;SUNRISE SKY;218;PORTLAND OR;US;9/3/2016 18:56;1;130 |
| 355690000;TAO TREASURE;219;LONGVIEW;US;9/3/2016 21:02;0;57 |
| 565781000;SUNRISE SKY;219;LONGVIEW;US;11/3/2016 5:40;0;130 |
| 355690000;TAO TREASURE;12424;KALAMA;US;14/3/2016 4:40;0;57 |
| 355690000;TAO TREASURE;20722;ASTORIA ANCH;US;15/3/2016 17:14;0;102 |
| 371323000;GLOBAL FAITH;20724;HAMMOND;US;10/4/2016 3:10;0;68 |
| 371323000;GLOBAL FAITH;20722;ASTORIA ANCH;US;10/4/2016 3:34;0;68 |
| 371323000;GLOBAL FAITH;219;LONGVIEW;US;10/4/2016 8:07;0;68 |
| 371323000;GLOBAL FAITH;21657;VANCOUVER;US;12/4/2016 23:26;0;69 |
| 371323000;GLOBAL FAITH;219;LONGVIEW;US;16/4/2016 23:29;0;104 |
| 371323000;GLOBAL FAITH;677;ASTORIA;US;17/4/2016 3:22;0;104 |
| 355401000;AMIS WISDOM I;20724;HAMMOND;US;22/5/2016 15:59;0;66 |
| 355401000;AMIS WISDOM I;20722;ASTORIA ANCH;US;22/5/2016 16:21;0;66 |
| 355401000;AMIS WISDOM I;677;ASTORIA;US;22/5/2016 16:28;1;66 |
| 355401000;AMIS WISDOM I;219;LONGVIEW;US;23/5/2016 18:06;1;66 |

| |
|---|
| 355401000;AMIS WISDOM I;218;PORTLAND OR;US;27/5/2016 9:50;1;108 |
| 355401000;AMIS WISDOM I;219;LONGVIEW;US;27/5/2016 12:49;1;108 |
| 355401000;AMIS WISDOM I;677;ASTORIA;US;27/5/2016 16:29;1;108 |
| 371133000;DAIWAN CHAMPION;20722;ASTORIA ANCH;US;3/6/2016 8:34;1;100 |
| 371133000;DAIWAN CHAMPION;677;ASTORIA;US;3/6/2016 8:35;0;100 |
| 371133000;DAIWAN CHAMPION;219;LONGVIEW;US;3/6/2016 12:33;0;100 |
| 371133000;DAIWAN CHAMPION;218;PORTLAND OR;US;3/6/2016 15:56;0;100 |
| 374547000;DAIWAN KALON;20724;HAMMOND;US;18/11/2016 3:24;0;70 |
| 374547000;DAIWAN KALON;20722;ASTORIA ANCH;US;18/11/2016 3:56;1;70 |
| 374547000;DAIWAN KALON;677;ASTORIA;US;18/11/2016 3:58;0;70 |
| 374547000;DAIWAN KALON;219;LONGVIEW;US;18/11/2016 7:57;0;70 |
| 374547000;DAIWAN KALON;677;ASTORIA;US;24/11/2016 2:25;0;102 |
| 371133000;DAIWAN CHAMPION;20722;ASTORIA ANCH;US;27/12/2016 6:03;0;83 |
| 371133000;DAIWAN CHAMPION;677;ASTORIA;US;27/12/2016 6:07;0;83 |
| 371133000;DAIWAN CHAMPION;219;LONGVIEW;US;27/12/2016 9:35;0;83 |
| 371133000;DAIWAN CHAMPION;21657;VANCOUVER;US;27/12/2016 12:45;0;83 |
| 371133000;DAIWAN CHAMPION;22552;LOWER VANCOUVER ANCH;US;29/12/2016 9:21;0 |
| 371133000;DAIWAN CHAMPION;219;LONGVIEW;US;29/12/2016 11:14;0;83 |
| 356188000;POAVOSA WISDOM VIII;677;ASTORIA;US;30/12/2016 6:17;0;85 |
