# EXHIBIT 12

🏠 » Search » Ship info

**Go to My Equasis →**

**Ship info**

### AMIS INTEGRITY  -  IMO n° **9732412**

See picture on MarineTraffic (http://www.marinetraffic.com/en/photos/of/ships/imo:9732412)

| | |
|---|---|
| **Flag** | (Panama) |
| **Call Sign** | H9XQ |
| **MMSI** | 353424000 |
| **Gross tonnage** | 35825 (since 01/07/2017) |
| **DWT** | 63483 |
| **Type of ship** | Bulk Carrier (since 01/07/2017) |
| **Year of build** | 2017 |
| **Status** | In Service/Commission (since 14/07/2017) |

**Last update of ship particulars 29/10/2019**

| Ship info | Inspections (10) | Ship History |
|---|---|---|

**❓ Overview**

The ship is classed by (at least) one of the IACS member societies
**0.0%** Of inspections having led to a detention in last 36 months
**Flag performance**

   Paris MOU ⭕ White

   Tokyo MOU ⭕ White

**Flag targeting**

   USCG: targeted flag

RO Performances → (../restricted/ROPerf?fs=ShipInfo)

**❓ Management detail**

## WISDOM MARINE LINES SA →

| | |
|---|---|
| IMO number | 1836229 |
| Role | (Ship manager/Commercial manager) |
| Address | 2nd Floor, 237, Fuxing S Road, Section 2, Da-an District, Taipei City, 10667, China, Republic of (Taiwan) |
| Date of effect | since 14/07/2017 |

## WISDOM MARINE INTL INC →

| | |
|---|---|
| IMO number | 5596374 |
| Role | ISM Manager |
| Address | Room 711, 7th Floor, 237, Fuxing S Road, Section 2, Da-an District, Taipei City, China, Republic of (Taiwan) |
| Date of effect | since 14/07/2017 |

## AMIS INTEGRITY SA →

| | |
|---|---|
| IMO number | 5993625 |
| Role | Registered owner |
| Address | Care of Wisdom Marine Lines SA , 2nd Floor, 237, Fuxing S Road, Section 2, Da-an District, Taipei City, 10667, China, Republic of (Taiwan) |
| Date of effect | since 14/07/2017 |

❓ **Classification** ⌄

❓ **P&I Information** ⌄

❓ **Geographical Information** ⌄

**Convention, Association and Manning** ⌄

**Equasis's contributors**

 (http://www.mar.mil.br/)

 (http://www.tc.gc.ca/eng/marinesafety/oep-inspection-menu-770.htm)

 (http://www.emsa.europa.eu/)

 (http://www.developpement-durable.gouv.fr/)

 (http://www.mofa.go.jp/)

 (http://www.korea.net/)

 (http://www.norway.no/)

 (https://www.fomento.gob.es/MFOM/LANG_CASTELLANO/DIRECCIONES_GENERALES/MARINA_MERCANTE/home)

