# EXHIBIT 15

<u>Huan Jang, Wisdom Marine Group</u>

| | |
|---|---|
| 寄件者: | Bryan Chang, Wisdom Marine [op04@wisdomlines.com.tw] |
| 寄件日期: | Friday, July 12, 2019 14:49 |
| 收件者: | 'Master, Amis Integrity' |
| 副本: | 'Curly Tsao, Wisdom Marine'; 'Daniel Lin, Wisdom Marine'; 'WISDOM SUPPLY'; 'Wisdom Marine Group (Claudia Ou)'; 'Wisdom Marine Group (Max Hsu)'; 'Wisdom (MIS)'; 'Bryan Chang, Wisdom Marine' |
| 主旨: | RE: Amis Integrity Service Withdrawn by Wisdom (URGENT) |

Dear Capt Yang,

Good day!

Further to below,
為避免租家或次租家方面以不實資訊騷擾船上或製造麻煩，請船長接到任何船東以外人士的信件、電話時都先不要回應任何資訊，並在了解其身分後盡快通知船東，如果有可疑人士自稱、假冒船東與船上聯繫，也務必向業務負責人確認其身分，從即刻船上任何對外回應都請取得船東同意，直到船東有後續指示為止。
感謝船長的配合!

Best regards,

Bryan Chang
Operation Department
Wisdom Marine Group (as Managers)
---
Tel: +886-2-2755-2637 ext. 771
Fax: +886-2-2755-6865
Email: op04@wisdomlines.com.tw

---

**From:** Curly Tsao, Wisdom Marine [mailto:op04@wisdomlines.com.tw]
**Sent:** Friday, July 12, 2019 2:06 PM
**To:** 'Master, Amis Integrity'
**Cc:** 'Curly Tsao, Wisdom Marine'
**Subject:** Amis Integrity Service Withdrawn by Wisdom (URGENT)

Dear Master, Good Day,

由於我們已正式通告租家將貴輪抽船停止服務，麻煩船長現在立刻調轉航向往 Paranagua, Brazil 開航並參照以下:

1. 請繼續 ECO-SPD 開至 Paranagua 並回報抵達時 ETA 與重油輕油各自之 BROB?
2. 即刻起請勿再回覆原本大租家 24 Vision 小租家 Drybulk 各種信件，之後統一由公司與他們談即可。
3. 請問船長夏季吃水 13.418 米之 TPC 多少?

如有不清楚請再隨時與我聯繫，謝謝

Curly Tsao

1

AMIS0313

Operation Department
Wisdom Marine Group
T: +886-2-2755-2637 ext. 754
E: op04@wisdomlines.com.tw

AMIS0314

Huan Jang, Wisdom Marine Group

| | |
|---|---|
| 寄件者: | Master, Amis Integrity [master.amisintegrity@wisdom.amosconnect.com] |
| 寄件日期: | Friday, July 12, 2019 14:55 |
| 收件者: | Curly Tsao,    Wisdom Marine |
| 主旨: | Re: Amis Integrity Service Withdrawn by Wisdom (URGENT) |

FM: M.V AMIS INTEGRITY
DD: 12TH-JUL-2019
REF NO.:

DEAR MR. TSAO,

GOOD DAY,

WELL RCVD YR E-MAIL TKS!

B/RGDS
Master of M.V "AMIS INTEGRITY" YANG XIAOJUN
TEL: +870 773804096
Mobile: +886 966650286
E-MAIL: master.amisintegrity@wisdom.amosconnect.com

-----
From: Curly Tsao, Wisdom Marine
Date: Fri, 12 Jul 2019 06:14 +0000 Msg: AMOS-1402367062
Subject: RE: Amis Integrity Service Withdrawn by Wisdom (URGENT)
To: 'Master, Amis Integrity'
Cc: 'Curly Tsao, Wisdom Marine'

Dear Master,

1.   新的航次預計今天 or 這周末訂下，一旦訂下會立刻轉知船上。

2.   加油計劃預計下周告知，訂下會再連同代理資訊轉告船長

Curly

From: Curly Tsao, Wisdom Marine [mailto:op04@wisdomlines.com.tw]
Sent: Friday, July 12, 2019 2:06 PM
To: 'Master, Amis Integrity'
Cc: 'Curly Tsao, Wisdom Marine'
Subject: Amis Integrity Service Withdrawn by Wisdom (URGENT)

Dear Master, Good Day,

1

AMIS0315

由於我們已正式通告租家將貴輪抽船停止服務,麻煩船長現在立刻調轉航向往 Paranagua, Brazil 開航並參照以下:

1.　請繼續 ECO-SPD 開至 Paranagua 並回報抵達時 ETA 與重油輕油各自之 BROB?

2.　即刻起請勿再回覆原本大租家 24 Vision 小租家 Drybulk 各種信件,之後統一由公司與他們談即可。

3.　請問船長夏季吃水 13.418 米之 TPC 多少?

如有不清楚請再隨時與我聯繫,謝謝

Curly Tsao

Operation Department

Wisdom Marine Group

T: +886-2-2755-2637 ext. 754

E:   <mailto:op02@wisdomlines.com.tw> op04@wisdomlines.com.tw

2

AMIS0316