# EXHIBIT 18

21/10/2019                                    Roundcube Webmail :: Re: Amis Integrity - Drybulk - Notice

**Subject** **Re: Amis Integrity - Drybulk - Notice**
**From** Operations 24Vision <operations@drybulksingapore.com>
**To** Operations 24Vision <Operations@24vision.solutions>
**Copy** Claims <Claims@24vision.solutions>, Martin Lanting <MartinLanting@24vision.solutions>, Thomas Rolin Private <Thomas.Rolin.p@brsbrokers.com>
**Date** 2019-07-11 16:56

- Swift AMIS INTEGRITY 24VISION 11-07-2019 (4).pdf (~45 KB)
- Swift AMIS INTEGRITY 24VISION 11-07-2019 (5).pdf (~45 KB)
- Swift AMIS INTEGRITY 24VISION 11-07-2019 (6).pdf (~45 KB)
- Swift AMIS INTEGRITY 24VISION 11-07-2019 (7).pdf (~45 KB)
- Swift AMIS INTEGRITY 24VISION 11-07-2019 (8).pdf (~45 KB)
- Swift AMIS INTEGRITY 24VISION 11-07-2019 (9).pdf (~45 KB)
- Swift AMIS INTEGRITY 24VISION 11-07-2019 (1).pdf (~45 KB)
- Swift AMIS INTEGRITY 24VISION 11-07-2019 (2).pdf (~45 KB)
- Swift AMIS INTEGRITY 24VISION 11-07-2019 (3).pdf (~45 KB)

Dear Sirs,

Further to our below message, kindly find attached the swifts for both hires.

Best Regards
Dry Bulk Singapore

On 2019-07-11 15:04, operations@drybulksingapore.com wrote:

Dear Sirs,

Please note that after a lot of effort, both hires were paid today. Waiting for the swift confirmations shortly to be forwarded to you.

Best Regards,
Dry Bulk Singapore

On 2019-07-10 20:15, Operations 24Vision wrote:

| | |
|---|---|
| Subject | Re: Amis Integrity / Dry Bulk singapore pte - withdrawal of services |
| From | \<operations@drybulksingapore.com\> |
| To | Operations 24Vision \<Operations@24vision.solutions\> |
| Copy | \<thomas.rolin.p@brsbrokers.com\>, \<bulkopsmiddleeast@brsbrokers.com\>, Claims \<Claims@24vision.solutions\>, Amis Integrity Master \<master.amisintegrity@wisdom.amosconnect.com\> |
| Date | 2019-07-11 20:00 |

Dear Varun,

This email cannot be accepted since payment was affected today within banking hours, within your notice.

Swifts have been sent to you accordingly with value date today.

Hence the vessel is still on hire.

Best Regards,

Dry Bulk Singapore

On 2019-07-11 19:34, Operations 24Vision wrote:

```
To DryBulk Singapore Pte Ltd
Cc : Capt Mv amis integrity
Cc : BRS (brokers)

Dear sirs,

We refer to the below messages and our notice of default of the charter party dated the 8th of July
2019. Despite our repeated reminders the funds have not been received on our account and have therefore
not been placed at the immediate disposal of the Owners while 3 clear banking days as per pro forma
clause 11(b) have elapsed. Absent of timely payment, we herewith notify the Charterers of the immediate
withdrawal of the mv "Amis Integrity" from the charter party dated 10 of January 2019 as amended on the
8th of February 2019, as per clause 11(a) and 11(b) of the pro forma charter.

This notice of withdrawal is without prejudice to Owner's right to claim hire for the full duration of
the charter party and any damages, costs and/or losses whatsoever as a consequence of Charterer's
default of the charter party terms including but not limited to the costs of bringing the vessel to the
agreed redelivery location.

The master and Owners shall be informed that Dry-Bulk Singapore herewith has lost any entitlement to
give voyage instructions in relation to the vessel, which shall be considered null and void going
forward. We trust to have informed you sufficiently and we shall submit our claim for Charterer's
repudiatory breach of the charter party in due course.

Varun Ganesan
24Vision Chartering Solutions DMCC
+971529463711

Sent from my iPhone
```