# EXHIBIT 19

Case 3:19-cv-01671-BR    Document 81-22    Filed 03/20/20    Page 2 of 7

17/3/2020                    Roundcube Webmail :: AMIS INTEGRITY. Purported withdrawal of vessel. URGENT.

| | |
|---|---|
| Subject | **AMIS INTEGRITY. Purported withdrawal of vessel. URGENT.** |
| From | Dominic Ward <dominic.ward@andrewjackson.co.uk> |
| To | 'Operations@24Vision.Solutions' <Operations@24Vision.Solutions> |
| Copy | operations@drybulksingapore.com <operations@drybulksingapore.com>, 'MartinLanting@24Vision.Solutions' <MartinLanting@24Vision.Solutions>, 'Thomas.Rolin.p@brsbrokers.com' <Thomas.Rolin.p@brsbrokers.com>, 'Claims@24Vision.Solutions' <Claims@24Vision.Solutions>, 'master.amisintegrity@wisdom.amosconnect.com' <master.amisintegrity@wisdom.amosconnect.com>, 'op04@wisdomlines.com.tw' <op04@wisdomlines.com.tw> |
| Date | 2019-07-11 20:55 |
| Priority | Highest |

Dear Sirs,

We are instructed by Dry Bulk Shipping ("DBS").

We understand that you have notified our client that the vessel is withdrawn from their service due to alleged late payment of hire.

For the reasons given below your actions are unlawful and our client must insist that you cancel the withdrawal notice and confirm that the charter is reinstated on the same terms as previously agreed.

The withdrawal is unlawful because it has been exercised before the expiry of the grace period notice.

The wording of the charter requires the owner to give 3 "clear days" notice before the right to withdraw can be exercised.

The notice was issued on Monday. In calculating periods of time, where a provision refers to "clear days" the day the notice is issued is not included in the calculation and neither is the day on which the consequent event is to take place. Accordingly the charterers are required to make the hire payment by Thursday (today) and the earliest that the withdrawal can take place is Friday (tomorrow). It follows that the issuing of the notice of withdrawal today is premature

DBS paid hire today and you were sent a copy of the swift confirmation of the payment showing value today. The payment was therefore made within the grace period. The charter makes clear that if the payment is made within the grace period (as it has been ) it is regarded as punctual payment of hire.

Unless you confirm that the withdrawal is cancelled, by return, our client will suffer losses and expense and these will be claimed against you including, if necessary , proceedings to secure our clients claim.

We trust that this will not be necessary and that, in view of the clearly unlawful withdrawal of the vessel, as explained above, the charter will be confirmed as continuing/reinstated.


**Dominic Ward**
**Senior Partner**
**For and on behalf of Andrew Jackson Solicitors LLP**

DDI/Fax: **+44 (0) 1482 601 201**
Mobile: **+44 (0) 7740 406 227**
Out Of Hours: **+44 (0) 8701 296 014**
Main Tel: **+44 (0) 1482 325 242**
Email: **dominic.ward@andrewjackson.co.uk**

Case 3:19-cv-01671-BR   Document 81-22   Filed 03/20/20   Page 3 of 7

17/3/2020                    Roundcube Webmail :: AMIS INTEGRITY. Purported withdrawal of vessel. URGENT.

Address: **Marina Court, Castle Street, Hull, HU1 1TJ**
Web: **www.andrewjackson.co.uk**

**Bank account fraud - If you receive an email or phone call purporting to be from us, informing you that our bank details have changed, it is likely to be an attempted fraud. If this occurs, please report it immediately to our Client Service and Compliance Department on 01482 601340 who will verify our bank details.**

Andrew Jackson Solicitors LLP is a limited liability partnership, registered in England and Wales, under registration number OC415019, registered office Marina Court, Castle Street, Hull, HU1 1TJ and is authorised and regulated by the Solicitors Regulation Authority (SRA No 636741).

A list of partners (which is a title used by both members and certain non-member employees), is available for inspection at the registered office.

This e-mail and any attachments are intended solely for the addressee and may contain confidential information and may be legally privileged. If you receive this e-mail in error please send it back to the sender by return and immediately and permanently delete it and any attachments. You must not use, copy or disclose the information contained in this e-mail or any attachment. This e-mail and all other arrangements between us will be subject to our terms and conditions and data will be processed in accordance with our privacy policy copies of which can be found on our website are available upon request.

## Alvin Looi

**From:** YG Lin <wisdom-marine@umail.hinet.net>
**Sent:** 12 July 2019 07:41
**To:** WISDOM MIKE 趙子隆; WISDOM OP4; Wisdom Claims; A Karin Hsieh
**Subject:** Fwd: AMIS INTEGRITY. Purported withdrawal of vessel. URGENT.

