Markus B.G. Oberg, OSB #112187
Daniel J. Park, OSB #132493
LE GROS BUCHANAN & PAUL
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Phone: 206-623-4990
Facsimile: 206-467-4828
Email: moberg@legros.com
Email: dpark@legros.com
Attorneys for Amis Integrity S.A.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD, <br><br> Plaintiff, <br><br> v. <br><br> Amis Integrity S.A., *in personam* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, <br><br> Defendants. | Case No. 3:19-cv-01671-BR <br><br> IN ADMIRALTY <br><br> DECLARATION OF MARKUS OBERG IN SUPPORT OF MOTION TO DISMISS FOR IMPROPER SERVICE, INSUFFICENT PROCESS AND LACK OF PERSONAL JURISDICTION |

I, MARKUS OBERG, declare as follows:

1. I am over the age of majority and, except as otherwise indicated, make this declaration on personal knowledge, and am competent to testify regarding the facts contained herein.

2. I am one of the attorneys representing Amis Integrity, S.A. in the above-captioned matter.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email my client received from Fernando Alfaro with Morgan & Morgan in Panama, transmitting the pleadings relating to this matter which Morgan & Morgan received in an envelope on March 5, 2020, and explaining that this does not constitute proper service under Panamanian law.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF OREGON AND THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED this 26th day of March, 2020 signed at Seattle, Washington.

*s/ Markus B.G. Oberg*
Markus B. G. Oberg

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all associated counsel.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 26th day of March, 2020.

<u>*s/ Shelley Courter*</u>
Shelley Courter, Legal Assistant
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Telephone: 206-623-4990
Facsimile: 206-467-4828
E-mail: scourter@legros.com