**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Michael G. Chalos, *admitted PHV*
Email: michael.chalos@chaloslaw.com
CHALOS & CO, P.C.

   *Attorneys for Plaintiff,*
   *Dry Bulk Singapore Pte. Ltd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD., <br><br>　　　　　Plaintiff, <br><br> vs. <br><br> AMIS INTEGRITY S.A. *in personam* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc.*, in rem.*, <br><br>　　　　　Defendants. | No.  3:19-CV-01671-BR <br><br> **Admiralty** <br><br><br> **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DRY BULK SINGAPORE PTE. LTD.** |

## **MOTION**

Pursuant to LR 83-11, counsel for defendant Dry Bulk Singapore Pte. Ptd. ("Dry Bulk") move the Court for an order allowing David R. Boyajian and C. Kent Roberts and Schwabe Williamson & Wyatt PC and Michael G. Chalos and Chalos & Co., P.C. to withdraw as counsel

Page 1 -    **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DRY BULK SINGAPORE PTE. LTD.**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\135224\250826\DBO\27654301.1

for Dry Bulk. Professional considerations require both firms to terminate their representation.

Dry Bulk also requests a 60-day stay in order for Dry Bulk to seek out and engage new counsel. Dry Bulk specifically requests that the 60-day stay apply to Dry Bulk's obligation to post counter-security, per this Court's order.

Counsel for Dry Bulk conferred with Counsel for Defendant. Defendants do not oppose this motion or the requested 60-day stay, except that Defendants ask that the requested stay not apply to Dry Bulk's deadline to post counter-security.

DATED: April 9, 2020  Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: *s/David R. Boyajian*
David R. Boyajian, OSB #112582
dboyajian@schwabe.com
Kent Roberts, OSB #801010
ckroberts@schwabe.com
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

CHALOS & CO, P.C.

By: *s/ Michael G. Chalos*
Michael G. Chalos, admitted *PHV*
Email: michael.chalos@chaloslaw.com
CHALOS & CO, P.C.
55 Hamilton Ave.
Oyster Bay, NY 11771
Telephone: 516.584.2062
Facsimile: 516.750.9051

*Attorneys for Plaintiff,*
*Dry Bulk Singapore PTE. LTD.*

Page 2 - **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DRY BULK SINGAPORE PTE. LTD.**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all associated counsel.

BY: *s/ David R. Boyajian*
David R. Boyajian, OSB #112582

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900