**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Michael G. Chalos, *admitted PHV*
Email: michael.chalos@chaloslaw.com
CHALOS & CO, P.C.

   *Attorneys for Plaintiff,
   Dry Bulk Singapore Pte. Ltd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AMIS INTEGRITY S.A. *in personam* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc.*, in rem.*, <br><br> Defendants. | No. 3:19-CV-01671-BR <br><br> **Admiralty** <br><br> **DECLARATION OF DAVID R. BOYAJIAN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DRY BULK SINGAPORE PTE. LTD.** |

I, David R. Boyajian, declare as follows:

1.     I am counsel for Dry Bulk Singapore PTE. LTD.

Page 1 -    DECLARATION OF DAVID R. BOYAJIAN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DRY BULK SINGAPORE PTE. LTD.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

2. Professional considerations require my firm to terminate our representation of the Plaintiff.

3. Counsel for Dry Bulk conferred with Counsel for Defendant. Defendants do not oppose this motion or the requested 60-day stay, except that Defendants ask that the requested stay not apply to Dry Bulk's deadline to post counter-security.

Dated this 9th day of April, 2020.

                                                                      BY:   *s/ David R. Boyajian*
                                                                                 David R. Boyajian, OSB #112582
                                                                                 dboyajian@schwabe.com

Page 2 - DECLARATION OF DAVID R. BOYAJIAN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DRY BULK SINGAPORE PTE. LTD.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

# CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all associated counsel.

                BY:   *s/ David R. Boyajian*
                          David R. Boyajian, OSB #112582

Page 3 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900