Markus B.G. Oberg, OSB #112187
Daniel J. Park, OSB #132493
LE GROS BUCHANAN & PAUL
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Phone: 206-623-4990
Facsimile: 206-467-4828
Email: moberg@legros.com
Email: dpark@legros.com
Attorneys for Defendant Amis Integrity S.A.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD, <br><br> Plaintiff, <br><br> v. <br><br> Amis Integrity S.A., *in personam* and M/V AMIS INTEGRITY (IMO 9732412) her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, <br><br> Defendants. | Case No. 3:19-cv-01671-BR <br><br> IN ADMIRALTY <br><br> DEFENDANT AMIS INTEGRITY S.A.'S RESPONSE IN OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL |

Defendant Amis Integrity S.A., through counsel of record, respectfully submits the following Response in Opposition to Motion to Withdraw.

Any stay or withdrawal must be conditioned on compliance with the Court's March 11, 2020 Order requiring Plaintiff to post countersecurity by April 30, 2020. The

DEFENDANT AMIS INTEGRITY S.A.'S RESPONSE IN OPPOSITION
TO MOTION TO WITHDRAW AS COUNSEL - Page 1
[Case No. 3:19-cv-01671-BR]

{29293-00599307;1}

alternative would permit withdrawal or termination of representation to function as a tactic for a further extension in direct conflict with the Court's Order.

Pursuant to LR 83-11(a), withdrawal is a matter of the Court's discretion. As indicated in the Motion, Defendant's primary concern is that any stay or withdrawal not impact the March 11, 2020 Order (Dkt. 75). On February 11, 2020, consistent with Supplemental Admiralty Rule E(7)(a) the Court ordered Plaintiff to post counter security by March 12, 2020, in order to continue prosecution of this arrest action—an arrest Defendant continues to maintain was wrongful and lacking foundation. Dkt. 60. Despite having 30 days to comply (where Defendant had only a few days to post $2,500,000), Plaintiff sought an extension. The Court allowed an additional 48 days, but clearly stated that no further extensions would be allowed. Dkt. 75. Thus the Court has already afforded Plaintiff over two-and-half months to comply with what is a fundamental obligation for continued prosecution. Rule E(7)(a). Whatever the reasons for the requested withdrawal and stay, it cannot become a tool for non-compliance.

For these reasons, any stay or withdrawal must be conditioned on compliance with the Court's March 11, 2020 Order requiring Plaintiff to post counter security by April 30, 2020.

Respectfully submitted this 10th day of April, 2020.

                LE GROS, BUCHANAN & PAUL

                By: *s/ Markus B.G. Oberg*
                By: *s/ Daniel J. Park*
                    MARKUS B.G. OBERG, OSB #112187
                    DANIEL J. PARK, OSB #132493
                    4025 Delridge Way SW, Suite 500
                    Seattle, Washington 98106-1271

DEFENDANT AMIS INTEGRITY S.A.'S RESPONSE IN OPPOSITION
TO MOTION TO WITHDRAW AS COUNSEL - Page 2
[Case No. 3:19-cv-01671-BR]

{29293-00599307;1}

Phone: 206-623-4990
Facsimile: 206-467-4828
Email: moberg@legros.com
Email: dpark@legros.com

Attorneys for Defendant Amis Integrity, S.A.

DEFENDANT AMIS INTEGRITY S.A.'S RESPONSE IN OPPOSITION
TO MOTION TO WITHDRAW AS COUNSEL - Page 3
[Case No. 3:19-cv-01671-BR]

{29293-00599307;1}

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Anna J. Brown and serve it on all associated counsel.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 10th day of April, 2020.

        *s/ Shelley Courter*
        Shelley Courter, Legal Assistant
        LeGros Buchanan & Paul
        4025 Delridge Way SW, Suite 500
        Seattle, Washington 98106-1271
        Telephone: 206-623-4990
        Facsimile: 206-467-4828
        E-mail: scourter@legros.com

DEFENDANT AMIS INTEGRITY S.A.'S RESPONSE IN OPPOSITION
TO MOTION TO WITHDRAW AS COUNSEL - Page 4
[Case No. 3:19-cv-01671-BR]

{29293-00599307;1}