# EXHIBIT B

Claim Assignment Agreement

The undersigned, **GP Global APAC Pte. Ltd. and GP Global ARA BV (collectively "GP Global")** (hereinafter referred to as the "ASSIGNOR"), for value received, hereby irrevocably transfers, assigns, grants and confers and agrees to transfer, assign, forever grant and confer, free from all liens, charges and other encumbrances, all its present and future rights, title, benefit and interest in and over all rights, entitlements, benefits and claims that RELEASORS have against Dry Bulk Singapore Pte Ltd. including (but without prejudice to the generality of the foregoing) all claims that ASSIGNOR has against Dry Bulk Singapore Pte Ltd. pertaining to bunkers provided by GP Global ARA BV on or about 5 July, 2019 to the MV AMIS INTEGRITY (the "VESSEL") at Cape Town, South Africa, and bunkers provided on 1 June, 2019 by GP Global APAC Pte. Ltd. to the VESSEL at Singapore, both on the order of   then charterer of the VESSEL Dry Bulk Singapore Pte Ltd., to **Amis Integrity SA and M/V AMIS INTEGRITY** , jointly and severally (herein, ASSIGNEE) and the ASSIGNEE agrees to the assignment without recourse to the ASSIGNOR other than as permitted under prior written agreements.

Specifically the assigned claims are as follows:

**1.      Assigned Claims:**

   (a) Bunker claim in the amount of USD $69,255.39, including the principal amount of USD $50,419.66 of bunkers provided by GP Global ARA BV on or about 5 July, 2019 to the VESSEL at Cape Town, South Africa, on the order of   then charterer of the VESSEL Dry Bulk Singapore Pte Ltd., **plus** all contractual interest, attorneys fees and costs as provided by the respective contractual terms of ASSIGNOR and part of the ASSIGNOR'S contract with Dry Bulk Singapore Pte Ltd. found at http://www.gpglobal.com/wp-content/uploads/2019/09/general-terms-of-sale-of-bunker-fuel_rotterdam.pdf (GP Global ARA BV), as evidenced by the invoice with invoice number SIP-19-07-199-NL (GP Global ARA BV) dated 5 July, 2019, due 4 August, 2019. A true and correct copy of the invoice is attached as <u>Exhibit 1</u>.

   (b) Bunker claim in the amount of USD $314,001.65, including the principal amount of USD $228,601.08 of bunkers provided on 1 June, 2019 by GP Global APAC Pte. Ltd. to the VESSEL at Singapore, on the order of   then charterer of the VESSEL Dry Bulk Singapore Pte Ltd., **plus** all contractual interest, attorneys fees and costs as provided by the respective contractual terms of ASSIGNOR and part of the ASSIGNOR'S contract with Dry Bulk Singapore Pte Ltd. found at http://www.gpglobal.com/wp-content/uploads/2019/09/general-terms-of-sale-of-bunker-fuel_singapore.pdf (GP Global APAC Pte Ltd.), as evidenced by the invoice with invoice number SPI190305/IB/SG (GP Global APAC Pte. Ltd.) dated 1 June, 2019, due 1 July, 2019. A true and correct copy of the invoice is attached as <u>Exhibit 2</u>.

➢ <u>Total Sum of Assigned Claims: USD$383,257.03 and interests accrued thereon</u>

**2.      Scope of Assignment – Assigned Claims Only**.   This assignment is limited to the above referred to invoices.

**3.      Representation.**   ASSIGNOR represents and warrants and agrees that the ASSIGNOR has not assigned any of the assigned claim to any third party.

ASSIGNEE represents and warrants and agrees that it is the sole ASSIGNEE. ASSIGNEE further represents and warrants that any presentation of this assignment will solely be in the ASSIGNEE's name, and the ASSIGNOR no longer has any claims as to the assigned claims as herein provided.

**4.      Careful Review, Understanding and Voluntary Acceptance.**   The ASSIGNOR and the ASSIGNEE hereby declare and represent they have carefully read this Agreement and understand its terms and conditions without reservation.

