# EXHIBIT D

{FORMS-00194616;1}

**Daniel Park**

[redacted content]

**From:** J. Stephen Simms [mailto:jssimms@simmsshowers.com]
**Sent:** Tuesday, August 18, 2020 10:55 PM

1

**To:** ism@wisdomlines.com.tw; finance@wisdomlines.com.tw; chartering@wisdomlines.com.tw; Wisdom Lines (Asia) Operation <operation@wisdomlines-asia.com.sg>; Aaron Lin, Wisdom Marine <op02@wisdomlines.com.tw>
**Cc:** adm@wisdomlines.com.tw; adm@wisdomlines.com.tw; biz.op@wisdomlines.com.tw; ship@wisdomlines.com.tw; manning@wisdomlines.com.tw; paul_lo@wisdomlines.com.tw; britanniahk@tindallriley.com; bj@britanniajapan.co.jp; britanniasg@tindallriley.com; gmcgilvray@tindallriley.com; wwai@tindallriley.com; ntsui@tindallriley.com; jho@tindallriley.com; euly@btaiwan.com.tw; ruth@btaiwan.com.tw; brady@btaiwan.com.tw; Debra M. Hnat <dhnat@simmsshowers.com>; operation@wisdomlines-asia.com.sg; dbirch@tindallriley.com; ism@wisdomlines.com.tw; Christopher J. Lyon <cjlyon@simmsshowers.com>
**Subject:** M/V AMIS INTEGRITY (IMO 9732412), Arrest - Unpaid Bunkers - GP Global - Port of Recalada, Argentina ETA 16th September
**Importance:** High

**Also by Facsimile to  +886 2 8192 6089, +886 2 2755 6865**

**Mr Lan Chun Sheng**
**Chairman**

**Ms Lan Mei Chou**
**President**

**Peifen Lin**
**Finance Manager**

**Junsheng Zheng**
**General Manager**

**Wisdom Marine Lines SA**

**Copy Also to Britannia P&I**:

**Gordon McGilvray**
**DIVISIONAL DIRECTOR**
**Wing Wai**
**ASSOCIATE DIRECTOR**
**Nicole Tsui**
**CLAIMS MANAGER**
**Jason Ho**
**ASSISTANT CLAIMS MANAGER**
**Euly Luo**
**CORRESPONDENT**
**Ruth Chen**
**CORRESPONDENT**
**Brady Huang**
**CORRESPONDENT**
_____
Sirs/ Mesdames:

As you know, we are maritime lawyers instructed by bunker provider GP Global (https://www.gpglobal.com/portfolio/bunkering/) .

The GP Global companies provided bunkers to your vessel AMIS INTEGRITY ("Vessel") on the order of your head charterer, Dry Bulk Singpore, which has failed to pay for the bunkers:

> **For GP Global ARA BV, in the principal amount of USD 50,419.66**
> **For GP Global APAC Pte. Ltd., in the principal amount of  USD228,601.08**

We have continued to track the Vessel and note its ETA Port of Recalada, Argentina 16th September.

We attach the materials further confirming GP Global's arrest right at Recalada.

2

We would recommend to GP Global that –**not later than this Friday, 21st August** – to avoid the expense and delay to Owners for arrest at Recalada, to accept settlement by your payment of the principal amounts due (**GP Global ARA BV, in the principal amount of <u>USD 50,419.66;</u>  GP Global APAC Pte. Ltd., in the principal amount of  <u>USD228,601.08)</u>** – with the payments each be transmitted with immediate value to the two GP Global company's respective accounts, **on or before 21st August**.  The wiring information for each is set out on the invoices from each GP Global company, attached.

**<u>Please consequently act on this immediately</u>**.  Please send us by return, confirmation of your wires of the two principal amounts, set out above, so that the respective GP Companies may confirm receipt with their banks.  Please also understand that given time zones, you must complete the wires in time for confirmation within the banking hours of each bank, eg, Singapore ( for GP Global APAC Pte. Ltd) and Netherlands (for GP Global ARA BV), respectively.

Sincerely,
**J. Stephen Simms** | **SIMMS SHOWERS LLP**
O:  410-783-5795 | D:  443-290-8704
M: 410-365-6131 | F: 410-510-1789
jssimms@simmsshowers.com | www.simmsshowers.com