# EXHIBIT E

{FORMS-00194616;1}

# JULY 12 (ALL HOURS GREEK TIME (GMT +3)

Thomas Rolin
συνδέθηκε σήμερα στις 14:36

12/7/2019

Ok 04:48

Honestly 24 vision is talking nonsense here since their arguments are childish according to our lawyers 05:13

I believe wisdom withdrew the ship from them and now they try to do the same from us. The difference is we paid which 24 vision obviously did not 05:14

Also the vessel is already fixed and damages will be huge 05:15

I will ask Wisdom 05:22

Furthermore there are fuel bills coming So need to find a solution with wisdo 05:22

Maybe continue directly with them ? 05:23

Honestly my feeling is wisdom is behind this - he has called me many times to tell me what is going on with DBS - the risky fuel margin etc etc 05:24

Fuel margin we explained numerous times already. We cannot base our decisions on forecasts because they are usually wrong and we have undertaken to give them fuel at Rio grande Brazil if it is not enough to reach Recalada. However they need to appreciate that by giving them the loading plan of a sister vessel of a Greek owner the vessel can now load 43700 mt of cargo instead of the master's previous calculations of 42000 only, when he was leaving one cargo hold empty! We are far from perfect but we also know what we do in some areas 05:28

43700 v 42000 fm upriver 05:28

In any case I am sure they can appreciate it that a commercial solution is far better for all parties than wasting our time and money fighting in court 05:30

This is not first time 05:33

Just spoke to Wisdom 05:33