Markus B.G. Oberg, OSB #112187
Daniel J. Park, OSB #132493
LE GROS BUCHANAN & PAUL
4025 Delridge Way SW, Suite 500
Seattle, Washington  98106-1271
Phone:      206-623-4990
Facsimile: 206-467-4828
Email:  moberg@legros.com
Email:  dpark@legros.com
Attorneys for M/V AMIS INTEGRITY, *in rem*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DRY BULK SINGAPORE PTE. LTD,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>M/V AMIS INTEGRITY (IMO 9732412), her engines, freights, apparel, appurtenances, tackle, etc., *in rem*,<br><br>　　　　　Defendant. | Case No. 3:19-cv-01671-IM<br><br>IN ADMIRALTY<br><br>**STIPULATION FOR ORDER TO WITHDRAW FUNDS AND DISBURSE** |

### **STIPULATION**

On February 11, 2020, the Court ordered Plaintiff Dry Bulk Singapore Pte. Ltd. ("Plaintiff") to post security in the amount of $350,000.00 in relation to the counterclaim for wrongful arrest asserted by Defendant M/V AMIS INTEGRITY ("Defendant").  (ECF 60). On or about June 17, 2020, Tradewind GMBH, on behalf of Plaintiff, deposited $350,000.00

STIPULATION FOR ORDER TO WITHDRAW FUNDS AND DISBURSE -
Page 1
[Case No. 3:19-cv-1671-IM]

{29293-00924125;1}

with the Clerk of Court (the "Countersecurity").  (ECF 94).  The Clerk issued a Notice of Deposit stating that the Countersecurity was deposited into a non-interest bearing account, Receipt Number: ORX300089097.  (ECF 94).

Plaintiff and Defendant have reached a settlement in this action and seek to resolve any remaining claims and counterclaims between them.  Accordingly, the Parties stipulate and agree to the withdrawal and disbursement of the Countersecurity to Plaintiff and Defendant as follows:

Payment #1:

| | |
|---|---|
| Payee: | LeGros Buchanan & Paul, P.S. f/b/o Amis Integrity |
| Amount: | One Hundred Seventy-Five Thousand And No/100 U.S. Dollars ($175,000.00) |
| Address: | LeGros Buchanan & Paul, P.S.<br>Attn:  Markus Oberg<br>4025 Delridge Way SW, Ste. 500<br>Seattle, WA  98106 |

Payment #2:

| | |
|---|---|
| Payee: | Blank Rome LLP f/b/o Dry Bulk Singapore Pte. Ltd. |
| Amount: | One Hundred Seventy-Five Thousand And No/100 U.S. Dollars ($175,000.00) |
| Address: | Blank Rome LLP<br>Attn:  Jeremy A. Herschaft<br>717 Texas Avenue, Suite 1400<br>Houston, Texas 77002 |

A proposed order, prepared in accordance with LR 67-3, is filed with this Motion.  Upon the withdrawal and disbursement of the Countersecurity and completion of the other

settlement terms, including receipt of the forementioned payment by Defendant, the Parties will file a Stipulation for the Dismissal of this Action pursuant to Fed. R. Civ. P. 41(a)(1).

DATED this 10th day of May, 2023.

| | |
|---|---|
| MILLER NASH LLP<br><br>*s/ Ian M. Christy*<br>M. Christie Helmer, OSB No. 743400<br>Ian M. Christy, OSB No. 160116<br>3400 U.S. Bancorp Tower<br>111 S.W. Fifth Avenue<br>Portland, Oregon 97204<br>Phone: 503.224.5858<br>Fax: 503.224.0155<br>chris.helmer@millernash.com<br>ian.christy@millernash.com | LE GROS BUCHANAN & PAUL<br><br>*s/ Markus B.G. Oberg*<br>Markus B.G. Oberg, OSB No. 112187<br>Daniel J. Park, OSB No. 132493<br>4025 Delridge Way SW, Suite 500<br>Seattle, Washington 98106-1271<br>Phone: 206.623.4990<br>Fax: 206.467.4828<br>moberg@legros.com<br>dpark@legros.com<br><br>*Attorneys for Defendant* |

BLANK ROME LLP

 *s/ John D. Kimball*
John D. Kimball, *pro hac vice*
1271 Avenue of the Americas
New York, New York 10020
Telephone: 212.885.5000
Facsimile: 212.885.5001
jkimball@blankrome.com

*s/ Jeremy A. Herschaft*
Jeremy A. Herschaft, *pro hac vice*
Zachary Cain, *pro hac vice*
717 Texas Avenue, Suite 1400
Houston, Texas 77002
Telephone: 713.632.8655
Facsimile: 713.228.6605
jherschaft@blankrome.com
zcain@blankrome.com

*Attorneys for Plaintiff*

STIPULATION FOR ORDER TO WITHDRAW FUNDS AND DISBURSE -
Page 3
[Case No. 3:19-cv-1671-IM]

{29293-00924125;1}

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Karin Immergut and serve it on all associated counsel.

I certify under penalty of perjury under the laws of the United States and the States of Washington and Oregon that the foregoing is true and correct.

Signed at Seattle, Washington this 10th day of May, 2023.

<div style="margin-left:3em;">

*s/ Jamie Porter*
Jamie Porter, Legal Assistant
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Telephone:      206-623-4990
Facsimile:       206-467-4828
E-mail:            jporter@legros.com

</div>