| 356188000;POAVOSA WISDOM VIII;20722;ASTORIA ANCH;US;30/12/2016 6:57;1;85 |
| 356188000;POAVOSA WISDOM VIII;219;LONGVIEW;US;30/12/2016 10:49;0;85 |
| 356188000;POAVOSA WISDOM VIII;21657;VANCOUVER;US;30/12/2016 13:39;0;85 |
| 372094000;DAIWAN DOLPHIN;20724;HAMMOND;US;16/1/2017 9:11;0;101 |
| 372094000;DAIWAN DOLPHIN;20722;ASTORIA ANCH;US;16/1/2017 9:29;0;101 |
| 372094000;DAIWAN DOLPHIN;219;LONGVIEW;US;16/1/2017 13:16;0;101 |
| 372094000;DAIWAN DOLPHIN;218;PORTLAND OR;US;16/1/2017 16:27;0;101 |
| 356192000;POAVOSA WISDOM VII;20722;ASTORIA ANCH;US;12/3/2017 7:31;0;54 |
| 356192000;POAVOSA WISDOM VII;677;ASTORIA;US;12/3/2017 7:37;0;54 |
| 356192000;POAVOSA WISDOM VII;20722;ASTORIA ANCH;US;12/3/2017 8:09;1;54 |
| 356192000;POAVOSA WISDOM VII;219;LONGVIEW;US;12/3/2017 11:21;0;54 |
| 356192000;POAVOSA WISDOM VII;12424;KALAMA;US;12/3/2017 12:19;0;54 |
| 356192000;POAVOSA WISDOM VII;21657;VANCOUVER;US;15/3/2017 1:41;0;50 |
| 356192000;POAVOSA WISDOM VII;219;LONGVIEW;US;21/3/2017 4:33;0;99 |
| 356192000;POAVOSA WISDOM VII;677;ASTORIA;US;21/3/2017 8:16;0;99 |
| 356192000;POAVOSA WISDOM VII;20724;HAMMOND;US;21/3/2017 8:37;0;99 |
| 477066900;DAIWAN FORTUNE;677;ASTORIA;US;14/5/2017 19:08;0;64 |
| 477066900;DAIWAN FORTUNE;219;LONGVIEW;US;14/5/2017 23:00;0;64 |

```
352834000;BUNUN JUSTICE;219;LONGVIEW;US;28/5/2017 11:49;0;70
352834000;BUNUN JUSTICE;22552;LOWER VANCOUVER ANCH;US;28/5/2017 14:50;0;70
352834000;BUNUN JUSTICE;218;PORTLAND OR;US;4/6/2017 16:56;1;103
352834000;BUNUN JUSTICE;21657;VANCOUVER;US;4/6/2017 17:20;0;103
352834000;BUNUN JUSTICE;218;PORTLAND OR;US;6/6/2017 20:26;0;103
352834000;BUNUN JUSTICE;219;LONGVIEW;US;7/6/2017 13:04;0;108
374677000;AMIS HERO;20724;HAMMOND;US;31/7/2017 5:37;0;69
374677000;AMIS HERO;677;ASTORIA;US;31/7/2017 6:02;0;69
374677000;AMIS HERO;20722;ASTORIA ANCH;US;2/8/2017 8:02;1;69
374677000;AMIS HERO;219;LONGVIEW;US;2/8/2017 11:03;0;69
374677000;AMIS HERO;21657;VANCOUVER;US;2/8/2017 14:15;0;69
477193300;BUNUN FORTUNE;20722;ASTORIA ANCH;US;26/9/2017 15:54;0;66
477193300;BUNUN FORTUNE;219;LONGVIEW;US;26/9/2017 23:00;0;66
477193300;BUNUN FORTUNE;22552;LOWER VANCOUVER ANCH;US;27/9/2017 1:51;0;66
372094000;DAIWAN DOLPHIN;680;EVERETT;US;27/9/2017 2:34;1;102
477193300;BUNUN FORTUNE;218;PORTLAND OR;US;2/10/2017 13:29;0;66