MIKE-TINA-CURLY-HUAN/YG

G MRNG

PLS REFER TO FLLG

開始轉寄郵件：

寄件人: Operations 24Vision <Operations@24Vision.Solutions>
日期: 2019年7月12日 GMT+8 02:42:04
收件人: Dominic Ward <dominic.ward@andrewjackson.co.uk>
副本: "operations@drybulksingapore.com" <operations@drybulksingapore.com>, Martin Lanting <MartinLanting@24Vision.Solutions>, "Thomas.Rolin.p@brsbrokers.com" <Thomas.Rolin.p@brsbrokers.com>, Claims <Claims@24Vision.Solutions>, Operations 24Vision <Operations@24Vision.Solutions>
標題: Re: AMIS INTEGRITY. Purported withdrawal of vessel. URGENT.

Dear mr. Ward,

Reference is made to your below message and we have noted your appointment on behalf of Dry-Bulk Singapore.

As background information, your client has had continuous issues with timely payment of hire throughout the currency of this charter party, over which many warning messages were send in advance. The Owners still have to receive the hire as from the 23rd of June 2019 at 07:42 hrs onwards, while your client is under the obligation to pay hire very 15 days in advance. We are out of patience.

The anti-technicality notice was validly tendered on Monday the 8th of July 2019 and we have provided the Charterers with 3 clear Singapore banking days to rectify their default. They have not done so timely, as no funds have been received on our account. This means have now validly withdrawn the vessel from the charter party, due to the Charterer's default of their primary obligation; to pay hire timely.

This means that the notice stands unamended and remains in full force. The Owners shall submit their full claim for Charterer's repudiatory breach accordingly, and any purported counter claim is expressly rejected.

1

AMIS0309

All Owner's rights and remedies are strictly reserved.

Varun Ganesan
24Vision Chartering Solutions DMCC
+971529463711

Sent from my iPhone

On Jul 11, 2019, at 9:55 PM, Dominic Ward <dominic.ward@andrewjackson.co.uk> wrote:

Dear Sirs,

We are instructed by Dry Bulk Shipping ("DBS").

We understand that you have notified our client that the vessel is withdrawn from their service due to alleged late payment of hire.

For the reasons given below your actions are unlawful and our client must insist that you cancel the withdrawal notice and confirm that the charter is reinstated on the same terms as previously agreed.

The withdrawal is unlawful because it has been exercised before the expiry of the grace period notice.

The wording of the charter requires the owner to give 3 "clear days" notice before the right to withdraw can be exercised.

The notice was issued on Monday. In calculating periods of time, where a provision refers to "clear days" the day the notice is issued is not included in the calculation and neither is the day on which the consequent event is to take place. Accordingly the charterers are required to make the hire payment by Thursday (today) and the earliest that the withdrawal can take place is Friday (tomorrow). It follows that the issuing of the notice of withdrawal today is premature

DBS paid hire today and you were sent a copy of the swift confirmation of the payment showing value today. The payment was therefore made within the grace period. The charter makes clear that if the payment is made within the grace period (as it has been ) it is regarded as punctual payment of hire.

2

AMIS0310

Unless you confirm that the withdrawal is cancelled, by return, our client will suffer losses and expense and these will be claimed against you including, if necessary, proceedings to secure our clients claim.

We trust that this will not be necessary and that, in view of the clearly unlawful withdrawal of the vessel, as explained above, the charter will be confirmed as continuing/reinstated.

Dominic Ward

Senior Partner
For and on behalf of Andrew Jackson Solicitors LLP

DDI/Fax: +44 (0) 1482 601 201

Mobile: +44 (0) 7740 406 227
Out Of Hours: +44 (0) 8701 296 014

Main Tel: +44 (0) 1482 325 242

Email: dominic.ward@andrewjackson.co.uk

Address: Marina Court, Castle Street, Hull, HU1 1TJ

Web: <http://www.andrewjackson.co.uk> www.andrewjackson.co.uk

Bank account fraud - If you receive an email or phone call purporting to be from us, informing you that our bank details have changed, it is likely to be an attempted fraud. If this occurs, please report it immediately to our Client Service and Compliance Department on 01482 601340 who will verify our bank details.

Andrew Jackson Solicitors LLP is a limited liability partnership, registered in England and Wales, under registration number OC415019, registered office Marina Court, Castle Street, Hull, HU1 1TJ and is authorised and regulated by the Solicitors Regulation Authority (SRA No 636741).

A list of partners (which is a title used by both members and certain non-member employees), is available for inspection at the registered office.

AMIS0311

This e-mail and any attachments are intended solely for the addressee and may contain confidential information and may be legally privileged. If you receive this e-mail in error please send it back to the sender by return and immediately and permanently delete it and any attachments. You must not use, copy or disclose the information contained in this e-mail or any attachment. This e-mail and all other arrangements between us will be subject to our terms and conditions and data will be processed in accordance with our privacy policy copies of which can be found on our website are available upon request.

AMIS0312