**5.      Governing Law**. Assignor and the Assignee agree that the general maritime law and federal statutory laws of the United States govern all of the provisions of this Agreement.   If there are any gaps in the general maritime law and federal statutory laws of the United States or if the general maritime law or federal statutory laws of the United States do not address a disputed issue, the laws of the State of Oregon shall apply.

**6.      Exchange of Signatures by Facsimile or Other Electronic Means; No Original Necessary**.   This Agreement may be executed in counterparts, and signatures may be exchanged by facsimile or other electronic means.   No original shall be necessary to enforce or make operative this Agreement.

The Assignor and the Assignee agree that if any section, subsection, paragraph, portion, sentence or provision of this Agreement is declared invalid, illegal or unenforceable in any respect, then the invalidity, illegality, or unenforceability shall not affect the remaining sections, subsections, etc. of this Agreement which shall remain in full force and effect.

Each Party warrants and represents that it has the full right, power and authority to execute, deliver and perform this Assignment Agreement. Each signatory hereto warrants that he has the authority to enter into this Assignment Agreement on behalf of the Party whom he purports to represent.

**Amis Integrity SA / ASSIGNEE**

By: _____
Markus Oberg
Their Attorney, With Express Authority
Date: 23 September, 2020

**GP Global APAC Pte. Ltd. and GP Global ARA BV (collectively "GP Global") / ASSIGNOR**

By: _____
Name:   J. Stephen Simms
Their Attorney, With Express Authority
Date:     22 September, 2020

{29293-00637378;1}                                           2

<u>Exhibit 1</u> - Invoice with invoice number SIP-19-07-199-NL (GP Global ARA BV) dated 5 July, 2019, due 4 August, 2019



**GP Global ARA BV**
(FORMERLY KNOWN AS GULF PETROCHEM BV)
Wilhelminaplein 1, 16e verdieping,
3072DE Rotterdam
THE NETHERLANDS
Company Registration No. :65053516
VAT Registration No.: NL 855962264B01

Belgian VAT number via individual fiscal representative (VATSQUARE CVBA, Kolonieënsraaat 11, 1000 BRUSSELS):BE 0668 789 561

## Invoice

| To, | Invoice No. | Dated |
|---|---|---|
| Dry Bulk Singapore Pte Ltd | SIP-19-07-199-NL | 5/7/2019 |
| 1 Robinson Road | **Bunker Delivery Note No.** | **Delivery Date** |
| #17-00 AIA Tower |  |  |
| 048542 |  | 5/7/2019 |
| Singapore | **Payment Terms** | **Due Date** |
| Singapore | 30 Days from Date of Delivery | 4/8/2019 |
| VAT Registration No.: | **Sales Order No.** ||
|  | SO193017/NL ||
|  | **Vessel Name** ||
|  | Amit Integrity (IMO: 9732412) ||
|  | **Port of Delivery/Location** ||
|  | Cape Town ||

| Description Of Goods | Quantity | UOM | Unit Price (USD) | Amount (USD) |
|---|---|---|---|---|
| IFO 180CST Max 3.5% Sul | 100.039 | MT | 504.00 | 50,419.66 |
|  |  |  | VAT | 0.00 |
| Total | 100.039 |  |  | 50,419.66 |

**Amount Chargeable (In Words)**

**** FIFTY THOUSAND FOUR HUNDRED NINETEEN AND 66/100 USD

**PAYMENT TO BE EFFECTED IN US DOLLAR WITHOUT OFFSET, DEDUCTIONS, COUNTER CLAIMS TO:**

| | |
|---|---|
| **BENEFICIARY** | :GP Global ARA BV |
| **BENEFICIARY BANK** | :RABOBANK |
| **ADDRESS** | :Croeselaan 18, 3521 CB Utrecht, the Netherlands |
| **BENEFICIARY A/C NO** | :300 7094 20 (USD) |
| **SWIFT CODE** | :RABONL2UXXX |
| **IBAN CODE** | :NL24 RABO 0300 7094 20 |
| **CORRESPONDENT BANK** | :JPMorgan Chase Bank |
| **BRANCH** | :NEW YORK |
| **SWIFT CODE** | :CHASUS33 |

* Please note Wells Fargo Bank should not be used for any remittance as Remitting/Corresponding/Intermediary bank.