477193300;BUNUN FORTUNE;219;LONGVIEW;US;4/10/2017 19:27;0;66
371133000;DAIWAN CHAMPION;219;LONGVIEW;US;17/12/2017 22:31;0;99
371133000;DAIWAN CHAMPION;218;PORTLAND OR;US;18/12/2017 1:51;0;99
477712500;BUNUN DYNASTY;219;LONGVIEW;US;25/12/2017 11:59;0;70
477712500;BUNUN DYNASTY;22552;LOWER VANCOUVER ANCH;US;25/12/2017 14:46;0;7
477712500;BUNUN DYNASTY;218;PORTLAND OR;US;27/12/2017 21:36;0;70
371133000;DAIWAN CHAMPION;218;PORTLAND OR;US;30/12/2017 9:52;1;65
371133000;DAIWAN CHAMPION;219;LONGVIEW;US;30/12/2017 11:50;0;65
477712500;BUNUN DYNASTY;218;PORTLAND OR;US;31/12/2017 7:37;1;110
372094000;DAIWAN DOLPHIN;219;LONGVIEW;US;28/4/2018 21:34;0;99
372094000;DAIWAN DOLPHIN;218;PORTLAND OR;US;29/4/2018 1:04;0;99
371133000;DAIWAN CHAMPION;219;LONGVIEW;US;7/5/2018 16:42;1;99
371133000;DAIWAN CHAMPION;218;PORTLAND OR;US;18/5/2018 6:34;1;62
351399000;AMIS FORTUNE;219;LONGVIEW;US;1/6/2018 12:02;0;67
351399000;AMIS FORTUNE;21657;VANCOUVER;US;8/6/2018 0:35;0;67
351399000;AMIS FORTUNE;219;LONGVIEW;US;10/6/2018 4:00;0;67
372798000;SAKIZAYA RESPECT;22449;TACOMA ANCH;US;21/6/2018 4:10;0;74
354196000;BUNUN ACE;681;TACOMA;US;30/6/2018 3:01;1;105
372798000;SAKIZAYA RESPECT;681;TACOMA;US;9/7/2018 10:12;0;74
355576000;SCARLET EAGLE;20722;ASTORIA ANCH;US;20/7/2018 21:09;0;70
355576000;SCARLET EAGLE;12424;KALAMA;US;23/7/2018 13:05;0;70
```

| |
|---|
| 371071000;SCARLET FALCON;20722;ASTORIA ANCH;US;31/7/2018 13:20;0;69 |
| 371071000;SCARLET FALCON;12424;KALAMA;US;8/8/2018 17:42;1;122 |
| 372798000;SAKIZAYA RESPECT;20722;ASTORIA ANCH;US;23/8/2018 2:29;0;66 |
| 372798000;SAKIZAYA RESPECT;20722;ASTORIA ANCH;US;25/8/2018 5:25;1;66 |
| 372798000;SAKIZAYA RESPECT;21657;VANCOUVER;US;25/8/2018 11:17;0;66 |
| 355576000;SCARLET EAGLE;219;LONGVIEW;US;11/9/2018 21:54;0;70 |
| 357764000;AMIS MIRACLE;20722;ASTORIA ANCH;US;24/9/2018 1:13;0;70 |
| 357764000;AMIS MIRACLE;218;PORTLAND OR;US;24/9/2018 23:12;0;70 |
| 636018636;AMIS NATURE;20722;ASTORIA ANCH;US;31/12/2018 6:50;0;65 |
| 636018636;AMIS NATURE;21657;VANCOUVER;US;9/1/2019 16:57;0;65 |
| 374119000;BUNUN CHAMPION;21657;VANCOUVER;US;13/2/2019 1:30;0;94 |
| 374846000;BUNUN BRAVE;20722;ASTORIA ANCH;US;20/2/2019 10:18;1;66 |
| 374846000;BUNUN BRAVE;12424;KALAMA;US;20/2/2019 16:31;0;66 |