**GP Global ARA BV**

**Registered Address:**    :Wilhelminaplein 1, 16e verdieping, ,3072DE Rotterdam THE NETHERLANDS

This is computer generated Invoice

<u>Exhibit 2</u> - Invoice with invoice number SPI190305/IB/SG (GP Global APAC Pte. Ltd.) dated 1 June, 2019, due 1 July, 2019.



**GP GLOBAL APAC PTE. LTD.**

(FORMERLY KNOWN AS GULF PETROCHEM PTE LTD)

8 TEMASEK BOULEVARD ,#24-03, SUNTEC TOWER 3
SINGAPORE 038988
Tel : +6568846358  Fax +6568846359
Email : singapore@gpglobal.com
CO. GST REG. NO. :201011862M

# TAX INVOICE

| BUYER/APPLICANT | | INVOICE NO. | : | SPI190305/IB/SG |
|---|---|---|---|---|
| DRY BULK SINGAPORE PTE LTD | | DATE | : | 01-06-2019 |
| 1 ROBINSON ROAD | | SALES ORDER NO. | : | SO190319/IB/SG |
| AIA TOWER, SINGAPORE | | ORDER DATE | : | 31-05-2019 |
| SG 049246  SINGAPORE | | | | |
| VESSEL /BARGE /TANKER | : AMIS INTEGRITY | PAYMENT AT | : | 30 DAYS FROM DELIVERY DATE (DELIVERY DATE AS DAY ZERO) |
| PORT OF LOADING | : SINGAPORE PORT | DUE DATE | : | 01-07-2019 |
| FINAL DESTINATION | : CHINA | | | |
| BL/BDN/DO/CQ NO. | : F 017045 | | | |
| BL/BDN/DO/CQ DATE | : 01-06-2019 | | | |

| DESCRIPTION OF GOODS | | UOM | QTY | RATE IN USD | AMOUNT IN USD |
|---|---|---|---|---|---|
| FUELOIL 380 CST | | METRIC TON | 499.129 | 458.000 | 228,601.08 |
| FOR GST PURPOSE ONLY | | TOTAL | 499.129 | | 228,601.08 |
| EXCHANGE RATE | USD 1=1.3706 SGD | GST AMOUNT | | | 0.00 |
| GST TYPE | ZERO | **SUM TOTAL** | | | 228,601.08 |
| GST AMOUNT IN SGD | 0.00 SGD | | | | |
| STD (STANDARD-RATED), ZR (ZERO RATE), OS (OUT OF SCOPE ), M (MFT SCHEME- PAYMENT OF GST NOT REQUIRED UNDER THE APPROVED MFT SCHEME) | | | | | |

**** TWO HUNDRED TWENTY EIGHT THOUSAND SIX HUNDRED ONE AND 8/100 USD

| BENEFICIARY NAME | : GP GLOBAL APAC PTE. LTD. |
|---|---|
| BENEFICIARY BANK | : CREDIT SUISSE (SWITZERLAND) LTD |
| BANK ADDRESS | : TRADE FINANCE, RUE DE  LAUSANNE 11-19,GENEVA ,SWITZERLAND |
| SWIFT CODE | : CRESCHZZ80A |
| ACCOUNT NO. | : 0251125004592 |
| CORRESPONDING BANK | : BANK OF NEW YORK, NY |
| SWIFT | : IRVTUS3NXXX |
| IBAN NO. | : CH5604835125004592000 |

* Please note Wells Fargo Bank should not be used for any remittance as Remitting/Corresponding/Intermediary  bank.

LATE PAYMENT INTEREST WILL BE CHARGED AT TWO (2) % PER MONTH FROM DUE DATE UNTILL DATE OF SETTLEMENT

*PAYMENT SHOULD BE DONE ON DUE DATE OR PREVIOUS WORKING DAY IF DUE DATE FALLS ON SUNDAY OR A PUBLIC HOLIDAY.

SUPPLY AND DELIVERY OF MARINE FUEL IS SUBJECT TO OUR GENERAL TERMS AND CONDITIONS OF MARINE FUEL CONTRACT.

GP Global APAC Pte. Ltd.,Singapore

This is a computer generated invoice no signature required.