| 371951000;AMIS POWER;219;LONGVIEW;US;31/3/2019 5:51;0;85 |
| 371951000;AMIS POWER;22552;LOWER VANCOUVER ANCH;US;1/4/2019 21:40;0;85 |
| 371951000;AMIS POWER;218;PORTLAND OR;US;8/4/2019 8:51;0;69 |
| 354048000;SAKIZAYA ACE;20722;ASTORIA ANCH;US;13/6/2019 15:41;0;72 |
| 374179000;SAKIZAYA NOBLE;20722;ASTORIA ANCH;US;20/6/2019 12:09;0;70 |
| 354048000;SAKIZAYA ACE;20722;ASTORIA ANCH;US;24/6/2019 19:13;1;72 |
| 354048000;SAKIZAYA ACE;12424;KALAMA;US;24/6/2019 23:36;0;72 |
| 374179000;SAKIZAYA NOBLE;12424;KALAMA;US;12/7/2019 8:36;0;70 |
| 372094000;DAIWAN DOLPHIN;22449;TACOMA ANCH;US;18/7/2019 18:55;0;66 |
| 356822000;BUNUN WISDOM;218;PORTLAND OR;US;17/9/2019 18:26;1;67 |
| 356822000;BUNUN WISDOM;22449;TACOMA ANCH;US;19/9/2019 3:30;0;67 |
| 371133000;DAIWAN CHAMPION;679;PORT ANGELES;US;19/9/2019 15:30;0;88 |
| 356822000;BUNUN WISDOM;22449;TACOMA ANCH;US;23/9/2019 0:24;1;67 |
| 353424000;AMIS INTEGRITY;20722;ASTORIA ANCH;US;10/10/2019 20:11;0;71 |
| 353424000;AMIS INTEGRITY;21657;VANCOUVER;US;16/10/2019 0:45;0;71 |
| 477127400;BUNUN ELEGANCE;22552;LOWER VANCOUVER ANCH;US;16/10/2019 19:10;0 |
| 477127400;BUNUN ELEGANCE;218;PORTLAND OR;US;16/10/2019 20:42;0;66 |
| 372883000;AMIS DOLPHIN;20722;ASTORIA ANCH;US;2/12/2019 17:52;0;65 |
| 372883000;AMIS DOLPHIN;218;PORTLAND OR;US;3/12/2019 3:44;0;64 |
| 372883000;AMIS DOLPHIN;218;PORTLAND OR;US;6/12/2019 7:40;0;110 |
| 477127400;BUNUN ELEGANCE;20722;ASTORIA ANCH;US;10/1/2020 23:00;0;63 |
| 371071000;SCARLET FALCON;22121;LONG BEACH ANCH;US;11/1/2020 0:22;0;72 |
| 353865000;SAKIZAYA ORCHID;213;NEW ORLEANS;US;11/1/2020 12:47;0;75 |
| 357086000;AMIS WISDOM II;213;NEW ORLEANS;US;12/1/2020 15:17;1;120 |

| |
|---|
| 477127400;BUNUN ELEGANCE;20722;ASTORIA ANCH;US;14/1/2020 7:23;1;63 |
| 477127400;BUNUN ELEGANCE;218;PORTLAND OR;US;14/1/2020 13:51;0;63 |
| 636018636;AMIS NATURE;20722;ASTORIA ANCH;US;25/1/2020 3:50;0;64 |
| 636018636;AMIS NATURE;12424;KALAMA;US;30/1/2020 6:27;0;64 |
| 636018636;AMIS NATURE;12424;KALAMA;US;4/2/2020 8:17;1;125 |
| 354909000;SAKIZAYA HERO;20722;ASTORIA ANCH;US;21/2/2020 14:26;1;70 |
| 374677000;AMIS HERO;20722;ASTORIA ANCH;US;22/2/2020 1:57;1;67 |
| 354909000;SAKIZAYA HERO;12424;KALAMA;US;22/2/2020 3:04;0;70 |
| 374677000;AMIS HERO;12424;KALAMA;US;22/2/2020 7:05;0;67 |